Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Aerocare Medical Transport System, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  R&M Aviation, Inc.**<br>**FKA  AeroCare Aeromedical Ambulance Service, Inc.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3531506** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1936 E. Missouri Ave.**<br>**Phoenix, AZ 85016**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.aerocare.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6219

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

  .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Aerocare Medical Transport System, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2023**
            MM / DD / YYYY

**X** **/s/ Joseph Cece**                               **Joseph Cece**
Signature of authorized representative of debtor            Printed name

                                                   Email Address of debtor

Title    **President**

**18. Signature of attorney**

**X** **/s/ James E. Cross**                      Date   **April 13, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**James E. Cross 009063**
Printed name

**Cross Law Firm, P.L.C.**
Firm name

**PO Box 45469**
**Phoenix, AZ 85064**
Number, Street, City, State & ZIP Code

Contact phone   **602-412-4422**      Email address   **jcross@crosslawaz.com**

**009063 AZ**
Bar number and State

# AEROCARE MEDICAL TRANSPORT SYSTEM
## Balance Sheet
### As of March 31, 2023

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| 1000-01 #4223 First Fidelity Checking | | 0.00 |
| 1000-07 Chase Bank Checking #7851 | | 5,789.50 |
| 1000-15 1000-15 -  7759 Exp acc FFB | | 165.27 |
| **Total Cash in bank** | $ | **5,954.77** |
| **Total Bank Accounts** | $ | **5,954.77** |
| **Accounts Receivable** | | |
| 1200-03 Accounts Receivable | | 1,529,078.92 |
| **Total Accounts Receivable** | $ | **1,529,078.92** |
| **Other Current Assets** | | |
| 1200-98 Fuel Excise Tax | | 48,904.27 |
| 1600-01 Allowance for Bad Debt | | -695,496.54 |
| Notes receivable | | |
| 1900-03 Due from R&J | | 0.00 |
| 1900-10 Due From Officer | | 556,511.68 |
| 1900-15 1900-15 Other Receivable | | 0.00 |
| **Total Notes receivable** | $ | **556,511.68** |
| Prepaid Expenses | | |
| 1300-02 Prepaid insurance | | 8,800.75 |
| 1300-04 Prepaid Training | | 0.00 |
| **Total Prepaid Expenses** | $ | **8,800.75** |
| **Total Current Assets** | $ | **1,453,753.85** |
| **Fixed Assets** | | |
| 2100-15 888CP | | 1,077,432.24 |
| 2200-01 Computer equipment/software | | 1,439.77 |
| 2400-01 Furniture and equipment | | 119,809.93 |
| 2400-02 EQUIPMENT | | 1,367,292.68 |
| 2400-03 Leasehold improvements | | 25,765.08 |
| 2400-05 VEHICLES | | 882,763.12 |
| **Total 2100-04 Fixed assets** | $ | **3,474,502.82** |
| Less accumulated depreciation | | |
| 2800-01 EQUIPMENT | | -1,367,292.68 |
| 2800-02 AIRCRAFT | | -1,077,083.19 |
| 2800-03 Leasehold improvements | | -25,765.08 |
| 2800-04 VEHICLES | | -837,556.78 |
| 2800-05 Furniture and equipment | | -119,809.93 |
| **Total Less accumulated depreciation** | -$ | **3,427,507.66** |
| **Total Fixed Assets** | $ | **46,995.16** |
| **TOTAL ASSETS** | $ | **1,500,749.01** |

**LIABILITIES AND EQUITY**

**Liabilities**

**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---|
| 3000-04 Accounts Payable | | 1,620,768.36 |
| **Total Accounts Payable** | $ | **1,620,767.96** |

**Credit Cards**

| | | |
|---|---|---|
| 1111-00 1111-00 Joe's Personal CC | | 2,651.49 |
| **Total Credit Cards** | $ | **2,651.49** |

**Other Current Liabilities**

| | | |
|---|---|---|
| 3200-10 ACCRUED COLLECTION FEES | | 0.00 |
| 3200-16 Due to stockholder | | 141,967.78 |
| 3200-19 Short Term Loan | | 449,877.75 |
| 3201-00 ACCRUED PTO | | 7,445.47 |

**Current portion long-term debt**

| | | |
|---|---|---|
| 3250-05 First Fidelity LOC | | 408,803.51 |
| 3250-15 888CP | | 109,073.21 |
| 3250-65 2019 Schedule 3 | | 11,530.83 |
| 3900-64 614 CHICAGO 2018 | | 16,978.72 |
| **Total Notes payable - vehicles** | $ | **16,978.72** |
| **Total Current portion long-term debt** | $ | **546,386.27** |
| **Total Other Current Liabilities** | $ | **1,145,677.27** |
| **Total Current Liabilities** | $ | **2,769,096.72** |

**Long-Term Liabilities**

| | | |
|---|---|---|
| 4000-51 888CP | | 9,727.84 |
| 4000-69 SBA LOAN - 7450287802 | | 150,000.00 |
| 4000-64 614 CHICAGO 2018 | | 5,260.78 |
| **Total Notes payable - vehicles** | $ | **5,260.78** |
| **Total L-T portion of notes payable** | $ | **164,988.62** |
| **Total Long-Term Liabilities** | $ | **164,988.62** |
| **Total Liabilities** | $ | **2,934,085.34** |

**Equity**

| | | |
|---|---|---|
| 3000 Opening balance equity | | 0.00 |
| 5000-01 Retained Earnings - R & M | | 304,795.16 |
| 5000-02 Retained earnings | | -1,691,194.01 |
| 5100-01 Capital stock | | 22,000.00 |
| 5200-01 Distribution | | 1,046,916.55 |
| 5300-01 Paid in capital | | 13,239.66 |
| Net Income | | -1,129,093.69 |
| **Total Equity** | -$ | **1,433,336.33** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **1,500,749.01** |

# AEROCARE MEDICAL TRANSPORT SYSTEM
## Profit and Loss
### January - March, 2023

| | Total |
|---|---|
| **Income** | |
| **6000-01 Revenue** | |
| 6000-99 Insurance Verification Charge | 58,609.60 |
| **Air Ambulance** | |
| 6200-02 IL-Air ambulance | 79,144.00 |
| **Total Air Ambulance** | $ 79,144.00 |
| **SOG-Ground** | |
| 6300-22 IL-SOG - ground | 53,168.15 |
| **Total SOG-Ground** | $ 53,168.15 |
| **Total 6000-01 Revenue** | $ 190,921.75 |
| **Total Income** | $ 190,921.75 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| **Flight Operations** | 24,595.00 |
| 7200-01 Aircraft fuel | 14,288.76 |
| **Credit Card Fees** | |
| 7100-02 Merchants | 2,532.85 |
| **Total Credit Card Fees** | $ 2,532.85 |
| **Direct labor-Flight Ops** | |
| 7300-01 FL-Pilot Flights | 11,111.21 |
| 7300-02 FL-Pilot Salaries | 9,230.77 |
| 7300-03 IL-Pilot Salaries | 11,250.01 |
| **Total Direct labor-Flight Ops** | $ 31,591.99 |
| **Insurance-Aircraft** | |
| 7330-09 888CP | 812.50 |
| **Total Insurance-Aircraft** | $ 812.50 |
| **Landing fees** | 511.44 |
| **AZ- Landing fees** | |
| 7360-26 55AR | 45,047.33 |
| **Total AZ- Landing fees** | $ 45,047.33 |
| **Total Landing fees** | $ 45,558.77 |
| **Outsourced Flights** | |
| 7380-01 IL-Outsourced Flights | 52,566.00 |
| **Total Outsourced Flights** | $ 52,566.00 |
| **Total Flight Operations** | $ 171,945.87 |
| **Ground Operations** | 1,085.00 |
| **Direct Labor-Ground Ops** | |
| 7470-01 IL-SOG drivers pay | 10,131.50 |
| 7470-02 IL-SOG stand-by pay | 8,275.00 |
| **Total Direct Labor-Ground Ops** | $ 18,406.50 |
| **Total Ground Operations** | $ 19,491.50 |

**Maintenance Operations**

**DirectLabor-Maintenance**

**Maintenance**

| | | |
|---|---|---|
| 7400-07 IL-Maintenance | | 1,802.89 |
| **Total Maintenance** | $ | **1,802.89** |
| **Total DirectLabor-Maintenance** | $ | **1,802.89** |
| **Total Maintenance Operations** | $ | **1,802.89** |

**Medical Operations**

**Direct Labor-Medical**

| | | |
|---|---|---|
| 7450-02 IL-Flight crew pay | | 525.00 |
| 7450-03 IL-Flight crew stand-by pay | | 0.00 |
| **Total Direct Labor-Medical** | $ | **525.00** |
| **Total Medical Operations** | $ | **525.00** |
| **Total Cost of Goods Sold** | $ | **193,765.26** |
| **Total Cost of Goods Sold** | $ | **193,765.26** |
| **Gross Profit** | -$ | **2,843.51** |

**Expenses**

| | | |
|---|---|---|
| 7601-01 Suspense | | -25,859.87 |
| 7720-01 Bank charges | | 3,376.76 |
| 7830-01 Interest expense | | 11,013.85 |
| 7840-01 Licenses and permits | | 888.00 |
| 7880-01 Outside services | | 4,879.85 |
| 7880-02 Payroll Service Fee | | 3,123.44 |
| 7880-03 Postage | | 231.81 |

**8060-03 Vehicle expenses**

**Car wash**

| | | |
|---|---|---|
| 8000-02 IL-Car Wash | | 45.00 |
| **Total Car wash** | $ | **45.00** |

**Fuel**

| | | |
|---|---|---|
| 8010-02 IL- Fuel | | 5,099.27 |
| **Total Fuel** | $ | **5,099.27** |

**License and registration**

| | | |
|---|---|---|
| 8030-02 IL-License and registration | | 154.40 |
| **Total License and registration** | $ | **154.40** |

**Maintenance and repairs**

| | | |
|---|---|---|
| 8040-03 IL-Maintenance and repairs | | 729.95 |
| **Total Maintenance and repairs** | $ | **729.95** |
| **Total 8060-03 Vehicle expenses** | $ | **6,028.62** |

**Advertising and promotion**

| | | |
|---|---|---|
| 7700-04 Internet  Advertising | | 555.65 |
| 7700-12 Media | | 39.95 |
| **Total Advertising and promotion** | $ | **595.60** |
| **Bank Fees** | | 2.00 |
| **Computer and internet expense** | | 621.14 |
| 7730-02 Arizona | | 1,253.89 |
| 7730-03 Illinois | | 8,687.05 |
| **Total Computer and internet expense** | $ | **10,562.08** |

| | | |
|---|---|---:|
| **Dues and subscriptions** | | 7,961.89 |
| 7750-03 IL-Dues & Subscriptions | | 255.06 |
| **Total Dues and subscriptions** | $ | **8,216.95** |
| **Insurance** | | |
| 7800-06 IL-General liability | | 2,095.90 |
| 7820-01 Professional liability | | 1,249.17 |
| 7820-03 Vehicle insurance | | 5,582.95 |
| 7820-04 Workers compensation | | 13,490.63 |
| 7820-05 Property Insurance | | 7,078.63 |
| Health insurance | | 2,862.99 |
| 7800-01 FL-Health Insurance | | 7,303.47 |
| 7800-02 AZ-Health Insurance | | 6,294.72 |
| 7800-03 IL-Health Insurance | | 8,769.00 |
| 7800-10 PA-Health Insurance | | 1,353.00 |
| **Total Health insurance** | $ | **26,583.18** |
| Life insurance | | |
| 7810-02 AZ-Life Insurance | | 451.29 |
| 7810-03 IL-Life Insurance | | 470.67 |
| 7810-04 FL-Life Insurance | | 154.05 |
| 7810-07 PA-Life Insurance | | -8.73 |
| **Total Life insurance** | $ | **1,067.28** |
| **Total Insurance** | $ | **57,147.74** |
| **Meals and entertainment** | | |
| 7850-02 IL-Meals and entertainment | | 202.21 |
| **Total Meals and entertainment** | $ | **202.21** |
| **Medical Supply** | | |
| 7620-02 IL-Medical Supplies | | 1,303.50 |
| **Total Medical Supply** | $ | **1,303.50** |
| **Office expenses** | | |
| 7870-01 AZ-Office expense | | 771.97 |
| 7870-02 IL-Office expense | | 3,480.14 |
| 7870-04 FL-OFFICE EXPENSES | | 0.00 |
| **Total Office expenses** | $ | **4,252.11** |
| **Professional fees** | | |
| 7890-02 Legal | | 3,376.78 |
| **Total Professional fees** | $ | **3,376.78** |
| **Rent** | | |
| 7900-02 IL-Rent | | 33,807.00 |
| 7900-11 FL-Rent | | 11,175.00 |
| **Total Rent** | $ | **44,982.00** |
| **Salaries and wages** | | |
| 7660-01 Communications Salary | | 42,058.34 |
| 7680-04 Medical Management | | |
| 7680-02 IL-Medical Management | | 3,557.69 |
| 7680-05 AZ-Medical management | | 5,655.74 |
| **Total 7680-04 Medical Management** | $ | **9,213.43** |
| 7690-01 Officer salary | | 0.00 |

| | | |
|---|---|---|
| **Administrative Salary** | | |
| 7360-10 PA-ADMIN | | 12,560.00 |
| 7630-02 Admin | | 25,059.92 |
| 7640-03 AZ-Admin | | 11,990.46 |
| **Total Administrative Salary** | $ | **49,610.38** |
| **Sales** | | |
| 7650-02 IL-Sales | | 16,925.27 |
| 7650-20 AZ-Sales | | 32,328.22 |
| **Total Sales** | $ | **49,253.49** |
| **Total Salaries and wages** | $ | **150,135.64** |
| **Shop Supplies** | | |
| 7780-03 Shop Supplies-IL | | 2,535.82 |
| **Total Shop Supplies** | $ | **2,535.82** |
| **Taxes** | | |
| **6560 Payroll** | | |
| 7390-98 PAYROLL-PA | | 1,143.54 |
| 7930-08 Payroll-AZ | | 3,968.33 |
| 7930-09 Payroll-IL | | 14,403.86 |
| 7930-21 Payroll-FL | | 668.92 |
| **Total 6560 Payroll** | $ | **20,184.65** |
| 7930-35 City of Aurora | | 2,400.00 |
| 7930-65 Income Tax | | -230.45 |
| Sales Tax Paid | | 773.25 |
| **Total Taxes** | $ | **23,127.45** |
| **Telecommunications** | | 217.16 |
| **Cell Phones** | | |
| 7940-04 IL-Cell phones | | 472.71 |
| **Total Cell Phones** | $ | **472.71** |
| **Total Telecommunications** | $ | **689.87** |
| **Travel** | | |
| **Airfare** | | |
| 7965-02 IL-Airfare | | 816.40 |
| **Total Airfare** | $ | **816.40** |
| **Hotel** | | |
| 7970-11 FL-Hotel | | 762.30 |
| **Total Hotel** | $ | **762.30** |
| **Parking and Taxis** | | |
| 7960-02 IL-Parking and Taxis | | 347.01 |
| **Total Parking and Taxis** | $ | **347.01** |
| **Total Travel** | $ | **1,925.71** |
| **Vehicle lease** | | |
| 8070-02 AZ-Vehicle Lease | | 973.19 |
| **Total Vehicle lease** | $ | **973.19** |
| **Total Expenses** | $ | **313,711.11** |
| **Net Operating Income** | -$ | **316,554.62** |
| **Other Income** | | |
| 8200-02 Miscellaneous income | | 16,500.00 |

| | | |
|---|---|---|
| **Total Other Income** | $ | **16,500.00** |
| **Other Expenses** | | |
| 8400-00 Other Miscellaneous Expense | | 8,752.00 |
| **Total Other Expenses** | $ | **8,752.00** |
| **Net Other Income** | $ | **7,748.00** |
| **Net Income** | -$ | **308,806.62** |

**SUMMARY OF SCHEDULE K-1**

| Entity Name:<br><br>AEROCARE MEDICAL TRANSPORT SYSTEM, INC<br><br>Schedule K-1 Line/Item Description | Number<br>1<br>Name:<br><br>JOSEPH D. CECE | Number<br><br>Name:<br><br>K-1 TOTALS | Number<br><br>Name: | Number<br><br>Name: | Number<br><br>Name: | Number<br><br>Name: | Number<br><br>Name: |
|---|---|---|---|---|---|---|---|
| 1 – ORDINARY BUSINESS INCOME (LOSS) | 59,583. | 59,583. | | | | | |
| 4 – INTEREST INCOME | 9,023. | 9,023. | | | | | |
| 15A – POST-1986 DEPRECIATION ADJUSTMENT | 14. | 14. | | | | | |
| 16B – OTHER TAX-EXEMPT INCOME | 10,000. | 10,000. | | | | | |
| 16C – NONDEDUCTIBLE EXPENSES | 1,284. | 1,284. | | | | | |
| 17A – INVESTMENT INCOME | 9,023. | 9,023. | | | | | |
| 17V – SECTION 199A W-2 WAGES | 3,100,973. | 3,100,973. | | | | | |
| 17V – SECTION 199A UNADJUSTED BASIS | 2,040,700. | 2,040,700. | | | | | |

016741
04-01-20

ARIZONA INFORMATIONAL FORMS

11000321 759078 16439.0    2020060091 ABBECARE MEDICAL TRANSPORT    16439_01

CALIFORNIA INFORMATIONAL FORMS

11000321 759078 16439.0          2020.06091 ABBACARE MEDICAL TRANSPORT   16439_01

Name
**AEROCARE MEDICAL TRANSPORT SYSTEM, INC**

Employer ID
**36-3531506**

| Description | (a) Business income, loss deduction | (b) CA Source Bus. income, Loss, Deduction | (c) CA Source nonbusiness tangible | (d) CA Source nonbusiness intangible | (e) Total California Source Amount Column b + c |
|---|---|---|---|---|---|
| 1 Ordinary business income (loss) | -137,349. | -9,325. | | | -9,325. |
| 2 Net rental real estate income (loss) | | | | | |
| 3 Other net rental Income (loss) | | | | | |
| 4 Interest income | | | | 9,023. | |
| 5 Ordinary dividends | | | | | |
| 6 Royalties | | | | | |
| 7 Total short-term capital gains/losses | | | | | |
| 8 Total long-term capital gains/losses | | | | | |
| 9 Net section 1231 gain (loss) | | | | | |
| 10 a Other portfolio income (loss) | | | | | |
| b Involuntary conversion | | | | | |
| c IRC Section 1256 Contracts & straddles | | | | | |
| d Mining exploration costs recapture | | | | | |
| e Other income (loss) | | | | | |
| 11 Section 179 deduction | | | | | |
| 12 a Charitable contribution | | | | | |
| b Investment interest expense | | | | | |
| c Deductions - royalty income | | | | | |
| d Section 59(e)(2) expenditures | | | | | |
| e Deductions - Portfolio | | | | | |
| f Other deductions | | | | | |
| 15 a Depreciation adjustment on property | | | | | |
| b Adjusted gain or loss | | | | | |
| c Depletion (other than oil and gas) | | | | | |
| d (1) Gross income from oil, gas, and geothermal properties | | | | | |
| (2) Deductions allocable to oil, gas, and geothermal properties | | | | | |
| e Other adjustments and tax preference items | | | | | |
| 16 a Tax-exempt interest income | | | | | |
| b Other tax-exempt income | | | | | |
| c Nondeductible expenses | | | 1,284. | | 1,284. |
| 17 a Investment income. See instructions | | | | 9,023. | |
| b Investment expenses. See instructions | | | | | |

046831
04-01-20

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506

## Computation of Trade or Business Income for California Purposes

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | 8,362,378. | b Less returns and allowances | Balance ▶ | **1c** | 8,362,378. |
| | 2 Cost of goods sold | | | **2** | 5,740,594. |
| | 3 Gross profit. Subtract line 2 from line 1c | | | **3** | 2,621,784. |
| | 4 Net ordinary gain (loss) | | | **4** | 520,087. |
| | 5 Other income. Attach schedule | SEE STATEMENT 26 | | **5** | 1,072,268. |
| | 6 TOTAL income (loss). Combine lines 3 through 5 | | | **6** | 4,214,139. |

| | | | | |
|---|---|---|---|---|
| **Deduc-tions** | 7 Compensation of officers. Attach schedule | | **7** | 137,267. |
| | 8 Salaries and wages | | **8** | 1,358,626. |
| | 9 Repairs | | **9** | 84,622. |
| | 10 Bad debts | | **10** | |
| | 11 Rents | | **11** | 308,197. |
| | 12 Taxes | SEE STATEMENT 27 | **12** | 270,438. |
| | 13 Interest | | **13** | 237,894. |
| | 14 a Depreciation | 14a 305,529. | | |
| | b Depreciation reported elsewhere on return | 14b 256,165. | | |
| | c Subtract line 14b from line 14a ▶ | | **14c** | 49,364. |
| | 15 Depletion | | **15** | |
| | 16 Advertising | | **16** | 428,909. |
| | 17 Pension, profit-sharing, etc. plans | | **17** | |
| | 18 Employee benefit programs | | **18** | 249,798. |
| | 19 a) Total travel and entertainment | 2,568. b) Deductible amount | **19** | 1,284. |
| | 20 Other deductions. Attach schedule | SEE STATEMENT 28 | **20** | 1,225,089. |
| | 21 TOTAL deductions. Add lines 7 through 20 ▶ | | **21** | 4,351,488. |
| | 22 Ordinary income (loss) from trade or business activities. Subtract line 21 from line 6. | | **22** | -137,349. |

## Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 Inventory at beginning of year | | **1** | 43,424. |
| 2 Purchases | | **2** | 2,227,016. |
| 3 Cost of labor | | **3** | 1,605,080. |
| 4 Other IRC Section 263A costs. Attach schedule | | **4** | |
| 5 Other costs. Attach schedule | SEE STATEMENT 29 | **5** | 1,865,074. |
| 6 Total. Add lines 1 through 5 | | **6** | 5,740,594. |
| 7 Inventory at end of year | | **7** | |
| 8 Cost of goods sold. Subtract line 7 from line 6. | | **8** | 5,740,594. |

028871
04-01-20

CA                OTHER TRADE OR BUSINESS INCOME           STATEMENT   26

| DESCRIPTION | AMOUNT |
|---|---|
| HHS PROVIDER RELIEF FUND | 1,072,245. |
| MISCELLANEOUS INCOME | 23. |
| TOTAL OTHER TRADE OR BUSINESS INCOME | 1,072,268. |

CA            CALIFORNIA TRADE OR BUSINESS INCOME - TAXES    STATEMENT   27

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 250,812. |
| TAXES AND LICENSES | 18,131. |
| CALIFORNIA TAXES - OTHER | 129. |
| FLORIDA TAXES - OTHER | 1,087. |
| ILLINOIS TAXES - OTHER | 279. |
| TOTAL TO CALIFORNIA TRADE OR BUSINESS INCOME SCHEDULE, LINE 12 | 270,438. |

CA                OTHER TRADE OR BUSINESS DEDUCTIONS       STATEMENT   28

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 35,112. |
| COMMISSIONS | 44,162. |
| COMPUTER AND INTERNET EXPENSES | 85,290. |
| CONSULTING | 21,000. |
| DUES AND SUBSCRIPTIONS | 49,837. |
| EDUCATION | 239,172. |
| FREIGHT AND DELIVERY | 4,076. |
| INSURANCE | 263,658. |
| LEGAL AND ACCOUNTING | 189,485. |
| OFFICE SUPPLIES | 62,879. |
| POSTAGE AND SUPPLIES | 1,504. |
| SHOP EXPENSE | 16,444. |
| TELECOMMUNICATIONS | 50,884. |
| TRAVEL | 65,234. |
| UNIFORMS | 4,539. |
| UTILITIES | 35,747. |
| VEHICLE EXPENSE | 2,244. |
| VEHICLE FUEL | 29,598. |
| VEHICLE LEASE | 9,808. |
| VEHICLE LICENSE AND REGISTRATION | 4,200. |
| VEHICLE MAINTENANCE | 10,216. |
| TOTAL OTHER TRADE OR BUSINESS DEDUCTIONS | 1,225,089. |

CA              CALIFORNIA COST OF GOODS SOLD - OTHER COSTS      STATEMENT   29

| DESCRIPTION | AMOUNT |
|---|---|
| AIRCRAFT EXPENSES | 1,062,107. |
| CONTRACT LABOR | 267,479. |
| GROUND AMBULANCE | 264,390. |
| OPERATING SUPPLIES | 14,933. |
| COST OF GOODS SOLD DEPRECIATION | 256,165. |
| TOTAL TO CALIFORNIA COST OF GOODS SOLD SCHEDULE, LINE 5 | 1,865,074. |

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020 or tax year beginning _____ , ending _____

| **A** S election effective date | **Name** | **D** Employer identification number |
|---|---|---|
| 01/01/2009 | AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |
| **B** Business activity code number (see instructions) | **Number, street, and room or suite no. If a P.O. box, see instructions.** | **E** Date incorporated |
| 621900 | 43W450 US HIGHWAY 30 | 07/30/1987 |
| **C** Check if Sch. M-3 attached  [X] | **City or town, state or province, country, and ZIP or foreign postal code** | **F** Total assets (see instructions) |
| | SUGAR GROVE, IL  60554 | $ 4,966,567. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  [X] No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** [X] Address change  **(4)** [X] Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1 a** Gross receipts or sales | 8,362,378. | **b** Returns and allowances | |
| **c** Bal. Subtract line 1b from line 1a | | **1c** | 8,362,378. |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | 5,544,248. |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,818,130. |
| **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | 520,087. |
| **5** Other income (loss) (attach statement)  STATEMENT 2 | | **5** | 1,072,268. |
| **6** **Total income (loss).** Add lines 3 through 5 ▶ | | **6** | 4,410,485. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| **7** Compensation of officers (see instrs. - attach Form 1125-E) | | **7** | 137,267. |
| **8** Salaries and wages (less employment credits) | | **8** | 1,358,626. |
| **9** Repairs and maintenance | | **9** | 84,622. |
| **10** Bad debts | | **10** | |
| **11** Rents | | **11** | 308,197. |
| **12** Taxes and licenses  STATEMENT 3 | | **12** | 270,438. |
| **13** Interest (see instructions) | | **13** | 237,894. |
| **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 48,778. |
| **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| **16** Advertising | | **16** | 428,909. |
| **17** Pension, profit-sharing, etc., plans | | **17** | |
| **18** Employee benefit programs | | **18** | 249,798. |
| **19** Other deductions (attach statement)  STATEMENT 4 | | **19** | 1,226,373. |
| **20** **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 4,350,902. |
| **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | 59,583. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| **22 a** Excess net passive income or LIFO recapture tax (see instructions) | | **22a** | | |
| **b** Tax from Schedule D (Form 1120-S) | | **22b** | | |
| **c** Add lines 22a and 22b | | | **22c** | |
| **23 a** 2020 estimated tax payments and 2019 overpayment credited to 2020 | | **23a** | | |
| **b** Tax deposited with Form 7004 | | **23b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | | **23c** | | |
| **d** Reserved for future use | | **23d** | | |
| **e** Add lines 23a through 23d | | | **23e** | |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | **24** | |
| **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | |
| **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| **27** Enter amount from line 26: Credited to 2021 estimated tax ▶ _____ Refunded ▶ | | | **27** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title ▶ PRESIDENT

May the IRS discuss this return with the preparer shown below? See instr.  [X] Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| LYUDMILA EISENMAN, CPA | LYUDMILA EISENMAN, CPA | 03/21/22 | ☐ | P01272545 |
| Firm's name ▶ BEACHFLEISCHMAN PLLC | | | Firm's EIN ▶ 86-0683059 | |
| Firm's address ▶ 1985 E. RIVER ROAD, SUITE 201 TUCSON, AZ 85718 | | | Phone no. 520-321-4600 | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  011701 12-16-20  Form **1120-S** (2020)

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶

**2** See the instructions and enter the:

   **a** Business activity ▶ **AVIATION SERVICES**    **b** Product or service ▶ **MEDICAL TRANSPORT**

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation   **X**

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below   **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below   **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock?   **X**

   If "Yes," complete lines (i) and (ii) below.

   (i) Total shares of restricted stock   ▶ _____

   (ii) Total shares of non-restricted stock   ▶ _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?   **X**

   If "Yes," complete lines (i) and (ii) below.

   (i) Total shares of stock outstanding at the end of the tax year   ▶ _____

   (ii) Total shares of stock outstanding if all instruments were executed   ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction?   **X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount   ▶ ☐

   If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset
with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C
corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years,
enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years   ▶ $

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
in effect during the tax year? See instructions   **X**

**10** Does the corporation satisfy one or more of the following? See instructions   **X**

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

   If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions?   **X**

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

   If "Yes," the corporation is not required to complete Schedules L and M-1.

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0    Main Document    Page 20 of 281    AEROCARE MEDICAL TRANSPORT   16439_01

## Schedule B    Other Information (see instructions) (continued)

| | | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ............... | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ............... | | | X |
| **14a** | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? ............... | | X | |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099? ............... | | X | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ............... | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21) | **1** | 59,583. |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss) | 3a | |
| | **b** | Expenses from other rental activities (attach statement) | 3b | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Interest income                                  STATEMENT 5 | **4** | 9,023. |
| | **5** | Dividends: **a** Ordinary dividends | **5a** | |
| | | **b** Qualified dividends | 5b | |
| | **6** | Royalties | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| | **b** | Collectibles (28%) gain (loss) | 8b | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** | Other income (loss) (see instructions)     Type ▶ | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** | Charitable contributions | **12a** | |
| | **b** | Investment interest expense | **12b** | |
| | **c** | Section 59(e)(2) expenditures     Type ▶ | **12c** | |
| | **d** | Other deductions (see instructions)    Type ▶ | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** | Low-income housing credit (other) | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** | Other rental real estate credits (see instructions) Type ▶ | **13d** | |
| | **e** | Other rental credits (see instructions)     Type ▶ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** | Other credits (see instructions)     Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** | Name of country or U.S. possession ▶ | | |
| | **b** | Gross income from all sources | **14b** | |
| | **c** | Gross income sourced at shareholder level | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | **d** | Reserved for future use | **14d** | |
| | **e** | Foreign branch category | **14e** | |
| | **f** | Passive category | **14f** | |
| | **g** | General category | **14g** | |
| | **h** | Other (attach statement ) | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | **i** | Interest expense | **14i** | |
| | **j** | Other | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** | Reserved for future use | **14k** | |
| | **l** | Foreign branch category | **14l** | |
| | **m** | Passive category | **14m** | |
| | **n** | General category | **14n** | |
| | **o** | Other (attach statement) | **14o** | |
| | | Other information | | |
| | **p** | Total foreign taxes (check one): ☐ Paid  ☐ Accrued ▶ | **14p** | |
| | **q** | Reduction in taxes available for credit (attach statement) | **14q** | |
| | **r** | Other foreign tax information (attach statement) | | |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321  759078  16439.0    Main Document    Page 21 of 281    AEROCARE MEDICAL TRANSPORT    16439_01

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | 14. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income          STATEMENT 13 | 16b | 10,000. |
| | c | Nondeductible expenses          STATEMENT 14 | 16c | 1,284. |
| | d | Distributions (attach statement if required) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | 9,023. |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (att. stmt.)          STATEMENT 6 | | |
| **Recon-ciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 68,606. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 0. | | 470,382. |
| 2 a | Trade notes and accounts receivable | 9,015,345. | | 4,110,468. | |
| b | Less allowance for bad debts | ( 2,385,319.) | 6,630,026. | ( 822,363.) | 3,288,105. |
| 3 | Inventories | | 43,424. | | 0. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | 97,442. | | 100,938. |
| 7 | Loans to shareholders | | 556,512. | | 573,356. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 5,000,838. | | 3,552,232. | |
| b | Less accumulated depreciation | ( 3,797,188.) | 1,203,650. | ( 3,387,447.) | 164,785. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | STATEMENT 8 | 560,633. | | 369,001. |
| 15 | Total assets | | 9,091,687. | | 4,966,567. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 2,577,211. | | 2,851,253. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 916,243. | | 1,049,597. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 9 | 1,006,008. | | 996,513. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,272,628. | | 393,671. |
| 21 | Other liabilities (att. stmt.) | STATEMENT 10 | 0. | | 840,550. |
| 22 | Capital stock | | 2,000. | | 2,000. |
| 23 | Additional paid-in capital | | 20,000. | | 20,000. |
| 24 | Retained earnings | STATEMENT 11 | 2,901,426. | | 837,482. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | STATEMENT 12 | 396,171. | | -2,024,499. |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 9,091,687. | | 4,966,567. |

Form **1120-S** (2020)

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books | -2,063,944. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest  $ | | |
| | STMT 15 | 9,535,906. | | STMT 17 | 4,120,468. | 4,120,468. |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| | **a** Depreciation  $        335,513. | | | **a** Depreciation  $ | | |
| | **b** Travel and entertainment $        1,284. | | | STMT 18 | 8,083,877. | 8,083,877. |
| | STMT 16     4,464,192. | 4,800,989. | **7** | Add lines 5 and 6 | | 12,204,345. |
| **4** | Add lines 1 through 3 | 12,272,951. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | 68,606. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instrs.) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | -2,329,578. | 205,426. | 205,426. | |
| **2** | Ordinary income from page 1, line 21 | 59,583. | | | |
| **3** | Other additions    STATEMENT 19 | 859,573. | | STATEMENT 20 | 10,000. |
| **4** | Loss from page 1, line 21 | ( ) | | | |
| **5** | Other reductions    STATEMENT 21 | ( 1,284. ) | | STATEMENT 22 | ( 850,550. ) |
| **6** | Combine lines 1 through 5 | -1,411,706. | 205,426. | 205,426. | -840,550. |
| **7** | Distributions | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | -1,411,706. | 205,426. | 205,426. | -840,550. |

Form **1120-S** (2020)

011732
12-16-20

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

AEROCARE MEDICAL TRANSPORT SYSTEM, INC

Employer Identification number

36-3531506

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | 43,424. |
| **2** | Purchases | **2** | 2,227,016. |
| **3** | Cost of labor | **3** | 1,605,080. |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) SEE STATEMENT 25 | **5** | 1,668,728. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 5,544,248. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 5,544,248. |

**9a** Check all methods used for valuing closing inventory:

   (i)   [X] Cost

   (ii)   ☐ Lower of cost or market

   (iii)   ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ........................... ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d**

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........... ☐ Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........... ☐ Yes [X] No

   If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

024441
04-01-20    LHA

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 24 of 281
11000321 759078 16439.0      2020.05091 AEROCARE MEDICAL TRANSPORT    16439_01

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

AEROCARE MEDICAL TRANSPORT SYSTEM, INC

Employer identification number

36-3531506

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JOSEPH CECE | ▮▮▮▮▮▮▮ | 100% | 100.00% | | 137,267. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers ................................................................................................ | **2** | | 137,267. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ..................................... | **3** | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return .............................................................................................. | **4** | | 137,267. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

**SCHEDULE M-3**
**(Form 1120-S)**

(Rev. December 2019)

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for S Corporations With Total Assets of $10 Million or More

OMB No. 1545-0123

▶ **Attach to Form 1120-S.**
▶ **Go to www.irs.gov/Form1120S for instructions and the latest information.**

| Name of corporation | Employer identification number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

## Part I — Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1a** Did the corporation prepare a certified audited non-tax-basis income statement for the period ending with or within this tax year?

See instructions if multiple non-tax-basis income statements are prepared.

[X] **Yes.** Skip line 1b and complete lines 2 through 11 with respect to that income statement.

[ ] **No.** Go to line 1b.

**b** Did the corporation prepare a non-tax-basis income statement for that period?

[ ] **Yes.** Complete lines 2 through 11 with respect to that income statement.

[ ] **No.** Skip lines 2 through 3b and enter the corporation's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period: Beginning 01/01/2020 Ending 12/31/2020

**3a** Has the corporation's income statement been restated for the income statement period on line 2?

[ ] **Yes.** If "Yes," attach an explanation and the amount of each item restated.

[X] **No.**

**b** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

[ ] **Yes.** If "Yes," attach an explanation and the amount of each item restated.

[X] **No.**

| | | | |
|---|---|---|---:|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | -2,063,974. |
| **b** | Indicate accounting standard used for line 4a (see instructions): | | |
| | (1) [X] GAAP (2) [ ] IFRS | | |
| | (3) [ ] Tax-basis (4) [ ] Other (specify) | | |
| **5a** | Net income from nonincludible foreign entities (attach statement) | **5a** | ( ) |
| **b** | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) ....... STMT 26 | **5b** | 30. |
| **6a** | Net income from nonincludible U.S. entities (attach statement) | **6a** | ( ) |
| **b** | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (except qualified subchapter S subsidiaries) (attach stmt.) | **7b** | |
| **c** | Net income (loss) of other qualified subchapter S subsidiaries (QSubs) (attach statement) | **7c** | |
| **8** | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** | **Net income (loss) per income statement of the corporation.** Combine lines 4 through 10 | **11** | -2,063,944. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines:

| | | Total Assets | Total Liabilities |
|---|---|---:|---:|
| **a** | Included on Part I, line 4 | 4,966,567. | 6,131,584. |
| **b** | Removed on Part I, line 5 | 830. | 469,605. |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

011735 04-01-20

11000321  759078  16439.0          2020.05091  AEROCARE MEDICAL TRANSPORT  16439_01

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) COGS ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OMB No. 1545-0172 **2020** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | COST OF GOODS SOLD DEPRECIATION | 36-3531506 |

## Part I — Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,040,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,590,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 55,247. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

### Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 4,572. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 59,819. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

Case 23-30246-5-wak   Filed 04/18/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 27 of 281
11000321 759078 16439.0   2020.05091 AEROCARE MEDICAL TRANSPORT   16439_01

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

| 24a Do you have evidence to support the business/investment use claimed? | [X] Yes | [ ] No | 24b If "Yes," is the evidence written? | [X] Yes | [ ] No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 27 | | % | | | | | 4,572. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 4,572. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2020 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 28 of 281
11000321 759078 16439.0   2020.05091 AEROCARE MEDICAL TRANSPORT   16439_01

Form **4562**

Department of the Treasury
Internal Revenue Service     (99)

# Depreciation and Amortization
## (Including Information on Listed Property)     OTHER
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No. **179**

Name(s) shown on return: **AEROCARE MEDICAL TRANSPORT SYSTEM, INC**
Business or activity to which this form relates: **OTHER DEPRECIATION**
Identifying number: **36-3531506**

| Part I | Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I. |
|---|---|

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,040,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,590,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation (Don't include listed property.) |
|---|---|

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 7,367. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| Part III | MACRS Depreciation (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 41,411. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

| Part IV | Summary (See instructions.) |
|---|---|

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 48,778. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

016251  12-18-20     LHA   For Paperwork Reduction Act Notice, see separate instructions.                Form **4562** (2020)

11000321 759078 16439.0                               2020.05001 AEROCARE MEDICAL TRANSPORT   16439_01

Case 23-10597-BLS    Doc 609-1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 29 of 281

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ................ | | | | 25 | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ..... | | | | 28 | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................ | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) ........ | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | |
| 32 Total other personal (noncommuting) miles driven .......... | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 .......... | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ......... | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? .................. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ...... | | |
| 39 Do you treat all use of vehicles by employees as personal use? .................. | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? .................. | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? .................. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2020 tax year ....... | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report .... | | | 44 | | |

016252 12-18-20

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 30 of 281

11000321 759078 16439.0     2020.05091 AEROCARE MEDICAL TRANSPORT    16439_01

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2020**

Attachment
Sequence No. **27**

Name(s) shown on return

AEROCARE MEDICAL TRANSPORT SYSTEM, INC

Identifying number

36-3531506

| | | |
|---|---|---|
| **1** Enter the gross proceeds from sales or exchanges reported to you for 2020 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1** | 0. |

| Part I | Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions) |
|---|---|

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 | | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 | | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft | | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | | **7** | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years. See instructions | | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. | | **9** | |

| Part II | Ordinary Gains and Losses (see instructions) |
|---|---|

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** Loss, if any, from line 7 | | **11** ( | ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable | | **12** | |
| **13** Gain, if any, from line 31 | | **13** | 520,087. |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a | | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 | | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 | | **16** | |
| **17** Combine lines 10 through 16 | | **17** | 520,087. |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

| | | |
|---|---|---|
| **a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as "Form 4797, line 18a." See instructions | **18a** | |
| **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2020)

018001
12-18-20

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321  759078  16439.0        Main Document    Page 31 of 281      AEROCARE MEDICAL TRANSPORT      16439_01

| **Part III** | **Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255** (see instructions) | | |

| **19 (a)** Description of section 1245, 1250, 1252, 1254, or 1255 property: | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) |
|---|---|---|
| **A** SALE OF 269GJ LEARJET | 121517 | 121720 |
| **B** | | |
| **C** | | |
| **D** | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | **Property A** | **Property B** | **Property C** | **Property D** |
|---|---|---|---|---|---|
| **20** Gross sales price (**Note:** See line 1 before completing.) | **20** | 597,328. | | | |
| **21** Cost or other basis plus expense of sale | **21** | 1,455,973. | | | |
| **22** Depreciation (or depletion) allowed or allowable | **22** | 1,378,732. | | | |
| **23** Adjusted basis. Subtract line 22 from line 21 | **23** | 77,241. | | | |
| **24** Total gain. Subtract line 23 from line 20 | **24** | 520,087. | | | |
| **25** **If section 1245 property:** | | | | | |
| **a** Depreciation allowed or allowable from line 22 | **25a** | 1,378,732. | | | |
| **b** Enter the **smaller** of line 24 or 25a | **25b** | 520,087. | | | |
| **26** **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** Additional depreciation after 1975 | **26a** | | | | |
| **b** Applicable percentage multiplied by the **smaller** of line 24 or line 26a | **26b** | | | | |
| **c** Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| **f** Section 291 amount (corporations only) | **26f** | | | | |
| **g** Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| **a** Soil, water, and land clearing expenses | **27a** | | | | |
| **b** Line 27a multiplied by applicable percentage | **27b** | | | | |
| **c** Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| **28** **If section 1254 property:** | | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | **28a** | | | | |
| **b** Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| **29** **If section 1255 property:** | | | | | |
| **a** Applicable percentage of payments excluded from income under section 126 | **29a** | | | | |
| **b** Enter the **smaller** of line 24 or 29a | **29b** | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| **30** Total gains for all properties. Add property columns A through D, line 24 | **30** | 520,087. |
|---|---|---|
| **31** Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | 520,087. |
| **32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | |

| **Part IV** | **Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less** (see instructions) | | |

| | | **(a)** Section 179 | **(b)** Section 280F(b)(2) |
|---|---|---|---|
| **33** Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** Recomputed depreciation. See instructions | **34** | | |
| **35** Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 32 of 281

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

AeroCare Medical Transport System, Inc
43W450 US Highway 30
Sugar Grove, IL  60554

Employer Identification Number:  36-3531506

For the Year Ending December 31, 2020

AeroCare Medical Transport System, Inc is making the de minimis
safe harbor election under Reg. Sec. 1.263(a)-1(f).

FOOTNOTES                                STATEMENT    1

THIS RETURN HAS BEEN AMENDED TO CORRECT FORM 1120S LINE 1A
GROSS RECEIPTS. THIS CORRECTION INCLUDES A $2,420,670
ADJUSTMENT RELATED TO THE CHANGE IN THE CORPORATION'S
ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS RESTATED FROM
THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL STATEMENTS.

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                        36-3531506
```

```
FORM 1120S                    OTHER INCOME                STATEMENT    2
```

| DESCRIPTION | AMOUNT |
|---|---|
| HHS PROVIDER RELIEF FUND | 1,072,245. |
| MISCELLANEOUS INCOME | 23. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 1,072,268. |

```
FORM 1120S                 TAXES AND LICENSES             STATEMENT    3
```

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 250,812. |
| TAXES AND LICENSES | 18,131. |
| CALIFORNIA TAXES - OTHER | 129. |
| FLORIDA TAXES - OTHER | 1,087. |
| ILLINOIS TAXES - OTHER | 279. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 270,438. |

```
FORM 1120S                  OTHER DEDUCTIONS             STATEMENT    4
```

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 35,112. |
| COMMISSIONS | 44,162. |
| COMPUTER AND INTERNET EXPENSES | 85,290. |
| CONSULTING | 21,000. |
| DUES AND SUBSCRIPTIONS | 49,837. |
| EDUCATION | 239,172. |
| FREIGHT AND DELIVERY | 4,076. |
| INSURANCE | 263,658. |
| LEGAL AND ACCOUNTING | 189,485. |
| MEALS | 1,284. |
| OFFICE SUPPLIES | 62,879. |
| POSTAGE AND SUPPLIES | 1,504. |
| SHOP EXPENSE | 16,444. |
| TELECOMMUNICATIONS | 50,884. |
| TRAVEL | 65,234. |
| UNIFORMS | 4,539. |
| UTILITIES | 35,747. |
| VEHICLE EXPENSE | 2,244. |
| VEHICLE FUEL | 29,598. |
| VEHICLE LEASE | 9,808. |
| VEHICLE LICENSE AND REGISTRATION | 4,200. |

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506

VEHICLE MAINTENANCE                                            10,216.

TOTAL TO FORM 1120S, PAGE 1, LINE 19                       1,226,373.

---

| SCHEDULE K | INTEREST INCOME | STATEMENT | 5 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| INTEREST INCOME | 9,023. |
| TOTAL TO SCHEDULE K, LINE 4 | 9,023. |

---

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT | 6 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| SECTION 199A - ORDINARY INCOME (LOSS) | 59,583. |
| SECTION 199A - W-2 WAGES | 3,100,973. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 2,040,700. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| NOTES RECEIVABLE - EMPLOYEES | 2,594. | 0. |
| PREPAID EXPENSES | 29,861. | 20,869. |
| PREPAID INSURANCE | 14,474. | 18,076. |
| PREPAID TRAINING | 43,341. | 0. |
| STATE INCOME TAX PROVISION | 7,172. | 0. |
| TREASURY REFUND | 0. | 61,993. |
| TOTAL TO SCHEDULE L, LINE 6 | 97,442. | 100,938. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| DUE FROM RELATED COMPANIES | 359,925. | 359,925. |
| SECURITY DEPOSITS | 200,708. | 9,076. |
| TOTAL TO SCHEDULE L, LINE 14 | 560,633. | 369,001. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 9 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED PAYROLL | 210,166. | 226,167. |
| BANK OVERDRAFT | 34,486. | 0. |
| CUSTOMER DEPOSITS | 17,250. | 10,792. |
| OTHER ACCRUAL | 699,280. | 759,554. |
| PAYROLL LIABILITIES | 44,826. | 0. |
| TOTAL TO SCHEDULE L, LINE 18 | 1,006,008. | 996,513. |

---

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 10 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| PPP LOAN | 0. | 840,550. |
| TOTAL TO SCHEDULE L, LINE 21 | 0. | 840,550. |

---

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 11 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| BALANCE AT BEGINNING OF YEAR | 2,901,426. |
| NET INCOME PER BOOKS | -2,063,944. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 837,482. |

| SCHEDULE L | ADJUSTMENTS TO SHAREHOLDERS' EQUITY | | STATEMENT 12 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PRIOR PERIOD ADJUSTMENT | 391,758. | 391,758. |
| PRIOR PERIOD ALLOWANCE FOR DOUBTFUL ACCOUNTS RESTATEMENT | | -2,420,670. |
| RETAINED EARNINGS ADJUSTMENT - NO TAX EFFECT | 4,413. | 4,413. |
| TOTAL TO SCHEDULE L, LINE 25 | 396,171. | -2,024,499. |

| SCHEDULE K | OTHER TAX-EXEMPT INCOME | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EIDL LOAN INCOME | 10,000. |
| TOTAL TO SCHEDULE K, LINE 16B | 10,000. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 14 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS EXPENSES | 1,284. |
| TOTAL TO SCHEDULE K, LINE 16C | 1,284. |

| SCHEDULE M-1 | INCOME INCLUDED ON SCHEDULE K NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS RECEIVABLE - PY | 9,015,345. |
| TAX GAIN/LOSS ON SALE OF ASSETS IN EXCESS OF BOOK | 520,561. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 9,535,906. |

SCHEDULE M-1          EXPENSES RECORDED ON BOOKS THIS YEAR          STATEMENT   16
                              NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS PAYABLE - CY | 2,851,253. |
| ACCRUED EXPENSES- CY | 470,893. |
| ACCRUED PAYROLL - CY | 226,167. |
| ALLOWANCE FOR BAD DEBTS - CY | 822,362. |
| PREPAID EXPENSES - PY | 87,676. |
| STATE INCOME TAX BOOK/TAX DIFFERENCE | 5,841. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 4,464,192. |

SCHEDULE M-1          INCOME RECORDED ON BOOKS THIS YEAR          STATEMENT   17
                              NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| EIDL LOAN INCOME | 10,000. |
| ACCOUNTS RECEIVABLE - CY | 4,110,468. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 4,120,468. |

SCHEDULE M-1                DEDUCTIONS ON SCHEDULE K                STATEMENT   18
                      NOT CHARGED AGAINST BOOK INCOME THIS YEAR

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS PAYABLE - PY | 2,577,211. |
| ACCRUED EXPENSES - PY | 406,739. |
| ACCRUED PAYROLL - PY | 254,993. |
| ALLOWANCE FOR BAD DEBTS - PY | 4,805,989. |
| PREPAID EXPENSES - CY | 38,945. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 8,083,877. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS   STATEMENT   19

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 9,023. |
| EIDL EXPENSES | 10,000. |
| PPP LOAN EXPENSES | 840,550. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 859,573. |

SCHEDULE M-2        OTHER ADJUSTMENTS ACCOUNT - OTHER ADDITIONS   STATEMENT   20

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER TAX-EXEMPT INCOME | 10,000. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (D) | 10,000. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT   21

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 1,284. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 1,284. |

SCHEDULE M-2        OTHER ADJUSTMENTS ACCOUNT - OTHER REDUCTIONS   STATEMENT   22

| DESCRIPTION | AMOUNT |
|---|---|
| EIDL EXPENSES | 10,000. |
| PPP LOAN EXPENSES | 840,550. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (D) | 850,550. |

SCHEDULES M-2/L        RECONCILIATION OF ENDING SCHEDULE M-2        STATEMENT   23
                              AND RETAINED EARNINGS

| DESCRIPTION | AAA | OAA | SUTIPT | PRIOR EARNINGS & PROFITS & OTHER ADJ. |
|---|---|---|---|---|
| SCH. M-2 BALANCES | -1,411,706. | -840,550. | 205,426. | 205,426. |
| NBV OF FIXED ASSETS - BOOK | 164,785. | | | |
| NBV OF FIXED ASSETS - TAX | -106,735. | | | |
| ACCOUNTS PAYABLE - CY | -2,851,253. | | | |
| ALLOWANCE FOR BAD DEBT - CY | -822,362. | | | |
| ACCRUED EXPENSES - CY | -470,893. | | | |
| ACCRUED PAYROLL - CY | -226,167. | | | |
| ACCOUNTS RECEIVABLE - CY | 4,110,468. | | | |
| PREPAID EXPENSES - CY | 38,945. | | | |
| UNREC. PY BOOK/TAX DIFFERENCES | -83,726. | | | |
| SECT 179 CARRYOVER UTILIZED 2019 | 14,708. | | | |
| SECT 179 CARRYOVER UTILIZED 2018 | 495,297. | | | |
| 2019 STATE INCOME TAXES B/T DIFF | 990. | | | |
| 2020 STATE INCOME TAXES B/T DIFF | -5,841. | | | |
| 2019 ALLOW FOR DOUBTFUL ACCTS RESTATEMENT | 2,420,670. | | | |
| SUBTOTALS | 1,267,180. | -840,550. | 205,426. | 205,426. |

TOTAL RECONCILED SCHEDULE M-2 BALANCES                               837,482.

ENDING RETAINED EARNINGS FROM SCHEDULE L, LINE 24                    837,482.

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                          36-3531506
═══════════════════════════════════════════════════════════════════════════

───────────────────────────────────────────────────────────────────────────

AMENDED RETURN STATEMENT

FORM, LINE AND/OR INSTRUCTION REFERENCE FOR GENERAL NOTE OR ELECTION


REGULATION REFERENCE FOR GENERAL NOTE OR ELECTION


DESCRIPTION FOR GENERAL NOTE OR ELECTION


EXPLANATION
THIS RETURN HAS BEEN AMENDED TO CORRECT FORM 1120S LINE 1A GROSS RECEIPTS.
THIS CORRECTION INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS RESTATED FROM
THE PRIOR TAX YEAR.

---

FORM 1125-A                    OTHER COSTS                    STATEMENT   25

---

| DESCRIPTION | AMOUNT |
|---|---|
| AIRCRAFT EXPENSES | 1,062,107. |
| CONTRACT LABOR | 267,479. |
| DEPRECIATION | 59,819. |
| GROUND AMBULANCE | 264,390. |
| OPERATING SUPPLIES | 14,933. |
| TOTAL TO LINE 5 | 1,668,728. |

---

SCHEDULE M-3          NET LOSS FROM NONINCLUDIBLE FOREIGN          STATEMENT   26
                      ENTITIES INCLUDED IN PART I LINE 4A

NAME OF ENTITY

| | EIN | NET LOSS | TOTAL ASSETS | TOTAL LIABILITIES |
|---|---|---|---|---|
| R & J AVIATION | 59-3832260 | 30. | 830. | 469,605. |
| TOTAL NET LOSS TO PART I, LINE 5B | | 30. | 830. | 469,605. |

---

FORM 4562          LISTED PROPERTY INFORMATION-MORE THAN 50%          STATEMENT   27

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y N | (P) > 5% OWNER? Y N | (Q) ANOTHER VEH. AVAILABLE? Y N | | |

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| AUTO MILWAUKEE | 07/29/04 | 100.00 | 43,846. | 21,923. | 5 YRS | 200DB-HY | | 0. |
| | | | | | X | X | X | |
| AUTO CHICAGO | 08/02/04 | 100.00 | 44,820. | 22,410. | 5 YRS | 200DB-HY | | 0. |
| | | | | | X | X | X | |
| AUTO MILWAUKEE | 08/13/05 | 100.00 | 45,064. | 45,064. | 5 YRS | 200DB-HY | | 0. |
| | | | | | X | X | X | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2010 SUBURBAN | 07/29/10 | | | | | | | |
| 623 | | 100.00 | 65,072. | 32,536. | 5 YRS | 200DB-HY | | 0. |
| | | | | X | X | X | | |
| 2011 SUBURBAN | 03/15/11 | | | | | | | |
| 611 | | 100.00 | 68,535. | 0. | 5 YRS | 200DB-HY | | 0. |
| | | | | X | X | X | | |
| 2011 SUBURBAN | 03/15/11 | | | | | | | |
| 613 | | 100.00 | 68,535. | 0. | 5 YRS | 200DB-HY | | 0. |
| | | | | X | X | X | | |
| 2004 MERCURY SABLE | 11/18/13 | | | | | | | |
| | | 100.00 | 4,000. | 2,000. | 5 YRS | 200DB-HY | | 0. |
| | | | | X | X | X | | |
| LAND ROVER | 01/01/15 | 100.00 | 6,672. | 0. | 5 YRS | 200DB-HY | | 0. |
| | | | | X | X | X | | |
| 2012 WHITE FORD | 11/28/15 | | | | | | | |
| EXPLORER | | 100.00 | 17,995. | 8,997. | 5 YRS | 200DB-HY | | 518. |
| | | | | X | X | X | | |
| 2017 SUBURBAN | 08/18/17 | 100.00 | 62,533. | 18,766. | 5 YRS | 200DB-MQ | | 4,054. |

TOTALS TO FORM 4562, PART V, LINE 26                         4,572.

671120

**Schedule K-1**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax
year beginning _____
ending _____

☐ Final K-1     ☒ Amended K-1     OMB No. 1545-0123

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 59,583. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 9,023. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) 0. | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| | | A | 14. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | B* | 10,000. |
| 12 | Other deductions | C* | 1,284. |
| | | 17 | Other information |
| | | A | 9,023. |
| | | V * | STMT |
| | | AC* | STMT |

**Part I     Information About the Corporation**

**A** Corporation's employer identification number
36-3531506

**B** Corporation's name, address, city, state, and ZIP code

AEROCARE MEDICAL TRANSPORT SYSTEM, INC
43W450 US HIGHWAY 30
SUGAR GROVE, IL   60554

**C** IRS Center where corporation filed return
E-FILE

**Part II     Information About the Shareholder**

**D** Shareholder's identifying number
████████

**E** Shareholder's name, address, city, state, and ZIP code

JOSEPH D. CECE
1936 E. MISSOURI AVENUE
PHOENIX, AZ 85016

**F** Current year allocation percentage ... 100.000000 %

**G** Shareholder's number of shares
Beginning of tax year ............ 4,000.00
End of tax year ...................... 4,000.00

**H** Loans from shareholder
Beginning of tax year ........... $ _____
End of tax year .................... $ _____

For IRS Use Only

| 18 | ☐ | More than one activity for at-risk purposes* |
| 19 | ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

011271
11-19-20

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**     www.irs.gov/Form1120S     **Schedule K-1 (Form 1120-S) 2020**

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                           36-3531506

===============================================================================

SCHEDULE K-1          OTHER TAX-EXEMPT INCOME, BOX 16, CODE B

DESCRIPTION                      AMOUNT      SHAREHOLDER FILING INSTRUCTIONS

EIDL LOAN INCOME                 10,000.

TOTAL                            10,000.

===============================================================================

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

DESCRIPTION                      AMOUNT      SHAREHOLDER FILING INSTRUCTIONS

EXCLUDED MEALS EXPENSES           1,284.  SEE SHAREHOLDERS INSTRUCTIONS

TOTAL                             1,284.

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS
AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I)
ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                        CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | 59,583. |
| W-2 WAGES | 3,100,973. |
| UNADJUSTED BASIS | 2,040,700. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 8,371,401. |

For the ☒ calendar year 2020 or ☐ fiscal year beginning _____ and ending _____ .

| | |
|---|---|
| Business Telephone Number (with area code) | Name |
| 630-466-0800 | AEROCARE MEDICAL TRANSPORT SYSTEM, INC |
| Business Activity Code (from federal Form 1120-S) | Address - number and street or PO Box |
| 621900 | 43W450 US HIGHWAY 30 |
| | City, Town or Post Office |
| | SUGAR GROVE |

**CHECK ONE:** ☐ Original ☒ Amended

Employer Identification Number (EIN): 36-3531506

State: IL  ZIP Code: 60554

**68** Check box if: A ☐ This is a first return  B ☐ Name change  C ☒ Address change

Check box if return filed under extension: **82** ☐ **82F** ☒

**REVENUE USE ONLY. DO NOT MARK IN THIS AREA.**

**88** ☐

**A** ARIZONA apportionment **for multistate S corporations only** (check one box):
1 ☐ AIR CARRIER  2 ☒ STANDARD  3 ☐ SALES FACTOR ONLY

**B** ☐ Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included.
Indicate the year of the election cycle _____ Yr 1 ☐ Yr 2 ☐ Yr 3 ☐ Yr 4 ☐ Yr 5 ☐

**C** Is this the S corporation's final Arizona return under this EIN? ☐ Yes ☒ No
If "Yes", check one: 1 ☐ Dissolved  2 ☐ Withdrawn  3 ☐ Merged/Reorganized
List EIN of the successor corporation, if any _____

**D** Does the S corporation conduct business with and without Arizona? ☒ Yes ☐ No

**E** Will a composite return be filed on Form 140NR? ☐ Yes ☒ No

**F** Total number of nonresident individual shareholders _____ 0

**G** Total number of resident and part-year resident individual shareholders _____ 1

**H** Total number of entity shareholders: See instructions _____ 0

**81** PM

**66** RCVD

**Nonprofit Medical Marijuana Dispensary (NMMD) only:** See instructions.

**I** ☐ NMMD Registry Identification Number: _____

| | | | |
|---|---|---|---|
| 1 | TOTAL DISTRIBUTIVE INCOME (LOSS) from federal Form 1120-S, Schedule K | 1 | 68,606 00 |

Complete lines 2-12 only if the S corporation has excess net passive income or capital gains/built-in gains. An S corporation that is not required to complete lines 2-12 must complete lines 13-25 if the S corporation has a tax liability from the recapture of tax credits.

| | | | | | |
|---|---|---|---|---|---|
| 2 | Excess net passive income | 2 | | 00 | |
| 3 | Capital gains/built-in gains | 3 | | 00 | |
| 4 | Total federal income subject to corporate income tax: Add lines 2 and 3. Enter the difference | | | 4 | 00 |
| | **100% AZ S corporations** check box 4a ☐ . Go to line 11. **Multistate S corporations,** continue to line 5 | | | | |
| 5 | Nonapportionable or allocable income: Include schedule. **Multistate S corporations only** | | | 5 | 00 |
| 6 | Apportionable income: Subtract line 5 from line 4. Enter the difference. **Multistate S corporations only** | | | 6 | 00 |
| 7 | Arizona apportionment ratio from Schedule A or Schedule ACA | 7 | ● | | |
| 8 | Income apportioned to Arizona: Line 6 multiplied by line 7. **Multistate S corporations only** | | | 8 | 00 |
| 9 | Other income allocated to Arizona: Include schedule. **Multistate S corporations only** | | | 9 | 00 |
| 10 | Total income attributable to Arizona: Add lines 8 and 9. Enter the total | | | 10 | 00 |
| 11 | Net income subject to Arizona corporate income tax: | | | | |
| | **100% Arizona S corporations:** Enter amount from line 4. **Multistate S corporations:** Enter the amount from line 10 | | | 11 | 00 |
| 12 | Enter tax: **See instructions before completing this line.** | | | 12 | 0 00 |
| 13 | Tax from recapture of tax credits from Arizona Form 300, Part 2, line 22 | | | 13 | 00 |
| 14 | Subtotal: Add lines 12 and 13. Enter the total | | | 14 | 00 |
| 15 | Nonrefundable tax credits from Arizona Form 300, Part 2, line 40 | | | 15 | 00 |
| 16 | Enter form number for each nonrefundable tax credit claimed: 161 ☐ 3 162 ☐ 3 163 ☐ 3 164 ☐ 3 | | | | |
| 17 | Tax liability: Subtract line 15 from line 14. Enter the difference | | | 17 | 0 00 |
| 18 | Refundable tax credits: Check box(es) and enter amount 181 ☐ 308 182 ☐ 349 | 18 | | 00 | |
| 19 | Extension payment made with Form 120EXT or online: See instructions | 19 | | 00 | |
| 20 | Estimated tax payments: See instructions | 20 | | 00 | |
| 21 | Total payments: Add lines 18 through 20. Enter the total. For amended returns, see instructions | | | 21 | 00 |
| 22 | Balance of tax due: If line 17 is larger than line 21, subtract line 21 from line 17. Enter the difference. Skip line 23 | | | 22 | 00 |
| 23 | Overpayment of tax: If line 21 is larger than line 17, subtract line 17 from line 21. Enter the difference | | | 23 | 00 |
| 24 | Penalty and interest | | | 24 | 00 |
| 25 | Estimated tax underpayment penalty. **If Form 220 is included, check box** 25A ☐ | 25 | | 00 | |
| 26 | Information return penalty: See instructions | | | 26 | 00 |
| 27 | **TOTAL DUE:** See instructions | | | 27 | 00 |
| 28 | **OVERPAYMENT:** See instructions | | | 28 | 00 |
| 29 | Amount of line 28 to be applied to 2021 estimated tax | 29 | | 00 | |
| 30 | Amount to be refunded: Subtract line 29 from line 28. Enter the difference | | | 30 | 00 |

## SCHEDULE A   Apportionment Formula (Multistate S Corporations Only)

**IMPORTANT:** Qualifying air carriers must use Arizona Schedule ACA. Qualifying multistate service providers must include Arizona Schedule MSP. If the *"SALES FACTOR ONLY"* box on page 1, line A, is checked, *complete only Section A3, Sales Factor, lines a through f.* See instructions.

| | | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar | COLUMN B<br>Total Everywhere<br>Round to nearest dollar. | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|---|
| **A1** | **Property Factor - STANDARD APPORTIONMENT ONLY**<br>Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| a | Owned Property (at original cost): | | | |
| | 1 Inventories | | | |
| | 2 Depreciable assets (do not include construction in progress) | 315,447 | 4,276,535 | |
| | 3 Land | | | |
| | 4 Other assets (describe): | | | |
| | 5 Less: Nonbusiness property (if included in above totals) | | | |
| | 6 Total of section a (the sum of lines 1 through 4 less line 5) | 315,447 | 4,276,535 | |
| b | Rented property (capitalize at 8 times net rent paid) | 1,126,568 | 2,465,576 | |
| c | Total owned and rented property (Total of section a plus section b) | 1,442,015 | 6,742,111 | .213882 |
| **A2** | **Payroll Factor - STANDARD APPORTIONMENT ONLY**<br>Total wages, salaries, commissions and other compensation to employees<br>(per federal Form 1120S, or payroll reports) | 687,542 | 3,145,135 | .218605 |
| **A3** | **Sales Factor** | | | |
| a | Sales delivered or shipped to Arizona purchasers | 975,922 | | |
| b | Sales from services or from designated intangibles **for qualifying multistate service providers only** (see instructions; include Schedule MSP) | | | |
| c | Other gross receipts | | | |
| d | Total sales and other gross receipts | 975,922 | 10,783,048 | |
| e | Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1) | x 2    OR    x 1 | | |
| f | Sales Factor Only (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B.) Skip line A4 and line A5.<br>**STANDARD Apportionment,** continue to A4.<br>**SALES FACTOR ONLY Apportionment,** enter the amount from Column C on page 1, line 7 | 1,951,844 | 10,783,048 | .181010 |
| **A4** | **STANDARD Apportionment Total Ratio:** Add Column C of lines A1c, A2, and A3f. Enter the total | | | .613497 |
| **A5** | **Average Apportionment Ratio for STANDARD Apportionment:** Divide line A4, Column C, by four (4). Enter the result on page 1, line 7. (If one of the factors is "0" in both Column A and Column B, see instructions.) | | | .153374 |

## SCHEDULE B   Other Information

**B1** Date business began in Arizona or date income was first derived from Arizona sources: 07/30/1987

**B2** Address at which tax records are located for audit purposes:
Number/Street: 43W450 US HIGHWAY 30
City: SUGAR GROVE          State: IL     ZIP Code: 60554

**B3** The taxpayer designates the individual listed below as the person to contact to schedule an audit of this return and authorizes the disclosure of confidential information to this individual. (See instructions, page 12.)
Name: JOE CECE                                      Phone Number: ███████████
                                                                                      (Area Code)
Title: PRESIDENT

**B4** List prior taxable years ending in MM/DD/YYYY format for which a federal examination has been finalized:

NOTE: A.R.S. § 43-327 requires the taxpayer, within ninety days after final determination, to report these changes under separate cover to the Arizona Department of Revenue or to file amended returns reporting these changes. (See instructions, page 2.)

**B5** Indicate tax accounting method:   [X] Cash     [ ] Accrual     [ ] Other   (Specify method.) _____

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document      Page 49 of 281

| Name (as shown on page 1) | EIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

## SCHEDULE C  Shareholder Information

Complete Schedule C for all shareholders of the S corporation. If the S corporation has more than 8 shareholders, include additional schedules as necessary.

| | (a)<br><br>Shareholder Name | (b)<br>Street Address<br>(c)<br>City, State ZIP | (d)<br>Shareholder<br>Tax Identification<br>Number | (e)<br>Share-<br>holder's<br>Ownership<br>Percentage | (f)<br>Distributive<br>Share of Income<br>Page 1, Line 1 | (g)<br>Resident (R)<br>Nonresident (N)<br>Other Entity (O) |
|---|---|---|---|---|---|---|
| 1 | SEE STATEMENT 2 | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| | **Include additional sheets as necessary** | | | | | |

| Declaration | The following declaration must be signed by one or more of the following officers: president, treasurer, or any other principal officer.<br><br>Under penalties of perjury, I, the undersigned officer authorized to sign this return, declare that I have examined this return, including the accompanying schedules and statements, and to the best of my knowledge and belief, it is a true, correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |
|---|---|

| Please Sign Here | | | PRESIDENT |
|---|---|---|---|
| | OFFICER'S SIGNATURE | DATE | TITLE |
| | LYUDMILA EISENMAN, CPA | | |
| | OFFICER'S PRINTED NAME | | |
| | LYUDMILA EISENMAN, CPA | 03/21/2022 | P01272545 |
| | PAID PREPARER'S SIGNATURE | DATE | PAID PREPARER'S PTIN |
| | LYUDMILA EISENMAN, CPA | | |
| | PAID PREPARER'S PRINTED NAME | | |

| Paid Preparer's Use Only | BEACHFLEISCHMAN PLLC | 86-0683059 |
|---|---|---|
| | FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED) | |
| | 1985 E. RIVER ROAD, SUITE 201 | 520-321-4600 |
| | FIRM'S STREET ADDRESS | FIRM'S TELEPHONE NUMBER |
| | TUCSON, AZ | 85718 |
| | CITY | STATE | ZIP CODE |

**Mail to: Arizona Department of Revenue, PO Box 29079, Phoenix, AZ 85038-9079**

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 50 of 281

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
_____

_____

|                        |            | SHAREHOLDER | DISTRIBUTIVE   | R |
|                        | SHAREHOLDER| OWNERSHIP   | SHARE OF       | N |
| NAME AND ADDRESS       | TIN        | PERCENTAGE  | INCOME (LOSS)  | O |
|                        | _____ | _____  | _____ | - |
| JOSEPH D. CECE         |            |             |                |   |
| 1936 E. MISSOURI AVENUE|            |             |                |   |
| PHOENIX, AZ 85016      | ████████   | 100.000000  | 68,606.        | R |

| ARIZONA SCHEDULE K-1 EQUIVALENT | **Shareholder's Information - Resident**<br>**For Calendar Year 2020, or Fiscal Year**<br>Beginning , and Ending | **2020** |
|---|---|---|

Shareholder Name & Address

JOSEPH D. CECE
1936 E. MISSOURI AVENUE
PHOENIX, AZ 85016

Shareholder ID No. ▮▮▮▮▮▮

Percentage of Ownership
100.000000%

CHECK ONE

Original ☐
Amended ☒

Corporation Name & Address

AEROCARE MEDICAL TRANSPORT SYSTEM, INC
43W450 US HIGHWAY 30
SUGAR GROVE, IL  60554

Corporation ID Number

36-3531506

| **Shareholder's Distributive Share of Income, Adjustments and Arizona Tax Credit Items** | **Amount** |
|---|---|
| **ADDITIONS TO INCOME** | |
| Non-Arizona municipal interest | |
| Taxes paid to other states | |
| Other additions to income | |
| | |
| | |
| | |
| | |
| | |
| **SUBTRACTIONS FROM INCOME** | |
| Interest on U.S. Government obligations | |
| Other subtractions from income | |
| | |
| | |
| | |
| | |
| | |
| **ARIZONA TAX CREDITS** | |
| | |
| | |
| | |
| | |
| | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0        Main Document   Page 53 of 281   AEROCARE MEDICAL TRANSPORT   16439_01

For the [X] calendar year 2020 or [ ] fiscal year beginning _____ and ending _____ .

**CHECK ONE:** [ ] Original   [X] Amended

| Shareholder's Tax Identification Number | S corporation's Employer Identification Number (EIN) 36-3531506 |
|---|---|
| Shareholder's Name JOSEPH D. CECE | S corporation's Name AEROCARE MEDICAL TRANSPORT SYSTEM, IN |
| Shareholder's Address - number and street or rural route 1936 E. MISSOURI AVENUE | S corporation's Address - number and street or rural route 43W450 US HIGHWAY 30 |
| Shareholder's City, Town or Post Office   State   ZIP Code PHOENIX, AZ 85016 | S corporation's City, Town or Post Office   State   ZIP Code SUGAR GROVE, IL  60554 |

Shareholder's percentage of stock ownership for the taxable year:   100.0000%

## Part 1   Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 1  Net capital gain (loss) from investment in a qualified small business ......................................... **1** | |

## Part 2   Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 2  Net capital gain (loss) from the exchange of legal tender .............................................................. **2** | |

## Part 3   Net Long-Term Capital Gain (Loss) Subtraction - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete line 3 through line 5 (if applicable). If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S corporation is not required to complete Part 3.

| Pro Rata Share Items From federal Form 1120-S, Schedule K-1 | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 3  Net long-term capital gain (loss) .................. **3** | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 4  Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 3, column (c)) ............................................. **4** | | | |
| 5  Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 3, column (c)) ......................... **5** | | | |

# Amended Corporation
# Franchise or Income Tax Return

CALIFORNIA FORM
**100X**

0000000    AERO  36-3531506  000000000000  20
TYB 01-01-2020  TYE 12-31-2020
AEROCARE MEDICAL TRANSPORT SYSTEM INC

43W450 US HIGHWAY 30
SUGAR GROVE        IL  60554

**Questions.** See instructions.

| | | Yes | No |
|---|---|---|---|
| A | Did this corporation file an amended return with the IRS for the same reason? | | X |
| B | Has the IRS advised this corporation that the original federal return is, was, or will be audited? | | X |
| C | Is this amended return based on a final federal determination(s)? | | X |
| | If so, what was the final federal determination date(s)? | | |
| D | Is this return an amended Form 100? | | X |
| E | Is this return an amended Form 100W? | | X |

| | | Yes | No |
|---|---|---|---|
| F | Is this return an amended Form 100S? | X | |
| | If yes, enter the maximum number of shareholders in the S corporation at any time during the taxable year. Do not leave blank | | 1 |
| G | Is this return a protective claim? | | X |
| H | Was the corporation's original return filed pursuant to a water's-edge election? | | X |
| I | During this taxable year, was 50% or more of the stock of this corporation owned by another corporation? | | X |
| J | During this taxable year, were gross receipts (less returns and allowances) of this corporation more than $1 million? | X | |

## Part I  Income and Deductions

| | | (a) Originally reported/adjusted | (b) Net change | (c) Correct amount |
|---|---|---|---|---|
| 1 | Net income (loss) before state adjustments | 2,480,253 00 | -2,420,670 00 | 59,583 00 |
| 2 | Additions to net income | -187,909 00 | 00 | -187,909 00 |
| 3 | Deductions from net income | 194,792 00 | 00 | 194,792 00 |
| 4 | Net income (loss) after state adjustments. Combine lines 1 through 3. | 2,097,552 00 | -2,420,670 00 | -323,118 00 |
| 5 | Net income (loss) from Schedule R. See instructions | 142,413 00 | -164,351 00 | -21,938 00 |

## Part II  Computation of Tax, Penalties, and Interest.

| | | | | |
|---|---|---|---|---|
| 6 | Net income (loss) for state purposes (Part I, line 4 or line 5) | 142,413 00 | -164,351 00 | -21,938 00 |
| 7 | Net operating loss (NOL) deduction | 60,994 00 | -60,994 00 | 0 00 |
| 8 | EZ, TTA, or LAMBRA NOL deduction. See instrs. | 00 | 00 | 00 |
| 9 | Disaster loss deduction | 00 | 00 | 00 |
| 10 | Net income for tax purposes. Combine lines 6 through 9 | 81,419 00 | -103,357 00 | -21,938 00 |
| 11 | Tax  1.5000 % X line 10. See instructions | 1,221 00 | -421 00 | 800 00 |
| 12 | Tax credits: | 00 | 00 | 00 |
| 13 | Tax after credits (not less than minimum franchise tax plus QSub annual tax(es), if applicable) | 421 00 | 379 00 | 800 00 |
| 14 | Alternative minimum tax. See instructions | 00 | 00 | 00 |
| 15 | Tax from Schedule D (100S) (Form 100S filers only) | 00 | 00 | 00 |
| 16 | Excess net passive income tax (Form 100S filers only) | 00 | 00 | 00 |
| 17 | Other adjustments to tax. See instructions | 00 | 00 | 00 |
| 18 | Total tax. Combine line 13 through line 17 | 421 00 | 379 00 | 800 00 |
| 19 | Penalties and interest. See instructions | (a) 00 (b) 00 | | (c) 00 |
| 20 | Revised balance. Add line 18, column (c), and line 19 (c) | | 20 | 800 00 |

## Part III  Payments and Credits

| | | | |
|---|---|---|---|
| 21 | Estimated tax payments (include overpayment from prior year allowed as a credit) | 21 | 800 00 |
| 22 | Amount paid with extension of time to file tax return | 22 | 00 |
| 23 | Payment with original tax return | 23 | 0 00 |
| 24 | Withholding (Forms 592-B and/or 593). a) originally reported/adjusted | | |
| | b) net change            c) correct amount | 24c | 00 |
| 25 | Other payments. See instructions | 25 | 00 |
| 26 | Total payments. Add line 21 through line 25 | 26 | 800 00 |
| 27 | Overpayment, if any, shown on original tax return, or as later adjusted | 27 | 00 |
| 28 | Balance. Subtract line 27 from line 26 | 28 | 800 00 |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 55 of 281

**Part IV**    Amount Due or Refund

| | | | |
|---|---|---|---|
| **29 Amount due.** If line 20 is more than line 28, subtract line 28 from line 20. See insts | ● 29 | | 0 |
| **30 Refund.** If line 28 is more than line 20, subtract line 20 from line 28. See instructions | ● 30 | | |

**Part V**    Explanation of Changes

**1**   Enter name, address, California corporation number, and/or FEIN used on original tax return (if same as shown on this amended return, write "Same").

| Corporation name | California corporation number | FEIN |
|---|---|---|
| SAME | SAME | SAME |

| Additional information | California Secretary of State file number |
|---|---|
| | |

| Street address (suite/room no.) | PMB no. |
|---|---|
| SAME | SAME |

| City | State | ZIP code |
|---|---|---|
| SAME | | |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**2**   **Explanation of changes to items in Part I, Part II, Part III, and Part IV.**

Enter the line number from Side 1 for each item that is changing and give the reason for each change. Attach all supporting forms and schedules for items changed. Include federal schedules if a change was made to the federal return. Be sure to include the corporation name and California corporation number on each attachment. Refer to the forms and instructions for the taxable year that is being amended.

THE FEDERAL FORM 1120S WAS AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL STATEMENTS.

| Sign Here | Under penalties of perjury, I declare that I have filed an original return and I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Signature of officer | Title **PRESIDENT** | Date | Telephone |

| Paid Preparer's Use Only | Preparer's signature ▶ LYUDMILA EISENMAN, CPA | Date 03/21/22 | Check if self-employed ☐ | ● PTIN P01272545 |
|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) and address ▶ BEACHFLEISCHMAN PLLC 1985 E. RIVER ROAD, SUITE 201 TUCSON, AZ 85718 | | | Firm's FEIN ● 86-0683059 |
| | | | | Telephone ●520-321-4600 |

# California S Corporation
# Franchise or Income Tax Return

```
0000000        AERO  36-3531506  000000000000  20
TYB  01-01-2020  TYE  12-31-2020
AEROCARE MEDICAL TRANSPORT SYSTEM INC

43W450 US HIGHWAY 30
SUGAR GROVE        IL  60554
```

## Schedule Q Questions (continued on Side 3)

**A 1. FINAL RETURN?** ● ☐ Dissolved  ☐ Surrendered (withdrawn)  ☐ Merged/Reorganized  ☐ IRC Section 338 sale  ☐ QSub election

Enter date (mm/dd/yyyy) ........................................................ ● _____

**2.** Is the S corporation deferring any income from the disposition of assets? .......... ● ☐ Yes ☒ No

If "Yes" enter the year of disposition (yyyy) ................................ ● _____

**3.** Is the S corporation reporting previously deferred income from: .......... ● ☐ Installment sale  ☐ IRC §1031  ☐ IRC §1033  ☐ Other

**B 1.** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? .......... ● ☐ Yes ☒ No

**2.** During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? .......... ● ☐ Yes ☒ No

**3.** During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not reported on a previous year's tax return? .......... ● ☐ Yes ☒ No
**(Yes requires filing of statement, penalties may apply - see instructions.)**

| State Adjustments | | | | |
|---|---|---|---|---|
| **1** | Ordinary income (loss) from trade or business activities from Schedule F (Form 100S, Side 4), line 22 or federal Form 1120-S, line 21. If Schedule F (Form 100S, Side 4) was not completed, attach federal Form 1120-S, page 1, and supporting schedules ● | 1 | 59,583 | 00 |
| **2** | Foreign or domestic tax based on income or profits and California franchise or income tax deducted ● | 2 | | 00 |
| **3** | Interest on government obligations ● | 3 | | 00 |
| **4** | Net capital gain from Schedule D (100S), Section A & Section B. Attach Schedule D (100S). See instructions ● | 4 | | 00 |
| **5** | Depreciation and amortization adjustments. Attach Schedule B (100S) ● | 5 | -196,932 | 00 |
| **6** | Portfolio income    SEE STATEMENT 1 ● | 6 | 9,023 | 00 |
| **7** | Other additions. Attach schedule(s) ● | 7 | | 00 |
| **8** | Total. Add line 1 through line 7 ● | 8 | -128,326 | 00 |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document        Page 57 of 281

| | | | | | |
|---|---|---|---|---|---|
| **State Adjustments (con't)** | 9 | Dividends received deduction. Attach Schedule H (100S) ......................... ● | 9 | | 00 |
| | 10 | Water's-edge dividend deduction. Attach Schedule H (100S) ..................... ● | 10 | | 00 |
| | 11 | Charitable contributions. See instructions ................................... ● | 11 | | 00 |
| | 12 | Other deductions. Attach schedule(s)  SEE STATEMENT 3  ..... ● | 12 | 194,792 | 00 |
| | 13 | Total. Add line 9 through line 12 ............................................ ● 13 | | 194,792 | 00 |
| | 14 | Net income (loss) after state adjustments. Subtract line 13 from Side 1, line 8 ● 14 | | -323,118 | 00 |

| | | | | | |
|---|---|---|---|---|---|
| **CA Net Income** | 15 | Net income (loss) for state purposes. Use Schedule R if apportioning or allocating income .............. 15 | | -21,938 | 00 |
| | 16 | R&TC Section 23802(e) deduction. See instructions ........................... ● | 16 | | |
| | 17 | Net operating loss (NOL) deduction. See instructions ......................... ● | 17 | | |
| | 18 | EZ, TTA, or LAMBRA NOL carryover deduction. See instructions ................. ● | 18 | | |
| | 19 | Disaster loss deduction. See instructions .................................... ● | 19 | | |
| | 20 | Net income for tax purposes. Combine line 16 through line 19. Subtract the result from line 15 ........ 20 | | -21,938 | 00 |

| | | | | | |
|---|---|---|---|---|---|
| **Taxes** | 21 | Tax. 1.5000 % x line 20 (at least minimum franchise tax, if applicable). See instructions ............ ● 21 | | 800 | 00 |
| | 22 | Credit name _____ code ● ____ amount ▶ | 22 | | 00 |
| | 23 | Credit name _____ code ● ____ amount ▶ | 23 | | 00 |
| | 24 | To claim more than two credits, see instructions | 24 | | 00 |
| | 25 | Add line 22 through line 24. Attach Schedule C (100S) ........................ ● 25 | | | 00 |
| | 26 | **Balance.** Subtract line 25 from line 21 (not less than minimum franchise tax plus QSub annual tax(es), if applicable) ● 26 | | 800 | 00 |
| | 27 | Tax from Schedule D (100S). Attach Schedule D (100S). See instructions ......... 27 | | | 00 |
| | 28 | Excess net passive income tax. See instructions ............................. ● 28 | | | 00 |
| | 29 | **Total tax.** Add line 26 through line 28 .................................... 29 | | 800 | 00 |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 30 | Overpayment from prior year allowed as a credit ............................. ● | 30 | 800 | 00 |
| | 31 | **2020 Estimated tax/QSub payments.** See instructions ...................... ● | 31 | | 00 |
| | 32 | 2020 Withholding (Forms 592-B and/or 593) ................................. ● | 32 | | 00 |
| | 33 | Amount paid with extension of time to file tax return ........................ ● | 33 | | 00 |
| | 34 | Total payments. Add line 30 through line 33 ................................ ● 34 | | 800 | 00 |

| | | | | | |
|---|---|---|---|---|---|
| **Refund or Amount Due** | 35 | Use tax. **This is not a total line.** See instructions ....................... ● | 35 | | 00 |
| | 36 | Payments balance. If line 34 is more than line 35, subtract line 35 from line 34 ● 36 | | 800 | 00 |
| | 37 | **Use tax balance.** If line 35 is more than line 34, subtract line 34 from line 35 ● 37 | | | 00 |
| | 38 | **Franchise or income tax due.** If line 29 is more than line 36, subtract line 36 from line 29 ● 38 | | 0 | 00 |
| | 39 | **Overpayment.** If line 36 is more than line 29, subtract line 29 from line 36 ● 39 | | | 00 |
| | 40 | Amount of line 39 to be credited to 2021 estimated tax ...................... ● 40 | | | 00 |
| | 41 | **Refund.** Subtract line 40 from line 39 .................................... ● 41 | | | 00 |
| | | See instructions to have the refund directly deposited. ☐ Checking ☐ Savings | | | |
| | | **41a.** ● Routing number  **41b.** ● Type  **41c.** ● Account number | | | |
| | 42 | a Penalties and interest ................................................... ● | 42a | | 00 |
| | | b ● ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions. | | | |
| | 43 | **Total amount due.** Add line 37, line 38, line 40, and line 42a. Then, subtract line 39 from the result ...... ◉ 43 | | | 00 |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 58 of 281

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506

## Schedule Q Questions *(continued from Side 1)*

**C** Principal business activity code. **Do not** leave blank ......... • 621900

Business activity AVIATION SERVICES          Product or service MEDICAL TRANSPORT

**D** Is this S corporation filing on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 for the current taxable year? ............... • ☐ Yes ☒ No

**E** Does this tax return include Qualified Subchapter S Subsidiaries? ............... • ☐ Yes ☒ No

**F** Date incorporated (mm/dd/yyyy) 07/30/1987          Where: • State IL Country

**G** Maximum number of shareholders in the S corporation at any time during the year. **Do not** leave blank ........... • 1

**H** Date business began in California or date income was first derived from California sources (mm/dd/yyyy) • 01/01/2013

**I** Is the S corporation under audit by the IRS or has it been audited in a prior year? ............... • ☐ Yes ☒ No

**J** Effective date of federal S election (mm/dd/yyyy) ............... • 01/01/2009

**L** Accounting method ............... • (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other

**M** Location of principal accounting records          SEE STATEMENT 4

**N** "Doing business as" (DBA) name: • AEROCARE MEDICAL TRANSP

**O** Have all required information returns (e.g., federal Forms 1099, 8300, and state Forms 592, 592-B etc.) been filed with the Franchise Tax Board? ☒ N/A ☐ Yes ☐ No

**P** Is this S corporation apportioning or allocating income to California using Schedule R? ............... • ☒ Yes ☐ No

**Q** Has the S corporation included a reportable transaction or listed transaction within this return? See instructions for definitions ............... • ☐ Yes ☒ No
If "Yes," complete and attach federal Form 8886, for each transaction.

**R** Did the S corporation file the federal Schedule M-3 (Form 1120-S)? ............... • ☒ Yes ☐ No

**S** Is form FTB 3544, Side 2, Part B, List of Assigned Credit Received and/or Claimed by Assignee, attached to the return? ............... • ☐ Yes ☒ No

## Schedule J    Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | |
|---|---|---|
| 1 LIFO recapture due to S corporation election (IRC Sec. 1363(d) deferral $ _____ ) • | **1** | 00 |
| 2 Interest computed under the look-back method for completed long-term contracts (attach form FTB 3834) • | **2** | 00 |
| 3 Interest on tax attributable to installment   **a)** Sales of certain timeshares and residential lots • | **3a** | 00 |
| **b)** Method for nondealer installment obligations • | **3b** | 00 |
| 4 IRC Section 197(f)(9)(B)(ii) election • | **4** | 00 |
| 5 Credit recapture name • | **5** | 00 |
| 6 Combine line 1 through line 5. Revise the amount on Side 2, line 38 or line 39, whichever applies, by this amount. Write "Schedule J" to the left of line 38 or line 39 • | **6** | 00 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer ▶ | Title PRESIDENT | Date | • Telephone |

Officer's email address (optional) JDC@AEROCARE.COM

**Paid Preparer's Use Only**

| Preparer's signature ▶ LYUDMILA EISENMAN, CPA | Date 03/21/22 | Check if self-employed ▶ ☐ | • PTIN P01272545 |
| Firm's name (or yours, if self-employed) ▶ BEACHFLEISCHMAN PLLC | | | • Firm's FEIN 86-0683059 |
| and address ▶ 1985 E. RIVER ROAD, SUITE 201 TUCSON, AZ 85718 | | | • Telephone 520-321-4600 |

May the FTB discuss this return with the preparer shown above? See instructions ............... • ☒ Yes ☐ No

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document        Page 59 of 281

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                          36-3531506

**Schedule F**  Computation of Trade or Business Income  See instructions.

| | | | |
|---|---|---|---|
| Income | 1 **a)** Gross receipts or sales  8,362,378.  **b)** Less returns and allowances ____ **c)** Balance | 1c | 8,362,378 00 |
| | 2 Cost of goods sold from Schedule V, line 8 | 2 | 5,544,248 00 |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 2,818,130 00 |
| | 4 Net gain (loss). Attach schedule | 4 | 520,087 00 |
| | 5 Other income (loss). Attach schedule  SEE STATEMENT 5 | 5 | 1,072,268 00 |
| | 6 Total income (loss). Combine line 3 through line 5 | 6 | 4,410,485 00 |
| Deductions | 7 Compensation of officers. Attach schedule. See instructions  SEE STATEMENT 7 | 7 | 137,267 00 |
| | 8 Salaries and wages | 8 | 1,358,626 00 |
| | 9 Repairs and maintenance | 9 | 84,622 00 |
| | 10 Bad debts | 10 | 00 |
| | 11 Rents | 11 | 308,197 00 |
| | 12 Taxes  SEE STATEMENT 6 | 12 | 270,438 00 |
| | 13 Interest | 13 | 237,894 00 |
| | 14 **a)** Depreciation  108,597.  **b)** Less depreciation reported elsewhere  59,819.  **c)** Balance | 14c | 48,778 00 |
| | 15 Depletion | 15 | 00 |
| | 16 Advertising | 16 | 428,909 00 |
| | 17 Pension, profit-sharing plans, etc. | 17 | 00 |
| | 18 Employee benefit programs | 18 | 249,798 00 |
| | 19 **a)** Total travel and entertainment  2,568.  **b)** Deductible amount | 19b | 1,284 00 |
| | 20 Other deductions. Attach schedule  SEE STATEMENT 8 | 20 | 1,225,089 00 |
| | 21 Total deductions. Add line 7 through line 20 | 21 | 4,350,902 00 |
| | 22 Ordinary income (loss) from trade or business. Subtract line 21 from line 6. Enter here and on Side 1, line 1 | 22 | 59,583 00 |

The corporation may not be required to complete Schedule L and Schedule M-1. See Schedule L and Schedule M-1 instructions for reporting requirements.

**Schedule L**  Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 Cash | | | | 470,382. |
| 2 a Trade notes and accounts receivable | 9,015,345. | | 4,110,468. | |
|   b Less allowance for bad debts | ( 2,385,319.) | 6,630,026. | ( 822,363.) | 3,288,105. |
| 3 Inventories | | 43,424. | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets. Attach schedule(s)  STMT 9 | | 97,442. | | 100,938. |
| 6 Loans to shareholders. Attach schedule(s) | | 556,512. | | 573,356. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach schedule(s) | | | | |
| 9 a Buildings and other fixed depreciable assets | 5,000,838. | | 3,552,232. | |
|   b Less accumulated depreciation | ( 3,797,188.) | 1,203,650. | ( 3,387,447.) | 164,785. |
| 10 a Depletable assets | | | | |
|    b Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
|    b Less accumulated amortization | ( ) | | ( ) | |
| 13 Other assets. Attach schedule(s)  STMT 10 | | 560,633. | | 369,001. |
| 14 Total assets | | 9,091,687. | | 4,966,567. |
| **Liabilities and shareholders' equity** | | | | |
| 15 Accounts payable | | 2,577,211. | | 2,851,253. |
| 16 Mortg, notes, bonds payable in less than 1 yr. | | 916,243. | | 1,049,597. |
| 17 Other current liabilities. Attach schedule(s)  STMT 11 | | 1,006,008. | | 996,513. |
| 18 Loans from shareholders. Attach schedule(s) | | | | |
| 19 Mortg, notes, bonds payable in 1 year or more | | 1,272,628. | | 393,671. |
| 20 Other liabilities. Attach schedule(s)  STMT 12 | | | | 840,550. |
| 21 Capital stock | | 2,000. | | 2,000. |
| 22 Paid-in or capital surplus | | 20,000. | | 20,000. |
| 23 Retained earnings | | 2,901,426. | | 837,482. |
| 24 Adjustments. Attach schedule(s)  STMT 13 | | 396,171. | | -2,024,499. |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and shareholders' equity | | 9,091,687. | | 4,966,567. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return.

If the S corporation **completed** federal **Schedule M-3 (Form 1120-S)**. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income per books | -2,063,944. | 5 Income recorded on books this year not included on Schedule K, line 1 through line 10b (itemize) | |
| 2 Inc included on Sch K, lines 1 - 10b, not recorded on books this yr (itemize) | | a Tax-exempt interest $ | |
| SEE STATEMENT 17 | 9,535,906. | b Other $ 4,120,468. | |
| | | SEE STATEMENT 20 | |
| 3 Expenses recorded on books this year not incl on Schedule K, line 1 through line 12e (itemize) | | c Total. Add line 5a and line 5b | 4,120,468. |
| a Depreciation $ 138,581. | | 6 Deductions included on Sch K, line 1 through line 12e, not charged against book income this year (itemize) | |
| b State taxes $ 5,841. | | a Depreciation $ | |
| c Travel and entertainment $ 1,284. | | b State tax refunds $ | |
| d Other $ 4,458,351. | | c Other $ 8,083,877. | |
| SEE STATEMENT 19 | | SEE STATEMENT 18 | |
| e Total. Add line 3a through line 3d | 4,604,057. | d Total. Add line 6a through line 6c | 8,083,877. |
| | | 7 Total. Add line 5c and line 6d | 12,204,345. |
| | | 8 Income (loss) (Schedule K, line 19, col. d). | |
| 4 Total. Add line 1 through line 3e | 12,076,019. | Subtract line 7 from line 4 | -128,326. |

## Schedule M-2 CA Accumulated Adjustments Account, Other Adjustments Account, and Other Retained Earnings. See instructions.

**Important: Use California figures and federal procedures.**

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Other retained earnings |
|---|---|---|---|
| 1 Balance at beginning of year | -2,626,812. | | 205,426. |
| 2 Ordinary income from Form 100S, Side 1, line 1 | 59,583. | | |
| 3 Other additions STMT 16 | 859,573. | | |
| 4 Loss from Form 100S, Side 1, line 1 | ( ) | | |
| 5 Other reductions STMT 14  STMT 15 | 198,216. | ( 850,550. ) | ( ) |
| 6 Combine line 1 through line 5 | -1,905,872. | -850,550. | 205,426. |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of year. Subtract line 7 from line 6 | -1,905,872. | -850,550. | 205,426. |
| 9 Retained earnings at end of year. Add line 8, column (a) through column (c) | | | -2,550,996. |
| 10 If the corp. has C corp. E&P at the end of the taxable year, enter the amount. See instructions | | | |

## Schedule V Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 Inventory at beginning of year | 1 | 43,424 | 00 |
| 2 Purchases | 2 | 2,227,016 | 00 |
| 3 Cost of labor | 3 | 1,605,080 | 00 |
| 4 Other IRC Sec. 263A costs. Attach schedule | 4 | | 00 |
| 5 Other costs. Attach schedule SEE STATEMENT 22 | 5 | 1,668,728 | 00 |
| 6 Total. Add line 1 through line 5 | 6 | 5,544,248 | 00 |
| 7 Inventory at end of year | 7 | | 00 |
| 8 Cost of goods sold. Subtract line 7 from line 6 | 8 | 5,544,248 | 00 |

Was there any change in determining quantities, costs, or valuations between opening and closing inventory? ............ Yes [X] No

If "Yes," attach an explanation. Enter California seller's permit number, if any .............................. ▶

Method of inventory valuation ............................................................................... COST

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ......... ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory computed under LIFO ............

039393 12-17-20    022    3615204        Form 100S 2020 **Side 5**
Case 2:23-bk-02376-EPB  Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 61 of 281

**Schedule K**   S Corporation Shareholder's Shares of Income, Deductions, Credits, etc.

| | (a)<br>Pro-rata share items | | (b)<br>Amount from federal<br>Schedule K (1120-S) | (c)<br>California<br>adjustment | (d)<br>Total amounts using<br>California law |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss)   STMT 25 | 1 | 59,583.⊙ | –196,932. ● | –137,349. |
| | **2** Net rental real estate income (loss). Att fed Form 8825 | 2 | | ● | |
| | **3 a** Other gross rental income (loss) | 3a | | ⊙ | |
| | **b** Expenses from other rental activities. Attach schedule | 3b | | ⊙ | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | 3c | | ● | |
| | **4** Interest income   SEE STATEMENT 23 | 4 | 9,023. | ● | 9,023. |
| | **5** Dividends | 5 | | ● | |
| | **6** Royalties | 6 | | ● | |
| | **7** Net short-term capital gain (loss). Attach Schedule D (100S) | 7 | | ⊙ | ● |
| | **8** Net long-term capital gain (loss). Attach Schedule D (100S) | 8 | ⊙ | ⊙ | ● |
| | **9** Net IRC Section 1231 gain (loss) | 9 | ⊙ | ⊙ | ● |
| **Other Income (Loss)** | **10 a** Other portfolio income (loss). Attach schedule | 10a | | ⊙ | ● |
| | **b** Other income (loss). Attach schedule | 10b | | ⊙ | ● |
| **Deductions** | **11** IRC Section 179 expense deduction.<br>Attach Schedule B (100S) | 11 | | | ⊙ |
| | **12 a** Charitable contributions | 12a | | | ● |
| | **b** Investment interest expense | 12b | | | ● |
| | **c 1** IRC Section 59(e)(2) expenditures | 12c1 | | | |
| | **2** Type of expenditures | 12c2 | | | |
| | **d** Deductions - portfolio. Attach schedule | 12d | | | |
| | **e** Other deductions. Attach schedule | 12e | | ⊙ | ⊙ |
| **Credits** | **13 a** Low-income housing credit. See instructions | 13a | | | ● |
| | **b** Credits related to rental real estate activities.<br>Attach schedule | 13b | | | ● |
| | **c** Credits related to other rental activities. See instructions.  Attach schedule | 13c | | | ● |
| | **d** Other  credits. Attach schedule | 13d | | | ● |
| | **14** Total withholding allocated to all shareholders | 14 | | | |
| **Alternative Minimum Tax (AMT) Items** | **15 a** Depreciation adjustment on property placed in service after 12/31/86 | 15a | | | |
| | **b** Adjusted gain or loss. See instructions | 15b | | | |
| | **c** Depletion (other than oil and gas) | 15c | | | |
| | **d** Gross income from oil, gas, and geothermal properties | 15d | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | 15e | | | |
| | **f** Other AMT items | 15f | | | |
| **Items Affecting Shareholder Basis** | **16 a** Tax-exempt interest income | 16a | | | |
| | **b** Other tax-exempt income | 16b | 10,000. | –10,000. ● | |
| | **c** Nondeductible expenses   SEE STATEMENT 24 | 16c | 1,284. | | 1,284. |
| | **d** Total property distributions (including cash) other than<br>dividends distribution reported on line 17c | 16d | | | |
| **Other Information** | **17 a** Investment income. See instructions | 17a | 9,023. | | 9,023. |
| | **b** Investment expenses. See instructions | 17b | | | |
| | **c** Total dividend distributions paid from accumulated earnings and profits | 17c | | | ● |
| | **d** Other items and amnts not included in lines 1 - 17b and lines 18a-e<br>that are required to be reported separately to shareholders. Attach schedule | 17d | SEE ATTACHED<br>FD SCH K STMT | | ● |
| **Other State Taxes** | **18 a** Type of income | 18a | | | |
| | **b** Name of state | 18b | | | |
| | **c** Total gross income from sources outside California. Att sch | 18c | | | |
| | **d** Total applicable deductions and losses. Attach schedule | 18d | | | |
| | **e** Total other state taxes. Check one: ☐ Paid ☐ Accrued | 18e | | | ● |
| **Reconciliation** | **19** Income (loss) (required only if Schedule M-1 must be completed).<br>Combine line 1, line 2, and line 3c through line 10b. From the<br>result, subtract the sum of lines 11, 12a, 12b, 12c1, 12d and 12e | 19 | 68,606. | –196,932. ● | –128,326. |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document        Page 62 of 281

# S Corporation Depreciation and Amortization

36-3531506
CALIFORNIA SCHEDULE
**B (100S)**

For use by S corporations only. Attach to Form 100S.

| Corporation name | California corporation number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 0000000 |

## Part I  Depreciation.  Use additional sheets if necessary.

| | | |
|---|---|---|
| 1 | Enter federal depreciation from federal Form 4562, line 22. | |
| | IRC Section 179 expense deduction is not included on this line. Get federal Form 4562 instructions .................... | **1** 108,597 00 |

California depreciation:

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Depreciation allowed or allowable in earlier years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 | Add the amounts on line 2, column (g) ................................................................ | **3** 305,529 00 |
| 4 | Subtract line 3 from line 1. If negative, use brackets. Enter here and on the applicable line of Form 100S, Side 6, Schedule K ........ | **4** -196,932 00 |
| 5 | Enter IRC Section 179 expense deduction here and on Form 100S, Side 2, line 12. Do not enter more than $25,000 .................... | **5** 00 |

## Part II  Amortization.  Use additional sheets if necessary.

| | | |
|---|---|---|
| 1 | Enter federal amortization from federal Form 4562, line 44 ................................................................ | **1** 00 |

California amortization:

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Amortization allowed or allowable in earlier years | (e) Code Section | (f) Period or percentage | (g) Amortization for this year |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 | Add the amounts on line 2, column (g) ................................................................ | **3** 00 |
| 4 | California amortization adjustment. Subtract line 3 from line 1. If negative, use brackets. Enter here and on the applicable line of Form 100S , Side 6, Sch K | **4** 00 |

## Part III  Depreciation and Amortization Adjustment

| | | |
|---|---|---|
| 1 | Combine the amounts on Part I, line 4, and Part II, line 4. Enter here (if negative, use brackets) and on | |
| | Form 100S, Side 1, line 5. For passive activities, see instructions ................................................ | **1** -196,932 00 |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 63 of 281

36-3531506
CALIFORNIA SCHEDULE

# S Corporation Tax Credits

C (100S)

For use by S corporations only. Attach to Form 100S.

| Corporation name | California corporation number |
|---|---|
| **AEROCARE MEDICAL TRANSPORT SYSTEM, INC** | 0000000 |

- Complete and attach all supporting credit forms to Form 100S.
- To claim more than seven credits, attach schedule.

| | **(a)** Credit amount limited to 1/3 of total | **(b)** Carryover from prior year | **(c)** *Credit used this year, not more than col. (a) + col. (b) | **(d)** Tax balance that may be offset by credits | **(e)** Credit carryover to 2021 |
|---|---|---|---|---|---|
| 1 Regular tax from Form 100S, Side 2, line 21 | | | | 800 | |
| 2 Minimum franchise tax plus QSub annual tax(es), if applicable | | | | 800 | |
| 3 Subtract line 2 from line 1. If zero or less, enter -0- | | | | 0 | |
| 4 Code: _____ Credit name: _____ | | | | | |
| 5 Code: _____ Credit name: _____ | | | | | |
| 6 Code: _____ Credit name: _____ | | | | | |
| 7 Code: _____ Credit name: _____ | | | | | |
| 8 Code: _____ Credit name: _____ | | | | | |
| 9 Code: _____ Credit name: _____ | | | | | |
| 10 Code: _____ Credit name: _____ | | | | | |

*If the S corporation is subject to the credit limitation, the total of credits in column (c) cannot exceed $5,000,000.

For the first two credits enter the credit name, code and amount of credit used on Form 100S, Side 2, line 22 and line 23. If more than two credits, enter the total amount of any remaining credits used on Form 100S, Side 2, line 24.

039294  12-17-20

022          7721204                              Schedule C (100S) 2020

TAXABLE YEAR

**2020**

# Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts Under IRC Sections 179 and 280F(b)(2))

CALIFORNIA SCHEDULE

**D-1**

Complete and attach this schedule to your tax return only if your California gains or losses are different from your federal gains or losses.

Name(s) as shown on tax return

**AEROCARE MEDICAL TRANSPORT SYSTEM, INC**

SSN, ITIN, CA SOS file no., California Corp. no., or FEIN

**36-3531506**

**Part I** Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty and Theft - Property Held More Than 1 Year
Use federal Form 4684, Casualties and Thefts, to report involuntary conversions from casualty and theft.

**1** Enter the gross proceeds from sales or exchanges reported to you for 2020 on federal Form 1099-S, Proceeds From Real Estate Transactions (or a substitute statement), that you will be including on line 2 or line 10, column (d), or on line 23 .......... | **1** |

**2**

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (Loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**3** Gain, if any, from federal Form 4684, line 39 | **3** |
**4** IRC Section 1231 gain from installment sales from form FTB 3805E, line 26 or line 37 | **4** |
**5** IRC Section 1231 gain or (loss) from like-kind exchanges from federal Form 8824 (completed using California amounts) | **5** |
**6** Gain, if any, from line 35, from other than casualty and theft | **6** |
**7** Combine line 2 through line 6. Enter gain or (loss) here and on the appropriate line as follows: | **7** |

**IRC Section 179 Assets:** For reporting the sale or disposition of assets for which an IRC Section 179 expense deduction was claimed in a prior year, see instructions. **Partnerships or Limited Liability Companies (classified as partnerships):** Enter the gain or (loss) on Schedule K (565 or 568), line 10. Skip lines 8, 9, 11, and 12 below. **S corporations:** If line 7 is zero or a loss, enter the amount on line 11 below and skip line 8 and line 9. If line 7 is a gain, continue to line 8. **All others:** If line 7 is zero or a loss, enter the amount on line 11 below and skip line 8 and line 9. If line 7 is a gain and you did not have any prior year IRC Section 1231 losses, or they were recaptured in an earlier year, enter the gain as follows: **Form 540 and Form 540NR filers,** enter the gain on Schedule D (540 or 540NR), line 1, and skip lines 8, 9, and 12 below; **Form 100 and Form 100W filers,** enter the gain on Form 100 or 100W, Side 6, Schedule D, Part II, line 6, and skip lines 8, 9, and 12 below.

**8** Nonrecaptured net IRC Section 1231 losses from prior years. Enter as a positive number. See instructions | **8** |
**9** Subtract line 8 from line 7. If zero or less, enter -0- | **9** | 0 |

**S corporations:** If line 9 is more than zero, enter this amount on Schedule D (100S), Section B, Part II, line 5 and enter the amount, if any, from line 8 on line 12 below. If line 9 is zero, enter the amount from line 7 on line 12 below. **All others:** If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the amount from line 9 as follows: **Form 540 and Form 540NR filers,** enter as a capital gain on Schedule D (540 or 540NR), line 1; **Form 100 and Form 100W filers,** enter the gain on Form 100 or 100W, Side 6, Schedule D, Part II, line 6. If line 9 is zero, enter the amount from line 7 on line 12 below. See instructions.

**Part II** Section A - Ordinary Gains and Losses

**10** Ordinary gains and losses not included on line 11 through line 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**11** Loss, if any, from line 7 | **11** | ( ) |
**12** Gain, if any, from line 7, or amount from line 8, if applicable. See instructions | **12** | |
**13** Gain, if any, from line 34 | **13** | 520,087 |
**14** Net gain or (loss) from federal Form 4684, line 31 and line 38a (completed using California amounts) | **14** | |
**15** Ordinary gain from installment sales from form FTB 3805E, line 25 or line 36. See instructions | **15** | |
**16** Ordinary gain or (loss) from like-kind exchanges from federal Form 8824 (completed using California amounts) | **16** | |
**17** Combine line 10 through line 16 | **17** | 520,087 |
**18** For all except individual tax returns, enter the amount from line 17 on the appropriate line of your tax return and skip line a and line b below. For individual tax returns, complete line a and line b below; see instructions.

  **a** If the loss on line 11 includes a loss from federal Form 4684, Section B, Part II, column (b)(ii) of line 30 or line 35, enter that part of the loss here. See instructions | **18a** |

  **b** Redetermine the gain or (loss) on line 17, excluding the loss, if any, on line 18a. Enter here and on line 20 | **18b** |

Case 2:23-bk-02376-EPB     Doc 1     Filed 04/13/23     Entered 04/13/23 16:03:42     Desc
Main Document     Page 65 of 281

**Part II**    **Section B - Adjusting California Ordinary Gain or Loss** For individual tax returns (Form 540 and Form 540NR) only.

| | | |
|---|---|---|
| 19 Enter ordinary federal gain or (loss) from federal Schedule 1 (Form 1040), line 4 | 19 | |
| 20 Enter ordinary California gain or (loss) from line 18b | 20 | |
| 21 Ordinary gain or loss adjustment: Compare line 19 and line 20. See instructions. | | |
|    a If line 19 is more than line 20, enter the difference here and on Sch. CA (540), Part I or Sch. CA (540NR), Part II, Section B, line 4, col. B | 21a | |
|    b If line 20 is more than line 19, enter the difference here and on Sch. CA (540), Part I or Sch. CA (540NR), Part II, Section B, line 4, col. C | 21b | |

**Part III**    **Gain from Disposition of Property Under IRC Sections 1245, 1250, 1252, 1254, and 1255**

Description of IRC Sections 1245, 1250, 1252, 1254, and 1255 property.

| | | Date acquired (mm/dd/yyyy) | Date sold (mm/dd/yyyy) |
|---|---|---|---|
| 22 A | SALE OF 269GJ LEARJET | 121517 | 121720 |
| B | | | |
| C | | | |
| D | | | |

| Relate the properties on lines 22A through 22D to these columns ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 23 Gross sales price | 23 | 597,328 | | | |
| 24 Cost or other basis plus expense of sale | 24 | 1,455,973 | | | |
| 25 Depreciation (or depletion) allowed or allowable | 25 | 1,378,732 | | | |
| 26 Adjusted basis. Subtract line 25 from line 24 | 26 | 77,241 | | | |
| 27 Total gain. Subtract line 26 from line 23 | 27 | 520,087 | | | |
| **28 If IRC Section 1245 property:** | | | | | |
|   a Depreciation allowed or allowable from line 25 | 28a | 1,378,732 | | | |
|   b Enter the **smaller** of line 27 or line 28a | 28b | 520,087 | | | |
| **29 If IRC Section 1250 property:** If straight-line depreciation was used, enter -0- on line 29g, except for a corporation subject to IRC Sec. 291: | | | | | |
|   a Additional depreciation after 12/31/76 | 29a | | | | |
|   b Applicable percentage multiplied by the **smaller** of line 27 or line 29a | 29b | | | | |
|   c Subtract line 29a from line 27. If line 27 is not more than line 29a, skip line 29d and line 29e | 29c | | | | |
|   d Additional depreciation after 12/31/70 and before 1/1/77 | 29d | | | | |
|   e Enter the **smaller** of line 29c or line 29d | 29e | | | | |
|   f IRC Section 291 amount (for corporations only) | 29f | | | | |
|   g Add line 29b, line 29e, and line 29f | 29g | | | | |
| **30 If IRC Section 1252 property:** Skip section if you did not dispose of farm land or if form is being completed for a partnership. | | | | | |
|   a Soil, water, and land clearing expenses | 30a | | | | |
|   b Applicable percentage multiplied by line 30a | 30b | | | | |
|   c Enter the **smaller** of line 27 or line 30b | 30c | | | | |
| **31 If IRC Section 1254 property:** | | | | | |
|   a Intangible drilling and development costs deducted after 12/31/76 | 31a | | | | |
|   b Enter the **smaller** of line 27 or line 31a | 31b | | | | |
| **32 If IRC Section 1255 property:** | | | | | |
|   a Applicable percentage of payments excluded from income under IRC Section 126 | 32a | | | | |
|   b Enter the **smaller** of line 27 or line 32a | 32b | | | | |

**Summary of Part III Gains.** Complete property column A through column D for line 23 through line 32b before going to line 33.

| | | |
|---|---|---|
| 33 Total gains for all properties. Add column A through column D for line 27 | 33 | 520,087 |
| 34 Add column A through column D of lines 28b, 29g, 30c, 31b, and 32b. Enter here and on line 13 | 34 | 520,087 |
| 35 Subtract line 34 from line 33. Enter the portion from other than casualty and theft here and on line 6. Enter the portion from casualty and theft on federal Form 4684, line 33 | 35 | |

**Part IV**    **Recapture Amounts Under IRC Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less**

| | | (a) Expense deductions | (b) Recovery deductions |
|---|---|---|---|
| 36 Expense deductions or recovery deductions. See instructions | 36 | | |
| 37 Depreciation or recovery deductions. See instructions | 37 | | |
| 38 Recapture amount. Subtract line 37 from line 36. See instructions | 38 | | |

# Apportionment and Allocation of Income



36-3531506
CALIFORNIA SCHEDULE
**R**

Attach this schedule behind the California tax return and prior to the supporting schedules.

For calendar year 2020 or fiscal year beginning month (mm/dd/yyyy) _____ , and ending (mm/dd/yyyy) _____ .

Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

**AEROCARE MEDICAL TRANSPORT SYSTEM, INC** | 0000000

**Water's-Edge Filers Only: If controlled foreign corporations are included in the combined report, attach form FTB 2416.**

**Complete Schedule R (Side 1 and Side 2) and all applicable Schedules (R-1 through R-7). See General Information for Schedule R.**

| | | | |
|---|---|---|---|
| **1 a** Net income (loss) after state adjustments from Form 100 or Form 100W, Side 2, line 17; Form 100S, Side 2, line 14; Form 100X, line 4. Form 565 and Form 568 filers: Enter the total of line 1 through line 11c from Schedule K (565 or 568) less the total of line 12 through line 13e from Schedule K (565 or 568) | ● | **1a** | -323,118 |00 |
| **b** Water's-edge foreign investment interest offset from form FTB 2424, line 17 | ● | **1b** | |00 |
| **c** Total. Combine line 1a and line 1b | ● | **1c** | -323,118 |00 |

**Nonbusiness Income (Loss) from All Sources.** See General Information A for definitions and examples.

| | | | |
|---|---|---|---|
| **2** Dividends included on line 1a and not deducted on Form 100, Side 2, line 11; Form 100W, Side 2, lines 11a/b; or Form 100S, Side 2, lines 9 and 10 | ● | **2** | |00 |
| **3** Interest. Attach schedule | ● | **3** | |00 |
| **4** Net income (loss) from the rental of property from Schedule R-3, line 3, column (c) | ● | **4** | |00 |
| **5** Royalties. Attach schedule | ● | **5** | |00 |
| **6** Gain (loss) from the sale of assets from Schedule R-4, line 2, column (e) | ● | **6** | |00 |
| **7** Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach sch | ● | **7** | |00 |
| **8** Miscellaneous nonbusiness income (loss). Attach schedule | ● | **8** | |00 |
| **9** Total nonbusiness income (loss). Combine line 2 through line 8 | ● | **9** | |00 |

**Business Income (Loss) before Apportionment** (subject to a separate apportionment formula)

| | | | |
|---|---|---|---|
| **10** Nonunitary partnership or LLC business income (loss) | ● | **10** | |00 |
| **11** Income (loss) from a separate trade or business. Attach supplemental Schedule R | ● | **11** | |00 |
| **12** Business income (loss) deferred from prior years. See General Information L | ● | **12** | |00 |
| **13** Capital gain (loss) netting subject to separate apportionment. See Gen Information M | ● | **13** | |00 |
| **14** Total separately apportionable business income (loss). Combine line 10 through line 13 | ● | **14** | |00 |
| **15** Tot business inc (loss) subject to apportionment for this trade or business, subtract the sum of ln 9 and ln 14 from ln 1c | ● | **15** | -323,118 |00 |
| **16** Interest offset from Schedule R-5, line 7 or line 16 (California domiciliaries only) | ● | **16** | |00 |
| **17** Business income (loss) for this trade or business subject to apportionment. Combine line 15 and line 16 | ● | **17** | -323,118 |00 |
| **18 a** Apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | ● | **18a** | 6.7895 |% |
| **b** Business income (loss) apportioned to California. Multiply line 17 by line 18a | ● | **18b** | -21,938 |00 |

**Nonbusiness Income (Loss) Allocable to California.** If no income (loss) is allocable to California, do not complete line 19 through line 26, enter -0- on line 27 and go to Side 2, line 28.

| | | | |
|---|---|---|---|
| **19** Dividends and interest income (if taxpayer's commercial domicile is in California): | | | |
| **a** Dividends included in line 2 above | ● | **19a** | |00 |
| **b** Interest included in line 3 above | ● | **19b** | |00 |
| **20** Net income (loss) from the rental of property within California from Schedule R-3, line 3, column (b) | ● | **20** | |00 |
| **21** Royalties. Attach schedule | ● | **21** | |00 |
| **22** Gain (loss) from the sale of assets within California from Schedule R-4, line 2, total of column (b) and column (d). Combined reporting groups, see General Information M | ● | **22** | |00 |
| **23** Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach schedule | ● | **23** | |00 |
| **24** Miscellaneous nonbusiness income (loss). Attach schedule | ● | **24** | |00 |
| **25** Total nonbusiness income (loss) allocable to California. Combine line 19a through line 24 | ● | **25** | |00 |
| **26** Interest offset from line 16 allocated to income included on line 19a and line 19b (California domiciliary only). See General Information J | ● | **26** | |00 |
| **27** Net nonbusiness income (loss) allocable to California. Subtract line 26 from line 25 | ● | **27** | |00 |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 67 of 281

36-3531506

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 0000000 |

**California Business Income (Loss)** subject to a separate apportionment formula.

| | | | |
|---|---|---|---|
| 28 | California business income (loss) from a nonunitary partnership or LLC ● | **28** | **00** |
| 29 | California income (loss) from a separate trade or business. Attach supplemental schedule R. ● | **29** | **00** |
| 30 | California business income (loss) deferred from prior yrs. See General Information L ● | **30** | **00** |
| 31 | Total business income (loss) separately apportioned to California. Combine line 28 through line 30 ● | **31** | **00** |

**Net Income (Loss) for California Purpose**

| | | | |
|---|---|---|---|
| 32 | Post-apportioned and allocated amounts from capital gain (loss) netting. See General Information M ● | **32** | **00** |
| 33 | Net income (loss) for California purposes before contributions adjustment. Combine lines 18b, 27, 31, and 32 ● | **33** | -21,938 **00** |
| 34 | Contributions adjustment from Schedule R-6, line 15 ● | **34** | **00** |
| 35 | Net income (loss) for California purposes. Combine line 33 and line 34. Enter here and on Form 100 or Form 100W, Side 2, line 18 or Form 100S, Side 2, line 15 ● | **35** | -21,938 **00** |

**Complete the applicable
Schedules R-1 through R-7,
starting on Side 3.**

| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 0000000 |

## Schedule R-1   Apportionment Formula.

**Part A  Standard Method - Single-Sales Factor Formula.** Complete this part only if the corporation uses the single-sales factor formula.

| See General Information G and Specific Instructions. | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1 Sales:** Gross receipts, less returns, and allowances | 10,783,048 | | |
| **a** Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California | | 0 | |
| (ii) Shipped from within California | | 732,111 | |
| **b** Sales shipped from California to: | | | |
| (i) The United States Government | | 0 | |
| (ii) Purchasers in a state where the taxpayer is not taxable | | ● 0 | |
| **c** Total other gross receipts | ● | | |
| (i) Sales from services | | ● | |
| (ii) Sales or other income from intangibles | | ● | |
| (iii) Sales from rental, leasing or licensing of tangible or real property | | ● | |
| (iv) Sales from other gross receipts | | ● | |
| **d** Sales from partnerships or LLCs treated as partnerships | ● | ● | |
| **Total sales** | ● 10,783,048 | ● 732,111 | |
| **2 Apportionment percentage.** Divide total sales column (b) by total sales column (a) and multiply the result by 100. Enter the result here and on Schedule R, Side 1, line 18a. See General Information H | | | ● 6.7895% |

**Part B  Three-Factor Formula.** Complete this part only if the corporation uses the three-factor formula.

| | (a) Total within and outside California | (b) Total within California | (c) Percent within California ((b) ÷ (a)) x 100 |
|---|---|---|---|
| **1 Property:** Use the average yearly value of owned real and tangible personal property used in the business at original cost. See General Information E. Exclude property not connected with the business and the value of construction in progress. | | | |
| Inventory | | | |
| Buildings | | | |
| Machinery and equipment (including delivery equipment) | | | |
| Furniture and fixtures | | | |
| Land | | | |
| Other tangible assets. Attach schedule | | | |
| Rented property used in the business. See General Information E | | | |
| **Total property** | ● | ● | ● % |
| **2 Payroll:** Use employee wages, salaries, commissions, and other compensation related to business income. See General Information F. | | | |
| **Total payroll** | ● | ● | ● % |
| **3 Sales:** Gross receipts, less returns, and allowances. See General Information G and Specific Instructions | | | |
| **a** Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California | | | |
| (ii) Shipped from within California | | | |
| **b** Sales shipped from California to: | | | |
| (i) The United States Government | | | |
| (ii) Purchasers in a state where the taxpayer is not taxable | | | |
| **c** Total other gross receipts | ● | ● | |
| **Total sales** | ● | ● | ● % |
| **4 Total percent.** Add the percentages in col (c) | | | % |
| **5 Apportionment percentage.** Divide line 4 by 3, enter the result here and on Schedule R, Side 1, line 18a. See General Information H | | | ● % |

Name as shown on your California tax return

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

**AEROCARE MEDICAL TRANSPORT SYSTEM, INC**

0000000

**Schedule R-2**   Sales and General Questionnaire.   Attach additional sheets if necessary.

1  Describe briefly the nature and location(s) of the California business activities.

**AIR MEDICAL TRANSPORTATION**

2  State the exact title and principal business activity of all joint ventures, partnerships, or LLCs in which the corporation has an interest.

**N/A**

3  Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California where the purchaser is the U.S. Government? [X] Yes  [ ] No  If "No," explain.

4  Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California to states in which the taxpayer is not subject to tax? See General Information G and Specific Instructions.  [X] Yes  [ ] No  If "No," explain.

5 a  Did the taxpayer use reasonable approximation to assign sales under Schedule R-1, Part A, line 1c (i)-(iv)?  ● [ ] Yes [X] No
   If "Yes," provide a brief description.

  b  Did the taxpayer change reasonable approximation method to assign sales from the last tax return filed? See Specific Instructions  [ ] Yes [X] No
   If "Yes," provide a brief description of the new method.

6  Are the nonbusiness items reported on Schedule R, Side 1, line 2 through line 8, and the apportionment factor items reported on Schedule R-1 treated consistently on all state tax returns filed by the taxpayer?  [X] Yes  [ ] No  If "No," explain.

7  Has this corporation or any member of its combined unitary group changed the way income is apportioned or allocated to California from prior year tax returns? See General Information I.  [ ] Yes [X] No  If "Yes," explain.

8  Does the California sales figure on Schedule R-1 (or comparable sch in a combined report) include all sales shipped to California destinations? [X] Yes [ ] No
   If "No," indicate the name of the selling member and the nature of the sales activity believed to be immune.

9  Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales delivered to customers outside California which have an ultimate destination in California? [X] Yes  [ ] No  If "No," explain.

**Schedule R-3**   Net Income (Loss) from the Rental of Nonbusiness Property

| | (a) Total outside California | (b) Total within California | (c) Total outside and within California (a) + (b) |
|---|---|---|---|
| 1  Income from rents | | | |
| 2  Rental deductions | | | |
| 3  Net income (loss) from rents. Subtract line 2 from line 1. Enter the result here and enter column (c) on Side 1, line 4; enter column (b) on Side 1, line 20 | | ● | ● |

**Schedule R-4**   Gain (Loss) from the Sale of Nonbusiness Assets

California sales of nonbusiness assets include transactions involving: (1) real property located in California; (2) tangible personal property, if it had a situs in California at the time of sale, or if the corporation is commercially domiciled in California and not taxable in the state where the property had a situs at the time of sale; and (3) intangible personal property if the corporation's commercial domicile is in California or the income is otherwise allocable to California.

| Description of property sold | Real estate and other tangible assets | | Intangible assets | | Total |
|---|---|---|---|---|---|
| | (a) Gain (loss) from outside California | (b) Gain (loss) from within California | (c) Gain (loss) from outside California | (d) Gain (loss) from within California | (e) Gain (loss) (a) + (b) +(c) + (d) |
| 1 | ● | ● | ● | ● | ● |
| | ● | ● | ● | ● | ● |
| | ● | ● | ● | ● | ● |
| 2 Total gain (loss) | ● | ● | ● | ● | ● |

Enter total gain (loss) line 2, column (e) on Side 1, line 6 and enter total of line 2, columns (b) and (d) on Side 1, line 22.

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 70 of 281

| | |
|---|---|
| Name as shown on your California tax return | SSN, ITIN, FEIN, CA corp no., or CA SOS file no. |

**AEROCARE MEDICAL TRANSPORT SYSTEM, INC** — 0000000

**Schedule R-5**    **Computation of Interest Offset.** Complete only if there are entries on line 2 and/or line 3 of Schedule R and if Schedule R-1 is required. See General Information J. **(California domiciliary only)**

| | | | | |
|---|---|---|---|---|
| **1** Total interest expense deducted | **1** | | | |
| **2** Water's-edge foreign investment interest offset from Side 1, line 1b | **2** | | | |
| **3** Balance. Subtract line 2 from line 1 | **3** | | | |
| **4** Total interest income (Form 100 or Form 100W, Side 1, line 4 and Schedule F, line 5a and line 5b; or Form 100S, Side 1, line 3 and interest income included on Schedule F, line 5 or Schedule K, line 4) | **4** | | | |
| **5** Nonbusiness interest income from Side 1, line 3 | **5** | | | |
| **6** Business interest income. Subtract line 5 from line 4 | | | **6** | |
| **7** Excess interest expense over business interest income. Subtract line 6 from line 3. If line 6 exceeds line 3, enter -0- here and on Side 1, line 16, and **do not** complete the rest of this schedule ⊙ | | | **7** | |
| **8** Total dividend income | **8** | | | |
| **9** Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10 | **9** | | | |
| **10** Net dividend income. Subtract line 9 from line 8 | | | **10** | |
| **11** Business dividend income | **11** | | | |
| **12** Deducted dividends from Form 100, Side 2, lines 10 and 11; Form 100W, Side 2, lines 10 and 11a/b; or Form 100S, Side 2, lines 9 and 10, attributable to business dividend income | **12** | | | |
| **13** Net business dividend income. Subtract line 12 from line 11 | | | **13** | |
| **14** Net nonbusiness dividend income. Subtract line 13 from line 10 | | | **14** | |
| **15** Total nonbusiness interest and dividend income. Add line 5 and line 14 | | | **15** | |
| **16** Enter the lesser of line 7 or line 15. Enter here and on Side 1, line 16 ⊙ | | | **16** | |

If interest and/or dividend income is reported on Side 1, line 19a or line 19b, enter the allocable portion of Schedule R-5, line 16 on Side 1, line 26.
See General Information J. If no interest or dividend income is reported on Side 1, line 19a or line 19b, **do not** deduct any interest expense on Side 1, line 26.

**Schedule R-6**    **Contributions Adjustment.** See General Information N.

| | | |
|---|---|---|
| **1** Total contributions paid (current year and carryover amount) | **1** | |
| **2** Net income (loss) after state adjustments from Side 1, line 1c | **2** | |
| **3** Portion of dividends deductible under R&TC Sections 24410 and 24411 (from Form 100, Side 2, line 11; Form 100W, lines 11a/b; or Form 100S, lines 9 and 10), and other adjustments. See General Information N | **3** | |
| **4** Contributions deducted on Form 100, Form 100W, or Form 100S | **4** | |
| **5** Total. Add line 2 through line 4. If zero or less, enter -0- | **5** | |
| **6** Multiply line 5 by 10% (.10) | **6** | |
| **7** Net income (loss) for state purposes before contributions adjustment from Side 2, line 33 | **7** | |
| **8** Business dividends deductible on line 3 multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | **8** | |
| **9** Amount of line 3 attributable to nonbusiness dividends reported on Side 1, line 19a | **9** | |
| **10** Contributions deducted (from line 4 above) multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 | **10** | |
| **11** Total. Add line 7 through line 10. If zero or less, enter -0- | **11** | |
| **12** Multiply line 11 by 10% (.10) | **12** | |
| **Contributions Adjustment** | | |
| **13** Enter the amount shown on line 10 | **13** | |
| **14** Amount of contributions allowable: | | |
|    **a** If line 1 equals or exceeds line 6, enter the lesser of line 1 or line 12 | **14a** | 0 |
|    **b** If line 1 is less than line 6, divide line 11 by line 5. Then multiply line 1 by the result and enter here | **14b** | |
| **15** Contributions adjustment. Subtract line 14a or line 14b from line 13. Enter here and on Side 2, line 34. If the result is a negative amount, enter in brackets ⊙ | **15** | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 71 of 281

**Net Operating Loss (NOL) Computation and**
**NOL and Disaster Loss Limitations - Corporations**

Attach to Form 100, Form 100W, Form 100S, or Form 109.

Corporation name

AEROCARE MEDICAL TRANSPORT SYSTEM, INC

California corporation number

0000000

During the taxable year the corporation incurred the NOL, the corporation was a(n): ○☐ C corporation

☒ S corporation ● ☐ Exempt organization ● ☐ Limited liability company (electing to be taxed as a corporation)

FEIN

36-3531506

●

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:

●

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I    Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---:|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1    21,938 00 |
| 2 | 2020 disaster loss included in line 1. Enter as a positive number | 2    00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3    21,938 00 |
| 4 a | Enter the amount of the loss incurred by a new business included in line 3   4a | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b   0 | |
| c | Add line 4a and line 4b | 4c |
| 5 | General NOL. Subtract line 4c from line 3 | 5    21,938 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ● 6    21,938 00 |

**Part II    NOL carryover and disaster loss carryover limitations.** See instructions.

1 Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). **If the corporation taxable income is $1,000,000 or more, see inst** ●

**(g)** Available balance

0

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2019 | (f) Amount used in 2020 | (h) Carryover to 2021 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|
| 2 ●2016 | | GEN | 4,453 ● | 2,942 | 0 | 0 ●   2,942 |
| ●2018 | | GEN | 35,734 ● | 35,734 | 0 | 0 ●   35,734 |
| ●2019 | | GEN | 22,318 ● | 22,318 | 0 | 0 ●   22,318 |
| ● | | | ● | | | ● |

**Current Year NOLs**

| | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|
| 3 2020 | | DIS | | | | |
| 4 2020 | | GEN | 21,938 | | | 21,938 |
| 2020 | | | | | | |
| 2020 | | | | | | |
| 2020 | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III    2020 NOL deduction**

| | | |
|---|---|---:|
| 1 | Total the amounts in Part II, line 2, column (f) | ● 1    00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2    00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ● 3    0 00 |

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                          36-3531506

─────────────────────────────────────────────────────────────────────────

| CA FORM 100S | PORTFOLIO INCOME | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST FROM SCHEDULE K | 9,023. |
| TOTAL TO FORM 100S, PAGE 1, LINE 6 | 9,023. |

─────────────────────────────────────────────────────────────────────────

| CA FORM 100S | FOOTNOTES | STATEMENT | 2 |

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

─────────────────────────────────────────────────────────────────────────

| CA FORM 100S | OTHER DEDUCTIONS | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| FED/CA DIFFERENCE GAIN ON SALE OF 269GJ LEARJET | 194,792. |
| TOTAL TO FORM 100S, PAGE 2, LINE 12 | 194,792. |

CA FORM 100S        LOCATION OF PRINCIPAL ACCOUNTING RECORDS        STATEMENT    4

43W450 US HIGHWAY 30
SUGAR GROVE, IL  60554

---

CA SCH. F       OTHER TRADE/BUS INCOME REPORTED ON FEDERAL RETURN    STATEMENT    5

| DESCRIPTION | AMOUNT |
|---|---|
| HHS PROVIDER RELIEF FUND | 1,072,245. |
| MISCELLANEOUS INCOME | 23. |
| TOTAL TO FORM 100S, SCHEDULE F | 1,072,268. |

---

CA SCHEDULE F            TAXES DEDUCTED ON FEDERAL RETURN           STATEMENT    6

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 250,812. |
| TAXES AND LICENSES | 18,131. |
| CALIFORNIA TAXES - OTHER | 129. |
| FLORIDA TAXES - OTHER | 1,087. |
| ILLINOIS TAXES - OTHER | 279. |
| TOTAL TAXES DEDUCTED ON FEDERAL RETURN | 270,438. |

---

CA SCHEDULE F              COMPENSATION OF OFFICERS                 STATEMENT    7

| (A) NAME OF OFFICER | (B) SOCIAL SECURITY NUMBER | (C) PCT OF TIME DEVOTED | (D) PCT OF STK COMMON | (F) AMOUNT OF COMPENSATION |
|---|---|---|---|---|
| JOSEPH CECE | ███████████ | 100% | 100.00% | 137,267. |
| TOTAL COMPENSATION OF OFFICERS | | | | 137,267. |
| LESS: COMPENSATION CLAIMED ELSEWHERE | | | | 0. |
| TOTAL TO FORM 100S, SCHEDULE F | | | | 137,267. |

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                          36-3531506
```

---

```
CA SCHEDULE F                 OTHER DEDUCTIONS              STATEMENT    8
```

| DESCRIPTION | AMOUNT |
|---|---:|
| BANK CHARGES | 35,112. |
| COMMISSIONS | 44,162. |
| COMPUTER AND INTERNET EXPENSES | 85,290. |
| CONSULTING | 21,000. |
| DUES AND SUBSCRIPTIONS | 49,837. |
| EDUCATION | 239,172. |
| FREIGHT AND DELIVERY | 4,076. |
| INSURANCE | 263,658. |
| LEGAL AND ACCOUNTING | 189,485. |
| OFFICE SUPPLIES | 62,879. |
| POSTAGE AND SUPPLIES | 1,504. |
| SHOP EXPENSE | 16,444. |
| TELECOMMUNICATIONS | 50,884. |
| TRAVEL | 65,234. |
| UNIFORMS | 4,539. |
| UTILITIES | 35,747. |
| VEHICLE EXPENSE | 2,244. |
| VEHICLE FUEL | 29,598. |
| VEHICLE LEASE | 9,808. |
| VEHICLE LICENSE AND REGISTRATION | 4,200. |
| VEHICLE MAINTENANCE | 10,216. |
| | |
| TOTAL TO FORM 100S, SCHEDULE F | 1,225,089. |

---

```
CA SCHEDULE L               OTHER CURRENT ASSETS           STATEMENT    9
```

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---:|---:|
| PREPAID INSURANCE | 14,474. | 18,076. |
| PREPAID TRAINING | 43,341. | 0. |
| STATE INCOME TAX PROVISION | 7,172. | 0. |
| PREPAID EXPENSES | 29,861. | 20,869. |
| NOTES RECEIVABLE - EMPLOYEES | 2,594. | 0. |
| TREASURY REFUND | 0. | 61,993. |
| | | |
| TOTAL TO SCHEDULE L, LINE 5 | 97,442. | 100,938. |

STATEMENT(S) 8, 9

CA SCHEDULE L                    OTHER ASSETS                    STATEMENT   10

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM RELATED COMPANIES | 359,925. | 359,925. |
| SECURITY DEPOSITS | 200,708. | 9,076. |
| TOTAL TO SCHEDULE L, LINE 13 | 560,633. | 369,001. |

CA SCHEDULE L              OTHER CURRENT LIABILITIES            STATEMENT   11

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BANK OVERDRAFT | 34,486. | 0. |
| ACCRUED PAYROLL | 210,166. | 226,167. |
| OTHER ACCRUAL | 699,280. | 759,554. |
| PAYROLL LIABILITIES | 44,826. | 0. |
| CUSTOMER DEPOSITS | 17,250. | 10,792. |
| TOTAL TO SCHEDULE L, LINE 17 | 1,006,008. | 996,513. |

CA SCHEDULE L                  OTHER LIABILITIES                STATEMENT   12

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PPP LOAN | 0. | 840,550. |
| TOTAL TO SCHEDULE L, LINE 20 | 0. | 840,550. |

SCHEDULE L           ADJUSTMENTS TO SHAREHOLDERS' EQUITY        STATEMENT   13

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PRIOR PERIOD ADJUSTMENT | 391,758. | 391,758. |
| PRIOR PERIOD ALLOWANCE FOR DOUBTFUL ACCOUNTS RESTATEMENT | | -2,420,670. |
| RETAINED EARNINGS ADJUSTMENT - NO TAX EFFECT | 4,413. | 4,413. |
| TOTAL TO SCHEDULE L, LINE 25 | 396,171. | -2,024,499. |

CA SCHEDULE M-2          AAA - OTHER REDUCTIONS          STATEMENT   14

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME ADJ - SEE CA SCH K ORD INCOME RECON STMT | 196,932. |
| NONDEDUCTIBLE EXPENSES | 1,284. |
| TOTAL TO SCHEDULE M-2, LINE 5, COLUMN A | 198,216. |

CA SCHEDULE M-2          OAA - OTHER REDUCTIONS          STATEMENT   15

| DESCRIPTION | AMOUNT |
|---|---|
| PPP LOAN EXPENSES | 840,550. |
| EIDL EXPENSES | 10,000. |
| TOTAL TO SCHEDULE M-2, LINE 5, COLUMN B | 850,550. |

CA SCHEDULE M-2          AAA - OTHER ADDITIONS          STATEMENT   16

| DESCRIPTION | AMOUNT |
|---|---|
| PPP LOAN EXPENSES | 840,550. |
| EIDL EXPENSES | 10,000. |
| PORTFOLIO INTEREST INCOME | 9,023. |
| TOTAL TO SCHEDULE M-2, LINE 3, COLUMN A | 859,573. |

CA SCHED M-1  INCOME INCLUDED ON SCH K, LNS 1-10B, NOT ON BOOKS  STATEMENT   17

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS RECEIVABLE - PY | 9,015,345. |
| TAX GAIN/LOSS ON SALE OF ASSETS IN EXCESS OF BOOK | 520,561. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 9,535,906. |

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                           36-3531506
_____                         _____

CA SCH M-1        DEDUCTIONS ON SCH K, NOT CHARGED TO BOOKS      STATEMENT    18

DESCRIPTION                                                        AMOUNT
_____                                                       _____

ACCOUNTS PAYABLE - PY                                            2,577,211.
ACCRUED EXPENSES - PY                                              406,739.
ACCRUED PAYROLL - PY                                               254,993.
ALLOWANCE FOR BAD DEBTS - PY                                     4,805,989.
PREPAID EXPENSES - CY                                               38,945.
                                                                -----------
TOTAL TO SCHEDULE M-1, LINE 6                                    8,083,877.
                                                                ===========


CA SCHEDULE M-1   EXPENSES ON BOOKS, NOT INCLUDED ON SCHED. K    STATEMENT    19

DESCRIPTION                                                        AMOUNT
_____                                                       _____

ACCOUNTS PAYABLE - CY                                            2,851,253.
ACCRUED EXPENSES- CY                                               470,893.
ACCRUED PAYROLL - CY                                               226,167.
ALLOWANCE FOR BAD DEBTS - CY                                       822,362.
PREPAID EXPENSES - PY                                               87,676.
                                                                -----------
TOTAL TO SCHEDULE M-1, LINE 3                                    4,458,351.
                                                                ===========


CA SCHED M-1     INCOME ON BOOKS, NOT INCLUDED ON SCH K, LNS 1-6   STATEMENT    20

DESCRIPTION                                                        AMOUNT
_____                                                       _____

EIDL LOAN INCOME                                                    10,000.
ACCOUNTS RECEIVABLE - CY                                         4,110,468.
                                                                -----------
TOTAL TO SCHEDULE M-1, LINE 5                                    4,120,468.
                                                                ===========

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                     36-3531506

| SCHED M-2 END BAL: | AAA | OAA | OTHER RET EARN | OTHER ADJUSTMENTS |
|---|---|---|---|---|
|  | -1,905,872. | -850,550. | 205,426. |  |

ADJUSTMENTS:

NBV OF FIXED ASSETS - BOOK
        164,785.
NBV OF FIXED ASSETS - TAX
        -106,735.
ACCOUNTS PAYABLE - CY
        -2,851,253.
ALLOWANCE FOR BAD DEBT - CY
        -822,362.
ACCRUED EXPENSES - CY
        -470,893.
ACCRUED PAYROLL - CY
        -226,167.
ACCOUNTS RECEIVABLE - CY
        4,110,468.
PREPAID EXPENSES - CY
        38,945.
UNREC. PY BOOK/TAX DIFFERENCES
        -83,726.
SECT 179 CARRYOVER UTILIZED 2019
        14,708.
SECT 179 CARRYOVER UTILIZED 2018
        495,297.
2019 STATE INCOME TAXES B/T DIFF
        990.
FEDERAL/CA DIFFERENCES
        709,592.
2020 STATE INCOME TAXES B/T DIFF
        -5,841.
2019 ALLOW FOR DOUBTFUL ACCTS RESTATEMENT
        2,420,670.

| SUBTOTALS | 1,482,606. | -850,550. | 205,426. |  |

TOTAL RECONCILED SCHEDULE M-2 BALANCES                                 837,482.

ENDING RETAINED EARNINGS FROM SCHEDULE L, LINE 23                      837,482.

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
─────────────────────────────────────────────────────────────────────

CA SCHEDULE V     OTHER COSTS OF GOODS SOLD REPORTED ON F-1120S     STATEMENT   22
─────────────────────────────────────────────────────────────────────

| DESCRIPTION | AMOUNT |
|---|---|
| AIRCRAFT EXPENSES | 1,062,107. |
| CONTRACT LABOR | 267,479. |
| DEPRECIATION | 59,819. |
| GROUND AMBULANCE | 264,390. |
| OPERATING SUPPLIES | 14,933. |
| TOTAL TO FORM 100S, SCHEDULE V, LINE 5 | 1,668,728. |

─────────────────────────────────────────────────────────────────────

CA SCHEDULE K                    INTEREST INCOME                    STATEMENT   23
─────────────────────────────────────────────────────────────────────

| DESCRIPTION | ATTRIBUTABLE TO CALIFORNIA |
|---|---|
| INTEREST INCOME | 9,023. |
| TOTAL TO SCHEDULE K, LINE 4 | 9,023. |

─────────────────────────────────────────────────────────────────────

CA SCHEDULE K                 NONDEDUCTIBLE EXPENSES                STATEMENT   24
─────────────────────────────────────────────────────────────────────

| DESCRIPTION | ATTRIBUTABLE TO CALIFORNIA |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,284. |
| TOTAL TO SCHEDULE K, LINE 16C | 1,284. |

CA              CALIFORNIA ORDINARY INCOME RECONCILIATION      STATEMENT  25

| | (B) FEDERAL AMOUNTS | (C) CALIFORNIA ADJUSTMENTS | (D) CALIFORNIA AMOUNTS |
|---|---|---|---|
| 1 GROSS SALES . . . . . . . . . | 8,362,378 | | 8,362,378 |
| 2 COST OF GOODS SOLD . . . . . | 5,544,248 | 196,346 | 5,740,594 |
| 3 GROSS PROFIT. LINE 1 LESS 2 . | 2,818,130 | -196,346 | 2,621,784 |
| 4 NET GAIN (LOSS) . . . . . . . | 520,087 | | 520,087 |
| 5 OTHER INCOME (LOSS) . . . . . | 1,072,268 | | 1,072,268 |
| 6 TOTAL INCOME (LOSS). ADD LINES 3 - 5 . . . . . | 4,410,485 | -196,346 | 4,214,139 |
| 7 COMPENSATION OF OFFICERS . . . | 137,267 | | 137,267 |
| 8 SALARIES AND WAGES . . . . . | 1,358,626 | | 1,358,626 |
| 9 REPAIRS . . . . . . . . . . . | 84,622 | | 84,622 |
| 10 BAD DEBTS . . . . . . . . . . | | | |
| 11 RENTS . . . . . . . . . . . | 308,197 | | 308,197 |
| 12 TAXES . . . . . . . . . . . . | 270,438 | | 270,438 |
| 13 DEDUCTIBLE INTEREST EXPENSE . . | 237,894 | | 237,894 |
| 14 DEPRECIATION . . . . . . . . | 48,778 | 586 | 49,364 |
| 15 DEPLETION . . . . . . . . . . | | | |
| 16 ADVERTISING . . . . . . . . . | 428,909 | | 428,909 |
| 17 PENSION, PROFIT-SHARING PLANS . | | | |
| 18 EMPLOYEE BENEFIT PROGRAMS . . . | 249,798 | | 249,798 |
| 19 DEDUCTIBLE TRAVEL/ENTERTAINMENT | 1,284 | | 1,284 |
| 20 OTHER DEDUCTIONS . . . . . . | 1,225,089 | | 1,225,089 |
| 21 TOTAL DEDUCTIONS (ADD LNS 7-20) | 4,350,902 | 586 | 4,351,488 |
| 22 ORDINARY INCOME (LOSS) FROM TRADE OR BUSINESS. LN 6 LESS LN 21 | 59,583 | -196,932 | -137,349 |
| 23 ADJUSTMENT FOR S CORPORATION TAXES . . . . . . . . . . . | | | 0 |
| 24 AMOUNT TO SCHEDULE K, LINE 1, COLUMN D . . . . . . . . . | | | -137,349 |

Name
**AEROCARE MEDICAL TRANSPORT SYSTEM, INC**

Employer ID
**36-3531506**

| Description | (a) Business income, loss deduction | (b) CA Source Bus. income, Loss, Deduction | (c) CA Source nonbusiness tangible | (d) CA Source nonbusiness intangible | (e) Total California Source Amount Column b + c |
|---|---|---|---|---|---|
| 1 Ordinary business income (loss) | −137,349. | −9,325. | | | −9,325. |
| 2 Net rental real estate income (loss) | | | | | |
| 3 Other net rental Income (loss) | | | | | |
| 4 Interest income | | | | 9,023. | |
| 5 Ordinary dividends | | | | | |
| 6 Royalties | | | | | |
| 7 Total short-term capital gains/losses | | | | | |
| 8 Total long-term capital gains/losses | | | | | |
| 9 Net section 1231 gain (loss) | | | | | |
| 10 a Other portfolio income (loss) | | | | | |
| b Involuntary conversion | | | | | |
| c IRC Section 1256 Contracts & straddles | | | | | |
| d Mining exploration costs recapture | | | | | |
| e Other income (loss) | | | | | |
| 11 Section 179 deduction | | | | | |
| 12 a Charitable contribution | | | | | |
| b Investment interest expense | | | | | |
| c Deductions - royalty income | | | | | |
| d Section 59(e)(2) expenditures | | | | | |
| e Deductions - Portfolio | | | | | |
| f Other deductions | | | | | |
| 15 a Depreciation adjustment on property | | | | | |
| b Adjusted gain or loss | | | | | |
| c Depletion (other than oil and gas) | | | | | |
| d (1) Gross income from oil, gas, and geothermal properties | | | | | |
| (2) Deductions allocable to oil, gas, and geothermal properties | | | | | |
| e Other adjustments and tax preference items | | | | | |
| 16 a Tax-exempt interest income | | | | | |
| b Other tax-exempt income | | | | | |
| c Nondeductible expenses | | | 1,284. | | 1,284. |
| 17 a Investment income. See instructions | | | | 9,023. | |
| b Investment expenses. See instructions | | | | | |

046831
04-01-20

# Shareholder's Share of Income, Deductions, Credits, etc.

TYB  01-01-2020   TYE  12-31-2020

JOSEPH         D   CECE

1936 E MISSOURI AVENUE
PHOENIX              AZ   85016

0000000          36-3531506
AEROCARE MEDICAL TRANSPORT SYSTEM INC

43W450 US HIGHWAY 30
SUGAR GROVE          IL   60554

**A** Shareholder's percentage of stock ownership for the tax year ......................................................................... ● 100.000000%

**B** Reportable transaction or tax shelter registration number(s):

**C** Check here if this is: ...................................................... ● **(1)** ☐ A final Schedule K-1   **(2)** ☒ An amended Schedule K-1

**D** What type of entity
   is this shareholder? ......................... ● **(1)** ☒ Individual  **(2)** ☐ Estate/trust  **(3)** ☐ Qualified exempt organization  **(4)** ☐ Single member LLC

**E** Is this shareholder a resident of California? ................................................................................ ● ☐ Yes ▶ ☒ No

**Caution:** Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| | **(a)** Pro-rata share items | **(b)** Amount from federal Schedule K-1 (Form 1120-S) | **(c)** California adjustment | **(d)** Total amounts using CA law. Combine col. (b) and col. (c) where applicable | **(e)** California source amounts and credits |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) ............. | 59,583 | -196,932 ● | -137,349 ▶ | -9,325 |
| | **2** Net rental real estate income (loss) ........ | | | ● | ▶ | |
| | **3** Other net rental income (loss) ............. | | | ◉ | ◉ | |
| | **4** Interest income ............. | 9,023 | | ● | 9,023 ▶ | |
| | **5** Dividends. See instructions ............. | | | ● | ▶ | |
| | **6** Royalties ............. | | | ● | ▶ | |
| | **7** Net short-term capital gain (loss) ............. | | | ● | ▶ | |
| | **8** Net long-term capital gain (loss) ............. | | | ● | ▶ | |
| | **9** Net IRC Section 1231 gain (loss) ............. | | | ● | ▶ | |
| **Other Income (Loss)** | **10 a** Other portfolio income (loss) ............. | | | ● | ▶ | |
| | **b** Other income (loss) ............. | | | ● | ▶ | |

Case 23-bk-02376-EPB    Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document       Page 83 of 281

| Shareholder's name | Shareholder's identifying number |
|---|---|
| JOSEPH D CECE | |

**Caution:** Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| | (a) Pro-rata share items | (b) Amount from federal Schedule K-1 (Form 1120-S) | (c) California adjustment | (d) Total amounts using CA law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| **Deductions** | 11 IRC Section 179 expense deduction. Attach schedules | | | | |
| | 12 a Charitable contributions | | | | |
| | b Investment interest expense | | | ● | ▶ |
| | c 1 IRC Section 59(e)(2) expenditures | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions - portfolio | | | | |
| | e Other deductions | | | | |
| **Credits** | 13 a Low-income housing credit. See instructions. Attach schedule | | | ● | ▶ |
| | b Credits related to rental real estate activities other than on line 13(a). Attach schedule | | | ● | ▶ |
| | c Credits related to other rental activities. See instructions. Attach schedule | | | ● | ▶ |
| | d Other credits. Attach schedule | | | ● | ▶ |
| | 14 Total withholding (equals amount on Form 592-B if calendar year) | | | ● | ▶ |
| **Alternative Minimum Tax (AMT) Items** | 15 a Depreciation adjustment on property placed in service after 12/31/86 | | | ◉ | ◉ |
| | b Adjusted gain or loss | | | | |
| | c Depletion (other than oil and gas) | | | | |
| | d Gross income from oil, gas, and geothermal properties | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | | | | |
| | f Other AMT items. Attach schedule | | | | |
| **Items Affecting Shareholder Basis** | 16 a Tax-exempt interest income | | | | |
| | b Other tax-exempt income | 10,000 | -10,000 | 0 | |
| | c Nondeductible expenses **STMT** | 1,284 | 0 | 1,284 | 1,284 |
| | d Total property distributions (including cash) other than dividends distribution reported on line 17c | | | ● | ▶ |
| | e Repayment of loans from shareholders | | | ● | ▶ |
| **Other Information** | 17 a Investment income. See instructions | 9,023 | 0 | 9,023 | 0 |
| | b Investment expenses. See instructions | | | | |
| | c Total taxable dividend distribution paid from accumulated earnings and profits. See instructions | | | ● | ▶ |
| | d Other information. See instructions | | | | STMT |
| **Other State Taxes** | 18 a Type of income | | | | |
| | b Name of state | | | | |
| | c Total gross income from sources outside California. Attach schedule | | | | |
| | d Total applicable deductions and losses. Attach schedule | | | | |
| | e Total other state taxes. Check one: ☐ Paid ☐ Accrued | | | ● | ▶ |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 84 of 281

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                                    36-3531506

Shareholder's name
JOSEPH D CECE                                            Shareholder's identifying number

**Table 1** - Each shareholder's share of nonbusiness income from intangibles. See instructions.

Interest                    $              9,023.    Royalties        $                    Dividends  $

IRC Section 1231 Gains/Losses  $                    Capital Gains/Losses $                Other      $

**FOR USE BY SHAREHOLDERS ONLY. SEE INSTRUCTIONS.**

**Table 2** - Shareholder's pro-rata share of business income and factors. See instructions.

A. Shareholder's share of the S corporation's business income $

B. Shareholder's share of the nonbusiness income from real and tangible property sourced or allocable to California:

Capital Gains/Losses $                          Rents/Royalties  $

IRC Section 1231
Gains/Losses         $                          Other            $

C. Shareholder's share of the S corporation's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning | $ | $ |
| Ending | $ | $ |
| Annual Rent Expense | $ | $ |
| Payroll | $ | $ |
| Sales | $ | $ |

*Other Shareholder Information*

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
_____

CA SCHEDULE K-1   OTHER INFORMATION ATTRIBUTABLE TO CALIFORNIA
_____

| DESCRIPTION | AMOUNT | SHAREHOLDER INSTRUCTIONS |
|---|---|---|
| AGGREGATED GROSS RECEIPTS LESS RETURNS | 10,040,997. | SEE FORM 540 INSTRUCTIONS |

_____

CA SCHEDULE K-1                NONDEDUCTIBLE EXPENSES
_____

| DESCRIPTION | AMOUNT | SHAREHOLDER INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,284. | SEE FORM 540 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16C | 1,284. | |

039041 01-06-21

**TAXABLE YEAR**
**2020**

# California Nonresident or Part-Year Resident Income Tax Return

CALIFORNIA FORM
**540NR**

AMENDED  1    DO NOT ATTACH FEDERAL RETURN

36-3531506    AERO                    20   PBA   621900

C              SGNF

A
R
RP

AEROCARE MEDICAL TRANSPORT SYSTEM,
43W450 US HIGHWAY 30
SUGAR GROVE        IL  60554

**Filing Status**

If your California filing status is different from your federal filing status, check the box here ......................

1  [X] Single

4  Head of household (with qualifying person). See instructions.

2  Married/RDP filing jointly. See inst.

5  Qualifying widow(er).  Enter year spouse/RDP died.

See instructions.

**GROUP NONRESIDENT RETURN**

3  Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here

6  If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst ...... ● 6

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.

Whole dollars only

7  **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2. If you checked the box on line 6, see instructions. ● 7   X $124 = ● $

8  **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are impaired, enter 2 ...................................................... ● 8   X $124 = ● $

9  **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 .................................................... ● 9   X $124 = ● $

10  **Dependents:** Do not include yourself or your spouse/RDP.

**Exemptions**

|  | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name ● | | | ● |
| Last Name ● | | | ● |
| SSN. See instructions. ● | | ● | ● |
| Dependent's relationship to you | | | |

Total dependent exemptions ...................................... ● 10    X $383 = ● $

Your name: AEROCARE MEDICAL    Your SSN or ITIN: 363531506

**11** Exemption amount: Add line 7 through line 10 .................................. ◉ **11** $

**Total Taxable Income**

**12** Total California wages from your federal Form(s) W-2, box 16 ................... ● **12** .00

**13** Enter federal AGI from federal Form 1040, 1040-SR, or 1040-NR, line 11 ........ ◉ **13** .00

**14** California adjustments - subtractions. Enter the amount from Schedule CA (540NR), Part II, line 23, column B ................... ● **14** .00

**15** Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions ................... **15** .00

**16** California adjustments - additions. Enter the amount from Schedule CA (540NR), Part II, line 23, column C ................... ● **16** .00

**17** Adjusted gross income from all sources. Combine line 15 and line 16 ........ ● **17** .00

**18** Enter the **larger** of: Your California **itemized deductions** from Schedule CA (540NR), Part III, line 30; **OR** Your California **standard deduction**. See instructions ........ ● **18** .00

**19** Subtract line 18 from line 17. This is your **total taxable income.** If less than zero, enter -0- ................... ◉ **19** .00

**CA Taxable Income**

**31** Tax. Check the box if from: □ Tax Table  □ Tax Rate Schedule
● □ FTB 3800  □ FTB 3803 ................... ● **31** .00

**32** CA adjusted gross income from Schedule CA (540NR), Part IV, line 1 ........ ● **32** .00

**35** CA Taxable Income from Schedule CA (540NR), Part IV, line 5 ........ ● **35** .00

**36** CA Tax Rate. Divide line 31 by line 19 ................... ◉ **36**

**37** CA Tax Before Exemption Credits. Multiply line 35 by line 36 ................... ◉ **37** .00

**38** CA Exemption Credit Percentage. Divide line 35 by line 19. If more than 1, enter 1.0000 ................... ◉ **38**

**39** CA Prorated Exemption Credits. Multiply line 11 by line 38. If the amount on line 13 is more than $203,341, see instructions ........ ◉ **39** .00

**40** CA Regular Tax Before Credits. Subtract line 39 from line 37. If less than zero, enter -0- ........ ◉ **40** 0 .00

**41** Tax. See instructions. Check the box if from: ● □ Schedule G-1  ● □ FTB 5870A ........ ● **41** .00

**42** Add line 40 and line 41 ................... ● **42** 0 .00

**Special Credits**

**50** Nonrefundable Child and Dependent Care Expenses Credit. See instructions. Attach form FTB 3506 ................... ● **50** .00

**51** Credit for joint custody head of household. See instructions ................... ● **51** .00

**52** Credit for dependent parent. See instructions ... ● **52** .00

**53** Credit for senior head of household. See instructions ................... ● **53** .00

**54** Credit percentage. Enter the amount from line 38 here. If more than 1, enter 1.0000. See instructions ........ ◉ **54**

**55** Credit amount. See instructions ................... ● **55** .00

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 88 of 281

Your name: **AEROCARE MEDICAL**    Your SSN or ITIN: **363531506**

**Special Credits continued**

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | Enter credit name | code ● | and amount | ● 58 | | .00 |
| 59 | Enter credit name | code ● | and amount | ● 59 | | .00 |
| 60 | To claim more than two credits. See instructions | | | ● 60 | | .00 |
| 61 | Nonrefundable Renter's Credit. See instructions | | | ● 61 | | .00 |
| 62 | Add line 50 and line 55 through 61. These are your total credits | | | ◉ 62 | | .00 |
| 63 | Subtract line 62 from line 42. If less than zero, enter -0- | | | ◉ 63 | 0 | .00 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 71 | Alternative Minimum Tax. Attach Schedule P (540NR) | ● 71 | .00 |
| 72 | Mental Health Services Tax. See instructions | ● 72 | 0 .00 |
| 73 | Other taxes and credit recapture. See instructions | ● 73 | .00 |
| 74 | Excess Advance Premium Assistance Subsidy (APAS) repayment. See instructions | ● 74 | .00 |
| 75 | Add line 63, line 71, line 72, line 73, and line 74. This is your total tax | ● 75 | 0 .00 |

**Payments**

| | | | |
|---|---|---|---|
| 81 | California income tax withheld. See instructions | ● 81 | .00 |
| 82 | 2020 CA estimated tax and other payments. See instructions | ● 82 | .00 |
| 83 | Withholding (Form 592-B and/or 593). See instructions | ● 83 | .00 |
| 84 | Excess SDI (or VPDI) withheld. See instructions | ● 84 | .00 |
| 85 | Earned Income Tax Credit (EITC) | ● 85 | .00 |
| 86 | Young Child Tax Credit (YCTC). See instructions | ● 86 | .00 |
| 87 | Net Premium Assistance Subsidy (PAS). See instructions | ● 87 | .00 |
| 88 | Add line 81 through line 87. These are your total payments. See instructions | ◉ 88 | .00 |

**ISR Penalty**

| | | | |
|---|---|---|---|
| 91 | Individual Shared Responsibility (ISR) Penalty. See instructions | ● 91 | .00 |
| | ● ☐ Full-year health care coverage. | | |

**Overpaid Tax/Tax Due**

| | | | |
|---|---|---|---|
| 92 | Payments after Individual Shared Responsibility Penalty. If line 88 is more than line 91, subtract line 91 from line 88 | ◉ 92 | .00 |
| 93 | Individual Shared Responsibility Penalty Balance. If line 91 is more than line 88, subtract line 88 from line 91 | ◉ 93 | .00 |
| 101 | Overpaid tax. If line 92 is more than line 75, subtract line 75 from line 92 | ◉ 101 | .00 |
| 102 | Amount of line 101 you want applied to your **2021** estimated tax | ● 102 | .00 |

022    3133204

Form 540NR 2020  **Side 3**

Your name: **AEROCARE MEDICAL**  Your SSN or ITIN: **363531506**

| | | | |
|---|---|---|---|
| **103** Overpaid tax available this year. Subtract line 102 from line 101 | ● **103** | | .00 |
| **104** Tax due. If line 92 is less than line 75, subtract line 92 from line 75 | ◉ **104** | 0 | .00 |

**Contributions**

| | | Code | Amount | |
|---|---|---|---|---|
| California Seniors Special Fund. See instructions | ● | **400** | | .00 |
| Alzheimer's Disease and Related Dementia Voluntary Tax Contribution Fund | ● | **401** | | .00 |
| Rare and Endangered Species Preservation Voluntary Tax Contribution Program | ● | **403** | | .00 |
| California Breast Cancer Research Voluntary Tax Contribution Fund | ● | **405** | | .00 |
| California Firefighters' Memorial Voluntary Tax Contribution Fund | ● | **406** | | .00 |
| Emergency Food for Families Voluntary Tax Contribution Fund | ● | **407** | | .00 |
| California Peace Officer Memorial Foundation Voluntary Tax Contribution Fund | ● | **408** | | .00 |
| California Sea Otter Voluntary Tax Contribution Fund | ● | **410** | | .00 |
| California Cancer Research Voluntary Tax Contribution Fund | ● | **413** | | .00 |
| School Supplies for Homeless Children Fund | ● | **422** | | .00 |
| State Parks Protection Fund/Parks Pass Purchase | ● | **423** | | .00 |
| Protect Our Coast and Oceans Voluntary Tax Contribution Fund | ● | **424** | | .00 |
| Keep Arts in Schools Voluntary Tax Contribution Fund | ● | **425** | | .00 |
| Prevention of Animal Homelessness and Cruelty Voluntary Tax Contribution Fund | ● | **431** | | .00 |
| California Senior Citizen Advocacy Voluntary Tax Contribution Fund | ● | **438** | | .00 |
| Native California Wildlife Rehabilitation Voluntary Tax Contribution Fund | ● | **439** | | .00 |
| Rape Kit Backlog Voluntary Tax Contribution Fund | ● | **440** | | .00 |
| Schools Not Prisons Voluntary Tax Contribution Fund | ● | **443** | | .00 |
| Suicide Prevention Voluntary Tax Contribution Fund | ● | **444** | | .00 |
| **120** Add code 400 through code 444. This is your total contribution | ● | **120** | | .00 |

Your name: **AEROCARE MEDICAL**   Your SSN or ITIN: **363531506**

**Amount You Owe**

121 **AMOUNT YOU OWE.** Add line 93, line 104, and line 120. See instructions. **Do not send cash.**
Mail to: **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001.** ● **121** | .00
Pay Online - Go to **ftb.ca.gov/pay** for more information.

**Interest and Penalties**

122 Interest, late return penalties, and late payment penalties ............................ **122** | .00

123 Underpayment of estimated tax.
Check the box: ● ☐ **FTB 5805 attached** ● ☐ **FTB 5805F attached** ............... ● **123** | .00

124 Total amount due. See instructions. Enclose, but **do not** staple, any payment ............ **124** | .00

**Refund and Direct Deposit**

125 **REFUND OR NO AMOUNT DUE.** Subtract line 120 from line 103. See instructions.
Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0001.** ● **125** | .00

Fill in the information to authorize direct deposit of your refund into one or two accounts. **Do not** attach a voided check or a deposit slip.
See instructions. **Have you verified the routing and account numbers?** Use whole dollars only.

All or the following amount of my refund (line 125) is authorized for direct deposit into the account shown below:

● Routing number   ● Type   ● Account number   ● **126** Direct deposit amount
☐ Checking
☐ Savings   | .00

The remaining amount of my refund (line 125) is authorized for direct deposit into the account shown below:

● Routing number   ● Type   ● Account number   ● **127** Direct deposit amount
☐ Checking
☐ Savings   | .00

**IMPORTANT:** Attach a copy of your complete federal return.

To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to **ftb.ca.gov/forms** and search for **1131.** To request this notice by mail, call 800.852.5711.

Under penalties of perjury, I declare that I have examined this tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Your signature   Date   Spouse's/RDP's signature (if a joint tax return, both must sign)

**Sign Here**

It is unlawful to forge a spouse's/ RDP's signature.

Joint tax return? (See instructions)

● Your email address. Enter only one email address.   ● Preferred phone number
**JDC@AEROCARE.COM**   ▮▮▮▮▮▮

Paid preparer's signature **(declaration of preparer is based on all information of which preparer has any knowledge)**
**LYUDMILA EISENMAN, CPA**

Firm's name (or yours, if self-employed)   ● PTIN
**BEACHFLEISCHMAN PLLC**   **P01272545**

Firm's address   ● Firm's FEIN
**1985 E. RIVER ROAD, SUITE 201 TUCSON, AZ 85718**   **860683059**

Do you want to allow another person to discuss this tax return with us? See instructions ......... ● ☒ Yes ☐ No

Print Third Party Designee's Name   Telephone Number
▮▮▮▮▮▮

Attach this schedule to your California group Form 540NR.

| S Corporation /Partnership/Limited Liability Company name | FEIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

| DBA | CA corporation no. or CA Secretary of State file no. |
|---|---|
| AEROCARE MEDICAL TRANSP | 0000000 |

**Part I Electing Nonresident Individuals (Shareholders/Partners/Members) Included in the Group Nonresident Return** (Use additional sheet(s) if necessary)

Note: **Column (a) and (b)** - If the nonresident individual has a spouse/RDP, include the spouse's/RDP's information in both columns.

**Column (c)** - Enter the individual's distributive share of California source income from the business entity's taxable year ending in 2020.

**Column (d)** - Amount of deferred compensation deduction. See FTB Pub. 1067, Section H, for more information.

**Column (g)** - Tax credit allowable. See FTB Pub. 1067, Section H, for more information.

**Column (h)** - See Schedule 1067A Instructions, Part I, for more information.

| (a) SSN or ITIN (FEINS not allowed see instructions) | (b) First name, MI, Last name | (c) Total CA source income | (d) Deferred compensation | (e) CA source income less deferred compensation, col. (c) - col. (d) | (f) Col. (e) x 12.3% | (g) Credit | (h) Mental Health Services Tax If the individual's total CA taxable income from all sources is more than $1 million, multiply col. (e) by 1% | (i) Total tax col. (f) - col. (g) + col. (h) |
|---|---|---|---|---|---|---|---|---|
| | JOSEPH D. CECE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1. Total of Part I** | | | | | | | | |

For Privacy Notice, get FTB 1131 ENG/SP.

022

7161204

Schedule 1067A 2020 **Side 1**

| Corporation name | | | | | | | | FEIN |
|---|---|---|---|---|---|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | | | | | | | | 36-3531506 |

| DBA | | | | | | | | CA corporation no. or CA Secretary of State file number |
|---|---|---|---|---|---|---|---|---|
| AEROCARE MEDICAL T | | | | | | | | 0000000 |

**Part II Electing Nonresident Directors Included in the Group Nonresident Return** (Use additional sheet(s) if necessary.)

**Note: Column (h)** - Mental Health Services Tax. See General Information, for more information.

| (a) | (b) | Director's Compensation from California Sources | | | (f) | (g) | (h) | (i) | (j) |
|---|---|---|---|---|---|---|---|---|---|
| | | (c) | (d) | (e) | | | | | |
| Director's SSN or ITIN | Director's Name | Director's Form 1099 Income | Director's Form W-2 Income | Total col. (c) + col. (d) | Net tax col. (e) x 12.3% | No credits allowed | Mental Health Services Tax. If the director's total CA taxable income from all sources is more than $1 million, multiply col. (e) by 1% | Total tax col. (f) + col. (h) | CA Wage Withholding Reported on Form W-2 (or CA Sch. W-2) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **2. Total of Part II** .............................. | | | | | | 0.00 | | | |
| **3. Grand Total** (Total of Part I plus Total of Part II) ................ | | | | | | | | | |

039682 12-29-20

# Group Nonresident Return Election

Attach to Form 540NR and to the appropriate business entity return.

| Business entity's/corporation's name | FEIN | CA corporation no. or CA Secretary of State (SOS) file no. |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 | 0000000 |

| Business address (number and street, suite, PO box, or PMB no.) | Telephone |
|---|---|
| 43W450 US HIGHWAY 30 | |

City, state, and ZIP code

SUGAR GROVE, IL  60554

Nature of business activity

⊙ AVIATION SERVICES

State in which the principal business activity is conducted

⊙ IL

Principal California business address

  43W450 US HIGHWAY 30
⊙ SUGAR GROVE, IL  60554

Shareholders/Partners/Members/Directors

| Number non-electing ⊙ | 0. | Number electing ⊙ | 1. |
|---|---|---|---|

## TERMS AND CONDITIONS OF FILING A GROUP NONRESIDENT RETURN

The above business entity/corporation and its electing nonresident individuals included in the filing of the group nonresident return agree to the following terms and conditions:

a. **Attach a Signed form FTB 3864 to the Group Nonresident Return.** Each year the business entity/corporation must make an election to file a group return on behalf of its electing nonresident individuals. Make the election by attaching a completed form FTB 3864 to the group nonresident return (Form 540NR). An authorized general partner, member-manager, corporate officer, or an attorney-in-fact of the business entity/corporation must sign the form FTB 3864.

b. **Group Nonresident Return Must be a Calendar Year.** A group nonresident return is not allowed to have a fiscal year end. If the business entity has a fiscal year end, report on the 2020 group nonresident return the individual's distributive share of California source income from the business entity's taxable year ending in 2020. If the corporation has a fiscal year end, report on the 2020 group nonresident return the director's compensation that he or she received in 2020.

c. **Form 540NR, California Nonresident or Part-Year Resident Income Tax Return.** Use Form 540NR for the group nonresident return. Prepare the Form 540NR as instructed in FTB Pub. 1067, Guidelines for Filing a Group Form 540NR.

d. **Individual's Election to be Included in the Group Nonresident Return is Irrevocable.** Each year the business entity/corporation will allow each nonresident individual the election to be included in the group nonresident return. Only a qualified nonresident individual may elect to be included in the group nonresident return. Once the group nonresident return is filed for the year, the individual's election is irrevocable.

e. **Qualified Nonresident Individual.** A qualified individual must be an individual and must be a full-year nonresident of California. In addition, the income from the business entity/corporation must be the only California source income of the individual, unless the other California source income is being reported on another group nonresident return. Partnerships, LLCs, corporations, estates, trusts (other than the grantor of grantor trusts described under IRC Sections 671-679 and not recognized as a separate taxable entity for income tax purposes), and other entities cannot be included on the group nonresident return.

f. **Power-of-Attorney Maintained by Business Entity/Corporation.** The business entity/corporation shall maintain a file of power-of-attorney executed by each electing nonresident individual. The power-of-attorney shall authorize the business entity/corporation to include the electing nonresident individual in the group nonresident return filed. **Do not** attach the power-of-attorney to the return.

g. **Deductions.**
  - Shareholders/partners/members are not allowed deductions except those necessary to determine each individual's distributive share of income from the business entity. However, a deduction is allowed for contributions to qualified deferred compensation plans attributable to earned income of a partner/member as provided in Subchapter D of Chapter 1 of Subtitle A of the Internal Revenue Code, as modified by the California Revenue and Taxation Code (R&TC) beginning with Section 17501. No deduction to a qualified deferred compensation plan is allowed if the individual has earned income from any other source.
  - Directors are not allowed any deductions.
  See FTB Pub.1067 for more information.

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document     Page 94 of 281

**h. Credits.**
- Shareholders/partners/members are not allowed credits except those directly attributable to the business entity's activity. In the event the allowable credits exceed the amount of tax for a given year and credits are available for carryover, the business entity will properly account for such credit with respect to each individual included in the group nonresident return.
- Directors are not allowed any credits.

See FTB Pub.1067 for more information.

**i. Tax Assessed at the Highest Marginal Rate.** Each individual included in the group nonresident return will be assessed tax on his or her California source income at the highest marginal rate of 12.3%.

**j. Mental Health Tax.** Nonresident individuals with more than $1 million of California taxable income can be included in the group return. However, these individuals are subject to an additional 1% tax on their *entire* California taxable income when included in the group return. This differs from when individuals file their own return and only the taxable income **in excess** of $1 million is subject to the additional 1% tax. Individuals should be aware of this difference when making their irrevocable election to be included in the group return.

For individuals included in two or more group returns, the additional 1% tax applies if their combined California taxable income from all their group returns is more than $1 million. For example, an individual is included in two group returns. The individual's taxable income on each group return is less than $1 million. However, the combined taxable income from the two group returns is over $1 million. The individual's income reported on each group return is subject to the additional 1% tax. The business entity/corporation is responsible for finding out from each individual included in the group return if the individual  has total California taxable income in excess of $1 million. If so, it is the business entity/corporations' responsibility to report and pay the additional 1% tax on the group return.

**k. Estimated Tax.** The business entity/corporation shall make estimated tax payments for the group pursuant to R&TC Section 19136. Payment for the group will be made under the FEIN of the business entity or corporation as instructed in FTB Pub. 1067.

**l. Tax Assessments, Protest, Claims, Appeals, and Court Procedures.** The business entity/corporation shall receive any notices of proposed tax to be assessed and any assessments of tax with respect to the group nonresident return. Additionally, the business entity/corporation, or its designated representative, shall represent the individuals in protest, claims for refund, appeal procedures, or in court proceeding related to tax matters associated with the group nonresident filing. The business entity/corporation shall pay any tax assessments and any attributable interest and penalties for the group nonresident return. The penalties will be computed as if all the electing individuals included in the return did not participate in any other group nonresident return for that same tax year. The business entity's/corporation's agreement to pay tax, interest and penalties does not absolve the individuals of their respective obligations to pay their California taxes, interest, and penalties, if such obligations are not satisfied by the business entity/corporation.

**m. Agree to Act as Withholding Agent.** If an electing nonresident individual has a tax deficiency attributable to California source income that was distributable by the business entity or paid by the corporation to the individual for any tax year, the business entity/corporation agrees that it shall act as a withholding agent. The business entity agrees to accept (without contesting jurisdiction) Orders to Withhold against funds to be distributed to such individuals. The funds need not be paid over to the Franchise Tax Board until they are clearly identified as being currently distributable.

**n. Business Entity to File Appropriate California Return.** The business entity shall file Form 100S, California S Corporation Franchise or Income Tax Return/Form 565, California Partnership Return of Income/Form 568, Limited Liability Company Return of Income, as appropriate. A business entity doing business within and outside of California must determine the portion of the total net income that has its source in California using the allocation and apportionment provisions in the Uniform Division of Income for Tax Purposes Act (UDITPA). Refer to R&TC Sections 25120 through 25141 and applicable regulations.

**o. Corporation to File Appropriate California Return.** The corporation shall file Form 100, California Franchise or Income Tax Return, or Form 100S.

The terms and conditions set forth above are agreed to on behalf of the above-named business entity/corporation and its electing nonresident individuals.
I have been authorized by the above-named business entity/corporation and its electing individuals to accept the terms and conditions set forth above.

| Authorized signature (As specified in item a.) | Title | Date | Telephone |
|---|---|---|---|
| ▶ | PRESIDENT | 03/21/22 | |
| Print name | Business entity's name | | |
| ▶ | ▶AEROCARE MEDICAL TRANSPORT SYSTEM, INC | | |

039342
12-28-20   **Side 2** FTB 3864 2020          022          7612204

CA FORM 540NR                    FOOTNOTES                    STATEMENT    32

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

STATEMENT(S) 32


# 2020 Colorado Partnership and S Corporation and Composite Nonresident Income Tax Return

| Fiscal Year Beginning (MM/DD/20) | Ending (MM/DD/YY) | | |
|---|---|---|---|

[X] • Mark for **Amended** Return   **(0043)**

| Name of Organization | Colorado Account Number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | • |

| Doing Business As | Federal Employer ID Number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEMS | • 36-3531506 |

| Address | City | State | ZIP |
|---|---|---|---|
| 43W450 US HIGHWAY 30 | SUGAR GROVE | IL | 60554 |

If you are including a statement disclosing a listed or reportable transaction, mark this box • ☐

**A.** This return is being filed for (mark one):

• ☐ Partnership  [X] S Corporation  ☐ LLC  ☐ LP  ☐ LLP  ☐ LLLP  ☐ Association  ☐ Non-Profit

| **B.** Beginning depreciable assets from federal return | **C.** Ending depreciable assets from federal return |
|---|---|
| • 5,000,838 | • 3,552,232 |

| **D.** Business or profession | **E.** Date of organization or incorporation (MM/DD/YY) |
|---|---|
| AVIATION SERVICES | • 07/30/87 |

**F.** If this is a final return, mark this box • ☐

**G.** If the IRS has made any adjustments to your federal return or have you filed amended federal returns during the last four years, mark this box: ☐

| **H.** Number of partners or shareholders as of year end | Explain: |
|---|---|
| 1 | |

## Part I: Computation of Colorado Income

Round to the nearest dollar

| | | | |
|---|---|---|---|
| **1.** Ordinary income from line 1 federal Schedule K | • 1 | 59,583 | 00 |
| **2.** Sum of all other income | • 2 | 9,023 | 00 |
| **3.** Modifications increasing federal income | • 3 | | 00 |
| **4.** Business Interest Expense Deduction Addback (see instructions) | • 4 | | 00 |
| **5.** Sum of lines 1 through 4 | 5 | 68,606 | 00 |
| **6.** Allowable deductions from federal Schedule K | • 6 | | 00 |
| **7.** Colorado Marijuana Business Deduction | • 7 | | 00 |
| **8.** Agricultural asset lease deduction. Enter CADA certificate number and submit a copy with your return. | CADA Certificate Number | | |
| | • 8 | | 00 |

040501 11-19-20



| Name | Account Number | |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | | |

| | | | | |
|---|---|---|---:|---|
| **9.** | Other modifications decreasing federal income | ● 9 | | 00 |
| **10.** | Sum of lines 6 through 9 | 10 | | 00 |
| **11.** | Modified federal taxable income, subtract line 10 from line 5 | 11 | 68,606 | 00 |
| **12.** | Colorado-Source Income from (mark one): | | 944 | |
| | [X] Part IV    [ ] Other (include explanation)    [ ] Income is all Colorado Income | ● 12 | | 00 |

**Part II: Composite Nonresident Income Tax Return**
Do not complete lines 13-28 unless you are filing a composite nonresident return.

| | | | | |
|---|---|---|---:|---|
| **13.** | Colorado-source Income of nonresident partners or shareholders electing to be included in this composite filing | ● 13 | 944 | 00 |
| **14.** | Tax; 4.55% of the amount on line 13 | ● 14 | 43 | 00 |
| **15.** | Non-refundable credits from the DR 0106CR line 27 column C, you must include the DR 0106CR with your return. | ● 15 | | 00 |
| **16.** | Gross Conservation Easement credit allocated to these partners or shareholders from the DR 1305G line 33. You must submit the DR 1305G with your return. | ● 16 | | 00 |
| **17.** | Net tax, sum of lines 15 and 16, then subtract this sum from line 14. The sum of lines 15 and 16 may not exceed the amount on line 14. | 17 | 43 | 00 |
| **18.** | Estimated tax, extension payments, and credits | ● 18 | 1,387 | 00 |
| **19.** | Withholding from lottery or gambling winnings | ● 19 | | 00 |
| **20.** | Refundable credits from the DR 0106CR line 31 column C, you must include the DR 0106CR with your return. | ● 20 | | 00 |
| **21.** | Subtotal; sum of lines 18 to 20 | 21 | 1,387 | 00 |
| **22.** | Penalty (include on Line 25) | ● 22 | | 00 |
| **23.** | Interest (include on Line 25) | ● 23 | | 00 |
| **24.** | Estimated tax penalty (include on Line 25) | ● 24 | | 00 |
| **25.** | If line 17 is greater than line 21, enter amount owed | ● 25 | | |
| **26.** | Overpayment, subtract line 17 from line 21 | 26 | 1,344 | 00 |
| **27.** | Overpayment to be credited to 2021 estimated tax | ● 27 | 1,344 | 00 |
| **28.** | Overpayment to be refunded | ● 28 | | 00 |



DR 0106 (11/05/20)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
Page 3 of 6

**Form 106**
**Part II**



200106  31019

| Name | Account Number |
|------|----------------|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | |

**I declare this return to be true, correct and complete under penalty of perjury in the second degree.**
**Declaration of preparer is based on all information of which preparer has any knowledge.**

**Direct Deposit**

Routing Number ☐☐☐☐☐☐☐☐☐  Type: ☐ Checking  ☐ Savings

Account Number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Do you want to allow the paid preparer entered below to discuss this return and any related information with the Colorado Department of Revenue? See the instructions.   ● ☒ Yes   ☐ No

| Signature of partner or signature and title of officer | | Date (MM/DD/YY) |
|---|---|---|
| | PRESIDENT | |
| Person or firm preparing return (name and phone number) | | Date (MM/DD/YY) |
| LYUDMILA EISENMAN, CPA | 5203214600 | 03/21/22 |

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**File and pay at:** *Colorado.gov/RevenueOnline*

| If you are filing this return **with** a check or payment, please mail the return to: | If you are filing this return **without** a check or payment, please mail the return to: |
|---|---|
| COLORADO DEPARTMENT OF REVENUE<br>Denver, CO 80261-000**6** | COLORADO DEPARTMENT OF REVENUE<br>Denver, CO 80261-000**5** |

These addresses and ZIP codes are exclusive to the Colorado Department of Revenue, so a street address is not required.



DR 0106 (11/05/20)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
**Page 4 of 6**

**Form 106
Part III**



200106 41019

Do not submit federal K-1 schedules

| Name | Account Number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

**Part III: Identification of Partners or Shareholders**
Part III must be completed for each partner/shareholder/member. DO NOT submit federal K-1 schedules.

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| JOSEPH D. CECE | ██████████ |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| 1936 E. MISSOURI AVENUE | PHOENIX | AZ | 85016 |

[X] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage
100.000000

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| | |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| | | | |

[ ] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| | |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| | | | |

[ ] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| | |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| | | | |

[ ] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| | |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| | | | |

[ ] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage

| Name of Partner or Shareholder | SSN, ITIN or Colorado Account Number |
|---|---|
| | |

| Address of Partner or Shareholder | City | State | ZIP |
|---|---|---|---|
| | | | |

[ ] Composite  [ ] DR 0107 Included  [ ] DR 0108 Filed

Profit/Loss or Stock Ownership Percentage



200106 51019

DR 0106 (11/05/20)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
Page 5 of 6

**Form 106
Part IV**



| Name | Account Number |
|------|----------------|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

### Part IV - Apportionable Income Apportioned to Colorado by use of the Receipts Factor

Do not send federal return forms or schedules with this return. Complete this form in accordance with section **39-22-303.6 C.R.S.**, and the regulations thereunder.

| | | | |
|---|---|---|---|
| **1.** Total modified federal taxable income from the DR 0106, Part I, line 11 | **1** | 68,606 | 00 |

**Apportionable Income Apportioned to Colorado by use of the Receipts Factor**
Do Not Include Foreign-source income modified out on the DR 0106, Part I, Line 9

| | | • Colorado | | • Everywhere | |
|---|---|---|---|---|---|
| **2.** Gross receipts from the sale of tangible personal property | • **2** | 148,403 | 00 | 10,783,048 | 00 |
| **3.** Gross receipts from the sale of services | • **3** | 0 | 00 | 0 | 00 |
| **4.** Gross receipts from the sale, rental, lease, or license of real property | • **4** | 0 | 00 | 0 | 00 |
| **5.** Gross receipts from the rental, lease, or license of tangible personal property | • **5** | 0 | 00 | 0 | 00 |
| **6.** Gross receipts from the sale, rental, lease, or license of intangible property | • **6** | 0 | 00 | 0 | 00 |
| **7.** Distributive share of partnership factors | • **7** | | 00 | | 00 |
| **8.** Total receipts (total of lines 2 through 7 in each column) | • **8** | 148,403 | 00 | 10,783,048 | 00 |
| **9.** Line 8 (Colorado) divided by line 8 (Everywhere) | **9** | 1.3763 | % | | |

Complete lines 10 and 13 only if nonapportionable income is being directly allocated.
If all income is being treated as apportionable income, enter 0 (zero) on lines 10 and 13.

| | | | |
|---|---|---|---|
| **10.** Less income directly allocable to any state, including Colorado: | | | |
| (a) Net rents and royalties from real or tangible property | • | | 00 |
| (b) Capital gains and losses | • | | 00 |
| (c) Interest and dividends | • | | 00 |
| (d) Patents and copyright royalties | • | | 00 |
| (e) Other nonapportionable income | • | | 00 |
| (f) Total income directly allocable (add lines (a) through (e)) | **10** | 0 | 00 |
| **11.** Modified federal taxable income subject to apportionment, subtract line 10(f) from line 1 | **11** | 68,606 | 00 |
| **12.** Income apportioned to Colorado, line 9 multiplied by line 11 | **12** | 944 | 00 |



DR 0106 (11/05/20)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
**Page 6 of 6**

**Form 106**
**Part IV**



200106 61019

| Name | | Account Number | |
|---|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, IN | | 36-3531506 | |

**13.** Add income directly allocable to Colorado:

(a) Net rents and royalties from real or tangible property ● | | 00

(b) Capital gains and losses ● | | 00

(c) Interest and dividends ● | | 00

(d) Patents and copyright royalties ● | | 00

(e) Other nonapportionable income ● | | 00

(f) Total income directly allocable (add lines (a) through (e)) **13** | 0 | 00

**14.** Total income apportioned and allocated to Colorado, sum of lines 12 and 13(f). Enter here and on the DR 0106, Part I, line 12 **14** | 944 | 00

**15.** ☐ Pursuant to **§39-22-303.6(8) C.R.S.**, taxpayer elects to treat all income as apportionable income for the tax year covered by this return.

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

DR 106                 AMENDED RETURN INFORMATION          STATEMENT    2

| DESCRIPTION | AMOUNT |
|---|---|
| ORIGINAL BALANCE DUE | 172 |
| AMENDED BALANCE DUE | 0 |
| REFUND | 172 |

STATEMENT(S) 2

| AMENDED COLORADO SCHEDULE K-1 EQUIVALENT | Shareholder's Information | 2020 |
|---|---|---|

**Shareholder's Information**

For Calendar Year 2020, or Fiscal Year

Beginning _____ , and Ending _____

**2020**

FEDERAL EMPL ID NUMBER  36-3531506

Shareholder's ID Number: ▮▮▮▮

Corporation's ID Number:

| Shareholder's Name, Address & ZIP Code | Corporation's Name, Address & ZIP Code |
|---|---|
| JOSEPH D. CECE<br>1936 E. MISSOURI AVENUE<br>PHOENIX, AZ 85016 | AEROCARE MEDICAL TRANSPORT SYSTEM, IN<br>43W450 US HIGHWAY 30<br>SUGAR GROVE, IL 60554 |

Resident ☐   Included in Composite ☒   Nonresident ☒

Shareholder stock ownership   100.000000 %

| Share of Income, Loss and Deduction<br>1.376300 % Apportioned to Colorado | Federal | Colorado Modifications | Colorado |
|---|---|---|---|
| 1 Ordinary income (loss) | 59,583. | | 820. |
| 2 Rental real estate income (loss) | | | |
| 3 Other rental income (loss) | | | |
| 4 Portfolio income (loss) | | | |
| a   Interest | 9,023. | 0. | 124. |
| b   Dividends | | | |
| c   Royalties | | | |
| d   Short term capital gain (loss) | | | |
| e   Long term capital gain (loss) | | | |
| f   Other portfolio income (loss) | | | |
| 5 Section 1231 gain (loss) | | | |
| 6 Other income (loss) | | | |
| Federal jobs credit wage adjustment | | | |
| Apportionment or allocation of non-Colorado income | | -67,662. | |
| Other modifications:   Increasing federal income | | | |
| Decreasing federal income | | | |
| 7 Contributions | | | |
| 8 Section 179 expense deduction | | | |
| 9 Deductions related to portfolio income | | | |
| Subject to 2% limitation | | | |
| 10a Other deductions | | | |
| 16 Sec 59(e) election expenditures | | | |
| 17 Non-Colorado state and local bond interest | | | 0. |
| FEDERAL INCOME | 68,606. | | |
| MODIFICATIONS TO FEDERAL INCOME | | -67,662. | |
| Adjusted for Form 106, Part IV, Line 14 | | | |
| TOTAL COLORADO SOURCE INCOME | | | 944. |

(Lines 11 - 15 and 18 - 23 of Federal Schedule K-1 omitted)

SHAREHOLDER INCLUDED IN THE COMPOSITE RETURN - FOR INFORMATION ONLY

040601 02-12-21

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0   Main Document   Page 105 of 281   MEDICAL TRANSPORT   16439_01

| Share of Tax Paid and Credits | Colorado |
|---|---|
| Income tax paid to another state by corporation | |
| Historic property preservation credit | |
| Child care contribution credit | |
| Child care center family care home investment credit | |
| Employer child care investment credit | |
| School to career investment credit | |
| Colorado works program credit | |
| Contaminated land redevelopment credit | |
| Aircraft manufacturer new employee credit | |
| Job growth incentive credit | |
| Credit for advanced industries | |
| Gross conservation easement credit | |
| Innovative motor vehicle credit | |
| Credit Food contributed to hunger relief org credit | |
| Low income housing credit | |
| Certified auction group license fee credit | |
| Business personal property credit | |
| Refundable Enterprise zone credits | |
| Nonrefundable Enterprise zone credits | |
| Preservation of historic structures credit for Prior Year | |
| Rural jumpstart zone credit | |
| Preservation of Historic Structure Credit | |
| Strategic Capital Tax Credit | |
| Employer contributions to employee 529 plan credit | |
| Employer paid leave of absence for live organ donation credit | |

040602  09-18-20

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document    Page 106 of 281
11000321  759078  16439.0    2000106091  RURAL MEDICAL TRANSPORT    16439_01

**Illinois Department of Revenue**

# 2020 IL-1120-ST-X

## Amended Small Business Corporation Replacement Tax Return



For tax years ending **on** or **after** December 31, 2020

| Indicate what tax year you are amending: Tax year beginning 01/01/2020 , ending 12/31/2020 | Enter the amount you are paying. |
|---|---|
| **WARNING** If you are filing an amended return for tax years ending **before December 31, 2020,** you may not use this form. For prior years, see instructions to determine the correct form to use. | $ _____ |

month day year    month day year

## Step 1: Identify your small business corporation

**A** Enter your complete legal business name.

If you have a name change, check this box. ☐

Name: AEROCARE MEDICAL TRANSPORT SYSTEM,

**B** Enter your mailing address.

If you have an address change, check this box. ☒

C/O: _____

Mailing address: 43W450 US HIGHWAY 30

City: SUGAR GROVE    State: IL    ZIP: 60554

**C** Check this box if you are filing this form **only** to report an increased net loss on Line 49, Column B. ☐

**D** Check this box if you attached Form IL-4562. ☐

**E** Check this box if you attached Schedule M. ☒

**F** Check this box if you attached Schedule 80/20. ☐

**G** Check this box if you attached Schedule 1299-A. ☐

**H** Check this box if you attached the Subgroup Schedule. ☐

**I** Check the applicable box for the type of change being made.

☐ NLD   ☐ State change   ☒ Federal change

If a federal change, check one:

☐ Partial agreed   ☒ Finalized

Enter the finalization date _____

**Attach** your federal finalization to this return.

**J** Throwback adjustment - see instructions. ☐

**K** Double throwback adjustment - see instructions. ☐

**L** Check this box if you are a 52/53 week filer. ☐

**M** Enter your federal employer identification number (FEIN).

36-3531506

**N** ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member who prepared the Schedule UB, Combined Apportionment for Unitary Business Group. **Attach** Schedule UB to this return.

**O** Enter your North American Industry Classification System (NAICS) Code. See instructions.

621900

**P** Enter your Illinois corporate file (charter) number.

_____

**Q** Check this box if you are filing Form IL-1120-ST-X before the extended due date and making the election to treat all nonbusiness income as business income. ☐

**R** If you have completed the following, check the box and **attach** the federal form(s) to this return, if you have not previously done so.

☐ Federal Form 8886   ☒ Federal Schedule M-3, Part II, Line 10

**S** Check this box if you are making a discharge of indebtedness adjustment on Line 48. **Attach** federal Form 982 and a detailed statement. ☐

**T** Check this box if your business activity is protected under Public Law 86-272. ☐

**STOP** **Explain the changes on this return** (Attach a separate sheet if necessary.)

SEE STATEMENT 1

## Step 2: Figure your ordinary income or loss

*(left margin: Attach your payment and Form IL-1120-ST-V here.)*

| | | A As most recently reported or adjusted (Whole dollars only) | B Corrected amount (Whole dollars only) |
|---|---|---|---|
| 1 | Ordinary income or loss or equivalent from U.S. Schedule K. | 1 2,480,253 .00 | 1 59,583 .00 |
| 2 | Net income or loss from all rental real estate activities. | 2 .00 | 2 .00 |
| 3 | Net income or loss from other rental activities. | 3 .00 | 3 .00 |
| 4 | Portfolio income or loss. | 4 9,023 .00 | 4 9,023 .00 |
| 5 | Net IRC Section 1231 gain or loss. | 5 .00 | 5 .00 |
| 6 | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120S. Identify: _____ | 6 .00 | 6 .00 |
| 7 | Add Lines 1 through 6. This is your ordinary income. | 7 2,489,276 .00 | 7 68,606 .00 |

## Step 3: Figure your unmodified base income or loss

| | | | |
|---|---|---|---|
| 8 | Charitable contributions. | 8 .00 | 8 .00 |
| 9 | Expense deduction under IRC Section 179. | 9 .00 | 9 .00 |
| 10 | Interest on investment indebtedness. | 10 .00 | 10 .00 |
| 11 | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120S. Identify: _____ | 11 .00 | 11 .00 |
| 12 | Add Lines 8 through 11. | 12 .00 | 12 .00 |
| 13 | Subtract Line 12 from Line 7. This is your total unmodified base income or total loss. | 13 2,489,276 .00 | 13 68,606 .00 |

**ID: 2BX**   IL-1120-ST-X (R-12/20)

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

Page 1 of 5

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 107 of 281


### Step 4: Figure your income or loss

| | | | **A**<br>As most recently<br>reported or adjusted | | **B**<br>Corrected<br>amount |
|---|---|---|---|---|---|
| 14 | Enter the amounts from Line 13. Unitary filers, see instructions. | 14 | 2,489,276 .00 | 14 | 68,606 .00 |
| 15 | State, municipal, and other interest income excluded arriving at Line 14. | 15 | .00 | 15 | .00 |
| 16 | Illinois replacement tax and surcharge deducted in arriving at Line 14. | 16 | .00 | 16 | .00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | .00 | 17 | .00 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 | .00 | 18 | .00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | .00 | 19 | .00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 20 | .00 | 20 | .00 |
| 21 | Other additions. **Attach** Schedule M (for businesses). | 21 | .00 | 21 | .00 |
| 22 | Add Lines 14 through 21. This is your total income or loss. | 22 | 2,489,276 .00 | 22 | 68,606 .00 |

### Step 5: Figure your base income or loss

| | | | | | |
|---|---|---|---|---|---|
| 23 | Interest income from U.S. Treasury and exempt federal obligations. | 23 | .00 | 23 | .00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 | .00 | 24 | .00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 25 | .00 | 25 | .00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | 26 | .00 | 26 | .00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 27 | .00 | 27 | .00 |
| 28 | High Impact Business Interest subtraction. **Attach** Schedule 1299-A. | 28 | .00 | 28 | .00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | 29 | .00 | 29 | .00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | .00 | 30 | .00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 | .00 | 31 | .00 |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 | .00 | 32 | .00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | 317,719 .00 | 33 | 317,719 .00 |
| 34 | Total subtractions. Add Lines 23 through 33. | 34 | 317,719 .00 | 34 | 317,719 .00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | 35 | 2,171,557 .00 | 35 | −249,113 .00 |

| | | |
|---|---|---|
| **STOP** | **A** If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.)<br>**Note** ▶ If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6. | ☐ |
| | **B** If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete **all lines** of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. | ☒ |

### Step 6: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | | | |
|---|---|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | 36 | 0 .00 | 36 | 0 .00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 37 | 0 .00 | 37 | 0 .00 |
| 38 | Add Lines 36 and 37. | 38 | 0 .00 | 38 | 0 .00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | 39 | 2,171,557 .00 | 39 | −249,113 .00 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | 10,783,048 .00 | 40 | 10,783,048 .00 |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | 1,639,117 .00 | 41 | 1,639,117 .00 |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | 42 | .152009 | 42 | .152009 |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | 43 | 330,096 .00 | 43 | −37,867 .00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 44 | 0 .00 | 44 | 0 .00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 45 | 0 .00 | 45 | 0 .00 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | 46 | 330,096 .00 | 46 | −37,867 .00 |



## Step 7: Figure your net income

|  |  |  | **A** As most recently reported or adjusted |  | **B** Corrected amount |
|---|---|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35 or Step 6, Line 46. | 47 | 330,096 .00 | 47 | −37,867 .00 |
| 48 | Discharge of indebtedness adjustment. **Attach** U.S. Form 982. | 48 | .00 | 48 | .00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | 330,096 .00 | 49 | −37,867 .00 |
| 50 | Illinois net loss deduction. If Line 49 is zero or a negative amount, enter zero. | 50 | 330,096 .00 | 50 | 0 .00 |
|  | Check this box and attach a detailed statement if you have merged losses. ☐ |  |  |  |  |
| 51 | **Net income.** Subtract Line 50 from Line 49. | 51 | .00 | 51 | −37,867 .00 |

## Step 8: Figure your net replacement tax, surcharge, and pass-through withholding you owe

|  |  |  | **A** |  | **B** |
|---|---|---|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | .00 | 52 | 0 .00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | .00 | 53 | .00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | .00 | 54 | .00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | .00 | 55 | .00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If negative, enter zero. | 56 | 0 .00 | 56 | 0 .00 |
| 57 | Compassionate Use of Medical Cannabis Program Act surcharge. See instr. | 57 | 0 .00 | 57 | 0 .00 |
| 58 | Sale of assets by gaming licensee surcharge. See instructions. | 58 | 0 .00 | 58 | 0 .00 |
| 59 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instr. **Attach** Schedule B. | 59 | 16,340 .00 | 59 | 0 .00 |
| 60 | **Total net replacement tax, surcharges, and pass-through withholding you owe.** Add Lines 56 through 59. | 60 | 16,340 .00 | 60 | 0 .00 |

## Step 9: Figure your refund or balance due

| 61 | Payments. See instructions. |  |  |
|---|---|---|---|
|  | **a** Credits from previous overpayments. | 61a | .00 |
|  | **b** Total payments made before the date this amended return is filed. | 61b | .00 |
|  | **c** Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
|  | **d** Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | 62 | .00 |
| 63 | Previously paid penalty and interest. See instructions. | 63 | .00 |
| 64 | Total amount of overpayment (including any carryforward or refund) before the filing of this return for the year being amended. See instructions. | 64 | .00 |
| 65 | Add Lines 63 and 64. | 65 | .00 |
| 66 | Net tax paid. Subtract Line 65 from Line 62. | 66 | .00 |
| 67 | **Overpayment.** If Line 66 is greater than Line 60, subtract Line 60 from Line 66. | 67 | .00 |
| 68 | Amount of overpayment from Line 67 to be **credited forward.** See instructions. | 68 | .00 |
|  | Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ☐ |  |  |
| 69 | **Refund.** Subtract Line 68 from Line 67. This is the amount to be refunded. | 69 | .00 |
| 70 | **Tax due with this amended return.** If Line 60 is greater than Line 66, subtract Line 66 from Line 60. | 70 | .00 |

*Note* ➡ You will be sent a bill for any additional penalty and interest.

▶ If you owe tax on Line 70, complete a payment voucher, Form IL-1120-ST-X-V. Write your FEIN, tax year ending, and "IL-1120-ST-X-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment to the first page of this form.

*Special Note* ➡ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | | | | | ☒ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
|  | Signature of authorized officer | Date (mm/dd/yyyy) | PRESIDENT Title | Phone | |

| Paid Preparer Use Only | | | | | |
|---|---|---|---|---|---|
| | LYUDMILA EISENMAN, CPA | LYUDMILA EISEN | 03/21/2022 | Check if self-employed ☐ | P01272545 |
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ BEACHFLEISCHMAN PLLC | | | Firm's FEIN ▶ 86-0683059 | |
| | Firm's address ▶ 1985 E. RIVER ROAD, SUITE 201 T | | | Firm's phone ▶ 520-321-4600 | |

▶ Mail this return to: Illinois Department of Revenue, P.O. Box 19016, Springfield, IL 62794-9016

049363
12-22-20     IL-1120-ST-X (R-12/20)   **ID: 2BX**

IL-1120-ST-X                                          STATEMENT    1

THE FEDERAL FORM 1120S WAS AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS
CORRECTION INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN THE
CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS RESTATED FROM THE
PRIOR TAX YEAR ON THE REVIEWED FINANCIAL STATEMENTS.


Illinois Department of Revenue

# 2020 Form IL-1120-ST
**Small Business Corporation Replacement Tax Return**
Due on or before the 15th day of the 3rd month following the close of the tax year.

| If this return is not for calendar year 2020, enter your fiscal tax year here. | Enter the amount you are paying. |
|---|---|
| Tax year beginning _____ , ending _____ | |
| **WARNING** This form is for tax years ending on or after December 31, 2020, and before December 31, 2021. For all other situations, see instructions to determine the correct form to use. | $ _____ |

## Step 1: Identify your small business corporation

**A** Enter your complete legal business name.

If you have a name change, check this box. ☐

Name: **AEROCARE MEDICAL TRANSPORT SYSTEM,**

**B** Enter your mailing address.

Check this box if either of the following apply:
- this is your **first return,** or
- you have an **address change.** ☒

C/O: _____

Mailing address: **43W450 US HIGHWAY 30**
City: **SUGAR GROVE** State: **IL** ZIP: **60554**

**C** If this is the first or final return, check the applicable box(es).
- ☐ First return
- ☐ Final return (Enter the date of termination. _____ )

**D** If this is a final return because you sold this business, enter the date sold (mm dd yyyy) _____ , and the new owner's FEIN.

**E** **Apportionment Formulas.** Check the appropriate box or boxes and see the Apportionment Formula instructions.
- ☐ Financial organizations ☒ Transportation companies
- ☐ Federally regulated exchanges ☐ Sales companies

**F** Check this box if you attached Form IL-4562. ☐

**G** Check this box if you attached Illinois Schedule M (for businesses). ☒

**H** Check this box if you attached Schedule 80/20. ☐

**I** Check this box if you attached Schedule 1299-A. ☐

**J** Check this box if you attached the Subgroup Schedule. ☐

**K** Check this box if you are a 52/53 week filer. ☐

**L** Enter your federal employer identification number (FEIN).
**36-3531506**

**M** ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member who prepared the Schedule UB, Combined Apportionment for Unitary Business Group. **Attach** Schedule UB to this return.

**N** Enter your North American Industry Classification System (NAICS) Code. See instructions.
**621900**

**O** Enter your Illinois corporate file (charter) number issued by the Secretary of State.
_____

**P** Enter the city, state, and ZIP code where your accounting records are kept. (Use the two-letter postal abbreviation, **e.g.,** IL, GA, etc.)
**SUGAR GROVE          IL          60554**
City          State     ZIP

**Q** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44. ☐

**R** If you have completed the following, check the box and **attach** the federal form(s) to this return.
- ☐ Federal Form 8886
- ☐ Federal Sch. M-3, Part II, Line 10

**S** If you are making a discharge of indebtedness adjustment on Form IL-1120-ST, Line 48, check this box and **attach** federal Form 982 and a detailed statement. ☐

**T** Check this box if your business activity is protected under Public Law 86-272. ☐

## Step 2: Figure your ordinary income or loss

| | | | (Whole dollars only) |
|---|---|---|---|
| **1** | Ordinary income or loss, or equivalent from federal Schedule K. | **1** | 59,583 .00 |
| **2** | Net income or loss from all rental real estate activities. | **2** | .00 |
| **3** | Net income or loss from other rental activities. | **3** | .00 |
| **4** | Portfolio income or loss. | **4** | 9,023 .00 |
| **5** | Net IRC Section 1231 gain or loss. | **5** | .00 |
| **6** | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | **6** | .00 |
| **7** | Add Lines 1 through 6. This is your ordinary income or loss. | **7** | 68,606 .00 |

## Step 3: Figure your unmodified base income or loss

| | | | |
|---|---|---|---|
| **8** | Charitable contributions. | **8** | .00 |
| **9** | Expense deduction under IRC Section 179. | **9** | .00 |
| **10** | Interest on investment indebtedness. | **10** | .00 |
| **11** | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | **11** | .00 |
| **12** | Add Lines 8 through 11. | **12** | .00 |
| **13** | Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | **13** | 68,606 .00 |

*(left margin)* Attach your payment and Form IL-1120-ST-V here.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.
04990 ID: 1545 (R-1214)      Page 1 of 5



## Step 4: Figure your income or loss

| | | |
|---|---|---|
| 14 | Enter the amount from Line 13. **Unitary filers,** enter the amount from Schedule UB, Step 2, Col E, Line 30. **14** | 68,606 .00 |
| 15 | State, municipal, and other interest income excluded from Line 14. **15** | .00 |
| 16 | Illinois replacement tax and surcharge deducted in arriving at Line 14. **16** | .00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. **17** | .00 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. **18** | .00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. **19** | .00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. **20** | .00 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses). **21** | .00 |
| 22 | Add Lines 14 through 21. This amount is your income or loss. **22** | 68,606 .00 |

## Step 5: Figure your base income or loss

| | | | |
|---|---|---|---|
| 23 | Interest income from U.S. Treasury or other exempt federal obligations. | **23** | .00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | **24** | .00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | **25** | .00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | **26** | .00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Sch. 1299-A. | **27** | .00 |
| 28 | High Impact Business Interest subtraction. **Attach** Sch. 1299-A. | **28** | .00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | **29** | .00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | **30** | .00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | **31** | .00 |
| 32 | Distributive share of subtractions. **Attach** Sch(s) K-1-P or K-1-T. | **32** | .00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | **33** | 317,719 .00 |
| 34 | Total subtractions. Add Lines 23 through 33. | **34** | 317,719 .00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | **35** | -249,113 .00 |

| STOP | **A** | If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) | ☐ |
|---|---|---|---|
| | **Note** ➤ | If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6. | |
| | **B** | If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete **all** lines of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. | ☒ |

## Step 6: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | **36** | 0 .00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | **37** | 0 .00 |
| 38 | Add Lines 36 and 37. | **38** | 0 .00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | **39** | -249,113 .00 |
| 40 | Total sales everywhere. This amount cannot be negative. **40** 10,783,048 | | |
| 41 | Total sales inside Illinois. This amount cannot be negative. **41** 1,639,117 | | |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. **42** .152009 | | |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | **43** | -37,867 .00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | **44** | 0 .00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | **45** | 0 .00 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | **46** | -37,867 .00 |



## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | -37,867 .00 |
| 48 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 48 | 0 .00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | -37,867 .00 |
| 50 | Illinois net loss deduction. If Line 49 is zero or a negative amount, enter zero. | 50 | 0 .00 |
| | Check this box and attach a detailed statement if you have merged losses. ◆ ☐ | | |
| 51 | **Net income.** Subtract Line 50 from Line 49. | 51 | -37,867 .00 |

## Step 8: Figure your net replacement tax, surcharge, and pass-through withholding you owe

| | | | |
|---|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | .00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | .00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | .00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | .00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If the amount is negative, enter zero. | 56 | .00 |
| 57 | Compassionate Use of Medical Cannabis Program Act surcharge. See instructions. | 57 | .00 |
| 58 | Sale of assets by gaming licensee surcharge. See instructions. | 58 | .00 |
| 59 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instructions. **Attach** Schedule B. | 59 | 0 .00 |
| 60 | **Total net replacement tax, surcharges, and pass-through withholding you owe.** Add Lines 56, 57, 58, and 59. | 60 | .00 |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 61 | Payments. See instructions. | | |
| a | Credits from previous overpayments. | 61a | .00 |
| b | Total payments made before the date this return is filed. | 61b | .00 |
| c | Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
| d | Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | 62 | .00 |
| 63 | Overpayment. If Line 62 is greater than Line 60, subtract Line 60 from Line 62. | 63 | .00 |
| 64 | Amount to be **credited forward.** See instructions. | ◆64 | .00 ◆ |
| | Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ◆ ☐ | | |
| 65 | **Refund.** Subtract Line 64 from Line 63. This is the amount to be refunded. | 65 | .00 |
| 66 | **Complete to direct deposit your refund** Routing Number _____ ☐ Checking or ☐ Savings Account Number _____ | | |
| 67 | **Tax Due.** If Line 60 is greater than Line 62, subtract Line 62 from Line 60. This is the amount you owe. | 67 | 0 .00 |

▶ If you owe tax on Line 67, make an electronic payment at Tax.Illinois.gov. If you must mail your payment, complete a payment voucher, Form IL-1120-ST-V. Write your FEIN, tax year ending, and "IL-1120-ST-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment to the first page of this form.

**Special Note** ➔ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| | | | | |
|---|---|---|---|---|
| **Sign Here** | | PRESIDENT | | X Check if the Department may discuss this return with the paid preparer shown in this step. |
| | Signature of authorized officer | Date (mm/dd/yyyy)  Title | Phone | |
| **Paid Preparer Use Only** | LYUDMILA EISENMAN, CPA | LYUDMILA EISEN 03/21/2022 | ☐ Check if self-employed | P01272545 Paid Preparer's PTIN |
| | Print/Type paid preparer's name | Paid preparer's signature  Date (mm/dd/yyyy) | | |
| | Firm's name ▶ BEACHFLEISCHMAN PLLC | | Firm's FEIN ▶ 86-0683059 | |
| | Firm's address ▶ 1985 E. RIVER ROAD, SUITE 201 TU | | Firm's phone ▶ 520-321-4600 | |

▶ If a payment is **not** enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19032
Springfield, IL 62794-9032

▶ If a payment is enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19053
Springfield, IL 62794-9053

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 113 of 281

Illinois Department of Revenue

# 2020 Schedule B
**Partners' or Shareholders' Information**



Attach to your Form IL-1065 or Form IL-1120-ST.

**IL Attachment No. 1**

AEROCARE MEDICAL TRANSPORT SYSTEM, INC      36-3531506

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.      Enter your federal employer identification number (FEIN).

---

**STOP**   **Read this information first**

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

*Note* ➤ Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Department. You may also be required to submit further information to support your filing.

---

## Section A: Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

**STOP**   Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

**Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)**

1   Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions.    1 _____

2   Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions.    2 _____

3   Add the amounts shown on Schedule B, Section B, Column E for all partners or shareholders on all pages for which you have entered a check mark in Column D. Enter the total here. See instructions.    3 _____

**Totals for nonresident partners or shareholders only (from Schedule B, Section B)**

4   Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident individual members. See instructions.    4 _____

5   Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident estate members. See instructions.    5 _____

6   Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your partnership and S corporation members. See instructions.    6 _____

7   Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident trust members. See instructions.    7 _____

8   Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your C corporation members. See instructions.    8 _____

9   Add Line 4 through Line 8. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Column J for all nonresident partners or shareholders on all pages. Enter the total here **and** on Form IL-1065 (Form IL-1065-X), Line 60, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59. See instructions.    9 _____

---

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

➤ **Attach all pages of Schedule B, Section B behind this page.**

Schedule B (R-12/20)   **ID: 2BX**



AEROCARE MEDICAL TRANSPORT SYSTEM, INC

36-3531506

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

Enter your federal employer identification number (FEIN).

## Section B: Members' information (See instructions before completing.)

| | **A** Name and Address | **B** Partner or Shareholder type | **C** SSN or FEIN | **D** Subject to Illinois replacement tax or an ESOP | **E** Member's distributable amount of base income or loss | **F** Excluded from pass-through withholding | **G** Share of Illinois income subject to pass-through withholding | **H** Pass-through withholding before credits | **I** Distributable share of credits | **J** Pass-through withholding amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(If Column F is blank, complete Column G through Column J. Otherwise, enter zero in Column G through Column J.)* | | | |
| 1 | Name JOSEPH D. CECE | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 1936 E. MISSOURI AVENU | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City PHOENIX AZ 85016 | I | ███ | ☐ | -249,113.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | State ZIP | | | | | | | | | |
| 2 | Name | | | ☐ | | | | | | |
| 3 | Name | | | ☐ | | | | | | |
| 4 | Name | | | ☐ | | | | | | |
| 5 | Name | | | ☐ | | | | | | |

049312
12-22-20  [*Note*] ➤ If you have more members than space provided, attach additional copies of this page as necessary.

Printed by the authority of the State

**ID: 2BX**   Schedule B (R-12/20)

# 2020 Schedule M

**Other Additions and Subtractions (for businesses)**
For tax years ending **on or after** December 31, 2020.
Attach to your Form IL-1120, IL-1120-ST, IL-1065, or IL-1041.



Year ending

| 12 | 20 |
|---|---|
| Month | Year |

IL Attachment No. 15

---

## Step 1: Provide the following information

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
Enter your name as shown on your tax return.                    Enter your federal employer identification number (FEIN)

---

## Step 2: Figure your additions

Enter the amount of

| | | | |
|---|---|---|---|
| 1 | Capital gain taxed under IRC Section 852(b)(3). | 1 | .00 |
| 2 | Notes, bonds, debentures, or obligations issued by the Governments of American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, or the Virgin Islands. | 2 | .00 |
| 3 | Lloyd's plan of operation loss if reported on your behalf on Form IL-1065 and included in your federal taxable income. | 3 | .00 |
| 4 | Business expense recapture. | 4 | .00 |
| 5 | Any other state's income tax deducted from federal taxable income. **(Form IL-1041 filers only)** | 5 | .00 |
| 6 | Capital loss to be carried forward. **(Form IL-1041 filers only)** | 6 | .00 |
| 7 | Student-Assistance Contribution Credit taken on Schedule 1299-A or 1299-D. | 7 | .00 |
| 8 | Dividends paid by a captive REIT. | 8 | .00 |
| 9 | Deduction allowed under IRC Section 250(a)(1)(A). **(Form IL-1120 filers only)** | 9 | .00 |
| 10 | Other additions - Identify each item. _____ | 10 | .00 |
| 11 | **Total additions.** Add Lines 1 through 10. Enter the amount here and on your Form IL-1120, Line 8, Form IL-1120-ST, Line 21, Form IL-1065, Line 22 or Form IL-1041, Line 10. → | 11 | .00 |

---

## Step 3: Figure your subtractions

Enter the amount of

| | | | |
|---|---|---|---|
| 12 | Exempt interest dividends paid by regulated investment companies (IRC Section 852(b)(5)). | 12 | .00 |
| 13 | Notes, bonds, debentures, or obligations issued by the Governments of American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, or the Virgin Islands to the extent the amounts were required to be added back on Line 2. | 13 | .00 |
| 14 | Lloyd's plan of operation income if reported on your behalf on Form IL-1065. | 14 | .00 |
| 15 | Income for which you claimed a credit under IRC Section 1341. | 15 | .00 |
| 16 | Expenses of federally tax-exempt income and federal credits. See instructions. Specify any amount relating to the following: | | |
| | **a** Interest expenses relating to municipal income (IRC Section 291)          a _____ .00 | | |
| | **b** Interest and other expenses related to federally tax-exempt interest (IRC Section 265)          b _____ .00 | | |
| | **c** Bond premium amortization on federally tax-exempt bonds (IRC Section 171)          c _____ .00 | | |
| | **d** Expenses related to certain federal credits (IRC Section 280C)          d _____ .00 | | |
| | **e** Change in insurance company reserves (IRC Section 807 or 832)          e _____ .00 | | |
| | **f** Reduction in depreciation related to railroad maintenance credits (IRC Section 45G)          f _____ .00 | | |
| | **g** Gross income resulting from alternative energy credits (IRC Section 87)          g _____ .00 | | |
| 17 | Add Lines 16a through 16g. | 17 | .00 |
| 18 | Add Lines 12 through 15 and Line 17. Enter the amount here and on Line 19. | 18 | .00 |

---

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in

Page 1 of 3



## Step 3: Continued

**19** Enter the amount from Line 18.                                     **19** _____.00

**20** Interest on the following obligations of Illinois state and local government, only if included in
Illinois income (see instructions). **Attach** a copy of the statement that identifies the payer
and the amount of interest for each obligation.

**a** Illinois Housing Development Authority bonds and notes (except
housing-related commercial facilities bonds and notes)                   **a** _____.00

**b** Illinois Development Finance Authority bonds, notes, and other
obligations (venture fund and infrastructure bonds only)                 **b** _____.00

**c** Illinois Sports Facilities Authority bonds                          **c** _____.00

**d** Illinois Development Finance Authority bonds (only those issued
under the Illinois Development Finance Authority Act, Sections 7.80
through 7.87)                                                             **d** _____.00

**e** Illinois Development Finance Authority bonds or Illinois Finance
Authority bonds issued under the Asbestos Abatement Finance Act          **e** _____.00

**f** Bonds issued by the Illinois Finance Authority under the Illinois
Finance Authority Act                                                     **f** _____.00

**g** Southwestern Illinois Development Authority bonds                    **g** _____.00

**h** Illinois Power Agency bonds issued by the Illinois Finance Authority
under Other Powers Article in the Illinois Finance Authority Act          **h** _____.00

**i** Central Illinois Economic Development Authority bonds issued under
the Central Illinois Economic Development Authority Act                   **i** _____.00

**j** Eastern Illinois Economic Development Authority bonds issued under
the Eastern Illinois Economic Development Authority Act                   **j** _____.00

**k** Southeastern Illinois Economic Development Authority bonds issued
under the Southeastern Illinois Economic Development Authority Act        **k** _____.00

**l** Southern Illinois Economic Development Authority bonds issued
under the Southern Illinois Economic Development Authority Act            **l** _____.00

**m** Illinois Urban Development Authority bonds issued under the Illinois
Urban Development Authority Act                                           **m** _____.00

**n** Downstate Illinois Sports Facilities Authority bonds issued under the
Downstate Illinois Sports Facilities Authority Act                       **n** _____.00

**o** Western Illinois Economic Development Authority bonds issued under
the Western Illinois Economic Development Authority Bonds Act             **o** _____.00

**p** Upper Illinois River Valley Development Authority bonds issued under
the Upper Illinois River Valley Development Authority Act                 **p** _____.00

**q** Will-Kankakee Regional Development Authority bonds issued under
the Will-Kankakee Regional Development Authority Law                      **q** _____.00

**r** Tri-County River Valley Development Authority bonds issued under
the Tri-County River Valley Development Authority Law                     **r** _____.00

**s** Quad Cities Regional Economic Development Authority bonds and
notes (if declared to be exempt from taxation by the Authority)          **s** _____.00

**t** Quad Cities Interstate Metropolitan Authority bonds                 **t** _____.00

**u** Rural Bond Bank Act bonds and notes                                 **u** _____.00

**v** Bonds issued under the Export Development Act of 1983               **v** _____.00

**w** College savings bonds issued under the General Obligation
Bond Act in accordance with the Baccalaureate Savings Act                **w** _____.00

**x** New Harmony Bridge Authority bonds                                  **x** _____.00

**y** New Harmony Bridge Bi-State Commission bonds                        **y** _____.00

**21** Add Lines 20a through 20y.                                         **21** _____.00

**22** Add Lines 19 and 21. Enter the amount here and on Line 23.         **22** _____.00

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 117 of 281


**Step 3: Continued**

| | | | |
|---|---|---|---|
| 23 | Enter the amount from Line 22. | 23 | .00 |
| 24 | Federally taxed Illinois state refund from prior years. | 24 | .00 |
| 25 | Dividends received, including IRC Section 78 Foreign Dividend Gross-up and subpart F income. **(Form IL-1120-ST filers only)** | 25 | .00 |
| 26 | Contributions made to a job training project. See instructions. **(Form IL-1120-ST and Form IL-1065 filers only)** | 26 | .00 |
| 27 | Reparations or other amounts received as a victim of persecution by Nazi Germany. **(Form IL-1041 filers only)** | 27 | .00 |
| 28 | Income eligible for a deduction by an attorney-in-fact under IRC Section 835. | 28 | .00 |
| 29 | Income from Illinois pre-need funeral, burial, and cemetery trusts. | 29 | .00 |
| 30 | Income earned by nuclear decommissioning trusts established under the Public Utilities Act. | 30 | .00 |
| 31 | Recovery of items previously deducted on Form U.S. 1040 Schedule A, filed by the decedent (including refunds of any state and local income taxes, other than Illinois). **(Form IL-1041, Estate filers only)** | 31 | .00 |
| 32 | Refunds of state income taxes added back in a prior year on Schedule M, Line 5. **(Form IL-1041 filers only)** | 32 | .00 |
| 33 | Excess business loss disallowed by IRC Section 461(l)(1)(B). **(Form IL-1041 filers only)** | 33 | .00 |
| 34 | Unused patronage or nonpatronage loss amounts from Schedule INL. **(Form IL-1120 filers only)** See instructions. Identify the year you first made the Schedule INL, Step 2, Line 1a election. _____ | 34 | .00 |
| 35 | Eligible subtractions from Publication 101 that are not subtracted anywhere else. See instructions. Identify each item. SEE STATEMENT 3 | 35 | 317,719 .00 |
| 36 | **Total subtractions.** Add Lines 23 through 35. Enter the amount here and on Form IL-1120, Line 21, Form IL-1120-ST, Line 33, Form IL-1065, Line 33, or Form IL-1041, Line 24. → | 36 | 317,719 .00 |

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
```

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

| IL SCH M | OTHER SUBTRACTIONS | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| FED/IL DIFFERENCE GAIN ON SALE OF 269GJ LEARJET | 174,756.00 |
| IL DEPRECIATION IN EXCESS OF FEDERAL | 142,963.00 |
| TOTAL TO SCHEDULE M, PAGE 3, LINE 35 | 317,719.00 |



**Illinois Department of Revenue**

# Schedule K-1-P

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**
To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST. **CORRECTED**

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

**Year ending**

| 12 | 20 |
|----|----|
| Month | Year |

IL Attachment No. 12

## Step 1: Identify your partnership or S corporation

1 Check your business type ☐ partnership ☒ S corporation

2 AEROCARE MEDICAL TRANSPORT SYSTEM, INC
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

3 36-3531506
Enter your federal employer identification number (FEIN).

4 Enter the apportionment factor from Form IL-1065 or Form IL-1120-ST, Line 42. Otherwise, enter "1." **.152009**

## Step 2: Identify your partner or shareholder

5 JOSEPH D. CECE
Name

6 1936 E. MISSOURI AVENUE
Mailing address

PHOENIX, AZ 85016
City        State        ZIP

7 ▮▮▮▮▮▮▮
Social Security number or FEIN

8 100.000000
Share (%)

9a Check the appropriate box. See instructions.

☒ individual ☐ corporation ☐ trust
☐ partnership ☐ S corporation ☐ estate

9b To be completed by the recipient on Line 5 only.
I am a: ☐ grantor trust ☐ disregarded entity
and the amounts on this schedule will be reported by:
Name: _____
SSN or FEIN: _____

## Step 3: Figure your partner's or shareholder's share of your nonbusiness income or loss

| | | A<br>Member's share<br>(See instructions.) | B<br>Member's share<br>allocable to Illinois |
|---|---|---|---|
| 10 | Interest | 10 | |
| 11 | Dividends | 11 | |
| 12 | Rental income | 12 | |
| 13 | Patent royalties | 13 | |
| 14 | Copyright royalties | 14 | |
| 15 | Other royalty income | 15 | |
| 16 | Capital gain or loss from real property | 16 | |
| 17 | Capital gain or loss from tangible personal property | 17 | |
| 18 | Capital gain or loss from intangible personal property | 18 | |
| 19 | Other income and expense | 19 | |
| | Specify | | |

## Step 4: Figure your partner's or shareholder's share of your business income or loss

| | | A<br>Member's share<br>from U.S. Schedule K-1,<br>less nonbusiness income | B<br>Member's share<br>apportioned to Illinois |
|---|---|---|---|
| 20 | Ordinary income or loss from trade or business activity | 20 59,583 | 9,057 |
| 21 | Net income or loss from rental real estate activities | 21 | |
| 22 | Net income or loss from other rental activities | 22 | |
| 23 | Interest | 23 9,023 | 1,372 |
| 24 | Dividends | 24 | |
| 25 | Royalties | 25 | |
| 26 | Net short-term capital gain or loss | 26 | |
| 27 | Net long-term capital gain or loss. Total for year. | 27 | |
| 28 | Unrecaptured Section 1250 gain | 28 | |
| 29 | Guaranteed payments to partner (U.S. Form 1065 only) | 29 | |
| 30 | Net Section 1231 gain or loss (other than casualty or theft). Total for year. | 30 | |
| 31 | Other income and expense | 31 | |
| | Specify | | |

049131 12-22-20
Schedule K-1-P page 1 of 5 (R-12/20)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.



## Step 5: Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

| | | | A<br>Member's share from<br>Form IL-1065 or IL-1120-ST | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| **Additions** | | | | |
| 32 | Federally tax-exempt interest income | 32 | | |
| 33 | Illinois replacement tax and surcharge deducted | 33 | | |
| 34 | Illinois Special Depreciation addition | 34 | | |
| 35 | Related-Party Expenses addition | 35 | | |
| 36 | Distributive share of additions | 36 | | |
| 37 | Other additions (from Illinois Schedule M for businesses) | 37 | | |
| **Subtractions** | | | | |
| 38 a | Interest from U.S. Treasury obligations (business income) | 38a | | |
| b | Interest from U.S. Treasury obligations (nonbusiness income) | 38b | | |
| 39 | River Edge Redevelopment Zone Dividend subtraction | 39 | | |
| 40 | High Impact Business Dividend subtraction | 40 | | |
| 41 | Contribution subtraction (Form IL-1120-ST filers only) | 41 | | |
| 42 | Interest subtraction - River Edge Redevelopment Zone<br>(Form IL-1120-ST financial organizations only) | 42 | | |
| 43 | Interest subtraction - High Impact Business within a Foreign<br>Trade Zone (Form IL-1120-ST financial organizations only) | 43 | | |
| 44 | Illinois Special Depreciation subtraction | 44 | | |
| 45 | Related-Party Expenses subtraction | 45 | | |
| 46 | Distributive share of subtractions | 46 | | |
| 47 | Other subtractions (from Illinois Schedule M for businesses) | 47 | 317,719 | 48,296 |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

| | | | A<br>Member's share<br>from Illinois Schedule F<br>(Form IL-1065 or IL-1120-ST) | B<br>Member's share<br>apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| 48 | Section 1245 and 1250 gain | 48 | | |
| 49 | Section 1231 gain | 49 | | |
| 50 | Section 1231 gain less casualty and theft gain. See instructions. | 50 | | |
| 51 | Capital gain | 51 | | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| 52 Illinois Income Tax Credits | Credit Code | | Member's share from<br>Illinois tax return | | | | Member's share from<br>Illinois tax return |
|---|---|---|---|---|---|---|---|
| a Film Production Services | 5000 | 52a | | 52u | Other credits | 52u | |
| b Enterprise Zone Investment | 5080 | 52b | | v | Replacement Tax Investment Credits | 52v | |
| c Enterprise Zone Construction Jobs | 5120 | 52c | | | See instructions. | | |
| d High Impact Business Construction Jobs | 5160 | 52d | | 53 | Recapture | | |
| e Affordable Housing Donations | 5260 | 52e | | a | Enterprise Zone or River | | |
| f EDGE | 5300 | 52f | | | Edge Redevelopment Zone | | |
| g New Construction EDGE | 5320 | 52g | | | Investment Credit recapture | 53a | |
| h Research and Development | 5340 | 52h | | b | Replacement Tax Investment | | |
| i Wages paid to Ex-Felons | 5380 | 52i | | | Credit recapture | 53b | |
| j Student-Assistance Contribution | 5420 | 52j | | c | Angel Investment Credit recapture | 53c | |
| k Angel Investment | 5460 | 52k | | 54 | Pass-through withholding | | |
| l New Markets Development | 5500 | 52l | | | See instructions. | 54 | |
| m River Edge Historic Preservation | 5540 | 52m | | 55 | Federal income attributable to | | |
| n River Edge Construction Jobs | 5560 | 52n | | | transactions subject to the | | |
| o Live Theater Production | 5580 | 52o | | | Compassionate Use of Medical | | |
| p Hospital | 5620 | 52p | | | Cannabis Program Act surcharge. | | |
| q Invest in Kids | 5660 | 52q | | | See instructions. | 55 | |
| r Data Center Construction Employment | 5820 | 52r | | 56 | Federal income attributable to the | | |
| s Apprenticeship Education Expense | 0160 | 52s | | | sale or exchange of assets by a | | |
| t Historic Preservation | 1030 | 52t | | | gaming licensee surcharge.<br>See instructions. | 56 | |

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
```

IL SCH K-1-P MEMBER'S SHARE OF DISTRIBUTABLE BASE INCOME OR LOSS

1  ENTER THE SHARE OF INCOME FROM IL-1120-ST LINE 14 FOR
   THIS MEMBER (SCHEDULE K-1-P COLUMN A LINES 10-27 & 30-31)    $        68,606

2  ENTER THE SHARE OF ADDITIONS DISTRIBUTABLE TO THIS MEMBER
   FROM IL-1120-ST LINES 15-19 AND LINE 21                                   0

3  ADD LINES 1 AND 2                                                    68,606

4  ENTER THE SHARE OF SUBTRACTIONS DISTRIBUTABLE TO THIS MEMBER
   FROM IL-1120-ST LINES 23 AND 26-33                                  317,719

5  SUBTRACT LINE 4 FROM LINE 3                                  $      -249,113



**Illinois Department of Revenue**

## 2020 Schedule K-1-P(3)

**Pass-through Withholding Calculation for Nonresident Members**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Year ending**

| 12 | 20 |
|----|----|
| Month | Year |

**Read this information first:**

- For tax years ending on or after December 31, 2020, and before December 31, 2021.
- You **must** complete Schedule K-1-P(3) for each of your nonresident partners or shareholders who **have not** submitted a Form IL-1000-E to you.
- **Do not** complete Schedule K-1-P(3) for any member who is a resident or who has submitted Form IL-1000-E to you.

**Note** ➤ Keep this schedule with your income tax records. You must send us this information if we request it.

### Step 1: Identify your partnership or S corporation

**1** AEROCARE MEDICAL TRANSPORT SYSTEM, INC
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

**2** 36-3531506
Enter your federal employer identification number (FEIN).

### Step 2: Identify your nonresident partner or shareholder

**3** JOSEPH D. CECE
Name

**4** [redacted]
Social Security number or FEIN

**5** Check the appropriate box to identify this nonresident partner's or shareholder's organization type.

[X] individual ☐ corporation ☐ trust ☐ partnership ☐ S corporation ☐ estate

### Step 3: Figure your nonresident partner's or shareholder's pass-through withholding

**Note** ➤ If this member is a resident or has submitted Form IL-1000-E to you, do not complete this schedule for this member.

**6** Add the amounts from this member's Schedule K-1-P, Step 3, Column B, Lines 12 through 17 and 19 and enter the total here. This is your member's share of nonbusiness income allocable to Illinois before modifications and credits. See instructions before completing. **6** 0

**7** Add the amounts from this member's Schedule K-1-P, Step 4, Column B, Lines 20 through 27 and 29 through 31 and enter the total here. This is your member's share of business income allocable to Illinois before modifications and credits. See instructions before completing. **7** 10,429

**8** Add Line 6 and Line 7 and enter the result. **8** 10,429

**9** Add the amounts from this member's Schedule K-1-P, Column B, Lines 32 through 37 and enter the total here. This is your member's share of additions allocable to Illinois. **9** 0

**10** Add Line 8 and Line 9 and enter the result. **10** 10,429

**11** Add the amounts from this member's Schedule K-1-P, Column B, Lines 38a through 47 and enter the total here. If this member is an individual, partnership, trust, or estate and received Illinois August 1, 1969, appreciation amounts from you, see instructions. This is your member's share of subtractions allocable to Illinois. **11** 48,296

**12** Subtract Line 11 from Line 10. If negative, enter zero. **This is your member's share of Illinois income subject to pass-through withholding.** See instructions. **12** 0

**Note** ➤ If this member is a nonresident individual or estate, enter zero on Lines 13 through 15 and go to Line 16.

**13** Replacement tax before credits. If this member is a
**partnership, S corporation, or nonresident trust,** multiply Line 12 by 1.5% (.015) and enter the result.
**corporation,** multiply Line 12 by 2.5% (.025) and enter the result. **13** 0

**14** Enter the amount of Illinois replacement tax investment credits passed to this member and available for use this year. **14** 0

**15** Subtract Line 14 from Line 13. If negative, enter zero. **This is your member's share of replacement tax after credits.** **15** 0

**Note** ➤ If this member is a nonresident partnership or S corporation, enter zero on Lines 16 through 18 and go to Line 19.

**16** Income Tax before credits. See instructions. **16** 0

**17** Enter the amount of Illinois income tax credits passed to this member and available for use this year. See instructions. **17** 0

**18** Subtract Line 17 from Line 16. If negative, enter zero. **This is your member's share of income tax after credits.** **18** 0

**19** Add Lines 15 and 18 and enter the result. **This is your member's total pass-through withholding.**
Report this amount on this member's Schedule K-1-P, Step 7, Line 54. You must also report this amount on your Form IL-1065 or Form IL-1120-ST, Schedule B, Section B, Column J, on the line which reports this member's amounts. **19** 0

➤ **Keep a copy of this schedule for each member with your income tax records. Do not send Schedule K-1-P(3) to your members or submit it to Illinois Department of Revenue unless we specifically request it from you.**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.

049881 1/2 LE 20 - Schedule K-1-P(3) (R-12/20)   ID: 2BX

IL-1040 or the authorized by the State of Illinois



# 2020 Form 355S
MA20347011019

S Corporation Excise Return

Year beginning 01012020  Ending 12312020

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506
43W450 US HIGHWAY 30     SUGAR GROVE          IL 60554

Check if:     X  Amended return     X  Federal amendment     Federal audit     Member of lower-tier entity
              Enclosing Schedule TDS          Final Massachusetts return          Initial return          Name change          X  Address change
              Enclosing Schedule FCI       S election termination or revocation

1.  Check if the corporation is incorporated within Massachusetts
2.  Date of incorporation in Massachusetts
3.  Type of corporation          Section 38 manufacturer          Mutual fund service
4.  Type of corporation          R&D                              Classified manufacturing
5.  Check if the corporation is filing a Massachusetts combined return
6.  FID of principal reporting corporation if answer to line 5 is Yes                          6
7.  Check if the corporation's tax year is different from the 355U
8.  Check if the corporation is the parent of another corporation
9.  Check if the corporation is requesting alternate apportionment
10. Principal business code                                                                    10          621900
11. Average number of employees in Massachusetts                                               11
12. Average number of employees worldwide                                                      12
13. Foreign corporation: first date of business in Massachusetts                               13        07301987
14. Last year audited by IRS                                                                   14
15. Check if adjustments have been reported to Massachusetts
16. Check if the corporation is deducting intangible or interest expenses paid to a related entity
17. Check if:          Taxable only with respect to partnership activity          Taxpayer is claiming exemption from the income measure of the excise
                       pursuant to PL 86-272

SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

| Signature of appropriate officer | Date | Print paid preparer's name | Paid preparer's SSN or PTIN |
|---|---|---|---|
| | | LYUDMILA EISENMAN, | P01272545 |

| Title | Date | Paid preparer's phone | Paid preparer's EIN |
|---|---|---|---|
| PRESIDENT | | 520 321 4600 | 86 0683059 |

Are you signing as an authorized delegate
of the appropriate officer of the corporation?          Paid preparer's signature                Date          Check if self-employed
(see instructions)          Yes  X  No          LYUDMILA EISENMAN, CPA          03212022
Taxpayer's e-mail address
JDC@AEROCARE.COM

Name of designated tax matters partner          Identifying number of tax matters partner

057921  12-08-20

PRIVACY ACT NOTICE AVAILABLE UPON REQUEST

03/21/2022 11:00:27



## 2020 Form 355S, pg. 2
MA20347021019

S Corporation Excise Return
36 3531506

| | | | |
|---|---|---|---|
| 1. | Taxable Massachusetts tangible property, if applicable | x .0026 = 1 | |
| 2. | Taxable net worth, if applicable | x .0026 = 2 | |
| 3. | Qualifying taxable income and passive investment income | x .0800 = 3 | |
| 4. | Income | 4 | 9963756 |
| 5. | Income taxable in Massachusetts | 5 | 840 |
| 6. | If line 4 is less than $6 million, enter "0." If line 4 is $6 million or more, but less than $9 million, multiply line 5 by .02. If line 4 is $9 million or more, multiply line 5 by .03 | 6 | 25 |
| 7. | Credit recapture | 7 | |
| 8. | Tax on installment sales | 8 | |
| 9. | Excise before credits | 9 | 25 |
| 10. | Total credits | 10 | |
| 11. | Excise after credits | 11 | 25 |
| 12. | Combined filer tax due | 12 | |
| 13. | Minimum excise | 13 | 456 |
| 14. | Excise due before voluntary contribution | 14 | 456 |
| 15. | Voluntary contribution for endangered wildlife conservation | 15 | |
| 16. | Excise due plus voluntary contribution | 16 | 456 |
| 17. | 2019 overpayment applied to your 2020 estimated tax | 17 | 190 |
| 18. | 2020 Massachusetts estimated tax payments | 18 | |
| 19. | Payment made with extension | 19 | |
| 20. | Payment with original return | 20 | |
| 21. | Pass-through entity withholding. Payer ID number | 21 | |
| 22. | Total refundable credits | 22 | |
| 23. | Total payments | 23 | 190 |
| 24. | Amount overpaid | 24 | |
| 25. | Amount overpaid to be credited to 2021 estimated tax | 25 | |
| 26. | Amount overpaid to be refunded | 26 | |
| 27. | Balance due | Balance due 27 | 266 |
| 28. | a. M-2220 penalty          b. Late file/pay penalties | a + b = 28 | |
| 29. | Interest on unpaid balance | 29 | |
| 30. | Total payment due at time of filing | Total due 30 | 266 |

057922 12-08-20



## 2020 Schedule A
MA20060011019

Balance Sheet

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

| | | **A.** Original cost | **B. Accumulated** depreciation and amortization | **C.** Net book value |
|---|---|---|---|---|

## Tangible Assets

1. Capital assets in Massachusetts:
   - a.  Buildings — **1a**
   - b.  Land — **1b**
   - c.  Motor vehicles and trailers — **1c**
   - d.  Machinery taxed locally — **1d**
   - e.  Machinery not taxed locally — **1e**
   - f.  Equipment — **1f**
   - g.  Fixtures — **1g**
   - h.  Leasehold improvements taxed locally — **1h**
   - i.  Leasehold improvements not taxed locally — **1i**
   - j.  Other fixed depreciable assets — **1j**
   - k.  Construction in progress — **1k**
   - l.  Total capital assets in Massachusetts — **1l**
2. Inventories in Massachusetts:
   - a.  General merchandise — **2a**
   - b.  Exempt goods — **2b**
3. Supplies and other non-depreciable assets in Mass. — **3**
4. Total tangible assets in Massachusetts — **4**
5. Capital assets outside of Massachusetts:
   - a.  Buildings and other depreciable assets — **5a**
   - b.  Land — **5b**
6. Leaseholds/leasehold improvements outside Mass. — **6**
7. Total capital assets outside Massachusetts — **7**

057403 12-08-20



**2020 Schedule A, pg. 2**
MA20060021019

Business or Manufacturing Corporation Excise Return
36 3531506

| | | |
|---|---|---|
| 8. | Inventories outside Massachusetts | **8** |
| 9. | Supplies and other non-depreciable assets outside Massachusetts | **9** |
| 10. | Total tangible assets outside of Massachusetts | **10** |
| 11. | Total tangible assets. Add lines 4 and 10 | **11** |
| 12. | Investments: | |
| | a.   Investments in subsidiary corporations at least 80% owned | **12a** |
| | b.   Other investments | **12b** |
| 13. | Notes receivable | **13** |
| 14. | Accounts receivable | **14** |
| 15. | Intercompany receivables | **15** |
| 16. | Cash | **16** |
| 17. | Other assets | **17** |
| 18. | Total assets | **18** |

## Liabilities and Capital

| | | |
|---|---|---|
| 19. | Mortgages on: | |
| | a.   Massachusetts tangible property taxed locally | **19a** |
| | b.   Other tangible assets | **19b** |
| 20. | Bonds and other funded debt | **20** |
| 21. | Accounts payable | **21** |
| 22. | Intercompany payables | **22** |
| 23. | Notes payable | **23** |
| 24. | Miscellaneous current liabilities | **24** |
| 25. | Miscellaneous accrued liabilities | **25** |
| 26. | Total liabilities | **26** |
| 27. | Total capital stock issued | **27** |
| 28. | Paid-in or capital surplus | **28** |
| 29. | Retained earnings and surplus reserves | **29** |
| 30. | Undistributed S corporation net income | **30** |
| 31. | Total capital | **31** |
| 32. | Treasury stock | **32** |
| 33. | Total liabilities and capital | **33** |

057404  12-08-20

03/21/2022 11:00:27



# 2020 Schedule B
MA20061011019

Tangible or Intangible Property Corp. Classification

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

| | | | |
|---|---|---|---|
| 1. | Total Massachusetts tangible property | 1 | |
| 2. | Massachusetts real estate | 2 | |
| 3. | Massachusetts motor vehicles and trailers | 3 | |
| 4. | Massachusetts machinery taxed locally | 4 | |
| 5. | Massachusetts leasehold improvements taxed locally | 5 | |
| 6. | Massachusetts tangible property taxed locally | 6 | |
| 7. | Massachusetts tangible property not taxed locally | 7 | |
| 8. | Total assets | 8 | |
| 9. | Massachusetts tangible property taxed locally | 9 | |
| 10. | Total assets not taxed locally | 10 | |
| 11. | Investments in subsidiaries at least 80% owned | 11 | |
| 12. | Assets subject to allocation | 12 | |
| 13. | Income apportionment percentage | 13 | .014347 |
| 14. | Allocated assets | 14 | |
| 15. | Tangible property percentage | 15 | .000000 |

## Schedule C. Tangible Property Corporation

| | | | |
|---|---|---|---|
| 1. | Total Massachusetts tangible property | 1 | |
| 2. | Exempt Massachusetts tangible property: | | |
| | a. Massachusetts real estate | 2a | |
| | b. Massachusetts motor vehicles and trailers | 2b | |
| | c. Massachusetts machinery taxed locally | 2c | |
| | d. Massachusetts leasehold improvements taxed locally | 2d | |
| | e. Exempt goods | 2e | |
| | f. Certified Massachusetts industrial waste/air treatment facilities | 2f | |
| | g. Certified Massachusetts solar or wind power deduction | 2g | |
| 3. | Total exempt Massachusetts tangible property | 3 | |
| 4. | Taxable Massachusetts tangible property | 4 | |

057405 12-08-20

03/21/2022 11:00:27



# 2020 Schedule D
MA20062011019

Intangible Property Corporation
36 3531506

| | | | |
|---|---|---|---|
| **1.** | Total assets | 1 | |
| **2.** | Total liabilities | 2 | |
| **3.** | Massachusetts tangible property taxed locally | 3 | |
| **4.** | Mortgages on Massachusetts tangible property taxed locally | 4 | |
| **5.** | Subtract line 4 from line 3 | 5 | 0 |
| **6.** | Investments in subsidiaries at least 80% owned | 6 | |
| **7.** | Deductions from total assets | 7 | |
| **8.** | Allocable net worth | 8 | 0 |
| **9.** | Income apportionment percentage | 9 | .014347 |
| **10.** | Taxable net worth | 10 | 0 |

## Schedule E-1. Dividends Deduction

| | | | |
|---|---|---|---|
| **1.** | Total dividends | 1 | |
| **2.** | Dividends from Massachusetts corporate trusts | 2 | |
| **3.** | Dividends from non-wholly-owned DISCs | 3 | |
| **4.** | Dividends, if less than 15% of voting stock owned | 4 | |
| **5.** | Dividends from RICs | 5 | |
| **6.** | Dividends from REITs | 6 | |
| **7.** | Total taxable dividends | 7 | |
| **8.** | Dividends eligible for deduction | 8 | |
| **9.** | Dividends deduction | 9 | |

057406  12-08-20

03/21/2022 11:00:27



## 2020 Schedule E
MA20064011019

Taxable Income

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

| | | | |
|---|---|---|---:|
| 1. | Gross receipts or sales | 1 | 8362378 |
| 2. | Gross profit | 2 | 2818130 |
| 3. | Other deductions | 3 | 1226373 |
| 4. | Net income | 4 | 58281 |
| 5. | Allowable U.S. wage credit | 5 | |
| 6. | Subtract line 5 from line 4 | 6 | 58281 |
| 7. | State and municipal bond interest not included in U.S. net income | 7 | |
| 8. | Foreign, state or local income, franchise, excise or capital stock taxes deducted from U.S. net income | 8 | 1495 |
| 9. | Section 168(k) "bonus" depreciation adjustment | 9 | |
| 10. | Section(s) 31I and 31K intangible expenses | 10 | |
| 11. | Section(s) 31J and 31K interest expenses | 11 | |
| 12. | Reserved for future use | 12 | |
| 13. | Other adjustments, including research and development expenses | 13 | |
| 14. | Add lines 6 through 13 | 14 | 59776 |
| 15. | Abandoned building renovation deduction | x .10 = 15 | |
| 16. | Dividends deduction | 16 | |
| 17. | Add back of intangible expenses exception | 17 | |
| 18. | Add back of interest expenses exception | 18 | |
| 19. | Income subject to apportionment | 19 | 59776 |
| 20. | Income apportionment percentage | 20 | .014347 |
| 21. | Multiply line 19 by line 20 | 21 | 858 |
| 22. | Income not subject to apportionment | 22 | |
| 23. | Total net income allocated or apportioned to Massachusetts | 23 | 858 |
| 24. | Certified Massachusetts solar or wind power deduction | 24 | |
| 25. | Massachusetts taxable income before NOL deduction | 25 | 858 |
| 26. | Net operating loss deduction | 26 | 18 |
| 27. | Massachusetts taxable income | 27 | 840 |
| 28. | Net operating loss carryover | 28 | |

057407 12-08-20

03/21/2022 11:00:27



# 2020 Schedule F
MA20066011019

Income Apportionment

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

Fill in:
    Section 38 manufacturer
    Mutual fund service corporation reporting sales of mutual funds only
    Mutual fund service corporation reporting sales of non-mutual funds
  **X**  Other
    Change in method of calculating one or more factors from prior year

| LOCATION | STATE | FACILITY TYPE | ACCEPTS ORDERS | REG. IN STATE | FILES IN STATE |
|---|---|---|---|---|---|
| | | | | | |

## Apportionment Factors

1. Tangible property
   | | | | | | |
   |---|---|---|---|---|---|
   | a. Property owned | Massachusetts | | | Worldwide | |
   | b. Property rented | Massachusetts | | | Worldwide | |
   | c. Total property owned and rented | Massachusetts | | | Worldwide | |
   | d. Tangible property apportionment percentage | | | | 1d | |

2. Payroll
   | | | | | |
   |---|---|---|---|---|
   | a. Total payroll | Massachusetts | 0 | Worldwide | 3145135 |
   | b. Payroll apportionment percentage | | 2b | | .000000 |

3. Sales
   | | | | | |
   |---|---|---|---|---|
   | a. Tangible (destination) | Massachusetts | 232056 | | |
   | b. Tangible (throw back) | Massachusetts | 0 | Worldwide | 10783048 |
   | c. Services | Massachusetts | | Worldwide | |
   | d. Rents and royalties | Massachusetts | | Worldwide | |
   | e. Other sales factors | Massachusetts | | Worldwide | |
   | f. Total sales factors | Massachusetts | 232056 | Worldwide | 10783048 |
   | g. Sales apportionment percentage | | 3g | | .021520 |

4. Apportionment percentage           4    .043040

5. Massachusetts apportionment percentage     5    .014347

057691 12-08-20

03/21/2022 11:00:27



# 2020 Schedule NOL
MA20639011019

Year beginning  **01012020**  Ending  **12312020**

**AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506**

Date of most recent ownership change  **07301987**

1. Corporation's total income allocated or apportioned in Massachusetts for the year  **1**  858

2. Fill in if the amount of NOL available for any year below is different from the NOL remaining as shown on last year's tax return

   Explain difference (see instructions)

3. List the available losses by tax year end

| Period end date | Post apportionment NOL available | NOL used or shared | Remaining NOL |
|---|---|---|---|
| 12312013 | 0 | 0 | 0 |
| 12312014 | 0 | 0 | 0 |
| 12312015 | 0 | 0 | 0 |
| 12312016 | 0 | 0 | 0 |
| 12312018 | 18 | 18 | 0 |

078391 12-07-20

03/21/2022 12:25:53



# 2020 Schedule NOL, pg. 2
MA20639021019

36  3531506

| | | | |
|---|---|---|---|
| **4.** | Total NOL available | **4** | 18 |
| **5.** | Total NOL used or shared this year | **5** | 18 |
| **6.** | Total NOL not used | **6** | 0 |
| **7.** | Total NOL expired (if applicable) | **7** | 0 |
| **8.** | Total NOL available for carryover to future years | **8** | 0 |

Complete if filing Form 355U

| | | | |
|---|---|---|---|
| **9.** | Amount of NOL used by member against its own income (not shared) | **9** | |

078392  12-07-20

03/21/2022 12:25:53



**Massachusetts Department of Revenue**
# Schedule M-1
# Federal Reconciliation

**2020**

| For calendar year 2020 or taxable year beginning | and ending |
|---|---|

| Name of corporation | Federal Identification number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

## Part 1. Income and expenses

| | | |
|---|---|---:|
| 1 | Net sales | 8,362,378. |
| 2 | Cost of goods sold | 5,544,248. |
| 3 | Gross profit | 2,818,130. |
| 4 | Dividends and inclusions | |
| 5 | Interest income | 9,023. |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gains on net income | |
| 9 | Net Gain or loss (from Form 4797) | 520,087. |
| 10 | Other income | 1,072,268. |
| 11 | Total income | 4,419,508. |
| 12 | Compensation of officers deduction | 137,267. |
| 13 | Salaries and wages deduction | 1,358,626. |
| 14 | Repairs and maintenance deduction | 84,622. |
| 15 | Bad debts deduction | |
| 16 | Rents deduction | 308,197. |
| 17 | Taxes and licenses deduction | 270,438. |
| 18 | Interest expense deduction | 237,894. |
| 19 | Charitable contributions deduction | |
| 20 | Depreciation deduction | 59,103. |
| 21 | Depletion deduction | |
| 22 | Advertising deduction | 428,909. |
| 23 | Pension and profit sharing deduction | |
| 24 | Employee benefit programs deduction | 249,798. |
| 25 | Reserved for future use | |
| 26 | Other deductions | 1,226,373. |
| 27 | Total deductions | 4,361,227. |
| 28 | Taxable income before NOL deduction and special deductions | 58,281. |

057181 01-26-21

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321 759078 16439.0    Main Document    Page 134 of 281    16439_01



| Name of corporation | Federal Identification number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

## Part 2. Corporate ownership

**1** At the end of the tax year did any foreign or domestic corporation, partnership, including any entity treated as a partnership, trust or tax-exempt organization own, directly or indirectly, more than 50% of the total voting power of all the corporation's stock entitled to vote?  ☐ Yes ☒ No

| a. Name of entity | b. Federal Identification number | c. Type of entity | d. Country of organization | e. Ownership percentage |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**2** At the end of the tax year did the corporation own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation?  ☐ Yes ☒ No

| a. Name of corporation | b. Federal Identification number | c. Country of incorporation | d. Ownership percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0   Main Document   Page 135 of 281   AEROCARE MEDICAL TRANSPORT   16439_01

FOOTNOTES                                STATEMENT    1

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.



## 2020 Schedule S
MA20090011019

S Corporation Distributive Income

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

# Classification Information

| | | | |
|---|---|---|---|
| 1. | Gross receipts | 1 | 8362378 |
| 2. | Net gain | 2 | 520087 |
| 3. | Gross income from rental real estate | 3 | |
| 4. | Gross income from other rental activity | 4 | |
| 5. | Interest income | 5 | 9023 |
| 6. | Dividend income | 6 | |
| 7. | Royalty income | 7 | |
| 8. | Net short-term capital gain | 8 | |
| 9. | Net long-term capital gain | 9 | |
| 10. | Net gain under Section 1231 | 10 | |
| 11. | Other income | 11 | 1072268 |
| 12. | Total income | 12 | 9963756 |
| 13. | Receipts from inter-company transactions | 13 | |
| 14. | Total receipts excluding inter-company transactions | 14 | |
| 15. | Total aggregate receipts of related entities | 15 | |
| 16. | Total of lines 14 and 15 | 16 | |
| 17. | Amount from line 12 or 16 | 17 | 9963756 |

# S Corporation Information

| | | | |
|---|---|---|---|
| 18. | S-election effective date | 18 | 01012009 |
| 19. | Accounting method   X  Cash        Accrual        Other | | |
| 20. | How many Schedules SK-1 are attached to this return? Attach one for each person who was a shareholder at any time during the tax year | 20 | 1 |
| 21. | Fill in if any shareholders in this S corporation file as part of a nonresident composite income tax return | 21 | |
| 22. | If Yes, enter Federal Identification number under which the composite return is filed | 22 | |
| 23. | Number of shareholders included in composite return | 23 | |

057501 12-09-20

03/21/2022 11:00:27



## 2020 Schedule S, pg. 2
MA20090021019

S Corporation Distributive Income
36  3531506

# S Corporation Income

| | | | |
|---|---|---|---|
| 24. | Ordinary business income or loss | 24 | 59583 |
| 25. | Other income | 25 | |
| 26. | Taxes deducted | 26 | 1495 |
| 27. | Subtotal | 27 | 61078 |
| 28. | Other Massachusetts gains or losses | 28 | 520087 |
| 29. | Subtotal | 29 | -459009 |
| 30. | Other adjustments | 30 | |
| 31. | Massachusetts ordinary income or loss | 31 | -459009 |
| 32. | Real estate net income or loss | 32 | |
| 33. | Adjustments, if any, to line 32. Enter the line number and amount from U.S. Form 1120S to which the adjustment applies. | | |
| | a. Line number          Amount | | |
| | b. Line number          Amount | | |
| | Total adjustments | 33 | |
| 34. | Adjusted Massachusetts net income or loss from rental real estate activities. Combine lines 32 and 33 | 34 | |
| 35. | Other rental activity net income or loss | 35 | |
| 36. | Adjustments, if any, to line 35. Enter the line number and amount from U.S. Form 1120S to which the adjustment applies. | | |
| | a. Line number          Amount | | |
| | b. Line number          Amount | | |
| | Total adjustments | 36 | |
| 37. | Adjusted Massachusetts net income or loss from other rental activities. Combine lines 35 and 36 | 37 | |
| 38. | U.S. portfolio income | 38 | 9023 |
| 39. | Interest on U.S. obligations | 39 | |
| 40. | 5.0% interest income | 40 | |
| 41. | Other interest and dividend income | 41 | 9023 |
| 42. | Foreign state and municipal bond interest | 42 | |
| 43. | Royalty income | 43 | |
| 44. | Other income | 44 | |
| 45. | Total short-term capital gains | 45 | |
| 46. | Total short-term capital losses | 46 | |
| 47. | Gain on property | 47 | |
| 48. | Loss on property | 48 | |

057502 12-09-20

03/21/2022 11:00:27



AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

| | | | |
|---|---|---|---|
| **49.** | Net long-term capital gain or loss | **49** | |
| **50.** | Section 1231 net gain or loss | **50** | |
| **51.** | Other long-term gains or losses | **51** | 520087 |
| **52.** | Long-term gains on collectibles | **52** | |
| **53.** | Differences and adjustments | **53** | |

## Resident and Nonresident Reconciliation

**54.** Nonresident shareholder portion of the following Schedule S lines

| | | | |
|---|---|---|---|
| a. | Line 31 | **54a** | −459009 |
| b. | Line 34 | **54b** | |
| c. | Line 37 | **54c** | |
| d. | Line 40 | **54d** | |
| e. | Line 41 | **54e** | 9023 |
| f. | Line 42 | **54f** | |
| g. | Line 43 | **54g** | |
| h. | Line 44 | **54h** | |
| i. | Line 45 | **54i** | |
| j. | Line 46 | **54j** | |
| k. | Line 47 | **54k** | |
| l. | Line 48 | **54l** | |
| m. | Line 49 | **54m** | |
| n. | Line 50 | **54n** | |
| o. | Line 51 | **54o** | 520087 |
| p. | Line 52 | **54p** | |
| q. | Line 53 | **54q** | |

057503 12-09-20

03/21/2022 11:00:27



## 2020 Schedule S, pg. 4
MA20090041019

S Corporation Distributive Income
36 3531506

| 55. | Nonresident taxable income | | |
|---|---|---|---|
| a. | Line 54a times apportionment percentage | 55a | -6585 |
| b. | Line 54b times apportionment percentage | 55b | |
| c. | Line 54c times apportionment percentage | 55c | |
| d. | Line 54d times apportionment percentage | 55d | |
| e. | Line 54e times apportionment percentage | 55e | 129 |
| f. | Line 54f times apportionment percentage | 55f | |
| g. | Line 54g times apportionment percentage | 55g | |
| h. | Line 54h times apportionment percentage | 55h | |
| i. | Line 54i times apportionment percentage | 55i | |
| j. | Line 54j times apportionment percentage | 55j | |
| k. | Line 54k times apportionment percentage | 55k | |
| l. | Line 54l times apportionment percentage | 55l | |
| m. | Line 54m times apportionment percentage | 55m | |
| n. | Line 54n times apportionment percentage | 55n | |
| o. | Line 54o times apportionment percentage | 55o | 7462 |
| p. | Line 54p times apportionment percentage | 55p | |
| q. | Line 54q times apportionment percentage | 55q | |

057504  12-09-20



## 2020 Schedule S, pg. 5
MA20090051019

S Corporation Distributive Income
36 3531506

**56.** Resident shareholder value of Schedule S lines

| | | | |
|---|---|---|---|
| a. | Line 31 | | **56a** |
| b. | Line 34 | | **56b** |
| c. | Line 37 | | **56c** |
| d. | Line 40 | | **56d** |
| e. | Line 41 | | **56e** |
| f. | Line 42 | | **56f** |
| g. | Line 43 | | **56g** |
| h. | Line 44 | | **56h** |
| i. | Line 45 | | **56i** |
| j. | Line 46 | | **56j** |
| k. | Line 47 | | **56k** |
| l. | Line 48 | | **56l** |
| m. | Line 49 | | **56m** |
| n. | Line 50 | | **56n** |
| o. | Line 51 | | **56o** |
| p. | Line 52 | | **56p** |
| q. | Line 53 | | **56q** |

057505  12-09-20

03/21/2022 11:00:27



**2020 Schedule S, pg. 6**
MA20090061019

S Corporation Distributive Income
36 3531506

57. Apportioned Massachusetts total

| | | | |
|---|---|---|---|
| a. | Line 55a plus line 56a | **57a** | −6585 |
| b. | Line 55b plus line 56b | **57b** | |
| c. | Line 55c plus line 56c | **57c** | |
| d. | Line 55d plus line 56d | **57d** | |
| e. | Line 55e plus line 56e | **57e** | 129 |
| f. | Line 55f plus line 56f | **57f** | |
| g. | Line 55g plus line 56g | **57g** | |
| h. | Line 55h plus line 56h | **57h** | |
| i. | Line 55i plus line 56i | **57i** | |
| j. | Line 55j plus line 56j | **57j** | |
| k. | Line 55k plus line 56k | **57k** | |
| l. | Line 55l plus line 56l | **57l** | |
| m. | Line 55m plus line 56m | **57m** | |
| n. | Line 55n plus line 56n | **57n** | |
| o. | Line 55o plus line 56o | **57o** | 7462 |
| p. | Line 55p plus line 56p | **57p** | |
| q. | Line 55q plus line 56q | **57q** | |

057506 12-09-20

03/21/2022 11:00:27

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
```

| MASSACHUSETTS | OTHER INCOME | STATEMENT | 2 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INCOME FROM FORM 1120S, LINE 5 AND SCH K, LINES 10, 16A AND 16B | 1,082,268. |
| PPP LOANS AND OTHER COVID LOANS | -10,000. |
| TOTAL TO SCHEDULE S, LINE 11 | 1,072,268. |

| MASSACHUSETTS | OTHER INTEREST AND DIVIDEND INCOME | STATEMENT | 3 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 9,023. |
| TOTAL TO SCHEDULE S, LINE 41 | 9,023. |



**2020 Schedule S, pg. 7**
MA20090071019

AEROCARE MEDICAL TRANSPORT SYSTE 36 3531506

| TAXPAYER | RESIDENT | NON-RESIDENT | OTHER | | SHAREHOLDER'S NAME |
|---|---|---|---|---|---|
| ■ | | X | | CECE JOSEPH D | |

Fill in if enclosing additional page(s) for additional shareholder(s)

057507 12-09-20

03/21/2022 11:00:27

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                        36-3531506

## Massachusetts Proforma 1120                                       2020

Taxable income calculated as if this S corporation was a C corporation for the use of Form 355S, Schedule E

**Income**

| | | | |
|---|---|---|---|
| 1 | a. Merchant card and third-party payments | | |
| | b. Gross receipts or sales not reported on Line 1a | | |
| | c. Total: Add Lines 1a and 1b | 8,362,378. | |
| | d. Less: Returns and allowances | | 8,362,378. |
| 2 | Cost of goods sold | | 5,544,248. |
| 3 | Gross profit (line 1(d) less line 2) | | 2,818,130. |
| 4 | Dividends | | |
| 5 | Interest | | 9,023. |
| 6 | Gross rents | | |
| 7 | Gross royalties | | |
| 8 | Capital gain net income | | |
| 9 | Net gain (loss) from Form 4797, Part II, line 17 | | 520,087. |
| 10 | Other income | | 1,072,268. |
| 11 | Total income - Add lines 3 through 10 | | 4,419,508. |

**Deductions**

| | | | |
|---|---|---|---|
| 12 | Compensation of officers | | 137,267. |
| 13 | Salaries and wages | 1,358,626. | |
| | Less: Employment credit | | 1,358,626. |
| 14 | Repairs and maintenance | | 84,622. |
| 15 | Bad debts | | |
| 16 | Rents | | 308,197. |
| 17 | Taxes and licenses | | 270,438. |
| 18 | Interest | | 237,894. |
| 19 | Contributions | | |
| 20a | Depreciation | 118,922. | |
| 20b | Less: Depreciation claimed elsewhere | 59,819. | 59,103. |
| 21 | Depletion | | |
| 22 | Advertising | | 428,909. |
| 23 | Pension, profit-sharing, etc. plans | | |
| 24 | Employee benefit programs | | 249,798. |
| 25 | Domestic production activities deduction | | |
| 26 | Other deductions | | 1,226,373. |
| 27 | Total deductions. Add lines 12 through 26 | | 4,361,227. |
| 28 | Taxable income as a C corporation | | 58,281. |



## 2020 Schedule SK-1
MA20091011019

Shareholder's Massachusetts Information

JOSEPH D. CECE
1936 E. MISSOURI A PHOENIX                          AZ 85016
AEROCARE MEDICAL TRANSPORT SY 36 3531506
43W450 US HIGHWAY  SUGAR GROVE              IL 60554

Type of shareholder:   Individual resident   **X** Individual nonresident   Trust or estate

Bank                   Exempt organization

Check if:   Final   **X** Amended   The S corporation participated in any installment sale transaction(s)

If yes, indicate whether information has been communicated to the shareholder to calculate additional Massachusetts tax under IRC provisions (check all that apply):   IRC 453A   IRC 453(I)(2)(B)

There was a sale, transfer or liquidation of any part of this shareholder interest during the tax year

## Shareholder's Distributive Share

| | | | |
|---|---|---|---|
| **1.** | Massachusetts ordinary income or loss | **1** | −6585 |
| **2.** | Separately stated deductions | **2** | |
| **3.** | Add lines 1 and 2 | **3** | −6585 |
| **4.** | Credits available | | |
| a. | Taxes paid to another jurisdiction (full-year and part-year residents only) | **4a** | |
| b. | Lead Paint Credit | **4b** | |
| c. | Economic Opportunity Area Credit | **4c** | |
| d. | Economic Development Incentive Program Credit | **4d** | |
| e. | Brownfields Credit | **4e** | |
| f. | Low-Income Housing Credit | **4f** | |
| g. | Historic Rehabilitation Credit | **4g** | |
| h. | Refundable Film Credit | **4h** | |
| i. | Film Incentive Credit | **4i** | |
| j. | Medical Device Credit | **4j** | |
| k. | Refundable Dairy Credit | **4k** | |
| l. | Refundable Life Science Credit | **4l** | |
| m. | Life Sciences Tax Credit | **4m** | |
| n. | Refundable Economic Development Incentive Credit | **4n** | |
| o. | Conservation Land Credit | **4o** | |
| p. | Employer Wellness Program Credit | **4p** | |
| q. | Refundable Community Investment Credit | **4q** | |
| r. | Certified Housing Development Credit | **4r** | |

PPP LOANS AND OTHER COVID LOANS                              143

057511 12-08-20     NOTE: CORPORATION -
PPP INCOME IS NOT TAXABLE. EXP IS DEDUCTIBLE AND REPORTED ON RETURN

03/21/2022 11:00:27           SHAREHOLDER NUMBER 1



# 2020 Schedule SK-1, pg. 2
MA20091021019

Shareholder's Massachusetts Information

| | | | |
|---|---|---|---|
| s. | Veterans Hire Credit | 4s | |
| t. | Low Income Housing Donation Credit | 4t | |
| u. | Angel Investor Credit | 4u | |
| v. | Apprentice Credit | 4v | |
| w. | Vacant Store Front Credit | 4w | |
| x. | Total credits | 4x | |
| 5. | Adjusted Massachusetts net income or loss from rental real estate activity | 5 | |
| 6. | Adjusted Massachusetts net income or loss from other rental real estate activity | 6 | |
| 7. | Interest from U.S. obligations | 7 | |
| 8. | Interest from Massachusetts banks | 8 | |
| 9. | Other interest and dividend income | 9 | 129 |
| 10. | Non-Massachusetts state and municipal bond interest | 10 | |
| 11. | Royalty income | 11 | |
| 12. | Other income | 12 | |
| 13. | Short term capital gains | 13 | |
| 14. | Short term capital losses | 14 | |
| 15. | Gain on trade or business property | 15 | |
| 16. | Loss on trade or business property | 16 | |
| 17. | Net long term capital gain or loss | 17 | |
| 18. | Net gain or loss under Section 1231 | 18 | |
| 19. | Other long-term gains and losses | 19 | 7462 |
| 20. | Long-term gains on collectibles | 20 | |
| 21. | Differences and adjustments | 21 | |
| 22. | Property distributions made to shareholder | 22 | |

057512 12-08-20



**2020 Schedule SK-1, pg. 3**
MA20091031019

Shareholder's Massachusetts Information

## Shareholder's Basis Information

| | | | |
|---|---|---|---|
| 23. | Taxpayer's beginning information | | |
| | a. Date of the federal basis | **23a** | 12311985 |
| | b. Number of shares owned | **23b** | |
| | c. Shareholder's percentage of stock ownership | **23c** | 1.000000 |
| | d. Dollar value of basis as of the date in line 23a | **23d** | |
| 24. | Massachusetts basis at the beginning of the tax year | | |
| | a. Stock | **24a** | |
| | b. Indebtedness | **24b** | |
| 25. | Net Massachusetts adjustments | | |
| | a. Stock | **25a** | |
| | b. Indebtedness | **25b** | |
| 26. | Net federal adjustment | | |
| | a. Stock | **26a** | |
| | b. Indebtedness | **26b** | |
| 27. | Massachusetts year-end basis | | |
| | a. Stock | **27a** | |
| | b. Indebtedness | **27b** | |

## Pass-through Entity Payment and Credit Information

| Declaration election code: | Withholding | Composite | Member self-file | Exempt PTE | Non-profit | |
|---|---|---|---|---|---|---|
| 28. Withholding amount | | | | | | **28** |
| 29. Estimated payments | | | | | | **29** |
| 30. Credit for amounts withheld by lower-tier entity(ies) | | | | | | **30** |
| Payer ID number | | | | | | |
| 31. Credit for amount of estimated payments made by lower-tier entity(ies) | | | | | | **31** |
| Payer ID number | | | | | | |

057513 12-08-20

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                          36-3531506
```

PRE-APPORTIONED OTHER INTEREST AND DIVIDENDS                    9,023.

 **DEPARTMENT OF REVENUE**



# 2020 M8X, Amended S Corporation Return
# Claim for Refund

Explain each change on page 2 of Form M8X.

Tax year beginning (MM/DD/YYYY) 01 /01 /2020 ,and ending (MM/DD/YYYY) 12 /31 /2020

| | | |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363531506 | 3762004 |
| Name of Corporation | Federal ID Number | Minnesota Tax ID Number |

43W450 US HIGHWAY 30
Mailing Address

Check this box if the name or address has changed since filing your original return. Fill in former information below. ☐

| | | | |
|---|---|---|---|
| SUGAR GROV | IL | 60554 | |
| City | State | ZIP Code | |

Former Name or Address, if Changed

| 1 | 1 |
|---|---|
| Number of Amended Schedule KS | Number of Shareholders |

Place an X in all that apply: ☐ Composite Income Tax  ☐ Financial Institution  ☐ QSSS  ☐ Installment Sale of Pass-through Assets or Interests

Check box to indicate the reason you are amending:
☒ Amended Federal Return  ☐ Changes Affect IRS Adjustment  ☐ Changes Affect Schedules KS

☐ Changes Affect M8A  ☐ Nonresident Withholding  ☐ Public Law 86-272

**1** S corporation taxes *(enclose computation):*

Original: ☐ Sch D taxes  ☐ Passive income

☐ LIFO recapture

Amended: ☐ Sch D taxes  ☐ Passive income

☐ LIFO recapture

| | | **A** - As previously reported | **B** - Net change | **C** - Corrected amounts |
|---|---|---|---|---|
| | 1 ■ | | ■ | |
| **2** Minimum fee *(from line 2 of Form M8)* | 2 ■ | | ■ | |
| **3** Composite income tax *(enclose Schedules KS)* | 3 ■ | | ■ | |
| **4** Nonresident Minnesota withholding | 4 ■ | 1654 | ■ -1654 | |
| **5** Add lines 1 through 4 | 5 ■ | 1654 | ■ -1654 | |
| **6** Employer Transit Pass Credit not passed through to shareholders, limited to the sum of lines 1 and 2 *(enclose Schedule ETP)* | 6 ■ | | ■ | |
| **7** Tax Credit for Owners of Agricultural Assets not passed through to shareholders, limited to the sum of lines 1 and 2 above | 7 ■ | | ■ | |

Enter the certificate number from the certificate you received from the Rural Finance Authority:

AO _____

| | | | | |
|---|---|---|---|---|
| **8** Add lines 6 and 7 | 8 ■ | | ■ | |
| **9** Subtract line 8 from line 5 *(if result is zero or less, leave blank)* | 9 ■ | 1654 | ■ -1654 | |

*Continued next page*

059531 12-07-20





AEROCARE MEDICAL TRANSPORT SYSTEM, INC

Name of Corporation

Federal ID Number: 363531506

Minnesota Tax ID Number: 3762004

| | | A - As previously reported | B - Net change | C - Corrected amounts |
|---|---|---|---|---|
| **10** Enterprise Zone Credit *(enclose Schedule EPC)* | 10 ■ | | ■ | |
| **11** Estimated tax and/or extension payments | 11 ■ | 3765 | ■ | 3765 |
| **12** Amount due from original Form M8, line 15 *(see instructions)* | | | 12 ■ | 0 |
| **13** Total credits and tax paid *(add lines 10C and 11C and line 12)* | | | 13 ■ | 3765 |
| **14** Refund amount from original Form M8, line 20 *(see instructions)* | | | 14 ■ | 2111 |
| **15** Subtract line 14 from line 13 *(if result is less than zero, enter the negative amount)* | | | 15 ■ | 1654 |
| **16** Tax you owe. If line 9C is more than line 15, subtract line 15 from line 9C *(if line 15 is a negative amount, see instructions)* | | | 16 ■ | |
| **17** If you failed to timely report federal changes or the IRS assessed a penalty *(see instructions)* | | | 17 ■ | |
| **18** Add lines 16 and 17 | | | 18 ■ | |
| **19** Interest *(see instructions)* | | | 19 ■ | |
| **20 AMOUNT DUE** *(add lines 18 and 19)*. Skip lines 21-22 | | | 20 ■ | |

Check payment method: ☐ Electronic *(see instructions)*, or ☐ Check *(see instructions)*

**21 REFUND.** If line 15 is more than line 9c, 17, and 19, subtract lines 9c, 17, and 19 from line 15 .............. 21 ■ 1654

**22** To have your refund direct deposited, enter the following. Otherwise, you will receive a check.

**Account type:**

☐ Checking ☐ Savings **Routing number** **Account number** *(use an account not associated with any foreign banks)*

Signature of Officer

Date (MM/DD/YYYY)

Officer's Daytime Phone

Print Name of Officer

JDC@AEROCARE.COM

Email Address for Correspondence, if Desired

This email address belongs to:

☐ Employee ☐ Paid Preparer ☒ Other

LYUDMILA EISENMAN, CPA

Preparer's Signature

Preparer's PTIN: P01272545

Date (MM/DD/YYYY): 03 /21/2022

Preparer's Daytime Phone: 5203214600

Explain net changes below and show computations in detail. Enclose your list of changes, amended schedules, and a complete copy of the amended federal Form 1120s, if any.

Mail to: Minnesota S Corporation Tax
Mail Station 1770
St. Paul, MN 55145-1770

☒ I authorize the Minnesota Department of Revenue to discuss this tax return with the preparer.

☐ I do not want my paid preparer to file my return electronically.

**EXPLANATION OF CHANGE** - Enclose a detailed explanation for each change. If the changes involve items requiring supporting information, be sure to attach the appropriate schedule, statement or form to Form M8X to verify the correct amount.

059532 12-07-20

 **DEPARTMENT OF REVENUE**



1

## 2020 KS, Shareholder's Share of Income, Credits and Modifications

**S corporation:** *Complete and provide Schedule KS to each nonresident shareholder and Minnesota shareholder who has adjustments to income.*

Tax year beginning (MM/DD/YYYY) 01 / 01 / 2020 ,and ending (MM/DD/YYYY) 12 / 31 / 2020        **Amended KS:** [X]

| | |
|---|---|
| Shareholder's Federal ID or Social Security Number | 363531506    3762004 |
| | S Corporation's Federal ID Number    S Corporation's Minnesota Tax ID |
| JOSEPH D CECE | AEROCARE MEDICAL TRANSPORT SYSTEM, |
| Shareholder's Name | S Corporation's Name |
| 1936 E. MISSOURI AVENUE | 43W450 US HIGHWAY 30 |
| Mailing Address | Mailing Address |
| PHOENIX            AZ    85016 | SUGAR GROVE            IL    60554 |
| City            State    ZIP Code | City            State    ZIP Code |

**Entity of Shareholder** [X] Individual        [ ] Estate        **Shareholder's percentage of**
*(place an X in one box):*    [ ] Trust        [ ] Exempt Organization    **stock ownership for tax year:** 100.0000

*Calculate lines 1–26 the same for all resident and nonresident shareholders. Calculate lines 27–41 for nonresident shareholders only. Round amounts to the nearest whole dollar.*

**Modifications to Federal Taxable Income**

|  |  |  | **Form M1 filers, include on:** |
|---|---|---|---|
| 1 | Interest income from non-Minnesota state and municipal bonds | 1 ■ | M1M, line 1 |
| 2 | State taxes deducted in arriving at s corporation's net income | 2 ■ | M1M, line 5 |
| 3 | Expenses deducted that are attributable to income not taxed by Minnesota (other than interest or mutual fund dividends from U.S. bonds) | 3 ■ | M1M, line 6 |
| 4 | This line intentionally left blank | 4 ■ | |
| 5 | 100% of shareholder's pro rata share of federal bonus depreciation | 5 ■  7367 | M1M, see line 3 inst. |
| 6 | Foreign-derived intangible income (FDII) deduction | 6 ■ | M1M, line 7 |
| 7 | Special deduction under section 965 | 7 ■ | See inst. |
| 8a | Shareholder's pro rata gross profit from installment sales of pass-through businesses *(see instructions)* | 8a ■ | M1AR, line 1 |
| 8b | Shareholder's pro rata installment sale income from pass-through businesses *(see instructions)* | 8b ■ | M1AR, line 3 |
| 9 | Addition due to federal changes not adopted by Minnesota *(Schedule KSNC, line 24)* | 9 ■ | |
| 10 | This line intentionally left blank | 10 ■ | |
| 11 | This line intentionally left blank | 11 ■ | |
| 12 | Interest from U.S. government bond obligations, minus any expenses deducted on the federal return that are attributable to this income | 12 ■ | M1M, line 18 |
| 13 | Deferred foreign income (section 965) | 13 ■ | M1M, line 43 |
| 14 | Global intangible low-taxed income (GILTI) | 14 ■ | M1M, line 44 |

*Continued next page*



JOSEPH D CECE
_____
Shareholder's Name

AEROCARE MEDICAL TRANSPORT SYS363531506
_____
S Corporation's Name                    S Corporation's Federal ID Number

Shareholder's Federal ID or Social Security Number

3762004
_____
S Corporation's Minnesota ID Number

| | | | | |
|---|---|---|---|---|
| **15** | Disallowed section 280E expenses of medical cannabis manufacturers | 15 ■ | _____ | M1M, line 31 |
| **16** | Subtraction due to federal changes not adopted by Minnesota *(Schedule KSNC, line 24 as a positive number)* | 16 ■ | _____ | |
| **17** | Credit for increasing research activities | 17 ■ | _____ | M1C, line 12 |
| **18** | Tax Credit for Owners of Agricultural Assets Enter the certificate number from the certificate received from the Rural Finance Authority: AO _____ _____ | 18 ■ | _____ | M1C, line 11 |
| **19** | Credit for historic structure rehabilitation Enter National Park Service (NPS) number _____ | 19 ■ | _____ | M1REF, line 6 |
| **20** | Employer Transit Pass Credit | 20 ■ | _____ | M1C, line 5 |
| **21** | Enterprise Zone Credit | 21 ■ | _____ | M1REF, line 7 |
| **22** | Minnesota backup withholding | 22 ■ | _____ | M1W, line 7, col C |

**Relating to Alternative Minimum Tax**

| | | | | |
|---|---|---|---|---|
| **23** | Intangible drilling costs | 23 ■ | _____ | Lines 23-26 are used to compute M1MT, lines 6 and 7. See M1MT instructions for details. |
| **24** | Gross income from oil, gas and geothermal properties | 24 ■ | _____ | |
| **25** | Deductions allocable to oil, gas and geothermal properties | 25 ■ | _____ | |
| **26** | Depletion | 26 ■ | _____ | *(see schedule KS inst.)* |

**Minnesota Portion of Amounts From Federal Schedule K-1 (1120S)**

| | | | | |
|---|---|---|---|---|
| **27** | Minnesota source gross income | 27 ■ | 29743 | information only |
| **28** | Ordinary Minnesota source income (loss) from trade or business activities | 28 ■ | 401 | M1NR, line 6, col B |
| **29** | Income (loss) from Minnesota rental real estate and other Minnesota rental activities | 29 ■ | _____ | M1NR, line 6, col B |
| **30** | Interest income | 30 ■ | 61 | M1NR, line 2, col B |
| **31** | Ordinary dividends | 31 ■ | _____ | M1NR, line 2, col B |
| **32** | Royalties | 32 ■ | _____ | M1NR, line 6, col B |
| **33** | Net Minnesota short-term capital gain (loss) | 33 ■ | _____ | M1NR, line 4, col B |
| **34** | Net Minnesota long-term capital gain (loss) | 34 ■ | _____ | M1NR, line 4, col B |

059412  07-19-21

1116

*Continued next page*





JOSEPH D CECE
_____
Shareholder's Name

AEROCARE MEDICAL TRANSPORT SYS363531506
_____
S Corporation's Name       S Corporation's Federal ID Number

Shareholder's Federal ID or Social Security Number

3762004
_____
S Corporation's Minnesota ID Number

| | | | |
|---|---|---|---|
| **35** | Section 1231 Minnesota net gain (loss) | 35 ■ _____ | M1NR, line 4 or 8, col B |
| **36** | Other Minnesota income (loss). *(Describe type of income or include separate sheet: _____)* | 36 ■ _____ | M1NR, line 8, col B |
| **37** | Section 179 expense deduction apportionable to Minnesota | 37 ■ _____ | M1NR inst, line 6, col B |
| **38** | S corporation's Minnesota apportionment factor *(line 5, column C of M8A)* | 38 ■ .00673 | information only |

**Composite Income Tax or Nonresident Withholding**

| | | | |
|---|---|---|---|
| **39** | Minnesota source distributive income *(see instructions)* | 39 ■ 502 | see schedule KS inst. |
| **40** | Minnesota composite income tax paid by S corporation. If the shareholder elected composite income tax, mark an X in this box: ☐ | 40 ■ _____ | composite income tax |
| **41** | Minnesota income tax withheld for nonresident shareholder not electing to file composite income tax. If the shareholder completed and signed a Form AWC, mark an X in this box: ☐ | 41 ■ _____ | M1W, line 7, col C |

**S corporations:** Include this schedule and copies of federal Schedules K and K-1 when you file your Form M8.

**Shareholders:** Include this schedule when you file your Minnesota Form M1.

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document     Page 154 of 281

Entity name AEROCARE MEDICAL TRANSPORT SYSTEM, INC     FEIN 363531506

Minnesota Source Income for
Nonresident Shareholder     1

| W/S Step Number | Description | | Amounts |
|---|---|---|---|
| Step 1 | Reserved | | |
| Step 2 | Bonus depreciation taken on Federal return (4562 lines 14 and 25) | + | 7,367. |
| Step 3 | Bonus depreciation subject to addback | | 7,367. |
| | Addback percentage | x | .80000 |
| Step 4 | Addback for current year | | 5,894. |
| Step 5 | Combine lines 6, 7*, and 9 of the Shareholder's Schedule KS | + | |
| Step 6 | Sum of Steps 4 and 5 | | 5,894. |
| | Apportionment percentage | x | .00673 |
| Step 7 | Apportioned adjustments | | 40. |
| Step 8 | Add Schedule KS lines 28-36 | + | 462. |
| Step 9 | Combine Steps 7 and 8 | | 502. |
| Step 10 | Combine lines 13, 14, and 16 of the Shareholder's Schedule KS | + | |
| Step 11 | 20% of section 179 addback from prior year(s) | | |
| Step 12 | 20% of bonus addback from prior year(s) | | |
| Step 13 | Sum of Steps 10 through 12 | | |
| | Apportionment percentage | x | .00852 |
| Step 14 | Apportioned adjustments | | |
| Step 15 | Section 179 expense deduction | | |
| Step 16 | Add Steps 14 and 15 | | ( ) |
| Step 17 | Total to Schedule KS line 39 | | 502. |

Note*:  Only include an amount from line 7 of Schedule KS if the shareholder is an estate or trust.

059315  08-04-21

## CORPORATION BUSINESS TAX
## PAYMENT WORKSHEET

## CBT-100-V

<table>
<tr><td>

**BEGINNING TAX YEAR 2016, YOU NEED TO PAY YOUR NEW JERSEY CORPORATION BUSINESS TAX ELECTRONICALLY**

You need to pay the tax by one of these methods:

1. **Electronic Check or Credit Card:** Visit www.njtaxation.org and select "Make a Payment."
2. **Electronic Funds Transfer (EFT):** To register visit www.nj.gov/treasury/revenue/eft1.shtml

If you do not have access to the internet, call our Customer Service Center at 609-292-6400 to make a payment.

</td></tr>
</table>

## RETURN MUST BE FILED ONLINE OR E-FILED.
### This form cannot be paper filed - this
### copy is for informational purposes only.

Corporation Business Tax Payment Worksheet
CBT-100-V

Beginning  01/01/2020  and ending  12/31/2020

```
      2020
363-531-506/000    AERO
AEROCARE MEDICAL TRANSPORT SYS
43W450 US HIGHWAY 30
SUGAR GROVE, IL  60554
```

Payments should be made electronically.

Enter amount of payment here:

767.00

066521  04-01-20

02202363531506000AERO20120600000076700

**2020**
**CBT-100**

### New Jersey Corporation Business Tax Return
**For Tax Years Ending On or After July 31, 2020, Through June 30, 2021**

Tax year beginning JAN 1 , 2020 and ending DEC 31 , 2020

**AMENDED RETURN**

| FEDERAL EMPLOYER I.D. NUMBER | N.J. CORPORATION NUMBER |
|---|---|
| 363-531-506/000 | 3635-3150-6 |

State and date of incorporation IL 07301987
Date authorized to do business in New Jersey 07301987

CORPORATION NAME
AEROCARE MEDICAL TRANSPORT SYSTEM,

Federal business activity code 621900

MAILING ADDRESS
43W450 US HIGHWAY 30

Corporation books are in the care of JOE CECE
at 43W450 US HIGHWAY 30, SUGAR G
Phone Number ▮▮▮▮▮▮▮

| CITY | STATE | ZIP CODE |
|---|---|---|
| SUGAR GROVE | IL | 60554 |

Check if applicable (see instructions):
☐ Professional Corporation
☐ Investment Company ☐ Regulated Invest. Company
☐ Real Estate Investment Trust ☒ Federal 1120-S Filer

Check applicable return type: ☐ Initial ☒ Amended

| | | | |
|---|---|---|---|
| 1. Tax Base - Enter amount from line 4 of Schedule A, Part III | 1. | 0. |
| 2. Amount of Tax - Multiply line 1 by the applicable tax rate (see instructions) | 2. | |
| 3. Tax Credits - Enter amount from Schedule A-3, Part I, line 28 (see instructions) | 3. | |
| 4. CBT TAX LIABILITY - Subtract line 3 from line 2 | 4. | 0. |
| 5. a. Surtax on taxable net income - Multiply the amount on Schedule A, Part III, line 2a, 2b, or 2c (whichever is applicable) by the applicable surtax rate (see instructions) | 5a. | 0. |
| b. Pass-Through Business Alternative Income Tax Credit from Form 329 (see instructions) (Amount entered cannot be more than amount on line 5a) | 5b. | 0. |
| c. Balance of surtax - Subtract line 5b from line 5a | 5c. | 0. |
| 6. Tax Due - Add line 5c to the greater of line 4 *or* minimum tax due from Schedule A-GR (see instructions) | 6. | 500. |
| 7. Installment Payment - Only applies if line 6 is $500 or less (see instructions) | 7. | 250. |
| 8. Professional Corporation Fees (from Schedule PC, line 7) | 8. | 0. |
| 9. TOTAL TAX AND PROFESSIONAL CORPORATION FEES - Add lines 6, 7, and 8 | 9. | 750. |
| 10. a. Payments and Credits (see instructions) | 10a. | |
| b. Payments made by partnerships on behalf of taxpayer (include copies of all NJK-1s) | 10b. | |
| c. Refundable Tax Credits from Schedule A-3, Part II, line 5 (see instructions) | 10c. | |
| d. Total Payments and Credits - Add lines 10a, 10b, and 10c | 10d. | |
| 11. Balance of Tax Due - If line 10d is less than line 9, subtract line 10d from line 9 | 11. | 750. |
| 12. Penalty and Interest Due (see instructions) SEE STATEMENT 1 | 12. | 17. |
| 13. Total Balance Due - Add line 11 and line 12 | 13. | 767. |
| 14. Amount Overpaid - If line 10d is greater than the sum of line 9 and 12, enter amount of overpayment | 14. | |
| 15. Amount of line 14 to be Refunded | 15. | |
| 16. Amount of line 14 to be Credited to 2021 Tax Return | 16. | |
| 17. Amount of line 14 to be Credited to a Combined Group and tax year to which it is to be applied ☐ 2020 or ☐ 2021   Unitary ID Number NU | 17. | |

**CERTIFICATION OF INACTIVITY (See Instructions)**

If the corporation is inactive, page 1, the Annual General Questionnaire, and Schedules A (Parts I, II, and III), A-2, A-3, A-4, and A-GR must be completed. A corporate officer must sign and certify below:

☐ By marking the check box to the left, I certify that the corporation did not conduct any business, did not have any income, receipts, or expenses, and did not own any assets during the entire period covered by the tax return.

| (Date) | (Signature of Corporate Officer) | (Title) |
|---|---|---|

**SIGNATURE AND VERIFICATION (See Instruction)**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules, forms, and statements, and to the best of my knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

RETURN MUST BE FILED ONLINE OR E-FILED.
This form cannot be paper filed. This
copy is for informational purposes only.

| (Date) | (Signature of Duly Authorized Officer of Taxpayer) | (Title) PRESIDENT |
|---|---|---|
| (Date) | (Signature of Individual Preparing Return) (Address) | (Preparer's ID Number) P01272545 |

Name of Tax Preparer's Employer: BEACHFLEISCHMAN PLLC     86-0683059
1985 E. RIVER ROAD, SUITE (Address)     (Employer's ID Number)
TUCSON, AZ 85718

066601 01-29-21

NAME AS SHOWN ON RETURN

FEDERAL ID NUMBER

## AEROCARE MEDICAL TRANSPORT SYSTEM,

363-531-506/000

**ANNUAL GENERAL QUESTIONNAIRE (See Instructions)**

**PART I**  All taxpayers must answer the following questions. Riders must be provided where necessary.

1. Type of business _____

   Principal products handled _____

2. State the location of the actual seat of management or control of the corporation _____

3. Did one or more other corporations own beneficially, or control, a majority of the stock of taxpayer corporation or did the same interests own beneficially, or control, a majority of the stock of taxpayer corporation and of one or more other corporations? ☐ Yes. Provide a rider indicating the name and FEIN of the controlled corporation, the name and FEIN of the controlling/parent corporation, and the percentage of stock owned or controlled.  OR  ☒ No.

4. These questions must be answered by corporations with a controlling interest in certain commercial property.

   a. During the period covered by the return, did the taxpayer acquire or dispose of directly or indirectly a controlling interest in certain commercial property? ☐ Yes. Answer question 4b below.  OR  ☐ No.

   b. Was the CITT-1, *Controlling Interest Transfer Tax*, or CITT-1E, *Statement of Waiver of Transfer Tax*, filed with the Division of Taxation? ☐ Yes. Provide a rider indicating the information and include a copy of the CITT-1 or CITT-1E filed.  OR  ☐ No. Provide a rider indicating the name and FEIN of the transferee, the name and FEIN of the transferor, and the assessed value of the property.

5. Does this corporation own any Qualified Subchapter S Subsidiaries (QSSS)? ☐ Yes. Provide a rider indicating the name, address, and FEIN of the subsidiary, whether the subsidiary made a New Jersey QSSS election, and whether the activities of the subsidiary are included in this return.  OR  ☒ No.

6. Did the taxpayer receive any deemed repatriation dividends reported under IRC §965 from a subsidiary in the taxpayer's federal tax year 2017 or 2018 for which the taxpayer files a New Jersey 2017, 2018, or 2019 tax return? ☐ Yes. Provide a rider indicating the name and FEIN of the subsidiary, the amount of deemed repatriation dividends, and indicate on which New Jersey return the income was included.  OR  ☒ No.

7. If the taxpayer is a unitary subsidiary of a combined group filing a New Jersey combined return from which the taxpayer is excluded, did the taxpayer distribute dividends or deemed dividends in the current tax year? ☐ Yes. Provide a rider indicating the name and FEIN of the entity to which the dividends were paid (deemed), the amount of dividends, and unitary EIN number of the combined group.  OR  ☐ No.

8. Is the taxpayer an intangible holding company or is the taxpayer's income, directly or indirectly, from intangible property or related service activities that are deductible against the income of members of a combined group? ☐ Yes. Provide a rider indicating the names and ID numbers of the combined group or the related members and detail the taxpayer's income that is deductible against their income.  OR  ☒ No.

9. Is income from sources outside the United States included in taxable net income on Schedule A?
   ☐ Yes  ☐ No  ☒ NA
   If yes, provide a rider indicating such items of gross income, the source, the deductions and the amount of foreign taxes paid. Enter on Schedule A, Part II, line 10, the difference between the net of such income and the amount of foreign taxes paid not previously deducted (include a rider).

10. Does the taxpayer have related parties or affiliates that file combined returns in New Jersey? ☐ Yes.  OR  ☒ No.

11. Does the taxpayer file as part of a group filing combined returns/reports in other states with corporations that either do not file New Jersey returns or file separate New Jersey returns? ☐ Yes.  OR  ☒ No.

12. Is the taxpayer part of a group that files a New Jersey combined return, but is excluded from the combined return? ☐ Yes. Provide information below.  OR  ☒ No.
    Name of the managerial member of the combined group: _____

13. Has the taxpayer or the preparer completing this return on the taxpayer's behalf taken any uncertain tax positions when filing this return or their federal tax return? ☐ Yes. Include a rider detailing the information.  OR  ☒ No.
    For more information see Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 740-10, formerly FASB Interpretation No. 48 (FIN 48).

14. Does the taxpayer own or lease real or tangible property:
    a. In New Jersey? ☐ Yes.  OR  ☒ No.
    b. Outside New Jersey? ☐ Yes. Provide information below.  OR  ☒ No.
       List the states, political subdivisions, and foreign nations (as applicable): _____

15. What percentage of the taxpayer's worldwide property, real or tangible, is inside the United States? _____

16. Does the taxpayer have payroll:
    a. In New Jersey? ☐ Yes.  OR  ☒ No.
    b. Outside New Jersey? ☐ Yes. Provide information below.  OR  ☒ No.
       List the states, political subdivisions, and foreign nations (as applicable): _____

17. What percentage of the taxpayer's worldwide payroll is inside the United States? _____

18. Is 20 percent or more of either **or** both the taxpayer's property and payroll inside the United States? ☐ Yes.  OR  ☒ No.

19. Does the taxpayer own a disregarded entity or utilize a disregarded entity of a related party? ☐ Yes. Include a rider with the entity's name and tax ID number.  OR  ☒ No.

066599
01-29-21

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## ANNUAL GENERAL QUESTIONNAIRE (Continued)

## PART II REGULATED INVESTMENT COMPANIES (Riders must be provided where necessary)

1. Is this taxpayer registered and regulated under the Federal Investment Company Act of 1940 (54 Stat. 789, as amended)? ☐ Yes. Provide information below (include rider if necessary). ☒ No.

### Securities and Exchange Commission Information

| Registration Number | Registration Date |
|---|---|
|  |  |

**IMPORTANT NOTE:** If the taxpayer's certificate under the Act was not obtained prior to the commencement of the period covered in the return or if such authority was not continued during such entire period, then the taxpayer is not entitled to report as a Regulated Investment Company.

2. Has the taxpayer satisfied the requirements of IRC § 852(a)? ☐ Yes  OR  ☒ No. If no, taxpayer cannot file as a Regulated Investment Company.

3. Every taxpayer seeking to report as a regulated investment company **MUST SUBMIT WITH THIS RETURN ITS PRINTED ANNUAL REPORT TO STOCKHOLDERS** for the period covered by this return together with all other stockholder reports issued by the company during such period.

066600
01-29-21

NAME AS SHOWN ON RETURN

AEROCARE MEDICAL TRANSPORT SYSTEM, INC

FEDERAL ID NUMBER

363-531-506/000

**Schedule A**

**CALCULATION OF NEW JERSEY TAXABLE NET INCOME (SEE INSTRUCTIONS)**
**EVERY CORPORATION MUST COMPLETE PARTS I, II, AND III OF THIS SCHEDULE**

**PART I - COMPUTATION OF ENTIRE NET INCOME** (All data must match the federal pro forma or federal return, whichever is applicable.)

### Income

| | | | |
|---|---|---|---|
| 1. | a. Gross receipts or sales | 1a. | 8,362,378. |
| | b. Less: Returns and allowances | 1b. | |
| | c. Total - Subtract line 1b from line 1a | 1c. | 8,362,378. |
| 2. | Less: Cost of goods sold (from Schedule A-2, line 8) | 2. | 5,544,248. |
| 3. | Gross profit - Subtract line 2 from line 1c | 3. | 2,818,130. |
| 4. | a. Dividends | 4a. | |
| | b. Gross Foreign Derived Intangible Income (see instructions) (include copy of federal Form 8993) | 4b. | |
| | c. Gross Global Intangible Low-Taxed Income (see instructions) (include copy of federal Form 8992) | 4c. | |
| 5. | Interest | 5. | 9,023. |
| 6. | Gross rents | 6. | |
| 7. | Gross royalties | 7. | |
| 8. | Capital gain net income (include a copy of federal Schedule D) | 8. | |
| 9. | Net gain or (loss) (from federal Form 4797, include a copy) | 9. | 520,087. |
| 10. | Other income (include schedule(s))                STMT 5 | 10. | 1,072,268. |
| 11. | **Total Income** - Add lines 3 through 10 | 11. | 4,419,508. |

### Deductions

| | | | |
|---|---|---|---|
| 12. | Compensation of officers (from Schedule F) | 12. | 137,267. |
| 13. | Salaries and wages (less employment credits) | 13. | 1,358,626. |
| 14. | Repairs (Do not include capital expenditures) | 14. | 84,622. |
| 15. | Bad debts | 15. | |
| 16. | Rents | 16. | 308,197. |
| 17. | Taxes | 17. | 270,438. |
| 18. | Interest | 18. | 237,894. |
| 19. | Charitable contributions | 19. | |
| 20. | Depreciation (from federal Form 4562, include a copy) less depreciation claimed elsewhere on return | 20. | 59,103. |
| 21. | Depletion | 21. | |
| 22. | Advertising | 22. | 428,909. |
| 23. | Pension, profit-sharing plans, etc. | 23. | |
| 24. | Employee benefit programs | 24. | 249,798. |
| 25. | Reserved for future use | 25. | |
| 26. | Other deductions (include schedule)                STMT 4 | 26. | 1,226,373. |
| 27. | **Total Deductions** - Add lines 12 through 26 | 27. | 4,361,227. |
| 28. | Taxable income before federal net operating loss deductions and federal special deductions - Subtract line 27 from line 11 (Must agree with line 28, page 1 of the Unconsolidated federal Form 1120, or the appropriate line of any other federal corporate return filed) (See instructions) | 28. | 58,281. |

**PART II - NEW JERSEY MODIFICATIONS TO ENTIRE NET INCOME**

| | | | |
|---|---|---|---|
| 1. | Taxable income/(loss) before federal net operating loss deductions and special deductions (from Schedule A, Part I, line 28) | 1. | 58,281. |

### Additions

| | | | |
|---|---|---|---|
| 2. | Reserved for future use | 2. | |
| 3. | Other federally exempt income not included in line 1 (see instructions) | 3. | |
| 4. | Interest on federal, state, municipal, and other obligations not included in line 1 (see instructions) | 4. | |
| 5. | New Jersey State and other states taxes deducted in line 1 (see instructions) | 5. | |
| 6. | Related party interest addback (from Schedule G, Part I) | 6. | |
| 7. | Related party intangible expenses and costs addback (from Schedule G, Part II) | 7. | |
| 8. | Reserved for future use | 8. | |
| 9. | Depreciation modification being added to income from Schedule S | 9. | 118,922. |
| 10. | Other additions. Explain on separate rider (see instructions) | 10. | |
| 11. | Taxable income/(loss) with additions - Add line 1 through line 10 and enter the total | 11. | 177,203. |

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

**Schedule A**

**CALCULATION OF NEW JERSEY TAXABLE NET INCOME (SEE INSTRUCTIONS)**
**EVERY CORPORATION MUST COMPLETE PARTS I, II AND III OF THIS SCHEDULE**

### Deductions

| | | |
|---|---|---|
| 12. | Depreciation modification being subtracted from income (from Schedule S) | 12. | |
| 13. | Previously Taxed Dividends (from Schedule PT) | 13. | |
| 14. a. | Enter the I.R.C. § 250(a) deduction amount allowed federally for GILTI if GILTI income is included on line 1 | 14a. | |
| b. | Enter the I.R.C. § 250(a) deduction amount allowed federally for FDII if FDII income is included on line 1 | 14b. | |
| c. | Net GILTI previously taxed by New Jersey not deducted or excluded elsewhere | 14c. | |
| 15. | I.R.C. § 78 Gross-up included in line 1 (do not include dividends that were excluded/deducted elsewhere) | 15. | |
| 16. | Reserved for future use | 16. | |
| 17. a. | Elimination of nonoperational activity (from Schedule O, Part I) | 17a. | |
| b. | Elimination of nonunitary partnership income/loss (from Schedule P-1, Part II, line 4) | 17b. | |
| 18. | Other deductions. Explain on separate rider (see instructions) | 18. | |
| 19. | Total deductions - Add line 12 through line 18 and enter the total | 19. | |

### Taxable Net Income/(Loss) Calculation

| | | |
|---|---|---|
| 20. | Entire Net Income/(Loss) Subtotal - Subtract line 19 from line 11 | 20. | 177,203. |
| 21. | Allocation factor from Sch J (if all receipts were derived from only New Jersey sources, enter 1.000000) | 21. | |
| 22. | Allocated entire net income/(loss) before net operating loss deductions and dividend exclusion - Multiply line 20 by line 21 and enter the result here (if zero or less, enter zero on line 29) | 22. | 0. |
| 23. | Prior year net operating loss (PNOL) deduction (from Form 500, Section A) (Amount entered cannot be more than amount on line 22) | 23. | |
| 24. | Allocated entire net income before post allocation net operating loss deduction - Subtract line 23 from line 22 (If zero or less, enter zero here and on line 29) | 24. | 0. |
| 25. | Post allocation net operating loss (NOL) deduction (from Form 500, Section B) (Amount entered cannot be more than amount on line 24) | 25. | |
| 26. | Allocated entire net income before allocated dividend exclusion - Subtract line 25 from line 24 (If zero or less, enter zero here and on line 29) | 26. | 0. |
| 27. | Allocated Dividend Exclusion (from Schedule R) (see instructions) | 27. | |
| 28. | Reserved for future use | 28. | |
| 29. | **Taxable net income** - Subtract line 27 from line 26 | 29. | 0. |
| | Did the taxpayer have any discharge of indebtedness excluded from federal taxable income in the current tax year pursuant to subparagraph (A), (B), or (C) of paragraph (1) of subsection (a) of IRC § 108 ☐ Yes. See instructions for Form 500. OR ☒ No. | | |

### PART III - COMPUTATION OF NEW JERSEY TAX BASE

| | | |
|---|---|---|
| 1. | Enter taxable net income from Schedule A, Part II, line 29 | 1. | |
| 2. a. | Investment Company - Enter 40% of line 1 | 2a. | |
| b. | Real Estate Investment Trust - Enter 4% of line 1 | 2b. | |
| c. | All Others - Enter the amount from line 1 | 2c. | 0. |
| 3. a. | New Jersey Nonoperational Income (from Schedule O, Part III) (if zero or less, enter zero) | 3a. | |
| b. | Nonunitary Partnership Income (from Schedule P-1, Part II, line 5) (if zero or less, enter zero) | 3b. | |
| 4. | Tax Base - Add lines 3a and 3b to line 2a, 2b, or 2c, whichever is applicable. Enter total here and on line 1, page 1 | 4. | 0. |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321 759078 16439.0    Main Document    Page 161 of 281
2020.06091 AEROCARE MEDICAL TRANSPORT    16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule A-2

**COST OF GOODS SOLD (See Instructions)** All data must match amounts reported on federal Form 1125-A of the federal pro forma or federal return, whichever is applicable.

| | | | |
|---|---|---|---|
| 1. | Inventory at beginning of year | 1. | 43,424. |
| 2. | Purchases | 2. | 2,227,016. |
| 3. | Cost of labor | 3. | 1,605,080. |
| 4. | Additional section 263A costs | 4. | |
| 5. | Other costs (include schedule) **SEE STATEMENT 6** | 5. | 1,668,728. |
| 6. | Total - Add lines 1 through 5 | 6. | 5,544,248. |
| 7. | Inventory at end of year | 7. | |
| 8. | Cost of goods sold - Subtract line 7 from line 6. Include here and on Schedule A, Part I, line 2 | 8. | 5,544,248. |

## Schedule A-3    SUMMARY OF TAX CREDITS (See Instructions)

**PART I - Tax Credits Used Against Liability**

| | | | |
|---|---|---|---|
| 1. | New Jobs Investment Tax Credit from Form 304 | 1. | |
| 2. | Angel Investor Tax Credit from Form 321 | 2. | |
| 3. | Business Employment Incentive Program Tax Credit from Form 324 | 3. | |
| 4. | EITHER: a) Urban Enterprise Zone Employee Tax Credit from Form 300 OR b) Urban Enterprise Zone Investment Tax Credit from Form 301 | 4. | |
| 5. | Redevelopment Authority Project Tax Credit from Form 302 | 5. | |
| 6. | Manufacturing Equipment and Employment Investment Tax Credit from Form 305 | 6. | |
| 7. | Research and Development Tax Credit from Form 306 | 7. | |
| 8. | Neighborhood Revitalization State Tax Credit from Form 311 | 8. | |
| 9. | Effluent Equipment Tax Credit from Form 312 | 9. | |
| 10. | Economic Recovery Tax Credit from Form 313 | 10. | |
| 11. | AMA Tax Credit from Form 315 | 11. | |
| 12. | Business Retention and Relocation Tax Credit from Form 316 | 12. | |
| 13. | Sheltered Workshop Tax Credit from Form 317 | 13. | |
| 14. | Film Production Tax Credit from Form 318 | 14. | |
| 15. | Urban Transit Hub Tax Credit from Form 319 | 15. | |
| 16. | Grow NJ Tax Credit from Form 320 | 16. | |
| 17. | Wind Energy Facility from Form 322 | 17. | |
| 18. | Residential Economic Redevelopment and Growth Tax Credit from Form 323 | 18. | |
| 19. | Public Infrastructure Tax Credit from Form 325 | 19. | |
| 20. | Reserved for future use | 20. | |
| 21. | Film and Digital Media Tax Credit from Form 327 | 21. | |
| 22. | Tax Credit for Employers of Employees With Impairments from Form 328 | 22. | |
| 23. | Pass-Through Business Alternative Income Tax Credit from Form 329 | 23. | |
| 24. | Apprenticeship Program Tax Credit from Form 330 | 24. | |
| 25. | Tax Credit for Employer of Organ/Bone Marrow Donor from Form 331 | 25. | |
| 26. | Tiered Subsidiary Dividend Pyramid Tax Credit from Form 332 | 26. | |
| 27. | Other Tax Credit (see instructions) | 27. | |
| 28. | Total tax credits - Add lines 1 through 27. Enter here and on page 1, line 3 | 28. | |

**PART II - Refundable Tax Credits**

| | | | |
|---|---|---|---|
| 1. | Refundable portion of New Jobs Investment Tax Credit from Form 304 | 1. | |
| 2. | Refundable portion of Angel Investor Tax Credit from Form 321 | 2. | |
| 3. | Refundable portion of Business Employment Incentive Program Tax Credit from Form 324 | 3. | |
| 4. | Other Tax Credit to be refunded | 4. | |
| 5. | Total amount of tax credits to be refunded. Enter here and on page 1, line 10c | 5. | |

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule A-4    SUMMARY SCHEDULE (See Instructions)

| PNOL Deduction and Carryover | | | Net Operational Income Information | | |
|---|---|---|---|---|---|
| 1. Form 500, Section A, line 5 minus line 7 | 1. | 12,275. | 8. Schedule O, Part III .................. | 8. | 0. |
| **NOL Deduction and Carryover** | | | **Schedule A-GR Information** | | |
| 2. Form 500, Section B, line 6 minus line 8 | 2. | 0. | 9. Schedule A-GR, line 6 ............. | 9. | 0. |
| **Interest and Intangible Costs and Expenses** | | | **Dividend Exclusion Information** | | |
| 3. Schedule G, Part I, line b ................. | 3. | 0. | 10. Schedule R, line 7 .............. | 10. | 0. |
| 4. Schedule G, Part II, line b ................. | 4. | 0. | 11. Schedule R, line 9 .............. | 11. | 0. |
| **Schedule J Information** | | | 12. Schedule R, line 11 .............. | 12. | 0. |
| 5. Schedule J, line 1f ..................... | 5. | 0. | **Schedule P Information** | | |
| 6. Schedule J, line 1g ..................... | 6. | 10,783,048. | 13. Schedule P, Part III, line 1 .... | 13. | 0. |
| 7. Schedule J, line 1h ..................... | 7. | .000000 | 14. Schedule P, Part III, line 2 .... | 14. | 0. |

## Schedule A-GR    COMPUTATION OF NEW JERSEY GROSS RECEIPTS AND MINIMUM TAX (See Instructions)

Complete this schedule only if the amount reported on page 1, line 4 is less than $2,000.

| | | |
|---|---|---|
| 1. Enter sales of tangible personal property shipped to points within New Jersey ............ | 1. | 0. |
| 2. Enter services if the benefit of the service is received in New Jersey ................ | 2. | 0. |
| 3. Enter rentals of property situated in New Jersey ................ | 3. | 0. |
| 4. Enter royalties for the use in New Jersey of patents, copyrights, and trademarks ......... | 4. | 0. |
| 5. Enter all other business receipts earned in New Jersey ................ | 5. | 0. |
| 6. Total New Jersey Gross Receipts ................ | 6. | 0. |
| 7. Enter minimum tax per instructions. Include here and on page 1, line 6 ......... | 7. | 500. |

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

**Schedule B** BALANCE SHEET AS OF **DECEMBER 31, 2020**

Figures appearing below must be the same as year-end figures shown on the taxpayer's books. If not, explain and reconcile on rider. Consolidated information is not permitted on single returns. See instructions. Where applicable, data must match amounts reported on Schedule L of the federal pro forma or federal return, whichever is applicable.

| Assets | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| 1. Cash | | 470,382. |
| 2. Trade notes and accounts receivable | 9,015,345. | 4,110,468. |
|   a. Reserve for bad debts | ( 2,385,319 ) | ( 822,363 ) |
| 3. Loans to stockholders/affiliates | 556,512. | 573,356. |
| 4. Stock of subsidiaries | | |
| 5. Corporate stocks | | |
| 6. Bonds, mortgages, and notes | | |
| 7. New Jersey state and local government obligations | | |
| 8. All other government obligations | | |
| 9. Patents and copyrights | | |
| 10. Deferred charges | | |
| 11. Goodwill | | |
| 12. All other intangible personal property (itemize) STATEMENT 7 | 658,075. | 469,939. |
| 13. *Total intangible personal property* (total lines 1 to 12) | 7,844,613. | 4,801,782. |
| 14. Land | | |
| 15. Buildings and other improvements | 5,000,838. | 3,552,232. |
|   a. Less accumulated depreciation | ( 3,797,188 ) | ( 3,387,447 ) |
| 16. Machinery and equipment | | |
|   a. Less accumulated depreciation | ( ) | ( ) |
| 17. Inventories | 43,424. | |
| 18. All other tangible personalty (net) (itemize on rider) | | |
| 19. *Total real and tangible personal property* (total lines 14 to 18) | 1,247,074. | 164,785. |
| 20. Total assets (add lines 13 and 19) | 9,091,687. | 4,966,567. |
| **Liabilities and Stockholder's Equity** | | |
| 21. Accounts payable | 2,577,211. | 2,851,253. |
| 22. Mortgages, notes, bonds payable in less than 1 year (incl. schedule) STATEMENT 8 | 916,243. | 1,049,597. |
| 23. Other current liabilities (include schedule) STATEMENT 9 | 1,006,008. | 996,513. |
| 24. Loans from stockholders/affiliates | | |
| 25. Mortgages, notes, bonds payable in 1 year or more (include schedule) STMT 10 | 1,272,628. | 393,671. |
| 26. Other liabilities (include schedule) STATEMENT 11 | | 840,550. |
| 27. Capital stock:   (a) Preferred stock | | |
|       (b) Common stock | 2,000. | 2,000. |
| 28. Paid-in or capital surplus | 20,000. | 20,000. |
| 29. Retained earnings - appropriated (include schedule) | | |
| 30. Retained earnings - unappropriated | 2,901,426. | 837,482. |
| 31. Adjustments to shareholders' equity (include schedule) STATEMENT 12 | 396,171. | -2,024,499. |
| 32. Less cost of treasury stock | | |
| 33. Total liabilities and stockholder's equity (total lines 21 to 32) | 9,091,687. | 4,966,567. |

066614 01-29-21

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule C

**RECONCILIATION OF INCOME PER BOOKS WITH INCOME PER RETURN (See Instructions)**

Data must match amounts reported on Schedule M-1 of the federal pro forma or federal return, whichever is applicable. If the taxpayer completed federal Schedule M-3 (Form 1120 /1120-F), include a copy.

| | | |
|---|---|---|
| 1. Net income per books | -2,063,944. | |
| 2. Federal income tax per books | | |
| 3. Excess of capital losses over capital gains | | |
| 4. Income subject to tax not recorded on books this year (itemize) | | |
| SEE STATEMENT 13 | 9,535,906. | |
| 5. Expenses recorded on books this year not deducted in this return (itemize) | | |
| a. Depreciation $ 325,188. | | |
| b. Contributions Carryover $ | | |
| c. Other (itemize) $ 4,465,476. | 4,790,664. | |
| STMT 14 | | |
| 6. Total of lines 1 through 5 | 12,262,626. | |

| | | |
|---|---|---|
| 7. Income recorded on books this year not included in this return (itemize) | | |
| a. Tax-exempt interest $ | | |
| b. STMT 15 | 4,120,468. | |
| c. | | 4,120,468. |
| 8. Deductions in this tax return not charged against book income this year (itemize) | | |
| a. Depreciation $ | | |
| b. Contributions Carryover $ | | |
| STMT 16 | 8,083,877. | 8,083,877. |
| 9. Total of lines 7 and 8 | | 12,204,345. |
| 10. Income (Schedule A, Part I, line 28) - line 6 less 9 | | 58,281. |

## Schedule C-1

**ANALYSIS OF UNAPPROPRIATED RETAINED EARNINGS PER BOOKS (See Instructions)**

Data must match amounts reported on Schedule M-2 of the federal pro forma or federal return, whichever is applicable.

| | | |
|---|---|---|
| 1. Balance at beginning of year | 2,901,426. | |
| 2. Net income per books | -2,063,944. | |
| 3. Other increases (itemize) | | |
| | | |
| | | |
| | | |
| | | |
| 4. Total of lines 1, 2, and 3 | 837,482. | |

| | | |
|---|---|---|
| 5. Distributions | | |
| a. Cash $ | | |
| b. Stock $ | | |
| c. Property $ | | |
| 6. Other decreases (itemize) | | |
| | | |
| | | |
| | | |
| 7. Total of lines 5 and 6 | | |
| 8. Balance end of year (line 4 less 7) | | 837,482. |

## Schedule F

**CORPORATE OFFICERS - GENERAL INFORMATION AND COMPENSATION (See Instructions)**

Data must match amounts reported on federal Form 1125-E of the federal pro forma or federal return, whichever is applicable.

| (1) Name and Current Address of Officer | (2) Social Security Number | (3) Title | (4) Dates Employed in this position | | (5) Percentage of Corporation Stock Owned | | (6) Amount of Compensation |
|---|---|---|---|---|---|---|---|
| | | | From | To | Common | Preferred | |
| SEE STATEMENT 17 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| a. Total compensation of officers | 137,267. |
| b. Less: Compensation of officers claimed elsewhere on the return | |
| c. Balance of compensation of officers (include here and on Schedule A, Part I, line 12) | 137,267. |

066615 01-29-21

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0   Main Document   Page 165 of 281   16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule G - Part I        INTEREST (See Instructions)

Was interest paid, accrued, or incurred to a related member(s) deducted from entire net income?

☐ Yes. Fill out the following schedule.   ☒ No.

| Name of Related Member | Federal ID Number | Relationship to Taxpayer | Amounts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

a. Total amount of interest deducted ....................................................................................

b. Subtract: Exceptions (see instructions) ..............................................................................  ( )

c. Related Party Interest Expenses Disallowed for New Jersey Purposes (include here and on Schedule A, Part II, line 6).

## Schedule G - Part II        INTEREST EXPENSES AND COSTS AND INTANGIBLE EXPENSES AND COSTS (See Instr.)

1. Were intangible expenses and costs, including intangible interest expenses and costs, paid, accrued or incurred to related members, deducted from entire net income?   ☐ Yes. Fill out the following schedule.   ☒ No.

| Name of Related Member | Federal ID Number | Relationship to Taxpayer | Type of Intangible Expense Deducted | Amounts |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

a. Total amount of intangible expenses and costs deducted ...................................................

b. Subtract: Exceptions (see instructions) ..............................................................................  ( )

c. Related Party Intangible Expenses and Costs addback (include here and on Schedule A, Part II, line 7) ....................

**NOTE:** For tax years beginning on or after January 1, 2018, the treaty exceptions have been limited pursuant to P.L. 2018, c. 48. See Schedule G-2 instructions for more information.

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document   Page 166 of 281
11000321 759078 16439.0        2020.06091 AEROCARE MEDICAL TRANSPORT   16439_01

**1019**

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule H — TAXES (See Instructions)

Include all taxes paid or accrued during the accounting period wherever deducted on Schedule A.

| | (a) Corporation Franchise Business Taxes | (b) Corporation Business/ Occupancy Taxes | (c) Property Taxes | (d) U.C.C. or Payroll Taxes | (e) Other Taxes/ Licenses (include sch.) | (f) Total |
|---|---|---|---|---|---|---|
| 1. New Jersey Taxes | | | | | | |
| 2. Other States & U.S. Possessions | | | | | | |
| 3. City and Local Taxes | | | | | | |
| 4. Taxes Paid to Foreign Countries * | | | | | | |
| 5. Total | | | | | | |
| 6. Combine lines 5(a) and 5(b) | | | | | | |
| 7. Sales & Use Taxes Paid by a Utility Vendor | | | | | | |
| 8. Add lines 6 and 7 | | | | | | |
| 9. Federal Taxes | | | | | | |
| 10. Total (Combine line 5 and line 9) | | | | | | |

* Include on line 4 taxes paid or accrued to any foreign country, state, province, territory, or subdivision thereof.

## Schedule J — COMPUTATION OF ALLOCATION FACTOR (See Instructions)

All taxpayers, regardless of entire net income reported on Schedule A, Part II, line 20, Form CBT-100, must complete Schedule J. This schedule can be omitted if the taxpayer does not have receipts outside New Jersey, in which case the allocation factor will be 100% (1.000000).

**For tax years ending on and after July 31, 2019, services are sourced based on market sourcing not cost of performance.**

| | | | AMOUNTS (omit cents) |
|---|---|---|---|
| 1. | Receipts: | | |
| | a. | From sales of tangible personal property shipped to points within New Jersey | a. | 0. |
| | b. | From services if the benefit of the service is received in New Jersey | b. | |
| | c. | From rentals of property situated in New Jersey | c. | |
| | d. | From royalties for the use in New Jersey of patents, copyrights, and trademarks | d. | |
| | e. | All other business receipts earned in New Jersey (See instructions) | e. | |
| | f. | Total New Jersey receipts (Total of lines 1a to 1e, inclusive) | f. | 0. |
| | g. | Total receipts from all sales, services, rentals, royalties, and other business transactions everywhere | g. | 10,783,048. |
| | h. | Allocation Factor (Percentage in New Jersey (line 1f divided by line 1g). Carry the fraction 6 decimal places. Do not express as a percent. Include here and on Schedule A, Part II, line 21 | h. | .000000 |

**NOTE:** Include the GILTI and the receipts attributable to the FDII, net of the respective allowable IRC § 250(a) deductions, in the allocation factor. The net amount of GILTI (i.e., the GILTI reduced by the I.R.C. §250(a) GILTI deduction) and the net FDII (i.e., the receipts attributable to the FDII reduced by the I.R.C. § 250(a) FDII deduction) amounts are included in the numerator (if applicable) and the denominator.

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321  759078  16439.0    Main Document    Page 167 of 281    20200609 1 Page AEROCARE MEDICAL TRANSPORT    16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule P-1    PARTNERSHIP INVESTMENT ANALYSIS (See Instructions)

### Part I - Partnership Information

| (1) Partnership, LLC, or Other Entity Information | | (2) Date and State where Organized | (3) Percentage of Ownership | (4) | | (5) Tax Accounting Method | | (6) New Jersey Nexus | | (7) Tax Payments Made on Behalf of Taxpayer by Partnerships |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Federal ID Number | | | Limited Partner | General Partner | Flow Through | Separate Accounting* | Yes | No | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Enter total of column 7 here and on page 1, line 10b ......................................................

*Taxpayers using a separate accounting method must complete Part II.

### Part II - Separate Accounting of Nonunitary Partnership Income

| | (1) Nonunitary Partnership's Federal ID Number | (2) Distributive Share of Income/Loss from Nonunitary Partnership | (3) Partnership's Allocation Factor (See Instructions) | (4) Taxpayer's Share of Income Allocated to New Jersey (Multiply Column 2 by Column 3) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Total column 2. Enter amount here and Schedule A, Part II, line 17b ......................... | | | |
| 5. | Total column 4. Enter amount here and Schedule A, Part III, line 3b ......................... | | | |

If additional space is needed, include a rider.

## Schedule PC    PER CAPITA LICENSED PROFESSIONAL FEE (See Instructions)

1. Is the corporation a Professional Corporations (PC) formed pursuant to N.J.S.A. 14A:17-1 et seq. or any similar law from a possession or territory of the United States, a state, or political subdivision thereof? ☐ Yes. This schedule must be included with the return. ☒ No.

2. How many licensed professionals are owners, shareholders, and/or employees from this Professional Corporation (PC) as of the first day of the privilege period? ☐ 2 or less, complete Part I. ☐ More than 2, complete Part I and Part II (if additional space is needed, include a rider).

### Part I - Provide the following information for each of the licensed professionals in the PC. Include a rider if additional space is needed.

| Name | Address | FID/SSN |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### Part II - Complete only if there are more than 2 licensed professional listed above.

| | | |
|---|---|---|
| 1. Enter number of resident and nonresident professionals with physical nexus with New Jersey _____ x $150 .................................................... | 1. | |
| 2. Enter number of nonresident professionals without physical nexus with New Jersey _____ x $150 x allocation factor of the PC .................... | 2. | |
| 3. Total Fee Due - Add line 1 and line 2 .................................................... | 3. | |
| 4. Installment Payment - 50% of line 3 .................................................... | 4. | |
| 5. Total Fee Due (line 3 plus line 4) .................................................... | 5. | |
| 6. Less prior year 50% installment payment and credit (if applicable) ............... | 6. | ( ) |
| 7. Balance of Fee Due (line 5 minus line 6). If the result is zero or more, include the amount here and on Form CBT-100, page 1, line 8 .................................................... | 7. | |
| 8. Credit to next year's Professional Corporation Fee (if line 7 is less than zero, enter the amount here) .................................................... | 8. | |

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
11000321  759078  16439.0    Main Document    Page 168 of 281  MEDICAL TRANSPORT    16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 |

## Schedule P — SUBSIDIARY INVESTMENT ANALYSIS (See Instructions)

**NOTE:** Taxpayers must hold 80% of the combined voting power of all classes of stock entitled to vote and at least 80% of the total number of shares of all other classes of stock, except non-voting stock which is limited and preferred as to dividends, for each subsidiary. Do not include advances to subsidiaries in book value. **Do not include any previously taxed dividends.** Instead, report those amounts on Schedule PT.

### PART I  DOMESTIC SUBSIDIARY

| Federal ID Number | (1) Name of Subsidiary | (2) Percentage of Interest (a) Voting | (b) Non-Voting | (3) Book Value (as reported in Schedule B) | (4) Domestic Dividend Income (as reported on Schedule A) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | | | |

### PART II  FOREIGN SUBSIDIARY

| Federal ID Number | (1) Name of Subsidiary | (2) Percentage of Interest (a) Voting | (b) Non-Voting | (3) Book Value (as reported in Schedule B) | (4) Foreign Dividend Income (as reported on Schedule A) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | | | |

### PART III  TOTAL OF 80% OR MORE OWNED SUBSIDIARY DIVIDENDS

| | |
|---|---|
| 1. Enter total from Part I, column 4 (include here and on Schedule A-4) | 1. |
| 2. Enter total from Part II, column 4 (include here and on Schedule A-4) | 2. |
| 3. Total dividends. Add lines 1 and 2 (include here and on Schedule R) | 3. |

## Schedule R — DIVIDEND EXCLUSION (See Instructions)

| | | |
|---|---|---|
| 1. Enter the total dividends and deemed dividends reported on Schedule A | 1. | |
| 2. Enter amount from Schedule PT, Section D, line 3 | 2. | |
| 3. Dividends eligible for dividend exclusion - Subtract line 2 from line 1 | 3. | |
| 4. Enter amount from Schedule P, Part III, line 3 | 4. | |
| 5. Multiply line 4 by .95 | 5. | |
| 6. Subtract line 4 from line 3 | 6. | |
| 7. Dividend income from investments where taxpayer owns less than 50% of voting stock and less than 50% of all other classes of stock (do not incl. amounts subtracted on line 2) | 7. ( | ) |
| 8. Subtract line 7 from line 6 | 8. | |
| 9. Multiply line 8 by 50% | 9. | |
| 10. Reserved for future use | 10. | |
| 11. DIVIDEND EXCLUSION: Add lines 5 and 9 | 11. | |
| 12. Allocation factor from current Schedule J (if all receipts are derived from only NJ sources, enter 1.000000) | 12. | |
| 13. ALLOCATED DIVIDEND EXCLUSION: Multiply line 11 by line 12 (include here and on Schedule A, Part II, line 27) | 13. | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321  759078  16439.0    Main Document   Page 169 of 281   16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, | 363-531-506/000 |

## Schedule S - Part I — DEPRECIATION AND SAFE HARBOR LEASING (See Instructions)

| | | |
|---|---|---|
| 1. IRC § 179 Deduction | 1. | 10,325. |
| 2. Special Depreciation Allowance - for qualified property placed in service during the tax year | 2. | 0. |
| 3. MACRS | 3. | 104,025. |
| 4. ACRS | 4. | |
| 5. Other Depreciation | 5. | |
| 6. Listed Property | 6. | 4,572. |
| 7. Total depreciation claimed in arriving at Schedule A, Part II, line 1 | 7. | 118,922. |

**Include Federal Form 4562 and Federal Depreciation Worksheet**

**Modification at Schedule A, Part II, line 9 or line 12 - Depreciation and Certain Safe Harbor Lease Transactions**

### Additions

| | | |
|---|---|---|
| 8. Amounts from lines 3, 4, 5, and 6 above | 8. | 108,597. |
| 9. Special Depreciation Allowance from line 2 above | 9. | |
| 10. Distributive share of the special depreciation allowance from a partnership | 10. | |
| 11. Distributive share of ACRS, MACRS, and other depreciation from a partnership | 11. | |
| 12. Deductions on federal return resulting from an election made pursuant to IRC § 168(f)(8) exclusive of elections made with respect to mass commuting vehicles | | |
|    a. Interest | 12a. | |
|    b. Rent | 12b. | |
|    c. Amortization of Transactional Costs | 12c. | |
|    d. Other Deductions | 12d. | |
| 13. IRC § 179 depreciation in excess of New Jersey allowable deduction | 13. | 10,325. |
| 14. Other additions (include an explanation/reconciliation) | 14. | |
| 15. Total lines 8 through 14 | 15. | 118,922. |

### Deductions

| | | |
|---|---|---|
| 16. New Jersey depreciation | 16. | |
| 17. Recomputed depreciation attributable to distributive share of recovery property from a partnership | 17. | |
| 18. Any income included in the return with respect to property solely as a result of an IRC § 168(f)(8) election | 18. | |
| 19. The lessee/user should enter the amount of depreciation that would have been allowable under the Internal Revenue Code on December 31, 1980, had there been no safe harbor lease election | 19. | |
| 20. Excess of accumulated ACRS, MACRS, or bonus depreciation over accumulated New Jersey depreciation on physical disposal of recovery property (include computations) | 20. | |
| 21. Other deductions (include an explanation/reconciliation) | 21. | |
| 22. Total lines 16 through 21 | 22. | |
| 23. **ADJUSTMENT** - Subtract line 22 from line 15 and enter the result. (If line 23 is positive, enter at Schedule A, Part II, line 9. If line 23 is negative, enter as a positive number at Schedule A, Part II, line 12) | 23. | 118,922. |

## Schedule S - Part II — NEW JERSEY DEPRECIATION FOR GAS, ELECTRIC, AND GAS AND ELECTRIC PUBLIC UTILITIES (See Instructions)

| | | |
|---|---|---|
| 1. Total depreciation claimed in arriving at Schedule A, Part II, line 1 | 1. | |
| 2. Federal depreciation for assets placed in service after January 1, 1998 | 2. | |
| 3. Net - Subtract line 2 from line 1 | 3. | |
| 4. New Jersey depreciation allowable on the Single Asset Account (Assets placed in service prior to January 1, 1998) | | |
|    a. Total adjusted federal depreciable basis as of December 31, 1997 | 4a. | |
|    b. Excess book depreciable basis over federal tax basis as of December 31, 1997 | 4b. | |
|    c. Less accumulated federal basis for all Single Asset Account property sold, retired or disposed of to date | 4c. | |
|    d. Total (line 4a plus line 4b less line 4c) | 4d. | |
| 5. New Jersey Depreciation - Divide line 4d by 30 | 5. | |
| 6. New Jersey Adjustment | | |
|    a. Depreciation adjustment for assets placed in service prior to Jan. 1, 1998 - Subtract line 5 from line 3 | 6a. | |
|    b. Special bonus depreciation adjustment from Schedule S, Part I, line 23 (see instructions) | 6b. | |
| 7. Total Adjustment - Add lines 6a and 6b and enter the result. (If line 7 is positive, enter at Schedule A, Part II, line 9. If line 7 is negative, enter as a positive number at Schedule A, Part II, line 12 | 7. | |

066632 01-29-21

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321  759078  16439.0      Main Document   Page 170 of 281      AEROCARE MEDICAL TRANSPORT    16439_01

1019

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

**Form 500**

**Computation of the 2020 Post Allocation Net Operating Loss (NOL) and**
**Prior Net Operating Loss Conversion Carryover (PNOL) Deductions (See Instructions)**

**Section A - Computation of Prior Net Operating Losses (PNOL) Deduction** from periods ending PRIOR to July 31, 2019
Complete the section only if the Allocated Entire Net Income/(Loss) before net operating loss deductions and dividend exclusion on Schedule A, Part II, line 22 is positive (income).

| | | | |
|---|---|---|---|
| 1. | Prior Net Operating Loss Conversion Carryover (PNOL) - Enter the total of Worksheet 500-P, Part II, column 3 | 1. | 152,700. |
| 2. | Enter the portion of line 1 previously deducted ............................................... STMT 18 | 2. | 140,425. |
| 3. | Enter the portion of line 1 that expired ............................................................. | 3. | |
| 4. | Enter any discharge of indebtedness excluded from federal taxable income in the current tax period pursuant to subparagraph (A), (B), or (C) of paragraph (1) of subsection (a) of IRC § 108* | 4. | |
| 5. | PNOL available in the current tax year - Subtract lines 2, 3, and 4 from line 1 (if zero or less, enter zero) ............ | 5. | 12,275. |
| 6. | Enter the allocated net income from Schedule A, Part II, line 22 | 6. | 0. |
| 7. | **Current tax year's PNOL deduction** - Enter the lesser of line 5 or line 6 here and on Schedule A, Part II, line 23 | 7. | 0. |

* If the allocated discharge of indebtedness exceeds the amount of PNOL that is available and the taxpayer has post allocation net operating loss carryover in Form 500 Section B, carry the remaining balance to line 5 of Section B.

**Section B - Post Allocation Net Operating Losses (NOLs) For Tax Years Ending ON AND AFTER July 31, 2019**

**Check the box** next to each period if the unused, unexpired, post allocation NOL carryovers are from a tax period in which the taxpayer was a taxable member on a New Jersey combined return. **Otherwise, leave the box blank.**

| | | | |
|---|---|---|---|
| 1. | Allocated Net Operating Loss Carryover - See instructions. | | |
| | a. Return Period Ending _____ ☐ | 1a. | |
| | b. Return Period Ending _____ ☐ | 1b. | |
| | c. Return Period Ending _____ ☐ | 1c. | |
| | d. Return Period Ending _____ ☐ | 1d. | |
| | e. Return Period Ending _____ ☐ | 1e. | |
| | f. Return Period Ending _____ ☐ | 1f. | |
| | g. Return Period Ending _____ ☐ | 1g. | |
| | h. Return Period Ending _____ ☐ | 1h. | |
| | i. Return Period Ending _____ ☐ | 1i. | |
| | j. Return Period Ending _____ ☐ | 1j. | |
| 2. | Total Post Allocation Net Operating Losses (NOLs) - Add lines 1a through 1j | 2. | |
| 3. | Portion of line 2 previously deducted | 3. | |
| 4. | Portion of line 2 that expired (after 20 privilege periods) | 4. | |
| 5. | Enter any discharge of indebtedness excluded from federal taxable income in the current tax period pursuant to subparagraph (A), (B), or (C) of paragraph (1) of subsection (a) of IRC § 108* | 5. | |
| 6. | NOLs available for current tax year - Subtract lines 3, 4, and 5 from line 2 | 6. | |
| 7. | Enter Allocated Entire Net Income Before Post Allocation Net Operating Loss Deduction from Schedule A, Part II, line 24 | 7. | |
| 8. | **Current tax year's NOL deduction** - Enter the lesser of line 6 or line 7 here and on Schedule A, Part II, line 25 | 8. | |

* If the taxpayer has any allocated discharge of indebtedness that was not used in Form 500 Section A, enter the balance.

**Note:** When filing a combined return, post allocation net operating loss (NOL) carryovers are available to be shared by other taxable members of the combined group with which the taxpayer is a member and included as part of the same New Jersey combined return in the year the NOL carryover was generated, pursuant to N.J.S.A. 54:10A-4.6.h. The taxpayer cannot share the NOL carryovers with members of the combined group which were not included in the same New Jersey combined return in the year the NOL carryover was originally generated.

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321 759078 16439.0   Main Document   Page 171 of 281   16439_01
2020.06091 AEROCARE MEDICAL TRANSPORT   16439_01

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36-3531506 |

WORKSHEET
## 500-P

### NEW JERSEY CORPORATION BUSINESS TAX
### Prior Net Operating Loss Conversion Worksheet

Use this worksheet to calculate the converted prior net operating losses for use
for tax years ending on and after July 31, 2019. **(See Instructions)**

**NOTE:** This is used to calculate your converted prior net operating losses from pre-allocated net operating loss carryovers to post-allocated net operating loss carryovers for the last tax periods ending before July 31, 2019. Use the allocation factor calculated on Schedule J in the last tax period ending prior to July 31, 2019, for Part I, line 1. This is the taxpayer's base year allocation factor for the last tax period ending before July 31, 2019, pursuant to N.J.S.A. 54:10A-4(u). **Submit a copy of this worksheet to substantiate calculations and to determine usable amounts for future years.** If more space is needed, enclose a rider listing the information.

### Part I

1. Allocation Factor For The Last Tax Period Ending Prior to July 31, 2019 (from Schedule J) ............................     100.0000%

### Part II

| | Column 1<br>Tax Period Ending | Column 2<br>Prior Net Operating Losses<br>(see instructions) | Column 3<br>Converted Prior Net Operating<br>Loss Carryover Multiply<br>line I, Part I by amount in column 2, Part II |
|---|---|---|---|
| 2. | 12/31/2016 | 139,550. | 139,550. |
| 3. | 12/31/2018 | 13,150. | 13,150. |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

066412  01-29-21

Enclose a Copy with Tax Return

**CBT-160-A**

N.J. Division of Taxation
(4-21)

# Underpayment of Estimated N.J. Corporation Business Tax
For Taxpayers With Gross Receipts of Less Than $50 Million
Submit with your tax return (Form CBT-100, CBT-100S, or CBT-100U)

| Name as Shown on Return | Federal ID Number | Unitary ID Number, if applicable |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363-531-506/000 | NU |

## Part I     How to Calculate Your Underpayment

**Note:** If you meet any of the exceptions that eliminate the underpayment charge for **any** quarter, complete Part II.

| | |
|---|---|
| 1. Amount of 2020 tax - See instructions for line 1 on page 2 .................................... | 500. |
| 2. 90% of line 1 - If you were qualified and elected to make a single payment in lieu of paying installments of estimated tax, enter zero (see instructions) | 450. |
| 3. Prior year's tax - Enter the amount from line 6, page 1 of the 2019 CBT-100 or line 4, page 1 of the 2019 CBT-100S, or line 5, page 1 of the 2019 CBT-100U | 750. |
| 4. Enter the lesser of lines 2 or 3 ................................................................. | 450. |

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 5. Enter in columns (a) through (d) the installment dates that correspond to the 15th day of the fourth, sixth, ninth, and 12th months of your tax year (see inst) | 06/15/2020 | 07/15/2020 | 09/15/2020 | 12/15/2020 |
| 6. Enter 25% of line 4 in columns (a) through (d) ...... | 112. | 113. | 112. | 113. |
| 7. (a) Amount paid or credited for each period | | | | |
| (b) Overpayment of previous installment (enter any overpayment shown on line 9 that is more than the total of all prior underpayments as a credit against the next installment) .............................. | | | | |
| 8. Add lines 7a and 7b ......................... | | | | |
| 9. Underpayment (subtract line 8 from line 6) or overpayment (subtract line 6 from line 8) ... | | REFER TO STATEMENT | | |

## Part II     Exceptions (See Instructions)

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 10. Total amount paid or credited from the beginning of the tax year through the installment dates that correspond to the 15th day of the fourth, sixth, ninth, and 12th months of your tax year ......................... | | | | |
| 11. Exception 1 - Tax based on the facts shown on the prior year's return but using current year's rates. See instructions regarding periods of less than one year ............... | 25% of tax | 50% of tax | 75% of tax | 100% of tax |
| | 22.5% of tax | 45% of tax | 67.5% of tax | 90% of tax |
| 12. Exception 2 - Tax based on annualized tax ... | | | | |

## Part III     Installment Interest Due (See Instructions)

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 13. Amount of underpayment from line 9 ... | | | | |
| 14. Enter same installment dates used above at line 5 | | | | |
| 15. Enter the date of payment or the 15th day of the fourth month after the close of the tax year, whichever is earlier ...................... | | | | |
| 16. Number of months from the date on line 14 to the date on line 15. (A part of a month is deemed to be a full month.) ...................... | | | | |
| 17. Interest ............................................. | | | | |
| 18. Installment interest due - Add columns (a), (b), (c), and (d) of line 17. Enter the total here and on page 1, line 12, of Form CBT-100, page 1, line 12, of CBT-100S, or page 1, line 14, of CBT-100U   SEE STATEMENT 19 | | | | 17. |

066661
04-16-21

```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                     36-3531506
```

```
LATE PAYMENT PENALTY
LATE FILING PENALTY
LATE PAYMENT INTEREST
UNDERPAYMENT PENALTY                                                 17

TOTAL PENALTIES AND INTEREST INCLUDED IN RETURN                     17
```

NJ CBT-100                    NEW JERSEY FOOTNOTES                    STATEMENT      2

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

NJ CBT-100          NEW JERSEY AMENDED RETURN INFORMATION          STATEMENT      3

| DESCRIPTION | AMOUNT |
|---|---|
| ORIGINAL BALANCE DUE | 767 |
| AMENDED BALANCE DUE | 767 |
| NO PAYMENT REQUIRED | 0 |

|  | COMPUTATION OF FEDERAL TAXABLE INCOME<br>OTHER DEDUCTIONS | STATEMENT      4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 35,112. |
| COMMISSIONS | 44,162. |
| CONSULTING | 21,000. |
| EDUCATION | 239,172. |
| SHOP EXPENSE | 16,444. |
| TRAVEL | 65,234. |
| VEHICLE FUEL | 29,598. |
| VEHICLE MAINTENANCE | 10,216. |
| VEHICLE LEASE | 9,808. |
| VEHICLE LICENSE AND REGISTRATION | 4,200. |
| COMPUTER AND INTERNET EXPENSES | 85,290. |
| TELECOMMUNICATIONS | 50,884. |
| UNIFORMS | 4,539. |
| FREIGHT AND DELIVERY | 4,076. |
| DUES AND SUBSCRIPTIONS | 49,837. |
| INSURANCE | 263,658. |
| UTILITIES | 35,747. |
| VEHICLE EXPENSE | 2,244. |
| LEGAL AND ACCOUNTING | 189,485. |
| OFFICE SUPPLIES | 62,879. |
| POSTAGE AND SUPPLIES | 1,504. |
| MEALS | 1,284. |
| TOTAL OTHER DEDUCTIONS | 1,226,373. |

| COMPUTATION OF FEDERAL TAXABLE INCOME<br>OTHER INCOME | STATEMENT 5 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| HHS PROVIDER RELIEF FUND | 1,072,245. |
| MISCELLANEOUS INCOME | 23. |
| TOTAL OTHER INCOME | 1,072,268. |

| NJ CBT-100        COST OF GOODS SOLD - OTHER COSTS | STATEMENT 6 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AIRCRAFT EXPENSES | 1,062,107. |
| CONTRACT LABOR | 267,479. |
| DEPRECIATION | 59,819. |
| GROUND AMBULANCE | 264,390. |
| OPERATING SUPPLIES | 14,933. |
| TOTAL TO SCHEDULE A-2, LINE 5 | 1,668,728. |

| SCHEDULE B        OTHER INTANGIBLE PERSONAL PROPERTY | STATEMENT 7 |
|---|---|

| DESCRIPTION | BEGINNING<br>OF YEAR<br>AMOUNT | END<br>OF YEAR<br>AMOUNT |
|---|---|---|
| PREPAID INSURANCE | 14,474. | 18,076. |
| PREPAID TRAINING | 43,341. | 0. |
| STATE INCOME TAX PROVISION | 7,172. | 0. |
| PREPAID EXPENSES | 29,861. | 20,869. |
| NOTES RECEIVABLE - EMPLOYEES | 2,594. | 0. |
| DUE FROM RELATED COMPANIES | 359,925. | 359,925. |
| SECURITY DEPOSITS | 200,708. | 9,076. |
| TREASURY REFUND | 0. | 61,993. |
| TOTAL TO SCHEDULE B, LINE 12 | 658,075. | 469,939. |

---

| SCHEDULE B | MORTGAGES, NOTES, BONDS PAYABLE IN LESS THAN 1 YEAR | STATEMENT 8 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF YEAR AMOUNT | END OF YEAR AMOUNT |
| --- | --- | --- |
| MORTGAGE PAYABLE - CURRENT PORTION | 916,243. | 1,049,597. |
| TOTAL TO SCHEDULE B, LINE 22 | 916,243. | 1,049,597. |

---

| SCHEDULE B | OTHER CURRENT LIABILITIES | STATEMENT 9 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| BANK OVERDRAFT | 34,486. | 0. |
| ACCRUED PAYROLL | 210,166. | 226,167. |
| OTHER ACCRUAL | 699,280. | 759,554. |
| PAYROLL LIABILITIES | 44,826. | 0. |
| CUSTOMER DEPOSITS | 17,250. | 10,792. |
| TOTAL TO SCHEDULE B, LINE 23 | 1,006,008. | 996,513. |

---

| SCHEDULE B | MORTGAGES, NOTES, BONDS PAYABLE IN 1 YEAR OR MORE | STATEMENT 10 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF YEAR AMOUNT | END OF YEAR AMOUNT |
| --- | --- | --- |
| LONG-TERM MORTGAGES | 1,272,628. | 393,671. |
| TOTAL TO SCHEDULE B, LINE 25 | 1,272,628. | 393,671. |

| SCHEDULE B | OTHER LIABILITIES | STATEMENT 11 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PPP LOAN | 0. | 840,550. |
| TOTAL TO SCHEDULE B, LINE 26 | 0. | 840,550. |

| SCHEDULE B | ADJUSTMENTS TO SHAREHOLDERS' EQUITY | STATEMENT 12 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| RETAINED EARNINGS ADJUSTMENT - NO TAX EFFECT | 4,413. | 4,413. |
| PRIOR PERIOD ADJUSTMENT | 391,758. | 391,758. |
| PRIOR PERIOD ALLOWANCE FOR DOUBTFUL ACCOUNTS RESTATEMENT | 0. | -2,420,670. |
| TOTAL TO SCHEDULE B, LINE 31 | 396,171. | -2,024,499. |

| SCHEDULE C | INCOME SUBJECT TO TAX NOT RECORDED ON BOOKS | STATEMENT 13 |

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS RECEIVABLE - PY | 9,015,345. |
| TAX GAIN/LOSS ON SALE OF ASSETS IN EXCESS OF BOOK | 520,561. |
| TOTAL TO SCHEDULE C, LINE 4 | 9,535,906. |

| SCHEDULE C | EXPENSES RECORDED ON BOOKS NOT DEDUCTED ON THIS RETURN | STATEMENT 14 |

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTS PAYABLE - CY | 2,851,253. |
| ACCRUED EXPENSES- CY | 470,893. |
| ACCRUED PAYROLL - CY | 226,167. |
| ALLOWANCE FOR BAD DEBTS - CY | 822,362. |
| PREPAID EXPENSES - PY | 87,676. |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,284. |
| STATE INCOME TAX BOOK/TAX DIFFERENCE | 5,841. |
| TOTAL TO SCHEDULE C, LINE 5(C) | 4,465,476. |

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

SCHEDULE C           INCOME RECORDED ON BOOKS NOT INCLUDED      STATEMENT   15
                              ON THIS RETURN
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DESCRIPTION                                                     AMOUNT
_____                                                    _____

EIDL LOAN INCOME                                                  10,000.
ACCOUNTS RECEIVABLE - CY                                       4,110,468.
                                                              _____

TOTAL TO SCHEDULE C, LINE 7(B)                                4,120,468.
                                                              ===========


SCHEDULE C           DEDUCTIONS ON THIS RETURN NOT CHARGED      STATEMENT   16
                       AGAINST BOOK INCOME THIS YEAR
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DESCRIPTION                                                     AMOUNT
_____                                                    _____

ACCOUNTS PAYABLE - PY                                          2,577,211.
ACCRUED EXPENSES - PY                                            406,739.
ACCRUED PAYROLL - PY                                             254,993.
ALLOWANCE FOR BAD DEBTS - PY                                   4,805,989.
PREPAID EXPENSES - CY                                             38,945.
                                                              _____

TOTAL TO SCHEDULE C, LINE 8(B)                                8,083,877.
                                                              ===========

AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506

SCHEDULE F     CORPORATE OFFICERS - INFORMATION AND COMPENSATION    STATEMENT    17

| NAME, ADDRESS, TITLE, SSN | DATES EMPLOYED FROM | TO | % STOCK | AMOUNT OF COMPENSATION |
|---|---|---|---|---|
| JOSEPH CECE<br>1936 E. MISSOURI AVENUE,<br>PHOENIX, AZ 85251<br>PRESIDENT | 01/01/19 | 12/31/19 | 100.00% | 137,267. |
| TOTAL TO SCHEDULE F | | | | 137,267. |

FORM 500          PRIOR NET OPERATING LOSS CARRYOVER DEDUCTED    STATEMENT    18

| YEAR ENDING | TOTAL | | FACTOR | | AMOUNT |
|---|---|---|---|---|---|
| 12/31/2016 | 139,550. | X | 100.0000% | = | 139,550. |
| 12/31/2018 | 875. | X | 100.0000% | = | 875. |
| TOTAL TO SECTION A, LINE 2 | | | | | 140,425. |

FORM CBT-160          COMPUTATION OF UNDERPAYMENT PENALTY    STATEMENT    19

| QTR | EVENT AMOUNT | TYPE | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | MONS | INTEREST RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|---|
| A | 112. | Q | 112. | 06/15/2020 | 04/15/2021 | 10 | 6.25% | 6. |
| B | 113. | Q | 113. | 07/15/2020 | 04/15/2021 | 9 | 6.25% | 5. |
| C | 112. | Q | 112. | 09/15/2020 | 04/15/2021 | 7 | 6.25% | 4. |
| D | 113. | Q | 113. | 12/15/2020 | 04/15/2021 | 4 | 6.25% | 2. |
| TOTAL TO FORM CBT-160, LINE 18 | | | | | | | | 17. |

EVENT TYPE: Q = AMOUNT UNDERPAID AT START OF QUARTER
            P = PAYMENT OR PAYMENT NOT FULLY USED IN OTHER QUARTER(S)
            R = INTEREST RATE CHANGE
            L = SWITCH TO OR FROM A LEAP YEAR

11000321 759078 16439.0          2020.06091   AEROCARE MEDICAL TRANSPORT   16439_01

**PA-20S/PA-65**
**(06-20) (Page 1 of 3)**

# 2020 Pennsylvania
## PA S Corporation/Partnership Information Return
### ENTER ONE LETTER OR NUMBER IN EACH BOX.

| | |
|---|---|
| Extension Requested | N |
| Initial Year | N |
| Final Return | N |
| FEIN/Name/Address Change | Y |
| Amended Information Return | Y |
| Method of Accounting: A=Accrual, C=Cash, O=Other, Describe | C |
| Date activity began in PA | 01012013 |

Filing Status:  **PA-20S** Y   **PA-65** N   **P-S KOZ** N

363531506  C        621900  N   **Inactive**

AEROCARE MEDICAL TRANSPORT SYSTEM INC

43W450 US HIGHWAY 30        Fiscal Year: N    Short Year: N

SUGAR GROVE        IL   60554

**SECTION I. Total Taxable Business Income (Loss) from Operations Everywhere**

| | | |
|---|---|---|
| 1a | Taxable Business Income (Loss) from Operations Everywhere | 1a -461788 |
| 1b | Share of Business Income (Loss) from All Other Entities | 1b 0 |
| 1c | **Total Income (Loss).** Add Line 1a and Line 1b | 1c -461788 |
| 1d | Previously Disallowed CNI Deductions - **PA S Corporations only** | 1d 0 |
| 1e | **Total Adjusted Business Income (Loss).** Subtract Line 1d from Line 1c | 1e -461788 |

**SECTION II. Apportioned/Allocated PA-Taxable Business Income (Loss)**

| | | |
|---|---|---|
| 2 | Net Business Income (Loss) | 2a -454119 |
| | (2a = Outside PA) (2e = PA Source) | 2e -7669 |
| 2 | Share of Business Income (Loss) from Other Entities | 2b 0 |
| | (2b = Outside PA) (2f = PA Source) | 2f 0 |
| 2 | Previously Disallowed PA Source CNI Deductions - **PA S Corporations only** | 2c 0 |
| | (2c = Outside PA) (2g = PA Source) | 2g 0 |
| 2 | Calculate Adjusted/Apportioned Net Business Income (Loss) | 2d -454119 |
| | (2d = Outside PA) (2h = PA Source) | 2h -7669 |

**SECTION III. Allocated Other PA PIT Income (Loss)**

| | | |
|---|---|---|
| 3 | Interest Income from PA Schedule A | 3 0 |
| 4 | Dividend Income from PA Schedule B | 4 0 |
| 5 | Net Gain (Loss) from PA Schedule D | 5a 0 |
| | (5a = Outside PA) (5b = PA Source) | 5b 0 |
| 6 | Rent/Royalty Net Income (Loss) from PA Schedule M, Part B | 6a 0 |
| | (6a = Outside PA) (6b = PA Source) | 6b 0 |
| 7 | Estates or Trusts Income from PA Schedule J | 7a 0 |
| | (7a = Outside PA) (7b = PA Source) | 7b 0 |
| 8 | Gambling and Lottery Winnings (Loss) from PA Schedule T | 8a 0 |
| | (8a = Outside PA) (8b = PA Source) | 8b 0 |
| 9 | **Total Other PA PIT Income (Loss)** | 9 0 |

CCH   074501  12-09-20

**SUBMIT ALL SUPPORTING SCHEDULES**

Page 1 of 3

EC    **OFFICIAL USE ONLY**    FC

363531506   **C**   AEROCARE MEDICAL TRANSPORT SYSTEM INC

**SECTION IV. Total PA S Corporation or Partnership Income (Loss)**

| | | | |
|---|---|---|---|
| 10 | Total Income (Loss) per Books and Records | 10 | -2063944 |
| 11 | **Total Reportable Income (Loss).** Add Lines 1e and 9 or Add Lines 2h and 9 | 11 | -7669 |
| 12 | **Total Nontaxable/Nonreportable Income (Loss).** Subtract Line 11 from Line 10 | 12 | -2056275 |

**SECTION V. Pass Through Credits -** See the PA-20S/PA-65 instructions

| | | | |
|---|---|---|---|
| 13a | **Total Other Credits.** Submit PA-20S/PA-65 Schedule OC | 13a | 0 |
| 13b | Resident Credit | 13b | |
| 14a | PA 2020 Quarterly Tax Withholding/Extension Payments for Nonresident Owners | 14a | 0 |
| 14b | Final Payment of Nonresident Withholding Tax | 14b | 0 |
| 14c | **Total PA Income Tax Withheld.** Add Lines 14a and 14b | 14c | 0 |

**SECTION VI. Distributions -** See the PA-20S/PA-65 instructions

**Partnerships Only**

| | | | |
|---|---|---|---|
| 15 | Distributions of Cash, Marketable Securities, and Property | 15 | 0 |
| 16 | Guaranteed Payments for Capital or Other Services | 16 | 0 |
| 17 | All Other Guaranteed Payments for Services Rendered | 17 | 0 |
| 18 | Guaranteed Payments to Retired Partners | 18 | 0 |

**Distributions -** See the PA-20S/PA-65 instructions

**PA S Corporations Only**

| | | | |
|---|---|---|---|
| 19 | Distributions from PA Accumulated Adjustments Account | 19 | 0 |
| 20 | Distributions of Cash, Marketable Securities, and Property | 20 | 0 |

**SECTION VII. Other Information -** See the PA-20S/PA-65 instructions for each line

| | | | |
|---|---|---|---|
| 1 | During the entity's tax year, did the entity own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under federal regulations Sections 301.7701-2 and 301.7701-3? If yes, submit statement. | 1 | N |
| 2 | Does the entity have any tax-exempt partners/members/shareholders? If yes, submit statement. | 2 | N |
| 3 | Does the entity have any foreign partners/members/shareholders (outside the U.S.)? If yes, submit statement. | 3 | N |
| 4 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partner/member interest during the tax year? (Partnership only) If yes, submit statement. | 4 | N |
| 5 | Has the federal government changed taxable income as originally reported for any prior period? If yes, indicate period on supplemental statement, and submit final IRS determination paperwork. | 5 | N |
| 6 | Does the entity elect to be subject to assessment at the entity level under Act 52 of 2013? | 6 | N |
| 7 | Is this entity involved in a reportable transaction, listed transaction, or registered tax shelter within this return? If yes, submit statement. | 7 | N |
| 8 | Does the entity filing as a partnership have other partnerships as partners? | 8 | N |
| 9 | Has the entity sold any tax credits? If yes, submit statement. | 9 | N |
| 10 | Has the entity changed its method of accounting for federal income tax purposes during this tax year? If yes, submit federal Form 3115. | 10 | N |
| 11 | Has the entity entered into any like-kind exchanges under IRC Section 1031? If yes, submit federal Form 8824. | 11 | N |
| 12 | PA Apportionment as reported on PA-20S/PA-65 Schedule H-Corp | 12 | 0000000 |

**Page 2 of 3**



36353150b  **C**   AEROCARE MEDICAL TRANSPORT SYSTEM INC

**SECTION VIII. PA S Corporations Only - Accumulated Adjustments Account (AAA) and Accumulated Earnings and Profits (AE&P)**

|  |  |  | AAA | AE&P |  |
|---|---|---|---|---|---|
| 1 | Balance at the beginning of the taxable year. | 1 | -45505 |  | 0 |
| 2 | Total reportable income from Section IV, Line 11 | 2 | 0 | N/A |  |
| 3 | Other additions. Submit an itemized statement. | 3 | 0 |  | 0 |
| 4 | Loss from Section IV, Line 11 | 4 | -7669 | N/A |  |
| 5 | Other reductions. Submit an itemized statement. | 5 | 0 |  | 0 |
| 6 | Sum of Lines 1 through 5 | 6 | -53174 |  | 0 |
| 7 | Distributions | 7 | 0 |  | 0 |
| 8 | Balance at taxable year-end. Subtract Line 7 from Line 6. | 8 | -53174 |  | 0 |

**SECTION IX. Ownership In Pass Through Entities** If the entity received income (loss) from an S corporation, partnership, estate or trust, limited liability company, qualified subchapter S subsidiary (QSSS) or disregarded entity, list below the FEIN, name and address for each entity. If the income (loss) is from a QSSS, enter "yes" in the QSSS box. If the income (loss) is from a disregarded entity other than a QSSS, enter "yes" in the D box. See Instructions for further details.

|  | FEIN | QSSS | D | NAME & ADDRESS |
|---|---|---|---|---|
| A |  |  |  |  |
| B |  |  |  |  |
| C |  |  |  |  |
| D |  |  |  |  |

**SECTION X. Signature and Verification**

Under penalties of perjury, I declare I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. Declaration of paid preparer is based on all information of which preparer has any knowledge.

| Print/Type name of general partner, principal officer or authorized individual | Signature of general partner, principal officer or authorized individual | Date | Daytime Phone no. |
|---|---|---|---|
|  |  |  |  |

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed |
|---|---|---|---|
| LYUDMILA EISENMAN CPA | LYUDMILA EISENMAN, CPA | 03/21/22 |  |

| Firm's name (or yours if self-employed) | | |
|---|---|---|
| BEACHFLEISCHMAN PLLC | | Daytime Phone no. |
| Firm's address 1985 E. RIVER ROAD, SUITE 201 TUCSON AZ 85718 | | 5203214600 |

074503  12-09-20  CCH

E-File Opt Out   N

| Preparer's PTIN | Firm's FEIN |
|---|---|
| P01272545 | 860683059 |

**Page 3 of 3**



```
AEROCARE MEDICAL TRANSPORT SYSTEM, INC                    36-3531506
```

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

| DESCRIPTION | AMOUNT |
| --- | --- |
| PA-20S ORIGINAL BALANCE DUE | 999 |
| PA-20S AMENDED BALANCE DUE | 999 |
| PA-20S NO PAYMENT REQUIRED | 0 |

**PARTNER/MEMBER/
SHAREHOLDER DIRECTORY - 2020**
PA-20S/PA-65 Directory (07-20)

AEROCARE MEDICAL TRANSPORT SYSTEM INC          363531506     C

The entity must list its partners/members/shareholders on this schedule. **CODE** - Enter the type of owner code: **RI**=Resident Individual, **NR**=Nonresident Individual, **PI**=Part-year Resident Individual (S Corp Only), **P**=Partnership, **C**=C Corp, **E**=Estate, **T**=Trust, **S**=S Corp, **L**=LLC taxed as a Partnership, **LC**=LLC taxed as a C Corp, **LS**=LLC taxed as an S Corp, **DE**=Disregarded Entity, **B**=Bank/Financial Institution, **I**=Insurance Company, **X**=Exempt **SSN/FEIN; Revenue ID; Ownership %** - (enter each owner's percentage); and **Name and Address**.

1    Code    **NR**    SSN/FEIN    ██████    Revenue ID    Ownership %    10000000

Name & Address:   JOSEPH D CECE
1936 E MISSOURI AVENUE
PHOENIX AZ 85016

2    Code    SSN/FEIN    Revenue ID    Ownership %

Name & Address:

3    Code    SSN/FEIN    Revenue ID    Ownership %

Name & Address:

4    Code    SSN/FEIN    Revenue ID    Ownership %

Name & Address:

5    Code    SSN/FEIN    Revenue ID    Ownership %

Name & Address:

6    Code    SSN/FEIN    Revenue ID    Ownership %

Name & Address:

PA Schedule NRK-1 (07-20)
**2020** Nonresident Schedule
of Shareholder/Partner/Beneficiary Pass Through Income, Loss and Credits

CECE                                    JOSEPH          D

Final   N

1936 E MISSOURI AVENUE

(Individual=1, PA S Corp=2, All Other Corp=3,   Owner    1
Estate/Trust=4, Partnership=5, LLC=6, Exempt=7)

Shareholder's Stock Ownership %        10000

PHOENIX        AZ   85016              Amended   Y    Beneficiary's year-end Distribution %    00000

Partner's % of:

AEROCARE MEDICAL TRANSPORT SYSTEM INC              Profit sharing %           00000

SUGAR GROVE       IL   60554    363531506          Loss sharing %             00000

Fiscal Year   N   (Estate/Trust=E, Partnership=P, PA S Corp=S, LLC=L)   S    Capital
                                                                             Ownership %          00000

Short Year   N        General Partner or   N    Limited Partner or   N
                      LLC Member-Manager        Other LLC Member

NOTE: Amounts from this schedule must be reported on the appropriate PA Tax Return.

| | | | |
|---|---|---|---|
| SECTION II | 1 PA-Taxable Business Income (Loss) from Operations | 1 | -7669 |
| | 2 Net Gain (Loss) from the Sale, Exchange or Disposition of Property | 2 | 0 |
| | 3 Net Income (Loss) from Rents, Royalties, Patents and Copyrights | 3 | 0 |
| | 4 Income of/from Estates or Trusts | 4 | 0 |
| | 5 Gambling and Lottery Winnings (Loss) | 5 | 0 |
| SECTION III | 6 PA Nonresident Tax Withheld | 6 | 0 |
| | 7 **Total Other Credits.** Submit statement. | 7 | 0 |
| SECTION IV | 8 Distributions of Cash, Marketable Securities, and Property - not including guaranteed payments | 8 | 0 |
| | 9 Guaranteed Payments for Capital or Other Services | 9 | 0 |
| | 10 All Other Guaranteed Payments for Services Rendered (PA-Apportioned Amount Only) | 10 | 0 |
| | 11 Guaranteed Payments to the Retired Partner | 11 | 0 |
| SECTION V | 12 Distributions from PA Accumulated Adjustments Account   Liquidating   N | 12 | 0 |
| SECTION VI | 13 Distributions of Cash, Marketable Securities, and Property | 13 | 0 |
| | 14 Nontaxable income (loss) or nondeductible expenses required to calculate owner's economic investment. Submit statement. | 14 | 0 |
| | **Note: Lines 15 through 18 are for information purposes only.** | | |
| SECTION VII | 15 Owner's Share of IRC Section 179 allowed according to PA rules | 15 | 0 |
| | 16 Owner's Share of Straight-Line Depreciation | 16 | 0 |
| | 17 Partner's Share of Nonrecourse Liabilities at year-end | 17 | 0 |
| | 18 Partner's Share of Recourse Liabilities at year-end | 18 | 0 |

074601 11-13-20   CCH

# PA SCHEDULE M - 2020
**Reconciliation of Federal-Taxable Income (Loss)**
**to PA-Taxable Income (Loss)**
**PA-20S/PA-65 M (09-20)**
**PA Department of Revenue**

AEROCARE MEDICAL TRANSPORT SYSTEM INC     363531506

**PA Schedule M, Part I. Classifying Federal Income (Loss) for PA Personal Income Tax Purposes**
Classify, without adjustment, the federal income (loss) from Schedule K of federal Form 1120S or from Schedule K of federal Form 1065. The entity must allocate or apportion the amounts from the federal categories to the reportable PA PIT classes. The total of the specific federal line items should equal the total of the federal schedule.

| Form 1120S, Schedule K line description Form 1065, Schedule K line description | (a) Federal Income (loss) | (b) PA Business Income (loss) | (c) Interest Income PA Schedule A | (d) Dividend Income PA Schedule B | (e) Gain (loss) From Sales PA Schedule D | (f) Rent & Royalty Income (loss) PA Schedule E |
|---|---|---|---|---|---|---|
| 1 Ordinary income (loss) from trade or business activities | 59583 | -460504 | 0 | 0 | 520087 | 0 |
| 2 Net income (loss) from rental real estate activities | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Other gross rental income (loss) | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Interest income | 9023 | 0 | 9023 | 0 | 0 | 0 |
| 5 Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Royalty income | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Net short-term capital gain (loss) | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Net long-term capital gain (loss) | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Net gain (loss) from disposal of IRC Section 179 property | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 Net IRC Section 1231 gain (loss) from Form 4797 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 Other income (loss) | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 **Total Federal income (loss) by Pennsylvania classification.** Total the amounts in each column. | 68606 | -460504 | 9023 | 0 | 520087 | 0 |

**Federal Form**     **Classified for Pennsylvania Personal Income Tax purposes**

074661 11-09-20   CCH

# PA SCHEDULE M - 2020
**Reconciliation of Federal-Taxable Income (Loss)**
**to PA-Taxable Income (Loss)**
**PA-20S/PA-65 M (09-20)**
PA Department of Revenue

AEROCARE MEDICAL TRANSPORT SYSTEM INC          363531506

## PA Schedule M, Part II.  Determining PA Reportable Income (Loss) by Classification

The entity may need to prepare a PA Schedule M, Part II, if it must make adjustments to properly determine its reportable classified income (loss) for its PA-20S/PA-65 Information Return. This specific list of adjustments applies to income (loss) from a business or farm and rental/royalty income (loss).

**Enter whole dollars only.**

| | | PA Allocated Income (Loss) | | Total Rental Income (Loss) or Total Business Income (Loss) Before Apportionment |
|---|---|---|---|---|
| **Section I. Federal Classified Income (Loss).** Income class from Part I, Column: **B** | 1 | 0 | 2 | -460504 |
| Enter the initial of Column (b) or (f) only. | | | | |

### Section II. Itemize income adjustments that increase PA reportable income (reduce the loss).

| | | | | | |
|---|---|---|---|---|---|
| a | Deferred income relating to advance payments for goods and services | 1 | 0 | 2 | 0 |
| b | Difference in qualified gain (loss) for each business sale of property | 3 | 0 | 4 | 0 |
| c | Gain from business like-kind exchanges, see PA PIT Guide for instructions | 5 | 0 | 6 | 0 |
| d | **RESERVED FOR FUTURE USE** | | | | |
| e | Income from cancellation of debt that PA treats differently from federal rules | 9 | 0 | 10 | 0 |
| f | Increases in income in the year of change resulting from spread in the year of change associated with IRC Section 481(a) adjustment | 11 | 0 | 12 | 0 |
| g | Income from obligations of other states and organizations that is not exempt for PA purposes | 13 | 0 | 14 | 0 |
| h | Other income adjustments that increase PA-reportable income. Submit statement | 15 | 0 | 16 | 0 |
| **II.** | **Total** | 17 | 0 | 18 | 0 |

### Section III. Itemize income adjustments that decrease the PA reportable income (increase the loss).

| | | | | | |
|---|---|---|---|---|---|
| a | Difference in qualified gain (loss) for each business sale of property | 1 | 0 | 2 | 0 |
| b | Income from obligations of the U.S. government and other organizations that is not taxable for PA purposes | 3 | 0 | 4 | 0 |
| c | Decreases for previously reported income in prior year resulting from spread associated with IRC Section 481(a) | 5 | 0 | 6 | 0 |
| d | Other income adjustments that decrease PA-reportable income. Submit statement | 7 | 0 | 8 | 0 |
| **III.** | **Total** | 9 | 0 | 10 | 0 |

### Section IV. Adjusted PA Reportable Income. See PA-20S/PA-65 Schedule M instructions.

| | | | | |
|---|---|---|---|---|
| | 1 | 0 | 2 | -460504 |

### Section V. Itemize those expenses that PA law does not allow that the entity deducted on its federal form.

These adjustments increase PA reportable income (reduce the loss).

| | | | | | |
|---|---|---|---|---|---|
| a | Taxes paid on income. Submit REV-1190 | 1 | 0 | 2 | 0 |
| b | Differences in depreciation/amortization taken for PA and federal purposes | 3 | 0 | 4 | 0 |
| c | Key man life insurance premiums (owners as beneficiaries) | 5 | 0 | 6 | 0 |
| d | Differences in PA treatment of guaranteed payments for capital | 7 | 0 | 8 | 0 |
| e | Differences in depreciation for bonus depreciation (PA law does not allow bonus depreciation.) | 9 | 0 | 10 | 0 |
| f | Expense adjustments to qualify for the PA credits claimed in Section V of the PA-20S/PA-65 | 11 | 0 | 12 | 0 |
| g | Other expenses the entity deducted on its federal return that PA does not allow. Submit statement | 13 | 0 | 14 | 0 |
| **V.** | **Total** | 15 | 0 | 16 | 0 |

### Section VI. Itemize those expenses that PA law allows that the entity could not deduct on its federal form.

These adjustments decrease PA reportable income (increase the loss).

| | | | | | |
|---|---|---|---|---|---|
| a | Business meals and entertainment expenses that the entity could not deduct | 1 | 0 | 2 | 1284 |
| b | Sales tax on depreciable assets | 3 | 0 | 4 | 0 |
| c | Differences in depreciation/amortization taken for PA and federal purposes | 5 | 0 | 6 | 0 |
| d | IRC Section 179 expenses (the maximum for PA purposes is $25,000) | 7 | 0 | 8 | 0 |
| e | Expenses for employees, including PA S corporation shareholder-employees | 9 | 0 | 10 | 0 |
| f | Life insurance premiums (PA S corporation or partnership as beneficiary) | 11 | 0 | 12 | 0 |
| g | Expense adjustments to qualify for federal credits | 13 | 0 | 14 | 0 |
| h | Current expensing of Intangible Drilling costs - Schedule I, Line 5 | 15 | 0 | 16 | 0 |
| i | Other expenses PA allows that the entity did not deduct on the federal return. Submit statement | 17 | 0 | 18 | 0 |
| **VI.** | **Total** | 19 | 0 | 20 | 1284 |

**Section VII. Total Taxable Income (Loss).** Add Section IV, plus V, minus VI.

| | | | | |
|---|---|---|---|---|
| | 1 | 0 | 2 | -461788 |



## PA SCHEDULE A
**Interest Income**

**PA-20S/PA-65 A** (DR) 05-20 (I)
PA Department of Revenue **2020**

OFFICIAL USE ONLY

| Name as shown on **PA-20S/PA-65 Information Return** | FEIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM INC | 363531506 |

See the PA-20S/PA-65 Schedule A instructions on the department's website.

| | | | |
|---|---|---|---|
| 1 | Interest income from federal Schedule K | 1 | 9023 |
| 2 | Less business or rental interest income (working capital) - report on PA-20S/PA-65 Schedule M, Part I | 2 | 0 |
| 3 | Adjusted federal interest income - subtract Line 2 from Line 1 | 3 | 9023 |
| 4 | Federal-exempt interest income taxable for PA PIT - itemize below | 4 | 0 |
| 5 | Other interest income not included on Line 3 and Line 4 | 5 | 0 |
| 6 | Gross PA interest income - add Lines 3 through 5 | 6 | 9023 |
| 7 | PA-exempt interest income included on Line 6 - itemize below | 7 | 0 |
| 8 | **PA-taxable interest income -** subtract Line 7 from Line 6. Enter the result on the PA-20S/PA-65 Information Return, Page 1, Section III, Line 3. | 8 | 9023 |

**Federal-exempt interest income - list sources and amounts**

| | |
|---|---|
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |

**PA-exempt interest income - list sources and amounts**

| | |
|---|---|
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |

074521 10-05-20 CCH



# PA SCHEDULE H

**Apportioned Business Income (Loss)/Calculation of PA Net Business Income (Loss)**

PA-20S/PA-65 H (DR) 05-20 (I)
PA Department of Revenue

2006910026

**2020**

OFFICIAL USE ONLY

| Name as shown on **PA-20S/PA-65 Information Return** | FEIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 363531506 |

**APPORTIONED INCOME (LOSS) FROM A BUSINESS, PROFESSION, OR FARM DERIVED FROM SOURCES BOTH WITHIN AND OUTSIDE PENNSYLVANIA.**

Complete this schedule and submit it with the PA-20S/PA-65 Information Return if a PA S corporation, partnership or limited liability company filing as a partnership or PA S corporation for federal income tax purposes derives business income from sources within and outside Pennsylvania or is located in a KOZ. If one or more of the partners is a C corporation, the partnership must also complete PA-20S/PA-65 Schedule H-Corp and submit a copy to each corporate partner. **DO NOT USE THIS SCHEDULE TO APPORTION PA-SOURCE INCOME FROM OTHER ENTITIES.**

The entity must calculate a figure as required in 1C, 2C and 3C to apply to net business income (loss) to determine the amount from within Pennsylvania. Line 5 is an average of the sum of three fractions shown below.

### NET BUSINESS INCOME (LOSS) APPORTIONMENT FORMULA

Submit a statement listing all places BOTH WITHIN AND OUTSIDE PENNSYLVANIA where the entity operates its business.

| TABLE 1 - PROPERTY FACTOR — Description | Total Everywhere | Within Pennsylvania |
|---|---|---|
| Real and Tangible Property Owned (original cost value) | | |
| Land and Buildings, including property rented* | | |
| Machinery and Equipment, including property rented * | | |
| Furniture and Fixtures, including property rented * | | |
| Automobiles and Trucks, including property rented * | | |
| Inventories | | |
| Other Tangible Property, including property rented * | | |
| **Total Property** | **1 (A)** 0 | **1 (B)** 0 |

*Eight times net annual rental rate (Attach Schedule)

1C   Property factor (divide 1(B) by 1(A) - calculate to six decimal places)   ● 

| TABLE 2 - PAYROLL FACTOR — Description | Total Everywhere | Within Pennsylvania |
|---|---|---|
| Wages, salaries, commissions and other compensation | | |
| to employees in: | | |
| Cost of goods sold | | |
| Compensation of officers | | |
| Salesmen's salaries and commissions | | |
| Other | 3145135 | 71555 |
| **Total Payroll** | **2 (A)** 3145135 | **2 (B)** 71555 |

2C   Payroll factor (divide 2(B) by 2(A) - calculate to six decimal places)   ●022751

| TABLE 3 - SALES FACTOR — Description | Total Everywhere | Within Pennsylvania |
|---|---|---|
| Sales (Net of Returns and Allowances) | 10783048 | 112841 |
| Interest, Dividends, Rents, Royalties | | |
| Other Income (receipts only) | | |
| Gross Sales Price of Assets (except securities**) | | |
| **Total Sales** | **3 (A)** 10783048 | **3 (B)** 112841 |

**Unless you are a securities dealer

3C   Sales factor (divide 3(B) by 3(A) - calculate to six decimal places)   ●010465

| | | |
|---|---|---|
| 1 | Real and Tangible Property. Enter the amount from Line 1C. | 1 | ●000000 |
| 2 | Wages, Salaries, Commissions, and Other Compensation. Enter the amount from Line 2C. | 2 | ●022751 |
| 3 | Sales. Enter the amount from Line 3C. | 3 | ●010465 |
| 4 | **Total Lines 1 through 3.** | 4 | ●033216 |
| 5 | Apportionment - Divide Line 4 by 3, if all three factors apply; by 2, if only two factors apply; or by 1, if only one factor applies. Calculate to six decimal places. | 5 | ●016608 |
| 6 | **Total Net Income (Loss) from business.** Schedule M, Part II, Section VII, Line 2 | 6 | -461788 |
| 7 | Net Income (Loss) for Pennsylvania. Multiply Line 6 by Line 5. Enter on the PA-20S/PA-65 Information Return, Section II, Line 2e. | 7 | -7669 |

Special Apportionment to be completed only by railroad, truck, bus, and airline entities, pipeline or natural gas entities and water transportation entities.
(Refer to PA-20S/PA-65 Schedule H instructions)  (A) Numerator  (A) _____  = ● _____
  (B) Denominator  (B) _____

074561  11-23-20  CCH

2006910026

2006910026

- Provide the general partner, limited liability company member, S corporation officer, authorized partner or representative with a corrected copy of PA-8879-P if changes are made to the return.

**IMPORTANT:** The federal Office of Foreign Assets Control has imposed additional reporting requirements on all electronic banking transactions that directly involve a financial institution outside of the territorial jurisdiction of the U.S. These transactions are called international ACH transactions (IAT). Presently, the PA Department of Revenue does not support IAT ACH debit transactions. Taxpayers who instruct the department to process electronic banking transactions on their behalf are certifying that the transactions do not directly involve a financial institution outside of the territorial jurisdiction of the U.S. at any point in the process.

## SECTION III

### CERTIFICATION AND AUTHENTICATION

The PA Department of Revenue requires the ERO to enter its six-digit EFIN followed by its five-digit federal self-selected PIN, sign this form thereby verifying its federal self-selected PIN, participation in the Practitioner PIN Program and the financial institution for the withdrawal of funds is within the territorial jurisdiction of the U.S. and retain this form and the supporting documents for three years.

### PURPOSE OF ELECTRONIC SIGNATURE SPECIFICATIONS

The electronic signature specifications identifies the perjury, consent to disclosure and electronic funds withdrawal text selections used to develop jurat language statements for electronic filing tax preparation software where the practitioner federal self-selected PIN method is selected. The software must provide the capability to incorporate these into the appropriate text for presentation to a taxpayer for their review.

### PERJURY STATEMENT

Under penalties of perjury, I declare I am a general partner, limited liability company member, S corporation officer, authorized partner or representative of the above entity, and I have examined a copy of the entity's 2020 electronic PA S Corporation/ Partnership Information Return (PA-20S/PA-65) and/or Directory of Corporate Partners (PA-65 Corp) and accompanying schedules and statements. To the best of my knowledge and belief, all are true, correct and complete.

### CONSENT TO DISCLOSURE

I consent to allow my electronic return originator (ERO) or transmitter to send the entity's return to the Internal Revenue Service (IRS) and subsequently by the IRS to the PA Department of Revenue.

### ELECTRONIC FUNDS WITHDRAWAL CONSENT

I authorize the PA Department of Revenue and its designated financial institution to initiate an electronic funds withdrawal from the account designated in the electronic payment portion of my 2020 PA S Corporation/Partnership Information Return (PA-20S/ PA-65) - Directory of Corporate Partners (PA-65 Corp) for payment of my Pennsylvania withholding. I also authorize my financial institution to debit the entry to my account and the financial institutions involved in the processing of my electronic payment to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

I understand that the federal Office of Foreign Assets Control has imposed additional reporting requirements on all electronic banking transactions that directly involve a financial institution outside of the territorial jurisdiction of the U.S. These transactions are called international ACH transactions (IAT). I understand that presently the PA Department of Revenue does not support IAT ACH debit transactions. I certify that the transactions do not directly involve a financial institution outside of the territorial jurisdiction of the U.S. at any point in the process.

To revoke a payment, I must notify the PA Department of Revenue no later than two business days prior to the debit date. I understand that notification must be made by email to **ra-achrevok@pa.gov** or fax at 717-772-9310.

### SIGNATURE OF THE GENERAL PARTNER, LIMITED LIABILITY COMPANY MEMBER, S CORPORATION OFFICER, AUTHORIZED PARTNER OR REPRESENTATIVE

I am signing this return and Electronic Funds Withdrawal Consent, if applicable, by entering my federal self-selected PIN below.

**AUTHORIZED PIN:** 93461

**DATE:** _____

### ELECTRONIC RETURN ORIGINATOR DECLARATION

I declare that the information contained in this electronic return is the information furnished to me by the entity. If the entity furnished me a completed return, I declare the information contained in this electronic return is identical to that contained in the return provided by the entity. If the furnished return was signed by a paid preparer, I declare I have entered the paid preparer's identifying information in the appropriate portion of this electronic return. If I am the paid preparer, under the penalties of perjury, I declare I have examined this electronic return, and to the best of my knowledge and belief it is true, correct and complete.

### ELECTRONIC RETURN ORIGINATOR SIGNATURE

I am signing this return by entering my federal self-selected PIN below.

**ERO PIN:** 864825 and 08600
(EFIN)        (PIN)

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
11000321  759078  16439.0        Main Document   Page 191 of 281   TRANSPORT   16439_01

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 363531506 | 2021 | |

| Taxpayer name | AEROCARE MEDICAL TRANSPORT SYSTEM, INC | | ■ [X] Check box if the mailing address has changed. |
|---|---|---|---|
| Mailing address | 43W450 US HIGHWAY 30 | | Secretary of State (SOS) file number or Comptroller file number |
| City  SUGAR GROVE | State   IL | ZIP code plus 4  60554 | |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 43W450 US HIGHWAY 30, SUGAR GROVE, IL 60554 |
|---|---|
| Principal place of business | 43W450 US HIGHWAY 30, SUGAR GROVE, IL 60554 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!*

**This report must be signed to satisfy franchise tax requirements.**

0363531506021

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y | Term expiration | |
|---|---|---|---|---|---|---|
| JOSEPH CECE | PRESIDENT | ☐ YES | | | | |
| Mailing address  1936 E. MISSOURI AVENUE | City  PHOENIX | | | State  AZ | ZIP Code  85251 | |
| Name | Title | Director ☐ YES | | m m d d y y | Term expiration | |
| Mailing address | City | | | State | ZIP Code | |
| Name | Title | Director ☐ YES | | m m d d y y | Term expiration | |
| Mailing address | City | | | State | ZIP Code | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file (see instructions if you need to make changes) | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title  PRESIDENT | Date | Area code and phone number ( ) |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

759078S 080811

TX2021      05-169
Ver. 12.0   (Rev.9-16/8)

# Texas Franchise Tax EZ Computation Report

Annualized total revenue must be $20,000,000 or less to file this form

■ **Tcode**   13262   **ANNUAL AMENDED**

■ Taxpayer number                    ▶ Report year        Due date

363531506                            2021                 06/15/2021

| Taxpayer name | | | | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | | | | |
| Mailing address    43W450 US HIGHWAY 30 | | | | |
| City  SUGAR GROVE | State IL | Country USA | ZIP code plus 4 60554 | Check box if the address has changed  ■ X |

Check box if this is a combined report ■ ☐      Check box if Total Revenue is adjusted for ■ ☐ Tiered Partnership Election, see instructions

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution?   X Yes   ☐ No

Accounting year begin date** ■   m m d d y y   0 1 0 1 2 0       Accounting year end date ■   m m d d y y   1 2 3 1 2 0   ■       NAICS code

**REVENUE** *(Whole dollars only, items 1 -12)*

| | | | |
|---|---|---|---|
| 1. | Gross receipts or sales | 1. ■ | 8362378 .00 |
| 2. | Dividends | 2. ■ | 0 .00 |
| 3. | Interest | 3. ■ | 9023 .00 |
| 4. | Rents *(can be negative amount)* | 4. ■ | 0 .00 |
| 5. | Royalties | 5. ■ | 0 .00 |
| 6. | Gains/losses *(can be negative amount)* | 6. ■ | 520087 .00 |
| 7. | Other income *(can be negative amount)* | 7. ■ | 1072268 .00 |
| 8. | Total gross revenue *(Add items 1 thru 7)* | 8. ■ | 9963756 .00 |
| 9. | Exclusions from gross revenue *(see instructions)* | 9. ■ | 0 .00 |
| 10. | TOTAL REVENUE *(item 8 minus item 9 if less than zero, enter 0)* | 10. ■ | 9963756 .00 |
| 11. | Gross receipts in Texas | 11. ■ | 351626 .00 |
| 12. | Gross receipts everywhere | 12. ■ | 10783048 .00 |
| 13. | Apportionment factor *(Divide item 11 by item 12) (Round to 4 decimal places)* | 13. ■ | 0 .0326 |
| 14. | Apportioned revenue *(Multiply item 10 by item 13) (Dollars and cents)* | 14. ■ | 324818 .45 |
| 15. | Tax due before discount *(Multiply item 14 by 0.00331) (Dollars and cents)* | 15. ■ | 1075 .15 |
| 16. | Discount *(see instructions, applicable to report years 2008 and 2009)* | 16. ■ | 0 .00 |
| 17. | TOTAL TAX DUE *(item 15 minus item 16) (Do not include payment if this amount is less than $1,000)* | 17. ■ | 1075 .15 |

**Do not include payment if item 17 is less than $1,000** or if annualized total revenue is less than the no tax due threshold (see instructions).

If the entity makes a tiered partnership election, ANY amount in item 17 is due. Complete Form 05-170 if making a payment.

Print or type name    JOSEPH D CECE          Area code and phone number  (630) 466-0800

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶                              Date

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

** If not 12 months, see instructions for annualized revenue.

**Texas Comptroller Official Use Only**

| VE/DE | | | ☐ | | |
|---|---|---|---|---|---|
| **PM Date** | | | | | |

1019

Vermont Department of Taxes

# Form BI-471



\* 1 9 4 7 1 1 1 0 2 \*

## Vermont Business Income Tax Return
for Partnerships, Subchapter S Corporations, and LLCs

| Check Appropriate Box(es) | [X] Composite Return | [ ] Accounting Period Change | [ ] Initial Return | [ ] Public Law 86-272 Applies |
|---|---|---|---|---|
| | [X] Amended Return | [ ] Extended Return | [X] Federal Extension Requested | [ ] Final Return (Cancels Account) |

| Entity Name | FEIN | Primary 6-digit NAICS number |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, | 363531506 | 621900 |

| Address | Tax year BEGIN date (YYYYMMDD) | Tax year END date (YYYYMMDD) |
|---|---|---|
| 43W450 US HIGHWAY 30 | 20200101 | 20201231 |

Address (Line 2)

| City | State | ZIP Code | Federal tax return filed (Check one box) |
|---|---|---|---|
| SUGAR GROVE | IL | 60554 | [X] 1120S  [ ] 1065  [ ] Other |

Foreign Country (if not United States)

**A.** Were any shareholders, partners, or members nonresidents of Vermont during this tax year? .......... **A.** [X] Yes  [ ] No

**B.** Did this entity have income or losses derived from at least one state other than Vermont? .......... **B.** [X] Yes  [ ] No
If Yes, complete and attach Schedule BA-402

**C.** Net adjustment to income resulting from Vermont's disallowance of "bonus depreciation" (IRC 168(k))   [ ] Check to indicate loss   **C.** _____ .00

**D.** Total number of Shareholders, Partners, or Members   **D.** _____ 1

**E.** How many are Vermont Residents? .......... **E.** _____

**F.** How many are nonresidents? .......... **F.** _____ 1

**G.** Check box if § 5920(f), (g), or (h) applies (regarding nonresident estimated payments for affordable housing projects, federal new market tax credit projects, or publicly traded partnerships). Attach authorization or documentation .......... **G.** [ ]

## TAX COMPUTATION (see instructions):    Enter all amounts in <u>whole dollars.</u>

**Check box if exception to minimum tax applies:**   [ ] SMALL FARM § 5832(2)(A) ($75 minimum)   [ ] NO VERMONT ACTIVITY / INACTIVE ($0)   [ ] INVESTMENT CLUB § 5921 ($0)   [ ] IRC SEC. 761 ($0)

**1.** Vermont minimum entity tax ($250) or above exception (see instructions)   **1.** _____ 250 .00

**2.** For non-composite entities
  **2a.** Nonresident estimated payment requirement (Schedule BI-472, Line 19) .......... **2a.** _____ .00

  **2b.** Overpayment distributed to owners (Enter the sum of all K-1VT's Lines 5 and 6, minus Schedule BI-472, Line 19) **2b.** _____ .00

**2c.** Enter the sum of Lines 2a and 2b   **2c.** _____ .00

**3.** For composite entities, Vermont composite tax due (Schedule BI-473, Line 24)   **3.** _____ 11 .00

**4.** Vermont apportionment of entity level taxes (see instructions)   **4.** _____ .00

**5.** Use Tax for taxable items on which no sales tax was charged, including online purchases   **5.** _____ .00

**6.** Total tax due (Add Lines 1, 2c, 3, 4, and 5)   **6.** _____ 261 .00

| Entity Name | | |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, | | |
| FEIN | Fiscal Year Ending (YYYYMMDD) | |
| 363531506 | 20201231 | |



*19471202*

## PAYMENTS AND CREDITS

**Enter all amounts in <u>whole dollars.</u>**

| | | | |
|---|---|---|---|
| 7. | Prior Year Overpayment Applied | 7. | _____ .00 |
| 8. | Payments with Extension | 8. | _____ .00 |
| 9. | Real estate withholding paid for this entity with Form RW-171, REW Schedule A | 9. | _____ .00 |
| 10. | Real estate withholding distributed to this entity by a different company through a Schedule K-1VT | 10. | _____ .00 |
| 11. | Nonresident estimated payments paid by this entity with Form WH-435 | 11. | _____ .00 |
| 12. | Nonresident estimated payments distributed to this entity by a different company through a Schedule K-1VT | 12. | _____ .00 |
| 13. | Total payments (Add Lines 7 through 12) | 13. | _____ .00 |

## RECONCILIATION

| | | | |
|---|---|---|---|
| 14. | Balance Due: If Line 6 is greater than Line 13, enter the difference | 14. | 261 .00 |
| 15. | Payment attached to this return | 15. | 261 .00 |
| 16. | Overpayment: If Line 6 is less than the sum of Lines 13 and 15, enter the difference | 16. | _____ .00 |
| 17. | Overpayment to be credited to the next tax year | 17. | _____ .00 |
| 18. | Overpayment to be refunded | 18. | _____ .00 |

## SIGNATURE

I hereby certify that I am an officer or authorized agent responsible for the taxpayer's compliance with the requirements of Title 32 of the Vermont Statutes and that this return is true, correct, and complete to the best of my knowledge. If prepared by a person other than the taxpayer, this declaration further provides that under 32 V.S.A. § 5901, this information has not been and will not be used for any other purpose, or made available to any other person, other than for the preparation of this return unless a separate valid consent form is signed by the taxpayer and retained by the preparer.

| Signature of Responsible Officer | | Date (MMDDYYYY) | Daytime Telephone Number |
|---|---|---|---|
| | | | ████████ |
| Printed Name | | Email Address (optional) JDC@AEROCARE.COM | |

[X] Check if the Department of Taxes may discuss this return with the preparer shown.

| Paid Preparer's Signature LYUDMILA EISENMAN, CP | | Date (MMDDYYYY) 03212022 | Preparer's Telephone Number 520-321-4600 |
|---|---|---|---|
| Preparer's Printed Name | Email Address (optional) | | |
| Firm's Name (or yours if self-employed) BEACHFLEISCHMAN PLLC | | EIN 860683059 | Preparer's SSN or PTIN P01272545 |
| Firm's Address (or yours if self-employed) (Street, City, State, ZIP Code) 1985 E. RIVER ROAD,          TUCSON, AZ 85718 | | | [ ] Check if self-employed |

**Send return and check to:** Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401

| For Department Use Only | |
|---|---|
| Ck. Amt. | Init. |

1019   082561
10-20-20

Page 2 of 2

Form BI-471
Rev. 10/19

# Schedule BI-473

### Vermont Composite



**PRINT in BLUE or BLACK INK**

**Attach to Form BI-471**

| Entity Name (same as on Form BI-471) | Fiscal Year Ending (YYYYMMDD) | FEIN |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, I | 20201231 | 363531506 |

**Place an "X" in the box left of the line number to indicate a loss amount.**

**Enter all amounts in whole dollars.**

| | | |
|---|---|---|
| 1. | Ordinary Business Income (federal Form 1120S, Line 21 or federal Form 1065, Line 22) .................. Check to indicate loss | **1.** 59583 .00 |
| 2. | Net Rental Real Estate Income (federal Form 1120S, Schedule K, Line 2, or federal Form 1065, Schedule K, Line 2) Check to indicate loss | **2.** .00 |
| 3. | Other Net Rental Income (federal Form 1120S, Schedule K, Line 3c, or federal Form 1065, Schedule K, Line 3c) .............. Check to indicate loss | **3.** .00 |
| 4. | Guaranteed Payments (Partnership only - federal Form 1065, Schedule K, Line 4) .................. | **4.** .00 |
| 5. | Net short term and long term capital gains or losses. (federal Form 1120S, Schedule K, Lines 7 and 8a, or federal Form 1065, Schedule K, Lines 8 and 9a.) ................. Check to indicate loss | **5.** .00 |
| 6. | Net section 1231 gain or loss. (federal Form 1120S, Schedule K, Line 9, or Federal 1065, Schedule K Line 10) ...... Check to indicate loss | **6.** .00 |
| 7. | Other income or loss. (federal Form 1120S, Schedule K, Line 10, or federal Form 1065, Schedule K, Line 11.) Check to indicate loss | **7.** .00 |
| 8. | Section 179 Deduction (federal Form 1120S, Schedule K, Line 11 or federal Form 1065, Schedule K, Line 12) .................. | **8.** .00 |
| 9. | Deduction for Charitable Contributions (federal Form 1120S, Schedule K, Line 12a, or federal Form 1065, Schedule K, Line 13a) .......... | **9.** .00 |
| 10. | Apportionable income (Add Lines 1 through 7. Then subtract Lines 8 and 9) .................. Check to indicate loss | **10.** 59583 .00 |
| 11. | Apportionment percentage (From BA-402, or 100%) .................. | **11.** .238151 % |
| 12. | Business Income Apportioned to Vermont (Multiply Line 10 by Line 11) Check to indicate loss | **12.** 142 .00 |
| 13. | Income directly allocable to Vermont generated by this entity (Capital gain on real estate and physical assets located in Vermont, royalties on property located in Vermont, etc.) Check to indicate loss | **13.** .00 |
| 14. | Vermont business income distributed to this entity by a different entity via Schedule K-1VT Check to indicate loss | **14.** .00 |
| 15. | Vermont sourced capital gain distributed to this entity via Schedule K-1VT Check to indicate loss | **15.** .00 |
| 16. | Other Vermont sourced income distributed to this entity by a different entity via Schedule K-1VT Check to indicate loss | **16.** .00 |
| 17. | Total Vermont Net Income (Add Lines 12 through 16) .................. Check to indicate loss | **17.** 142 .00 |

| Entity Name | |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, I | |
| FEIN | Fiscal Year Ending (YYYYMMDD) |
| 363531506 | 20201231 |



*194731202*

Amount from Line 17 .................................................................................... _____ 142.

**Place an "X" in the box left of the line number to indicate a loss amount.**

**Enter all amounts in whole dollars.**

**18.** Percentage of income from Line 17 passed through to nonresidents ................ **18.** 100.000000 **%**

**19.** Total nonresident income (Multiply Line 17 by Line 18) ................ ☐ ◀ Check to indicate loss **19.** 142 **.00**

**20.** Vermont net operating loss deduction applied (attach Vermont NOL statement in PDF format) ........... **20.** **.00**

**21.** Vermont taxable composite income (Subtract Line 20 from Line 19) ................ ☐ ◀ Check to indicate loss **21.** 142 **.00**

**22.** Composite Tax (Multiply Line 21 by 7.6%. If negative, enter -0-) ................ **22.** 11 **.00**

**23.** Tax credits available for composite shareholders/partners/members (attach BA-404 and BA-406) ......... **23.** **.00**

**NOTE:** Line 23 Tax Credits may not reduce your tax liability to less than the minimum tax. Review program guidelines to determine if there are other limitations regarding usage of tax credits.

**24.** Vermont Composite Tax due (Subtract Line 23 from Line 22) ................ **24.** 11 **.00**

Case 2:23-bk-02376-EPB    Doc 1    Filed 04/13/23    Entered 04/13/23 16:03:42    Desc
Main Document        Page 197 of 281



Vermont Department of Taxes

# Schedule BA-402

## Vermont Apportionment & Allocation


*194021102*

| For Unitary filers, complete a separate Schedule BA-402 for each taxable affiliate | Attach to Form CO-411 or Form BI-471 |
| --- | --- |

| Entity Name (same as on Form CO-411 or Form BI-471) | Fiscal Year Ending (YYYYMMDD) | FEIN |
| --- | --- | --- |
| AEROCARE MEDICAL TRANSPORT SYSTEM, | 20201231 | 363531506 |
| FOR UNITARY GROUPS ONLY - Name of Affiliate | | Affiliate's FEIN |

## PART 1  Directly Allocated Non-Business Income, Other Non-Apportionable Income and Foreign Dividends

Place an "x" in the box left of the line number to indicate a loss amount.

Enter all amounts in **WHOLE DOLLARS.**

|  | Everywhere | Vermont |
| --- | --- | --- |
| **1a-b.** Non-Business Income or Other Non-Apportionable Income | Check to indicate loss  1a. _____ .00 | Check to indicate loss  1b. _____ .00 |
| **1c-d.** Foreign Dividends | Check to indicate loss  1c. _____ .00 | Check to indicate loss  1d. _____ .00 |

## PART 2  Sales and Receipts Factor
### Section A  Sales and Receipts Factor

|  | Everywhere | Vermont |
| --- | --- | --- |
| **2.** Sales or gross receipts | 2. _____ 10783048 .00 |  |
| **3.** Services received in or delivered to Vermont |  | 3. _____ .00 |
| **4.** Sales delivered or shipped to purchasers in Vermont from outside Vermont |  | 4. _____ .00 |
| **5.** Sales delivered or shipped to purchasers in Vermont from within Vermont |  | 5. _____ 38520 .00 |
| **6.** Sales shipped from Vermont to the U.S. Government |  | 6. _____ .00 |
| **7.** Sales shipped from Vermont to purchasers in a state where the entity is not taxable |  | 7. _____ .00 |
| **8.** Business interest and dividends | 8a. _____ .00 | 8b. _____ .00 |
| **9.** Royalties | 9a. _____ .00 | 9b. _____ .00 |
| **10.** Gross rents | 10a. _____ .00 | 10b. _____ .00 |
| **11.** Other business income (attach detailed supporting statement) | 11a. _____ .00 | 11b. _____ .00 |
| **12.** TOTAL INCOME, SALES, AND GROSS RECEIPTS (Add Lines 2-11) | 12a. _____ 10783048 .00 | 12b. _____ 38520 .00 |

**12c.** Vermont Sales and Receipts factor as percent of Everywhere.
(Divide Line 12b by Line 12a).
Calculate percentage to six places to the right of the decimal point .......... 12c. _____ .357227 %

Entity Name (same as on Form CO-411 or Form BI-471)
AEROCARE MEDICAL TRANSPORT SYSTEM, I

FEIN
363531506

Fiscal Year Ending (YYYYMMDD)
20201231


*194021202*

## Section B   Salaries and Wages Factor

| | | | Everywhere | | Vermont | |
|---|---|---|---|---|---|---|
| **13.** | TOTAL SALARIES AND WAGES | **13a.** | 3145135 .00 | **13b.** | | .00 |
| | **13c.** Vermont as percent of Everywhere (Divide Line 13b by Line 13a). Calculate percentage to six places to the right of the decimal point | | | **13c.** | | % |

## Section C   Property Factor (Average value during year)

| | | | Everywhere | | Vermont | |
|---|---|---|---|---|---|---|
| **14.** | Inventories | **14a.** | .00 | **14b.** | | .00 |
| **15.** | Buildings and other depreciable assets (original cost) | **15a.** | .00 | **15b.** | | .00 |
| **16.** | Depletable assets (original cost) | **16a.** | .00 | **16b.** | | .00 |
| **17.** | Land | **17a.** | .00 | **17b.** | | .00 |
| **18.** | Other assets (Attach schedule) | **18a.** | .00 | **18b.** | | .00 |
| **19.** | Rented real and personal property (Multiply annual rent by 8) | **19a.** | .00 | **19b.** | | .00 |
| **20.** | TOTAL PROPERTY (Add Lines 14 through 19) | **20a.** | .00 | **20b.** | | .00 |
| | **20c.** Vermont as percent of Everywhere (Divide Line 20b by Line 20a) Calculate percentage to six places to the right of the decimal point | | | **20c.** | | % |

## Section D   Vermont Apportionment Factors

| | | | |
|---|---|---|---|
| **21.** | VERMONT COMBINED FACTORS (Sales and Receipts, Double-weighted) (Add Line 12c twice, and Lines 13c and 20c above). Calculate percentage to six places to the right of the decimal point | **21.** | .714454 % |
| **22.** | VERMONT APPORTIONMENT FACTOR (Divide Line 21 by 4 or as indicated below). Calculate percentage to six places to the right of the decimal point | **22.** | .238151 % |

Express as a decimal to six places. If there are fewer than three factors with
an "Everywhere" denominator, then divide Line 21 as follows:

- Sales/Receipts and Salaries and Wages - divide by 3
- Sales/Receipts and Property - divide by 3
- Salaries and Wages and Property - divide by 2
- Sales/Receipts only - divide by 2
- Salaries and Wages only - divide by 1
- Property only - divide by 1

(Transcribe to Form CO-411, Line 6; or Schedule CO-421, Line 1;
or Schedule BI-472, Line 10; or Schedule BI-473, Line 11.)

| AMENDED RETURN INFORMATION | STATEMENT | 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ORIGINAL BALANCE DUE | 0 |
| AMENDED BALANCE DUE | 261 |
| BALANCE DUE | 261 |

| VT | FOOTNOTES | STATEMENT | 2 |
|---|---|---|---|

THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH
WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

Vermont Department of Taxes

# Schedule K-1VT

**Vermont Shareholder, Partner, or Member Information**

**\* AMENDED**


\* 1 9 K 1 V 1 1 0 2 \*

**This schedule is REQUIRED.**
**Attach to Form BI-471**

| Entity Name (same as on Form BI-471) | Fiscal Year Ending (YYYYMMDD) | FEIN |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTE | 20201231 | 363531506 |

## HEADER INFORMATION - REQUIRED ENTRIES

**OR** Entity Name (Shareholder, Partner, or Member)

**OR** FEIN

| Individual Last Name (Shareholder, Partner, or Member) | First Name | Initial |
|---|---|---|
| CECE | JOSEPH | D |

Social Security Number ▮▮▮▮▮▮▮

Address
1936 E. MISSOURI AVENUE

Recipient Type
(I, C, S, L, P, X, or T) **I**

Address, Line 2 (if needed)

Residency Status

| City | State | ZIP Code |
|---|---|---|
| PHOENIX | AZ | 85016 |

☐ Vermont Resident

☒ Nonresident

Foreign Country (if not United States)

Percentage of Entity's income or loss to this recipient.
Calculate percentage to six places to the right of the decimal point ............... **100.000000** %

Did this entity pay tax on this income as part of a composite return ............... ☒ Yes  ☐ No

**Place an "X" in the box left of the line number to indicate a loss amount**   **Enter all amounts in underline{whole dollars}.**

1. Vermont Business Income  ☐ Check to indicate loss  1. _____ **142** .00

2. Capital gains allocated to Vermont  ☐ Check to indicate loss  2. _____ .00

3. Other income allocated to Vermont  ☐ Check to indicate loss  3. _____ .00

4. Exempt Income - Vermont income not characterized as Unrelated Business Income (UBI) for Federal purposes (tax-exempt entities only)  4. _____ .00

5. Total annual nonresident estimated payments allocated to this shareholder  5. _____ .00

6. Total annual real estate withholding payments allocated to this shareholder  6. _____ .00

7. Share of total federal bonus depreciation difference (Enter on Schedule IN-112, Line 4 or Line 8)  ☐ Check to indicate loss  7. _____ .00

Vermont Department of Taxes

# Schedule K-1VT

**\* AMENDED**



**Vermont Shareholder, Partner, or
Member Information**

**This schedule is REQUIRED.
Attach to Form BI-471**

| Entity Name (same as on Form BI-471) | Fiscal Year Ending (YYYYMMDD) | FEIN |
|---|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTE | 20201231 | 363531506 |

## HEADER INFORMATION - REQUIRED ENTRIES

| | | |
|---|---|---|
| **OR** Entity Name (Shareholder, Partner, or Member)<br>AEROCARE MEDICAL TRANSPORT SYSTEM, I | **OR** | FEIN<br>363531506 |
| Individual Last Name (Shareholder, Partner, or Member) | First Name | Initial | Social Security Number |

| | |
|---|---|
| Address<br>43W450 US HIGHWAY 30 | Recipient Type<br>(I, C, S, L, P, X, or T)   S |
| Address, Line 2 (if needed) | Residency Status |

| City<br>SUGAR GROVE | State<br>IL | ZIP Code<br>60554 | |
|---|---|---|---|
| Foreign Country (if not United States) | | | ☐ Vermont Resident<br>☒ Nonresident |

Percentage of Entity's income or loss to this recipient.
Calculate percentage to six places to the right of the decimal point .......................... 100.000000 %

Did this entity pay tax on this income as part of a composite return .......................... ☒ Yes   ☐ No

**Place an "X" in the box left of the line number to indicate a loss amount**    **Enter all amounts in <u>whole dollars</u>.**

1. Vermont Business Income ............................................. ☐ Check to indicate loss   1. _____142_ .00

2. Capital gains allocated to Vermont ............................... ☐ Check to indicate loss   2. _____ .00

3. Other income allocated to Vermont ............................... ☐ Check to indicate loss   3. _____ .00

4. Exempt Income - Vermont income not characterized as Unrelated
   Business Income (UBI) for Federal purposes (tax-exempt entities only) .......... 4. _____ .00

5. Total annual nonresident estimated payments allocated to this shareholder ....... 5. _____ .00

6. Total annual real estate withholding payments allocated to this shareholder ....... 6. _____ .00

7. Share of total federal bonus depreciation difference
   (Enter on Schedule IN-112, Line 4 or Line 8) ..... ☐ Check to indicate loss   7. _____ .00

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 202 of 281

Form **5S** **Wisconsin Tax-Option (S) Corporation Franchise or Income Tax Return**

**2020**

For calendar year 2020 or tax year beginning ___ MM DD YYYY ___ and ending ___ MM DD YYYY ___

**This form must be filed ELECTRONICALLY.**  **Due Date:** 15th day of 3rd month following close of taxable year.

| Corporation Name | FEIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36 3531506 |

| Number and Street | Suite Number |
|---|---|
| 43W450 US HIGHWAY 30 | |

| City | State | ZIP (+ 4 digit suffix if known) | Business Activity (NAICS) Code |
|---|---|---|---|
| SUGAR GROVE | IL | 60554 | 621900 |

| Number of Shareholders | Number of Nonresident Shareholders | State of Incorporation and | Year |
|---|---|---|---|
| 1 | 1 | IL | 1987 |

**A** Check ✔ if applicable and attach explanation:

1  X  Amended return (Include Schedule AR)
2  ___  First return - new corporation or entering Wisconsin
3  ___  Final return - corporation dissolved or withdrew
4  ___  Short period - change in accounting method
5  ___  Short period - stock purchase or sale

6  ___  Short period - termination of S corporation election
7  ___  Electing to pay tax at the entity level pursuant s. 71.365(4m)(a)
8  ___  A lower-tier entity made an election pursuant to s.71.21(6)(a)

Check ✔ if applicable and see instructions:

**B**  ___  If you have an extension of time to file, enter the extended due date ___ MM DD YYYY ___

**C**  ___  If no business was transacted in Wisconsin during the taxable year, attach a complete copy of your federal return.

**D**  ___  If you are filing a Form 1CNS on behalf of nonresident shareholders.

**E**  Effective date of Wisconsin tax-option corporation election  01 01 2009  MM DD YYYY

**F**  ___  If you have related entity expenses and are required to file Schedule RT with this return.

**G 1**  Wisconsin Property  ...... **G1** ___  **H1**  Wisconsin Payroll  ...... **H1** ___

**2**  Total Company Property  ..... **G2** ___  **2**  Total Company Payroll  **H2** ___

**I**  ___  Internal Revenue Service adjustments became final during the year. Enter years adjusted ........ **I** ___

| | | |
|---|---|---|
| 1 | Federal, state, and municipal government interest *(see instructions)* ..... | 1 ___ |
| 2 | Wisconsin apportionment percentage. **This is a required field.** | |
| | Enter the apportionment schedule used: A  01 | 2  1.5261 % |
| | If 100% apportionment, check (✔) the space after the arrow ...... ▶ ___ | |
| | If using separate accounting, check (✔) the space after the arrow ...... ▶ ___ | |
| 3 | Multiply line 1 by line 2 ..... | 3 ___ |
| 4 | Enter 7.9% (0.079) of the amount on line 3. This is gross tax ..... | 4 ___ |
| 5 | Manufacturer's sales tax credit (from Sch. MS, line 3) ..... | 5 ___ |
| 6 | Subtract line 5 from line 4. If line 5 is more than line 4, enter zero (0) ..... | 6 ___ |
| 7 | Additional tax on tax-option (S) corporations (page 2, Schedule Q plus Schedule 5S-ET) ..... | 7 ___ |
| 8 | Economic development surcharge (from page 2, Schedule S, line 6) ..... | 8  25 |
| 9 | Endangered resources donation (decreases refund or increases amount owed) ..... | 9 ___ |
| 10 | Veterans trust fund donation (decreases refund or increases amount owed) ..... | 10 ___ |
| 11 | Add lines 6 through 10 ..... | 11  25 |
| 12 | Estimated tax payments less refund from Form 4466W ..... | 12 ___ |
| 13 | Wisconsin tax withheld *(see instructions)* ..... | 13 ___ |
| 14 | Amended Return Only - amount previously paid ..... | 14 ___ |
| 15 | Add lines 12 through 14 ..... | 15 ___ |
| 16 | Amended Return Only - amount previously refunded ..... | 16 ___ |
| 17 | Subtract line 16 from 15 ..... | 17 ___ |
| 18 | Interest, penalty, and late fee due (from Form U, line 17 or 26). If you annualized check (✔) the box ▶ | 18 ___ |

IC-049 (R. 8-20)

| | | | |
|---|---|---|---|
| **19** | **Amount due.** If the total of lines 11 and 18 is larger than line 17, enter amount owed | **19** | 25 |
| **20** | **Overpayment.** If line 17 is larger than the total of lines 11 and 18, enter amount overpaid | **20** | |
| **21** | Enter amount of line 20 you want credited to 2021 estimated tax | **21** | |
| **22** | Subtract line 21 from line 20. **This is your refund** | **22** | |
| **23** | Enter total company gross receipts from all activities *(see instructions)* | **23** | 10050997 |
| **24** | Enter total company assets from federal Form 1120S, item F | **24** | 4966567 |
| **25** | If the tax-option corporation paid withholding tax on income distributable to nonresident shareholders, enter total amount paid for all shareholders for the taxable year | **25** | |

**Schedule Q - Additional Tax on Certain Built-In Gains**

| | | | |
|---|---|---|---|
| **1** | Excess of recognized built-in gains over recognized built-in losses *(attach schedule)* | **1** | |
| **2** | Wisconsin taxable income before apportionment *(attach computation schedule)* | **2** | |
| **3** | Enter the smaller of line 1 or line 2. This is the net recognized built-in gain *(see instructions)* | **3** | |
| **4** | Wisconsin apportionment percentage. **This is a required field.** Enter the apportionment schedule used: A 0 1 | **4** | 1.5261 % |
| **5** | Multiply line 3 by line 4 *(see instructions)* | **5** | |
| **6** | Wisconsin net business loss carryforward *(attach schedule)* | **6** | |
| **7** | Subtract line 6 from line 5 | **7** | |
| **8** | Enter 7.9% (0.079) of the amount on line 7. Enter on Form 5S, page 1, line 7 | **8** | |

**Schedule S - Economic Development Surcharge**

| | | | |
|---|---|---|---|
| **1** | Enter net income (loss) *(see instructions)* | **1** | 70101 |
| **2** | Wisconsin apportionment percentage. **This is a required field.** Enter the apportionment schedule used: A 0 1 | **2** | 1.5261 % |
| **3** | Multiply line 1 by line 2 *(see instructions)* | **3** | 1070 |
| **4** | Nonapportionable and separately apportioned income | **4** | |
| **5** | Add lines 3 and 4 | **5** | 1070 |
| **6** | Enter the greater of $25 or 0.2% (0.002) of the amount on line 5, but not more than $9,800. This is the economic development surcharge to enter on Form 5S, page 1, line 8 | **6** | 25 |

**Additional Information Required**

**1** Person to contact concerning this return: _____ Phone # _____

**2** City and state where books and records are located for audit purposes: _____

**3** Are you the sole owner of any QSubs or LLCs?___ Yes  X  No    Attach a list of the names and federal EINs of your solely owned QSubs and LLCs and enclose Schedule DE. Did you include the incomes of these entities in this return? ___ Yes  X  No

**4** Did you purchase any taxable tangible personal property or taxable services for storage, use, or consumption in Wisconsin without payment of a state sales or use tax? ___ Yes  X  No    If yes, you owe Wisconsin use tax. See instructions.

**5** List the locations of your Wisconsin operations:

**6** Did you file federal Form 8886 - Reportable Transaction Disclosure Statement with the Internal Revenue Service? ___ Yes  X  No    If yes, enclose federal Form 8886 with your Wisconsin return.

| **Third** **Party** **Designee** | Do you want to allow another person to discuss this return with the department?  X  Yes    Complete the following. ___ No |
|---|---|
| | Print Designee's Name ▶ LYUDMILA EISENMAN, CPA    Phone Number ▼ |
| | Personal Identification Number (PIN) ▶00232    520 321 4600 |

*Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.*

| Signature of Officer ▶ | Title PRESIDENT | Date |
|---|---|---|
| Preparer's Signature ▶LYUDMILA EISENMAN, CPA | Preparer's Federal Employer ID Number P01272545 | Date 03 21 2022 |

**You must file a copy of your federal Form 1120S with Form 5S, even if no Wisconsin activity.**

087582 11-11-20   CCH

## Schedule 5K - Shareholder's Pro Rata Share Items

| | (a) Pro rata share items | | (b) Federal amount | (c) Adjustment | | (d) Amount under Wis. law |
|---|---|---|---|---|---|---|
| | STMT 2 | | | | | |
| **1** | Ordinary business income (loss) | **1** | 59583 | 1495 | **1** | 61078 |
| **2** | Net rental real estate income (loss) *(attach Form 8825)* | **2** | | | **2** | |
| **3** | Other net rental income (loss) *(attach schedule)* | **3** | | | **3** | |
| **4** | Interest income | **4** | 9023 | | **4** | 9023 |
| **5** | Ordinary dividends | **5** | | | **5** | |
| **6** | Royalties | **6** | | | **6** | |
| **7** | Net short-term capital gain (loss) | **7** | | | **7** | |
| **8** | Net long-term capital gain (loss) | **8** | | | **8** | |
| **9** | Net section 1231 gain (loss) *(attach Form 4797)* | **9** | | | **9** | |
| **10** | Other income (loss) *(attach schedule)* | **10** | | | **10** | |

**Income (Loss)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **11** | Section 179 deduction *(attach Form 4562)* | **11** | | | **11** | |
| **12 a** | Contributions | **12a** | | | **12a** | |
| **b** | Investment interest expense | **12b** | | | **12b** | |
| **c** | Section 59(e)(2) expenditures | | | | | |
| | **(1)** Type | | | | | |
| | **(2)** Amount | **12c** | | | **12c** | |
| **d** | Other deductions *(attach schedule)* | **12d** | | | **12d** | |

**Deductions**

| | | | | | |
|---|---|---|---|---|---|
| **13** | Wisconsin credits | | | | |
| **a** | Schedule _____ | | | **13a** | |
| **b** | Schedule _____ | | | **13b** | |
| **c** | Schedule _____ | | | **13c** | |
| **d** | Schedule _____ | | | **13d** | |
| **e** | Schedule _____ | | | **13e** | |
| **f** | Schedule _____ | | | **13f** | |
| **g** | Schedule _____ | | | **13g** | |
| **h** | Schedule _____ | | | **13h** | |
| **i** | Tax paid to other states (enter postal abbreviation of state) | **13i-1** _____ | | **13i-1** | |
| | | **13i-2** _____ | | **13i-2** | |
| | | **13i-3** _____ | | **13i-3** | |
| **j** | Wisconsin tax withheld (do **not** include tax properly claimed on page 1, line 13) | | | **13j** | |

**Credits**

087583  11-11-20   CCH

| (a) Pro rata share items | (b) Federal amount | (c) Adjustment | (d) Amount under Wis. law |
|---|---|---|---|

**Foreign Transactions**

**14a** Name of country or U.S. possession .................................... **14a** _____

**b** Gross income from all sources ....... **14b** _____ **14b** _____

**c** Gross income sourced at shareholder level ..................... **14c** _____ **14c** _____

*Foreign gross income sourced at corporate level:*

**d** Passive category ......................... **14d** _____ **14d** _____

**e** General category ........................ **14e** _____ **14e** _____

**f** Other *(attach statement)* ............ **14f** _____ **14f** _____

*Deductions allocated and apportioned at shareholder level:*

**g** Interest expense ........................ **14g** _____ **14g** _____

**h** Other ........................................ **14h** _____ **14h** _____

*Deductions allocated and apportioned at corporate level to foreign source income:*

**i** Passive category ......................... **14i** _____ **14i** _____

**j** General category ........................ **14j** _____ **14j** _____

**k** Other *(attach statement)* ............ **14k** _____ **14k** _____

**l** Total foreign taxes (check one): ____ Paid ____ Accrued **14l** _____ **14l** _____

**m** Reduction in taxes available for credit *(attach statement)* ..... **14m** _____ **14m** _____

**n** Other foreign tax information *(attach statement)* ................... **14n** _____ **14n** _____

**Alternative Minimum Tax (AMT) Items**

**15a** Post-1986 depreciation adjustment .................................. **15a** _____ 14

**b** Adjusted gain or loss ................. **15b** _____

**c** Depletion (other than oil and gas) .. **15c** _____

**d** Oil, gas, and geothermal properties - gross income ........... **15d** _____

**e** Oil, gas, and geothermal properties - deductions ............. **15e** _____

**f** Other AMT items *(attach schedule)* ......................... **15f** _____

| (a) Pro rata share items | (b) Federal amount | (c) Adjustment | (d) Amount under Wis. law |
|---|---|---|---|

**Other**

| | | | | |
|---|---|---|---|---|
| **16 a** | Tax-exempt interest income | 16a | | 16a |
| **b** | Other tax-exempt income | 16b 10000 | | 16b 10000 |
| **c** | Nondeductible expenses | 16c 1284 | 1495 | 16c 2779 |
| **d** | Property distributions | 16d | | 16d |
| **e** | Repayment of loans from shareholders | 16e | | 16e |
| **17 a** | Investment income | 17a 9023 | | 17a 9023 |
| **b** | Investment expenses | 17b | | 17b |
| **c** | Dividend distributions paid from accumulated earning and profits | 17c | | 17c |
| **d** | Other items and amounts *(attach schedule)* | 17d | | 17d |
| **18 a** | Related entity expense addback | 18a | | 18a |
| **b** | Related entity expense allowable | 18b | | 18b |
| **19** | **Income (loss)** *(see instructions)* | 19 68606 | | 19 70101 |
| **20** | Gross income (before deducting expenses) from all activities | | | 20 10050997 |

## Schedule 5M - Analysis of Wisconsin Accumulated Adjustments Account and Other Adjustments Account

| | | (a) Accumulated Adjustments Account | (b) Other Adjustments Account |
|---|---|---|---|
| 1 | Balance at beginning of taxable year | 127634 | |
| 2 | Ordinary income from Schedule 5K, line 1, column d | 61078 | |
| 3 | Other additions (including separately stated items which increase income) *(attach schedule)* STMT 3 | 859573 | |
| 4 | Loss from Schedule 5K, line 1, column d (enter as positive) | | |
| 5 | Other reductions (including separately stated items) (enter as positive) *(attach schedule)* STMT 4   STMT 5 | 2779 | 850550 |
| 6 | Combine lines 1 through 3, and subtract lines 4 and 5 from the total | 1045506 | -850550 |
| 7 | Distributions other than dividend distributions | | |
| 8 | Subtract line 7 from line 6. This is balance at end of taxable year | 1045506 | -850550 |

STMT 6   STMT 7

## Schedule 5K - Shareholder's Pro Rata Share of Additions and Subtractions

**Additions:**

| | | | |
|---|---|---|---:|
| 1 | State taxes accrued or paid | 1 | 1495 |
| 2 | Related entity expenses (from Schedule RT, Part I) | 2 | |
| 3 | Expenses related to nontaxable income | 3 | |
| 4 | Section 179, depreciation, amortization difference *(attach schedule)* | 4 | |
| 5 | Amount by which the federal basis of assets disposed of exceeds the Wisconsin basis *(attach schedule)* | 5 | |
| 6 | Total additions for certain credits computed: | | |

| | | | |
|---|---|---|---:|
| a | Business development credit | 6a | |
| b | Community rehabilitation program credit | 6b | |
| c | Development zones credits | 6c | |
| d | Economic development tax credit | 6d | |
| e | Electronics and information technology manufacturing zone credit | 6e | |
| f | Employee college savings account contribution credit | 6f | |
| g | Enterprise zone jobs credit | 6g | |
| h | Jobs tax credit | 6h | |
| i | Manufacturing and agriculture credit (computed in 2019) | 6i | |
| j | Manufacturing investment credit | 6j | |
| k | Research credits | 6k | |
| l | Total credits (add lines 6a through 6k) | 6l | |

| | | | |
|---|---|---|---:|
| 7 | IRC provisions not adopted for Wisconsin purposes | 7 | |
| 8 | Adjustment for built-in gains tax | 8 | |
| 9 | Additions for federal capital gains and excess net passive income taxes | 9 | |
| 10 | Other additions: | | |

| | | | |
|---|---|---|---:|
| a | | 10a | |
| b | | 10b | |
| c | | 10c | |
| d | Total other additions (add lines 10a through 10c) | 10d | |

| | | | |
|---|---|---|---:|
| **11** | **Total additions (add lines 1 through 5 and 6l through 9, and 10d)** | **11** | **1495** |

**Subtractions:**

| | | | |
|---|---|---|---:|
| 12 | Related entity expenses eligible for subtraction (from Schedule RT, Part II) | 12 | |
| 13 | Income from related entities whose expenses were disallowed (obtain Schedule RT-1 from related entity and submit with your return) | 13 | |
| 14 | Section 179, depreciation/amortization of assets *(attach schedule)* | 14 | |
| 15 | Amount by which the Wisconsin basis of assets disposed of exceeds the federal basis *(attach schedule)* | 15 | |
| 16 | IRC provisions not adopted for Wisconsin purposes | 16 | |
| 17 | Adjustment for built-in gains tax | 17 | |
| 18 | Federal wage credits | 18 | |
| 19 | Federal research credit expenses | 19 | |
| 20 | Other subtractions: | | |

| | | | |
|---|---|---|---:|
| a | | 20a | |
| b | | 20b | |
| c | | 20c | |
| d | Total other subtractions (add lines 20a through 20c) | 20d | |
| **21** | **Total subtractions (add lines 12 through 19 and 20d)** | **21** | |

| | | | |
|---|---|---|---:|
| **22** | **Total adjustment (subtract line 21 from line 11)** | **22** | **1495** |

087586   11-11-20   CCH

Schedule

**A-01**

Wisconsin Department of Revenue

# Wisconsin Single Sales Factor Apportionment
## Data for Nonspecialized Industries

File with Wisconsin Form 1NPR, 2, 3, 4, 4T, 5S, or 6
*Read instructions before filling in this schedule*

**2020**

| Name | Identifying Number |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, INC | 36 3531506 |

Round Amount to Nearest Dollar

|  |  | **Wisconsin** | **Total Company** |
|---|---|---|---|
| **1** Sales of tangible personal property delivered or shipped to Wisconsin purchasers: | | | |
| **a** Shipped from outside Wisconsin | 1a | . | |
| **b** Shipped from within Wisconsin | 1b | 164561. | |
| **2** Sales of tangible personal property shipped from Wisconsin to: | | | |
| **a** The federal government within Wisconsin | 2a | . | |
| **b** The federal government in a state where the taxpayer would not be taxable under P.L. 86-272 | 2b | . | |
| **c** Purchasers in a state where the taxpayer would not be taxable under P.L. 86-272 | 2c | . | |
| **3** Double throwback sales | 3 | . | |
| **4** Total sales of tangible personal property (for Wisconsin column, add lines 1a through 3) | 4 | 164561. | 4    10783048. |
| **5** Gross receipts from the use of computer software if the purchaser or licensee used the software in Wisconsin | 5 | . | |
| **6** Total gross receipts from the use of computer software | | | 6    . |
| **7** Gross receipts from services provided to a purchaser who received the benefit of the service in Wisconsin | 7 | . | |
| **8** Total gross receipts from services | | | 8    . |
| **9** Other apportionable gross receipts: | | | |
| **a** Sales, leases, rentals or licensing of real property | 9a | . | 9a    . |
| **b** Sales of intangible property | 9b | . | 9b    . |
| **c** Royalties, licensing, or allowing the use of intangible property | 9c | . | 9c    . |
| **d** Other apportionable gross receipts not identified above | 9d | . | 9d    . |
| **e** Total (for both columns add lines 9a through 9d) | 9e | . | 9e    . |
| **10** For Wisconsin column, add lines 4, 5, 7, and 9e. For Total Company column, add lines 4, 6, 8, and 9e | 10 | 164561. | 10    10783048. |

*Separate return filers and pass-through entities:*

| | | |
|---|---|---|
| **11** Divide Wisconsin column, line 10 by Total Company Column, line 10 and multiply by 100. This is the Wisconsin apportionment percentage | 11 | 1.5261 % |

CCH
087721
10-28-20
IC-043 (R. 6-20)

*Combined return filers:*

|  |  | **Wisconsin** | **Total Company** |
|---|---|---|---|

**12** Enter sales included above, that are
intercompany sales between combined group members ............... **12** _____ . **12** _____ .

**13** Enter sales included above, that are **not** included
in the computation of combined unitary income ............... **13** _____ . **13** _____ .

**14** Add lines 12 and 13 for each column ............... **14** _____ . **14** _____ .

**15** Subtract line 14 from line 10 for each column ............... **15** _____ . **15** _____ .

**16** Enter intercompany sales previously excluded from the sales
factor due to the deferral of income, if the deferred income is
included in combined unitary income on this return ............... **16** _____ . **16** _____ .

**17** Add lines 15 and 16 for each column. Enter Wisconsin column
amount on Form 6, Part III, line 1a. Total Company column
amount on Form 6, Part III, line 1b ............... **17** _____ . **17** _____ .



CCH
087722
10-28-20

Schedule

# AR

Wisconsin
Department of Revenue

# Explanation of
# Amended Return

File with Amended Form 1, 1CNS, 1CNP, 1NPR, 2, 3, 4, 4T, 5S, 6, or
PW-1 or Schedule H or H-EZ

# 2020

| Your name (if an estate, decedent's name) | Social security number |
|---|---|
| Spouse's name if filing a joint amended return | Spouse's social security number |
| Estate's or trust's legal name | Estate's or trust's federal EIN |
| Entity name<br>AEROCARE MEDICAL TRANSPORT SYSTEM, INC | Identifying number<br>36 3531506 |

## Explanation of Changes on the Amended Return

If you are amending your return for any of the reasons below, place a check mark in the space indicated.

*Check here* ▼

01 _____ Dependent change

02 _____ Pass-through entity (partnership, tax-option (S) corporation, estate or trust) change

03 _____ Form W-2 / 1099 change

04 _____ Tuition expense subtraction

05 _____ Interest / dividends change

06 _____ Filing status change

07 _____ Wisconsin modifications to federal income

*Check here* ▼

08 _____ Exempt pensions

09 _____ Repayment of income previously taxed

10 _____ Apportionment percentage

11 _____ Non-unitary income / separate accounting

12 _____ Protective claim

13 _____ Net business loss

14 _____ Tax credits

*Check here* ▼

15 _____ Federal audit

16 _____ Nonresident Schedule K-1 income allocation

17 __X__ Federal amended return

18 _____ Adding or removing members of combined group

19 _____ IRA change

20 _____ P.L. 86-272

21 _____ Other

---

*Indicate the line reference(s) from the form or schedule for which you are reporting a change and explain in detail the reason for the change.*

THE FEDERAL FORM 1120S WAS AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL STATEMENTS.

---

Enclose Schedule AR and all supporting documentation with your amended return. Do not enclose your original return and schedules. **CAUTION:** Schedule AR must be filed with one of the amended forms or schedules listed on the top of this schedule.

I-113 (R. 06-20) (SCH) 2333U-041-LLL-004



THIS IS AN AMENDED RETURN. THE FEDERAL FORM 1120S WAS
AMENDED TO CORRECT LINE 1A GROSS RECEIPTS. THIS CORRECTION
INCLUDES A $2,420,670 ADJUSTMENT RELATED TO THE CHANGE IN
THE CORPORATION'S ALLOWANCE FOR DOUBTFUL ACCOUNTS, WHICH WAS
RESTATED FROM THE PRIOR TAX YEAR ON THE REVIEWED FINANCIAL
STATEMENTS.

---

| WI SCHEDULE 5K | ORDINARY INCOME ADJUSTMENT | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| NET STATE TAX PAID OR ACCRUED | 1,495. |
| TOTAL TO FORM 5S, SCHEDULE 5K, LINE 1(C) | 1,495. |

---

| WI SCHEDULE 5M | AAA - OTHER INCOME AND GAINS | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PPP LOAN EXPENSES | 840,550. |
| EIDL EXPENSES | 10,000. |
| INTEREST INCOME | 9,023. |
| TOTAL WI OTHER INCOME AND GAINS TO FORM 5S, SCHEDULE 5M, LINE 3(A) | 859,573. |

---

| WI SCHEDULE 5M | AAA-NONDEDUCTIBLE EXPENSES AND NON-TIMING DIFFERENCES | STATEMENT | 4 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| NET STATE TAX PAID OR ACCRUED | 1,495. |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,284. |
| TOTAL WI NONDEDUCTIBLE EXPENSES AND NON-TIMING DIFFERENCES TO FORM 5S, SCHEDULE 5M, LINE 5(A) | 2,779. |

---

| WI SCHEDULE 5M | OAA - OTHER REDUCTIONS | STATEMENT | 5 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PPP LOAN EXPENSES | 840,550. |
| EIDL EXPENSES | 10,000. |
| TOTAL FORM 5S, SCHEDULE 5M, LINE 5(B) | 850,550. |

WI SCHEDULE 5M          ACCUMULATED ADJUSTMENTS ACCOUNT          STATEMENT    6

|  | FEDERAL BAL. | WISCONSIN ADJ. | WISCONSIN BAL. |
|---|---|---|---|
| BALANCE AT BEGINNING OF TAXABLE YEAR | -2,329,578. | 2,457,212. | 127,634. |
| ADDITIONS TO AAA: |  |  |  |
| ORDINARY INCOME (LOSS) FROM TRADE OR BUSINESSS ACTIVITIES | 59,583. | 1,495. | 61,078. |
| OTHER ADDITIONS: |  |  |  |
| OTHER INCOME AND GAINS (SEE STATEMENT) | 859,573. |  | 859,573. |
| NONTAXABLE INCOME EARNED IN TAXABLE YEAR 1987 AND AFTER (SEE STATEMENT) |  |  |  |
| TOTAL OTHER ADDITIONS SCHEDULE 5M, LINE 3(A) | 859,573. | 0. | 859,573. |
| BALANCE BEFORE DECREASES TO THE AAA | -1,410,422. | 2,458,707. | 1,048,285. |
| DECREASES TO AAA: |  |  |  |
| DISTRIBUTIONS FROM AAA |  |  |  |
| OTHER DECREASES: |  |  |  |
| DEDUCTIBLE LOSSES AND EXPENSES (SEE STATEMENT) |  |  |  |
| NONDEDUCTIBLE EXPENSES, NOT DUE TO TIMING DIFFERENCES (SEE STATEMENT) | 1,284. | 1,495. | 2,779. |
| SUPPLEMENT TO THE FEDERAL HISTORIC REHABILITATION TAX CREDIT |  |  |  |
| TOTAL OTHER DECREASES SCHEDULE 5M, LINE 5(A) | 1,284. | 1,495. | 2,779. |
| BALANCE AT END OF TAXABLE YEAR | -1,411,706. | 2,457,212. | 1,045,506. |

WI SCHEDULE 5M            OTHER ADJUSTMENTS ACCOUNT           STATEMENT    7

|                                          | FEDERAL BAL. | WISCONSIN ADJ. | WISCONSIN BAL. |
|------------------------------------------|-------------:|---------------:|---------------:|
| BALANCE AT BEGINNING OF TAXABLE YEAR     | 0.           |                | 0.             |
| ADDITIONS TO THE OTHER ADJUSTMENTS ACCOUNT: |           |                |                |
| OTHER ADDITIONS SCHEDULE 5M, LINE 3(B) (SEE STATEMENT) | 10,000. | -10,000. |            |
| BALANCE BEFORE DECREASES TO THE ACCOUNT  | 10,000.      | -10,000.       | 0.             |
| DECREASES TO THE OTHER ADJUSTMENTS ACCOUNT: |          |                |                |
| DISTRIBUTIONS APPLICABLE TO THE OAA      |              |                |                |
| OTHER DECREASES:                         |              |                |                |
| OTHER DECREASES SCHEDULE 5M, LINE 5(B) (SEE STATEMENT) | 850,550. |        | 850,550.       |
| TOTAL DECREASES                          | 850,550.     | 0.             | 850,550.       |
| BALANCE AT THE END OF THE TAXABLE YEAR   | -840,550.    | -10,000.       | -850,550.      |

# Tax-Option (S) Corporation Shareholder's
## Share of Income, Deductions, Credits, etc.

**2020**

For calendar year 2020 or tax year beginning _____ and ending _____

*M M D D Y Y Y Y*      *M M D D Y Y Y Y*

## Part I: Information About the Corporation

| Corporation's Name | Corporation's FEIN |
|---|---|
| AEROCARE MEDICAL TRANSPORT SYSTEM, I | 36 3531506 |

| Corporation's Address | Corporation's City | State | Corporation's ZIP Code |
|---|---|---|---|
| 43W450 US HIGHWAY 30 | SUGAR GROVE | IL | 60554 |

## Part II: Information About the Shareholder

| Business Name | FEIN |
|---|---|
| | |

| Individual's Last Name | First Name | M.I. | Individual's SSN |
|---|---|---|---|
| CECE | JOSEPH | D | ███████ |

| Shareholder's Address | Shareholder's City | State | Shareholder's ZIP Code |
|---|---|---|---|
| 1936 E. MISSOURI AVENUE | PHOENIX | AZ | 85016 |

If the shareholder is a disregarded entity, estate, or trust, enter the name and identifying number of the taxpayer to whom this income will be reported:

| Trust Name | FEIN |
|---|---|
| | |

| Last Name | First Name | M.I. | SSN |
|---|---|---|---|
| | | | |

**A** Type of shareholder:

1. **X** Individual
2. ____ Estate
3. ____ Trust

4. ____ Exempt organization
5. ____ Other _____

**B** Check if applicable:

1. ____ Final 5K-1

2. **X** Amended 5K-1 (Include Schedule AR)
3. ____ Election to pay tax at the entity level pursuant to s. 71.365(4m)(a), Wis. Stats.
4. ____ A lower-tier entity made an election pursuant to s. 71.21(6)(a), Wis. Stats.

**C** Shareholder's percentage of stock ownership for taxable year ................................. **C** 100.0000 %
**D** Shareholder's state of residence (if a full-year Wisconsin resident, items E, F, and G do not apply) ............... **D** AZ

**E** **X** Check if shareholder's Wisconsin amount is determined by apportionment. Apportionment percentage ... **E** 1.5261 %

**F** ____ Check if shareholder's Wisconsin amount is determined by separate accounting.
**G** ____ Check if the shareholder is a nonresident and received an approved Form PW-2 to opt out of pass-through entity withholding, or received a continuous PW-2 exemption.

**H** ____ Check if the nonresident shareholder elected Wisconsin composite income tax be paid by the tax-option (S) corporation on a Form 1CNS. Amount of Wisconsin composite income tax paid on behalf of the nonresident shareholder ................................................................ **H** _____

IC-056 (R. 9-20)  087591  11-10-20  CCH

**Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | (a)<br>Pro rata share items | | (b)<br>Federal amount | (c)<br>Adjustment | | (d)<br>Amount under<br>Wis. law | (e)<br>Wis. source amount<br>*(see instructions)* |
|---|---|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 1 | 59583 | 1495 | 1 | 61078 | 932 |
| 2 | Net rental real estate income (loss) | 2 | | | 2 | | |
| 3 | Other net rental income (loss) | 3 | | | 3 | | |
| 4 | Interest income | 4 | 9023 | | 4 | 9023 | 138 |
| 5 | Ordinary dividends | 5 | | | 5 | | |
| 6 | Royalties | 6 | | | 6 | | |
| 7 | Net short-term capital gain (loss) | 7 | | | 7 | | |
| 8 | Net long-term capital gain (loss) | 8 | | | 8 | | |
| 9a | Net section 1231 gain (loss) | 9a | | | 9a | | |
| 9b | Portion of the amount on line 9a attributable to gains on sales of farm assets | 9b | | | 9b | | |
| 10 | Other income (loss) *(see instructions)* | | | | | | |
| a | | 10a | | | 10a | | |
| b | | 10b | | | 10b | | |
| c | Total (add lines 10a and 10b) | 10c | | | 10c | | |
| 11 | Section 179 deduction | 11 | | | 11 | | |
| 12 | Other deductions: | | | | | | |
| a | Contributions | 12a | | | 12a | | |
| b | Investment interest expense | 12b | | | 12b | | |
| c | Section 59(e)(2) expenditures | 12c | | | 12c | | |
| d | Other deductions (attach schedule) | 12d | | | 12d | | |
| 13 | Wisconsin credits | | | | | | |
| a | Schedule _____ | | | | 13a | | |
| b | Schedule _____ | | | | 13b | | |
| c | Schedule _____ | | | | 13c | | |
| d | Schedule _____ | | | | 13d | | |
| e | Schedule _____ | | | | 13e | | |
| f | Schedule _____ | | | | 13f | | |
| g | Schedule _____ | | | | 13g | | |
| h | Schedule _____ | | | | 13h | | |
| i | Tax paid to other states (enter postal abbreviation) | 13i-1 _____ | | | 13i-1 | | |
| | | 13i-2 _____ | | | 13i-2 | | |
| | | 13i-3 _____ | | | 13i-3 | | |
| j | Wisconsin tax withheld | | | | 13j | | |

Case 2:23-bk-02376-EPB   Doc 1   Filed 04/13/23   Entered 04/13/23 16:03:42   Desc
Main Document    Page 217 of 281

| (a) Pro rata share items | | (b) Federal amount | (c) Adjustment | (d) Amount under Wis. law | (e) Wis. source amount (see instructions) |
|---|---|---|---|---|---|
| **14** Foreign transactions (list): | | | | | |
| **a** _____ | **14a** | _____ | _____ | **14a** _____ | _____ |
| **b** _____ | **14b** | _____ | _____ | **14b** _____ | _____ |
| **15** Alternative minimum tax (AMT) items (list): | | | | | |
| **a** POST-1986 DEPN | **15a** | 14 | | | |
| **b** _____ | **15b** | _____ | | | |
| **16a** Tax-exempt interest income | **16a** | _____ | | **16a** _____ | _____ |
| **b** Other tax-exempt income | **16b** | 10000 | | **16b** 10000 | _____ |
| **c** Nondeductible expenses | **16c** | 1284 | 1495 | **16c** 2779 | _____ |
| **d** Property distributions | **16d** | _____ | | **16d** _____ | _____ |
| **e** Repayment of loans from shareholders | **16e** | _____ | | **16e** _____ | _____ |
| **17a** Investment income | **17a** | 9023 | _____ | **17a** 9023 | 138 |
| **b** Investment expenses | **17b** | _____ | | **17b** _____ | _____ |
| **c** Dividend distributions paid from accumulated earnings and profits | **17c** | _____ | | **17c** _____ | _____ |
| **d** Other items and amounts (list): | | | | | |
| **1** _____ | **17d-1** | _____ | _____ | **17d-1** _____ | _____ |
| **2** _____ | **17d-2** | _____ | _____ | **17d-2** _____ | _____ |
| **3** Total (add lines 17d-1 and 17d-2) | **17d-3** | _____ | | **17d-3** _____ | |
| **18a** Related entity expense addback | **18a** | _____ | | **18a** _____ | |
| **b** Related entity expense allowable | **18b** | _____ | | **18b** _____ | |
| **19** Income (loss) | **19** | | | 70101 | 1070 |
| **20** Gross income (before deducting expenses) from all activities | **20** | | | 10050997 | 153388 |

**Part IV  Schedule 5K-1 - Shareholder's Share of Additions and Subtractions**

**Additions:**

| | | | |
|---|---|---|--:|
| 1 | State taxes accrued or paid | 1 | 1495 |
| 2 | Related entity expenses | 2 | |
| 3 | Expenses related to nontaxable income | 3 | |
| 4 | Section 179, depreciation, amortization difference *(attach schedule)* | 4 | |
| 5 | Amount by which the federal basis of assets disposed of exceeds the Wisconsin basis *(attach schedule)* | 5 | |
| 6 | Total additions for certain credits computed: | | |
| a | Business development credit | 6a | |
| b | Community rehabilitation program credit | 6b | |
| c | Development zones credits | 6c | |
| d | Economic development tax credit | 6d | |
| e | Electronics and information technology manufacturing zone credit | 6e | |
| f | Employee college savings account contribution credit | 6f | |
| g | Enterprise zone jobs credit | 6g | |
| h | Jobs tax credit | 6h | |
| i | Manufacturing and agriculture credit (computed in 2019) | 6i | |
| j | Manufacturing investment credit | 6j | |
| k | Research credits | 6k | |
| l | Total credits (add lines 6a through 6k) | 6l | |
| 7 | IRC provisions not adopted for Wisconsin purposes | 7 | |
| 8 | Adjustment for built-in gains tax | 8 | |
| 9 | Additions for federal capital gains and excess net passive income taxes | 9 | |
| 10 | Other additions: | | |
| a | | 10a | |
| b | | 10b | |
| c | | 10c | |
| d | Total other additions (add lines 10a through 10c) | 10d | |
| **11** | **Total additions (add lines 1 through 5, 6l through 9, and 10d)** | **11** | 1495 |

**Subtractions:**

| | | | |
|---|---|---|--:|
| 12 | Related entity expenses eligible for subtraction | 12 | |
| 13 | Income from related entities whose expenses were disallowed (obtain Schedule RT-1 from related entity and submit with your return) | 13 | |
| 14 | Section 179, depreciation/amortization of assets *(attach schedule)* | 14 | |
| 15 | Amount by which the Wisconsin basis of assets disposed of exceeds the federal basis *(attach schedule)* | 15 | |
| 16 | IRC provisions not adopted for Wisconsin purposes | 16 | |
| 17 | Adjustment for built-in gains tax | 17 | |
| 18 | Federal wage credits | 18 | |
| 19 | Federal research credit expenses | 19 | |
| 20 | Other subtractions: | | |
| a | | 20a | |
| b | | 20b | |
| c | | 20c | |
| d | Total other subtractions (add lines 20a through 20c) | 20d | |
| 21 | Total subtractions (add lines 12 through 19 and 20d) | 21 | |
| **22** | **Total adjustment (subtract line 21 from line 11)** | **22** | 1495 |

CCH  087594  11-10-20

Fill in this information to identify the case:

Debtor name    **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2023**      X */s/ Joseph Cece*
                                          Signature of individual signing on behalf of debtor

                                          **Joseph Cece**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aerocare Medical Transport System, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AEG Fuels Associated Energy Group LLC 8686 New Trails Dr., Ste. 170 The Woodlands, TX 77381** | | **Trade debt** | | | | $211,121.91 |
| **AeroMan 257 LLC 1060 NW 118th Ave. Plantation, FL 33323** | | **Trade debt** | | | | $77,520.00 |
| **Air Axis, LLC 1600 NE 1st Ave. Miami, FL 33132** | | **Trade debt** | | | | $46,241.37 |
| **Air EMS, Inc. 7601 E Apache St, Hanger 22 Tulsa, OK 74115** | | **Trade debt** | | | | $37,986.00 |
| **AMEX Corporate Card PO Box 0001 Los Angeles, CA 90096** | | **Trade debt** | | | | $134,266.06 |
| **Anthem Blue Cross Blue Shield Attn: John Skerl PO Box 951254 Cleveland, OH 44193** | | **health insurance** | | | | $117,000.00 |
| **Blue Cross Blue Shield of Illinois Healthcare Service Corp PO Box 1186 Chicago, IL 60690-1186** | | **health insurance** | | | | $34,221.34 |
| **Everest EBF 8200 NW 52nd Terrace, 2nd Floor Doral, FL 33166** | | | **Contingent Unliquidated Disputed** | $155,540.00 | $0.00 | $155,540.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Class Business Group Capital, LLC c/o Savent financial 212 River Park North Woodstock, GA 30188** | | | **Contingent Unliquidated Disputed** | **$302,031.00** | **$0.00** | **$302,031.00** |
| **First Fidelity Bank 16277 N. Greenway Hayden Loop Attn: Chris Lepley Scottsdale, AZ 85260** | clepley@ffb.com | | | **$408,804.00** | **$0.00** | **$408,804.00** |
| **Fora Financial 1385 Broadway, 15th Floor NY 10018** | | | **Contingent Unliquidated Disputed** | **$138,000.00** | **$0.00** | **$138,000.00** |
| **Fundamental Capital, LLC 100 Garden City Plaza, Ste. 410 Garden City, NY 11530** | | | **Contingent Unliquidated Disputed** | **$99,513.00** | **$0.00** | **$99,513.00** |
| **Jet Logistics PO Box 19596 Charlotte, NC 28219** | | **Trade debt** | | | | **$104,666.55** |
| **Kalamata Capital Group, LLC 80 Broad Street, Suite 1201 New York, NY 10014** | | | **Contingent Unliquidated Disputed** | **$94,974.00** | **$0.00** | **$94,974.00** |
| **Kalitta Charters 2820 Tyler Rd. Ypsilanti, MI 48198** | | **Trade debt** | | | | **$235,193.75** |
| **McDonald Hopkins, LLC 600 Superior Avenue East, Ste. 2100 Cleveland, OH 44114** | | **Trade debt** | | | | **$39,222.00** |
| **N335RC LLC 9830 SW 77 Ave., Ste. 105 Miami, FL 33156** | | **leased aircraft - month to month when needed** | | | | **$47,778.10** |
| **N531K, LLC 9830 SW 77 Ave., Ste. 105 Miami, FL 33156** | | **leased aircraft - month to month when needed** | | | | **$187,529.00** |
| **Synergi Partners, Inc. PO Box 5599 Florence, SC 29502-5599** | | **Trade debt** | | | | **$165,322.44** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203** | | | | **$150,000.00** | **$0.00** | **$150,000.00** |

Debtor name  **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $ _____1,485,981.30

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $ _____1,485,981.30

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____1,369,962.84

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $ _____117,934.45

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____1,620,899.85

4.   **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b

$ _____3,108,797.14

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.   **Chase** | operating | 7851 | $293.96 |
| 3.2.   **First Fidelity** | checking | 7759 | $78.19 |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $372.15 |

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1.   **Prepaid insurance to Assured Partners** | $2,576.00 |
|---|---|

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      **$2,576.00**

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **47,204.56** - | **0.00** = .... | **$47,204.56** |
| | face amount | doubtful or uncollectible accounts | |

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **1,481,874.36** - | **695,496.54** =.... | **$786,377.82** |
| | face amount | doubtful or uncollectible accounts | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$833,582.38**

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| **four laptops; computer equipment/software** | $1,439.77 | Tax records | $1,439.77 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    | $1,439.77 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **OWNED 2011 Chevy Suburban VIN**<br>**1GNSKJE34BR101690** | $11,000.00 | Comparable sale | $11,000.00 |
| 47.2.  **OWNED 2015 Chevy Suburban VIN**<br>**1GNSKJKC8FR522418** | $23,000.00 | Comparable sale | $23,000.00 |
| 47.3.  **OWNED 2005 Chevy Suburban VIN**<br>**3GNFK16Z25G110851** | $1,500.00 | Comparable sale | $1,500.00 |
| 47.4.  **LEASED 2018 Chevy Suburban VIN**<br>**1GNSKHKCXJR313280** | $26,000.00 | Comparable sale | $26,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**

51. **Total of Part 8.**                                                                    | $61,500.00 |
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   - ■ No. Go to Part 10.
   - ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No. Go to Part 11.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.aerocare.com | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** customer lists including names, addresses, medical history, and emergency contact information | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | |
   |---|---|
   | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**Due from Officer, Joseph Cece** __1,113,022.00__ - _____556,511.00_ = $556,511.00
                                    Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Former landlord, ALB Properties, seized all of debtor's Illinois based servers, workstation computers, and various personal property.  Property includes, but is not limited to: 12 desktop style computers, approximately 14 flat screen monitors, approximately five R 710 servers, seven hon desk modules, and various other personal property.**                                    $30,000.00

| Nature of claim | **property** |
|---|---|
| Amount requested | **$30,000.00** |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                    | $586,511.00 |
Add lines 71 through 77. Copy the total to line 90.          |---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Aerocare Medical Transport System, Inc.**     Case number *(If known)* _____
<br>Name

---

**Part 12:**    Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $372.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,576.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $833,582.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,439.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $61,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $586,511.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,485,981.30 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92      $1,485,981.30

Debtor name **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Equipment Leasing Services, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **9977 N. 95th Street, Ste. 110** | | | |
| | **Scottsdale, AZ 85258** | | | |
| | Creditor's mailing address | | | |

**Describe debtor's property that is subject to a lien**
**LEASED 2018 Chevy Suburban VIN 1GNSKHKCXJR313280**

Amount of claim: **$21,100.84**  Value of collateral: **$26,000.00**

**Describe the lien**
auto lease

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Everest EBF** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **8200 NW 52nd Terrace, 2nd Floor** | | | |
| | **Doral, FL 33166** | | | |
| | Creditor's mailing address | | | |

**Describe debtor's property that is subject to a lien**

Amount of claim: **$155,540.00**  Value of collateral: **$0.00**

**Describe the lien**
MCA Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0872**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **First Class Business Group Capital, LLC** | Describe debtor's property that is subject to a lien | $302,031.00 | $0.00 |

Creditor's Name

**c/o Savent financial
212 River Park North
Woodstock, GA 30188**

Creditor's mailing address

Describe the lien
**MCA loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **First Fidelity Bank** | Describe debtor's property that is subject to a lien | $408,804.00 | $0.00 |

Creditor's Name

**16277 N. Greenway Hayden Loop
Attn: Chris Lepley
Scottsdale, AZ 85260**

Creditor's mailing address

Describe the lien
**Blanket Lien on all business assets**

Is the creditor an insider or related party?

■ No
☐ Yes

**clepley@ffb.com**

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fora Financial** | Describe debtor's property that is subject to a lien | $138,000.00 | $0.00 |

Creditor's Name

**1385 Broadway, 15th Floor
NY 10018**

Creditor's mailing address

Describe the lien
**MCA loan**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**3/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Fundamental Capital, LLC** | Describe debtor's property that is subject to a lien | $99,513.00 | $0.00 |

Creditor's Name

**100 Garden City Plaza, Ste. 410**

**Garden City, NY 11530**

Creditor's mailing address

**Describe the lien**

**MCA loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/2022**

**Last 4 digits of account number**

**4304;4369**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Kalamata Capital Group, LLC** | Describe debtor's property that is subject to a lien | $94,974.00 | $0.00 |

Creditor's Name

**80 Broad Street, Suite 1201**

**New York, NY 10014**

Creditor's mailing address

**Describe the lien**

**MCA loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/2022**

**Last 4 digits of account number**

**9782**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
6/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,369,962.84 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally - Payment Processing Center**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | Line  2.1 | 1646 |
| **Ariel Bouskila**<br>**80 Broad Street, Ste. 3303**<br>**New York, NY 10004** | Line  2.7 | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**1600 W. Monroe St.**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Brian Mikalauskas**<br>**4604 Bluejay Lane**<br>**Plainfield, IL 60586** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,173.65** | **$8,173.65** |
| Date or dates debt was incurred<br>**2/20/23 thru 4/2/23** | Basis for the claim:<br>**payroll** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,763.00 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**

Cincinnati, OH 45999-0039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
Department of The Treasury
Ogden, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.62 | $51.62 |
|---|---|---|---|---|

**James Goniwicha
2649 Jenna Circle
Montgomery, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**employee expense reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,269.23 | $3,269.23 |
|---|---|---|---|---|

**Jennifer Etzel-Elaqad
2120 E. Crocus Dr.
Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/20/23 - 4/2/23**

Basis for the claim:
**payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,379.37 | $15,150.00 |
|-----|------|------|------|------|

**Joseph Cece**
**1936 E Missouri Ave.**
**Phoenix, AZ 85016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/24/22 thru 4/2/23**

Basis for the claim:
**officer wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.18 | Unknown |
|-----|------|------|------|------|

**New Jersey Division of Taxation**
**Revenue Proc Center - Corp**
**Business Tax**
**PO Box 257**
**Trenton, NJ 08646-0257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**corporation tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.62 | Unknown |
|-----|------|------|------|------|

**State of Vermont**
**Vermont Dept of Taxes**
**133 State Street**
**Montpelier, VT 05633-1401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.21 | $238.21 |
|------|------|------|------|------|

**Stephanie Mahaney**
**431 E. Dekalb Dr.**
**Maple Park, IL 60151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO payout**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,519.24 | $9,519.24 |
|---|---|---|---|---|

**Tim Ryan**
**412 Whipple Ave.**
**Batavia, IL 60510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/23 thru 4/5/23**

Basis for the claim:
**payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $428.46 | Unknown |
|---|---|---|---|---|

**United States Treasury**
**Internal Revenue Service**
**PO Box 7122**
**San Francisco, CA 94127-7122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $290.68 | $290.68 |
|---|---|---|---|---|

**William Kost**
**4123 W. Maggie Dr.**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**termed employee PTO payout**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $200.19 | Unknown |
|---|---|---|---|---|

**Wisconsin Dept of Revenue**
**Box 930208**
**Milwaukee, WI 53293-0208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,685.00 |
|---|---|---|---|

**A-Tec Ambulance, Inc.**
**PO Box 1115**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,250.00 |
|---|---|---|---|

**ACID REMAP, LLC**
**3547 Springhill Rd.**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $211,121.91 |
|---|---|---|---|

**AEG Fuels**
**Associated Energy Group LLC**
**8686 New Trails Dr., Ste. 170**
**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77,520.00 |
|---|---|---|---|

**AeroMan 257 LLC**
**1060 NW 118th Ave.**
**Plantation, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $741.60 |
|---|---|---|---|

**AIM EMS Software & Services**
**892 New Castle Rd.**
**Slippery Rock, PA 16057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $46,241.37 |
|---|---|---|---|

**Air Axis, LLC**
**1600 NE 1st Ave.**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $37,986.00 |
|---|---|---|---|

**Air EMS, Inc.**
**7601 E Apache St, Hanger 22**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,345.00 |
|---|---|---|---|

**ALB Properties**
**Attn: Cara Martin**
**1901 Devonshire Ct.**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Former landlord in Illinois; landlord seized debtor's property - see Schedules A/B

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.66 |
|---|---|---|---|

**Americanchecked Inc.**
**11911 S. Oxford Ave., Ste. 100**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,266.06 |
|---|---|---|---|

**AMEX Corporate Card**
**PO Box 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.80 |
|---|---|---|---|

**AMR Maricopa**
**PO Box 847102**
**Dallas, TX 75284-7102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|

**Anthem Blue Cross Blue Shield**
**Attn: John Skerl**
**PO Box 951254**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: health insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,756.00 |
|---|---|---|---|

**Argus International Inc.**
**6021 S. Syracuse Way, Ste. 301**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,131.37 |
|---|---|---|---|

**ASM Corp**
**Miguel Hidalgo Pte.**
**825 L14, Col. Centro Monterrey**
**N.L.CP. 64000 Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aerocare Medical Transport System, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|
| | **Assured Partners dba Horizon Insurance**<br>**14805 N 73rd St.**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>company insurance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,948.25 |
|---|---|---|---|
| | **Banyan Air**<br>**Fort Lauderdale Executive Airport**<br>**5360 NW 20th Terrace**<br>**Fort Lauderdale, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,221.34 |
|---|---|---|---|
| | **Blue Cross Blue Shield of Illinois**<br>**Healthcare Service Corp**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>health insurance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|---|
| | **Cacuoa**<br>**c/o Airport Property Specialists, LLC**<br>**14605 N. Airport Dr., Ste. 210**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,833.00 |
|---|---|---|---|
| | **CAE Simuflite**<br>**PO Box 846135**<br>**Dallas, TX 75284-6135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|
| | **CAK Landing Fee**<br>**5400 Lauby Dr., Ste. 9**<br>**North Canton, OH 44720-1598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|
| | **Camelback Moving**<br>**2330 N. 31st Ave.**<br>**Phoenix, AZ 85009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**CardConnect**
**PO Box 780960**
**Philadelphia, PA 19178-0960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Cavu Companies**
**103 Burrows Rd.**
**West Winfield, NY 13491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.14 |
|---|---|---|---|

**Cintas Corp**
**PO Box 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Cision US Inc.**
**12051 Indian Creek Court**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,800.00 |
|---|---|---|---|

**City of Aurora, IL**
**Revenue and Collection Division**
**44 E. Downer Pl.**
**Aurora, IL 60507-2067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.90 |
|---|---|---|---|

**Cleveland Airport System**
**Bank of New York Mellon Trust**
**PO Box 70275**
**Cleveland, OH 44190-0275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.02 |
|---|---|---|---|

**Cox Business**
**PO Box 53249**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,890.96** |
|---|---|---|---|

**Department of Minnesota**
**Mail Station 4110**
**Saint Paul, MN 55146-4110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,499.02** |
|---|---|---|---|

**Done Deal Promotions**
**8224 Lehigh Ave.**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.61** |
|---|---|---|---|

**eFax Corporate**
**c/o j2 Cloud Services, LLC**
**PO Box 51873**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,369.31** |
|---|---|---|---|

**Elite Medical Transportation**
**PO Box 992**
**Mokena, IL 60448-5606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,556.80** |
|---|---|---|---|

**Emmet County EMS**
**1201 Eppler Rd.**
**Petoskey, MI 49770-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,214.00** |
|---|---|---|---|

**EMS Charts, Inc. (Zoll)**
**Dept. #42374**
**PO Box 650823**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,783.72** |
|---|---|---|---|

**Eyemed Vision Care**
**FSL/Eyemed Premiums**
**PO Box 632530**
**Cincinnati, OH 45263-2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __health insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aerocare Medical Transport System, Inc. | Case number (if known) | |
|--------|----------------------------------------|------------------------|--|
| | Name | | |

**3.36**
Nonpriority creditor's name and mailing address
**Global Parts Aero Services**
**914 Industrial Rd.**
**Augusta, KS 67010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,783.72**

---

**3.37**
Nonpriority creditor's name and mailing address
**Hawthorne Global Aviation Services**
**3800 Starr Ave.**
**Eau Claire, WI 54703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,344.73**

---

**3.38**
Nonpriority creditor's name and mailing address
**Imperial PFS Corp**
**PO Box 100391**
**Pasadena, CA 91189-0391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **cancelled insurance policy**

Is the claim subject to offset? ■ No ☐ Yes

**$10,936.70**

---

**3.39**
Nonpriority creditor's name and mailing address
**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,771.23**

---

**3.40**
Nonpriority creditor's name and mailing address
**JA Air, Inc.**
**43W730 US Rt. 30**
**Sugar Grove, IL 60554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,872.68**

---

**3.41**
Nonpriority creditor's name and mailing address
**Jeppesen**
**PO Box 840864**
**Dallas, TX 75284-0864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,783.39**

---

**3.42**
Nonpriority creditor's name and mailing address
**Jet Logistics**
**PO Box 19596**
**Charlotte, NC 28219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,666.55**

---

| Debtor | Aerocare Medical Transport System, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235,193.75 |
|---|---|---|---|
| | **Kalitta Charters**<br>**2820 Tyler Rd.**<br>**Ypsilanti, MI 48198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,252.68 |
|---|---|---|---|
| | **Kansas City Life**<br>**KCL Group Benefits**<br>**PO Box 219846**<br>**Kansas City, MO 64121-9846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.49 |
|---|---|---|---|
| | **KKC Imaging Systems**<br>**1550 N. Farnsworth Ave.**<br>**Aurora, IL 60505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,339.00 |
|---|---|---|---|
| | **Leviton Law Firm Ltd.**<br>**One Pierce Pl., Ste. 725W**<br>**Itasca, IL 60143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.00 |
|---|---|---|---|
| | **Litchfield Cavo, LLP**<br>**303 W. Madison St., Ste. 300**<br>**Chicago, IL 60606-3300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Lumanair**<br>**43W752 US Highway 30**<br>**Sugar Grove, IL 60554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,222.00 |
|---|---|---|---|
| | **McDonald Hopkins, LLC**<br>**600 Superior Avenue East, Ste. 2100**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Trade debt  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,276.16 |
|---|---|---|---|

**Mediacom - 1054**
**PO Box 5744**
**Carol Stream, IL 60197-5744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,296.00 |
|---|---|---|---|

**Mobile Medical**
**15027 State Rd. 1**
**Leo, IN 46765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,142.80 |
|---|---|---|---|

**Mutual of Omaha**
**Mutual of Omaha Plaza**
**Omaha, NE 68175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,778.10 |
|---|---|---|---|

**N335RC LLC**
**9830 SW 77 Ave., Ste. 105**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** leased aircraft - month to month when needed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,529.00 |
|---|---|---|---|

**N531K, LLC**
**9830 SW 77 Ave., Ste. 105**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** leased aircraft - month to month when needed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.95 |
|---|---|---|---|

**NATA Compliance Services**
**9400 Gateway Dr., Suite D**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.46 |
|---|---|---|---|

**NAV Canada**
**Attn: Accounts Receivable**
**PO Box 9632, Station T**
**Ottawa OM K19 6HI Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aerocare Medical Transport System, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,039.49 |
|---|---|---|---|

**3.57**

Nonpriority creditor's name and mailing address

**Nexair LLC**
**PO Box 125**
**Memphis, TN 38101-0125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,039.49

---

**3.58**

Nonpriority creditor's name and mailing address

**Ninth Brain Suite LLC**
**PO Box 21**
**Frankenmuth, MI 48734-0021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,470.00

---

**3.59**

Nonpriority creditor's name and mailing address

**Pecos County EMS**
**PO Box 226683**
**Dallas, TX 75222-6683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$139.29

---

**3.60**

Nonpriority creditor's name and mailing address

**Praxair - AZ FY316**
**Praxair Distribution, Inc. - Dept. 0812**
**PO Box 120812**
**Dallas, TX 75312-0612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,844.10

---

**3.61**

Nonpriority creditor's name and mailing address

**Praxair - IL Linde Gas & Equipment**
**965-Praxair Dist., Inc.**
**Dept. CH 10660**
**Palatine, IL 60055-0660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,765.00

---

**3.62**

Nonpriority creditor's name and mailing address

**Quadient Finance USA, Inc.**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$156.29

---

**3.63**

Nonpriority creditor's name and mailing address

**Quest Diagnostics**
**PO Box 740709**
**Atlanta, GA 30374-0709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$39.40

---

| Debtor | Aerocare Medical Transport System, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$355.00** |

**Renew Biomedical**
**PO Box 11476**
**Jackson, TN 38308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Secretary of State - Vehicle Services**
**ERT Section, RM. 424**
**501 S. Second St.**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Starr Indemnity & Liability Co**
**399 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __workers comp policy that was cancelled__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165,322.44** |
|---|---|---|---|

**Synergi Partners, Inc.**
**PO Box 5599**
**Florence, SC 29502-5599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.17** |
|---|---|---|---|

**Teterboro Airport**
**The Port Authority of NY & NJ**
**LBX #1523 - PO Box 95000**
**Philadelphia, PA 19195-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138.29** |
|---|---|---|---|

**The Calgary Airport Authority**
**YYC Calgary Int'l Airport**
**2000 Airport Rd. N.E.**
**Calgary, Alberta T2E 6W5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.20** |
|---|---|---|---|

**Toledo-Lucas County Port Authority**
**11013 Airport Hwy, Box 11**
**Swanton, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $794.98 |
|---|---|---|---|

**Udall Shumway, PLC**
**PO Box 1446**
**Mesa, AZ 85211-1446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.10 |
|---|---|---|---|

**Vector - Portland Jetport**
**PO Box 787061**
**Philadelphia, PA 19178-7061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.25 |
|---|---|---|---|

**Vuria**
**Vincit Arizona, Inc.**
**2 North Central ave., Ste. 1800**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.50 |
|---|---|---|---|

**Waste Management**
**Attn Billing Dept**
**PO Box 4648**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.12 |
|---|---|---|---|

**Winipeg Airports Authority Inc.**
**249-2000 Wellington Ave.**
**R3H 1C2 Winnipeg**
**MB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Wisconsin Aviation**
**3606 Corben Court**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Aerocare Medical Transport System, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Assured Partners**<br>7600 N. 16th St.<br>Phoenix, AZ 85020 | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Blue Cross Blue Shield of Illinois**<br>PO Box 7344<br>Chicago, IL 60680-7344 | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Boeing Digital Solutions, Inc.**<br>55 Inverness Drive East<br>Englewood, CO 80112 | Line **3.41**<br>☐ Not listed. Explain ____ | **0758** |
| 4.4 | **CardConnect**<br>1000 Continental Dr., Ste. 300<br>King of Prussia, PA 19406 | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cleveland Airport System**<br>Cleveland Hopkins Int'l Airport<br>PO Box 81009<br>Cleveland, OH 44181-0009 | Line **3.27**<br>☐ Not listed. Explain ____ | **88CP** |
| 4.6 | **Enforced Recovery**<br>Attn: Louise Pytura<br>151 Slater<br>Ottawa, ON K1P 5H3 | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Enniet Torres - NJ Division of Taxation**<br>Pioneer Credit Recovery<br>PO Box 1009<br>Moorestown, NJ 08057-0909 | Line **2.8**<br>☐ Not listed. Explain ____ | **dba R&M Aviation** |
| 4.8 | **Fox Rothschild LLP - Attn: Heather Ries**<br>Phillips Point<br>777 S. Flagler Dr., Ste. 1700 West Tower<br>West Palm Beach, FL 33401 | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Iron Mountain**<br>2 Sun Court<br>Norcross, GA 30092 | Line **3.39**<br>☐ Not listed. Explain ____ | **T020** |
| 4.10 | **KCL Group Benefits**<br>Attn: Christina James<br>PO Box 219425<br>Kansas City, MO 64121-9425 | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Linde Gas & Equipment Inc.**<br>Dept CH 10660<br>Palatine, IL 60055-0660 | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Nexair LLC**<br>4090 Steve Reynolds Blvd<br>Norcross, GA 30093 | Line **3.57**<br>☐ Not listed. Explain ____ | **0766** |
| 4.13 | **NexAir LLC**<br>8600 NW 93rd St.<br>Miami, FL 33166 | Line **3.57**<br>☐ Not listed. Explain ____ | **0766** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.14 | **RAM Software System Inc**<br>**dba AIM EMS Software & Services**<br>**892 New Castle Rd.**<br>**Slippery Rock, PA 16057** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Secretary of State - Vehicle Services**<br>**213 State Capitol**<br>**Springfield, IL 62756** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Teterboro Airport Accounting Office**<br>**Avports, LLC/Teterboro Airport**<br>**111 Industrial Ave.**<br>**Teterboro, NJ 07608** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Udall Shumway, PLC**<br>**1138 N. Alma School Rd., Ste. 101**<br>**Mesa, AZ 85201** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Waste Managementof Illinois, Inc.**<br>**PO Box 42390**<br>**Phoenix, AZ 85080** | Line **3.74**<br>☐ Not listed. Explain ____ | **3005** |
| 4.19 | **Wisconsin Aviation**<br>**Four Lakes, Inc.**<br>**3603 Corben St.**<br>**Madison, WI 53704** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Wisconsin Dept of Revenue**<br>**PO Box 8901**<br>**Madison, WI 53708-8901** | Line **2.14**<br>☐ Not listed. Explain ____ | **2430** |
| 4.21 | **Zoll Data Systems**<br>**11802 Ridge Parkway, Ste. 400**<br>**Broomfield, CO 80021** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 117,934.45 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,620,899.85 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 1,738,834.30 |

Debtor name    **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **one vehicle - 2018 Chevy Suburban VIN 1GNSKHKCXJR313280** | |
| State the term remaining    **ends 9/1/2023** | **Equipment Leasing Services, LLC 9977 N. 95th Street, Ste. 110 Scottsdale, AZ 85258** |
| List the contract number of any government contract _____ | |

Debtor name **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name **Aerocare Medical Transport System, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$155,925.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$4,819,123.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$6,909,014.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | Aerocare Medical Transport System, Inc. | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **AEG Fuel** | **1/4/23** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Aeroman 257** | **1/4/23** | **$15,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Air Axis, LLC** | **1/4/23 and 1/5/23** | **$40,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **ALB Properties**<br>**Attn: Cara Martin**<br>**1901 Devonshire Court**<br>**Oswego, IL 60543** | **1/4/23 and 1/5/23** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent on property that was vacated as of 2/2023** |
| 3.5. **Beach Fleischman** | **1/6/23** | **$17,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. **Blue Cross Blue Shield of Illinois** | **1/12/23 and 3/2/23** | **$50,906.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **health insurance** |
| 3.7. **CBIZ** | **January 2023 and March 2023** | **$117,704.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payroll Taxes and Fees** |
| 3.8. **Derek Poole** | **1/6/23** | **$35,066.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **customer refund** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **EBF Holdings** | **12/20/22 and 1/17/23** | **$10,725.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.   **First Fidelity** | **1/4/23 and 2/28/23** | **$9,004.84** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.   **Fora Financial Business Loan** | **12/20/22 and 1/3/23** | **$16,314.48** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.   **Gateway International** | **1/4/23** | **$13,230.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.   **Peak Medevac** | **2/28/23** | **$28,980.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Jennifer Etzel-Elaqad**<br>**2120 E Crocus Dr.**<br>**Phoenix, AZ 85022**<br>**employee** | **1/4/23** | **$13,493.22** | **Employee Expense Reimbursement** |
| 4.2.   **Joseph Cece**<br>**1936 E. Missouri Ave.**<br>**Phoenix, AZ 85016**<br>**Owner** | **1/4/23** | **$37,118.49** | **Owner Expense Reimbursement** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Karl Boubouleix 138 White Fawn Trail Downers Grove, IL 60516 former employee** | **1/4/23; 1/6/23** | **$10,542.04** | **Employee Expense Reimbursement** |
| 4.4.  **Becky Werth 18530 W 300N Road Reddick, IL 60961 former employee** | **1/4/23** | **$41,070.20** | **Employee Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Aerocare Medical Transport System, Inc. v. Advanced Homecare 1:20-cv-01735** | **Contract/Insurance** | **US District Court - N District of IL** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2.  **Kalamata Capital Group, LLC v. Aerocare Medical Transport System, Inc., et al 135047-2023** | **Breach of Contract/Personal Guaranty** | **Supreme Court of the State of New York County of Ontario** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cross Law Firm, P.L.C.**<br>**PO Box 45469**<br>**Phoenix, AZ 85064** | **Attorney Fees** | **3/13/23 and 3/21/23** | **$21,738.00** |
| | Email or website address<br>**jcross@crosslawaz.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **N888CP Aviation Corp.**<br>**251 Little Falls Dr.**<br>**Wilmington, DE 19808** | **Learjet Model 31 - Serial #31-003 - Reg #N888CP** | **4/6/23** | **$120,516.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **43 W 776 US Highway 30 Sugar Grove, IL 60554** | **termed February 2023** |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Aerocare Medical Transport, Inc. 43 W 450 US Highway 30 Sugar Grove, IL 60554** | **Medevac services and subcontract air ambulance services** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **472 N Route 47, Grove, IL 60554** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

    **Names, addresses, medical history, and emergency contact information**

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **R&M Aviation, Inc** | EIN: **817635 - plan number** |

    Has the plan been terminated?

---

■ No
☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Fidelity Bank**<br>**5100 N. Classen Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-7759** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 2023 by the bank** | **$0.00** |
| 18.2. | **First Fidelity Bank**<br>**5100 N. Classen Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-0290** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 2023 by the bank** | **$0.00** |
| 18.3. | **First Fidelity Bank**<br>**5100 N. Classen Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-4223** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 2023 by the bank** | **$0.00** |
| 18.4. | **First Fidelity Bank**<br>**5100 N. Classen Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-5804** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 2023 by the bank** | **$0.00** |
| 18.5. | **First Fidelity Bank**<br>**5100 N. Classen Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-4231** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 2023 by the bank** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain Info Management LLC 1000 Campus Dr. Collegeville, PA 19426** | **Joseph Cece, Kim Laube** | **electronic records** | ☐ No<br>■ Yes |
| **Camelback Storage** | **Joe Cece, Kim Laube** | **what's in here?** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Kimberly Laube** | **10/3/22-present** |
| 26a.2.   **Michelle Goniwicha** | **8/15/22-present** |
| 26a.3.   **Kimberly Loftis/Feltis Investments** | **3/2022-11/2022** |
| 26a.4.   **Jasmine Garcia** | **3/18/22-8/12/22** |
| 26a.5.   **Bruce Plum** | **3/1/21-4/30/22** |
| 26a.6.   **Beach Fleischman**<br>**1985 E River Rd**<br>**Tucson, AZ 85718** | **11/2016-10/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.   **Beach Fleischman**<br>**1985 E River Rd**<br>**Tucson, AZ 85718** | **11/2016-10/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   **Michelle Goniwicha** | |
| 26c.2.   **Kimberly Laube** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **First Fidelity Bank** |

---

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Cece** | **1936 E. Missouri Ave. Phoenix, AZ 85016** | **Owner/Director** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Wrigley** | | **Treasurer** | **9/18/17-1/31/2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rebecca Werth** | | **Secretary** | **4/1/19-1/31/2023** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Joseph Cece 1936 E Missouri Ave. Phoenix, AZ 85016** | **$37,118.49** | **various** | **owner expense reimbursements** |
| **Relationship to debtor** **owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2023**

**/s/ Joseph Cece**                 **Joseph Cece**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
### District of Arizona

In re **Aerocare Medical Transport System, Inc.**       Case No.

                        Debtor(s)           Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 21,738.00 |
   | Prior to the filing of this statement I have received | $ 21,738.00 |
   | Balance Due | $ 0.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 13, 2023**
*Date*

**/s/ James E. Cross**
**James E. Cross 009063**
*Signature of Attorney*
**Cross Law Firm, P.L.C.**
**PO Box 45469**
**Phoenix, AZ 85064**
**602-412-4422  Fax: 602-252-4712**
**jcross@crosslawaz.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Arizona

In re   **Aerocare Medical Transport System, Inc.**      Case No. _____

                                                Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Joseph Cece**<br>**1936 E. Missouri Ave.**<br>**Phoenix, AZ 85016** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 13, 2023**            Signature   **/s/ Joseph Cece**

                                                                   **Joseph Cece**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**AEROCARE MEDICAL TRANSPORT SYSTEM, INC.**

An Arizona corporation

**RESOLUTION**

Joseph D. Cece, as sole shareholder and President of AEROCARE MEDICAL TRANSPORT SYSTEM, INC. ("Company"), hereby adopts the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Company, its officers and other interested parties, that a Voluntary Petition be filed by the Company in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11, subchapter V of the United States Code, and it is:

**FURTHER RESOLVED**, that Joseph D. Cece, as sole shareholder and President of the Company, be and hereby is authorized on behalf of the Company to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is:

**FURTHER RESOLVED**, that the Company is authorized to retain James E. Cross of The Cross Law Firm, PLC as counsel for the Company.

Dated this 12ᵗʰ day of April, 2023.

By: _____

Joseph D. Cece, Owner and President
of Aerocare Medical Transport System, Inc.

# United States Bankruptcy Court
## District of Arizona

In re  **Aerocare Medical Transport System, Inc.**

Debtor(s)

Case No.

Chapter   **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of  **12**  sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **April 13, 2023**

**/s/ Joseph Cece**
**Joseph Cece/President**
Signer/Title

Date:   **April 13, 2023**

**/s/ James E. Cross**
Signature of Attorney
**James E. Cross 009063**
**Cross Law Firm, P.L.C.**
**PO Box 45469**
**Phoenix, AZ 85064**
**602-412-4422   Fax: 602-252-4712**

Aerocare Medical Transport System, Inc. -

A-TEC AMBULANCE, INC.
PO BOX 1115
BEDFORD PARK IL 60499

ACID REMAP, LLC
3547 SPRINGHILL RD.
LAFAYETTE CA 94549

AEG FUELS
ASSOCIATED ENERGY GROUP LLC
8686 NEW TRAILS DR., STE. 170
THE WOODLANDS TX 77381

AEROMAN 257 LLC
1060 NW 118TH AVE.
PLANTATION FL 33323

AIM EMS SOFTWARE & SERVICES
892 NEW CASTLE RD.
SLIPPERY ROCK PA 16057

AIR AXIS, LLC
1600 NE 1ST AVE.
MIAMI FL 33132

AIR EMS, INC.
7601 E APACHE ST, HANGER 22
TULSA OK 74115

ALB PROPERTIES
ATTN: CARA MARTIN
1901 DEVONSHIRE CT.
OSWEGO IL 60543

ALLY - PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY 40290

AMERICANCHECKED INC.
11911 S. OXFORD AVE., STE. 100
TULSA OK 74137

AMEX CORPORATE CARD
PO BOX 0001
LOS ANGELES CA 90096

Aerocare Medical Transport System, Inc. -


AMR MARICOPA
PO BOX 847102
DALLAS TX 75284-7102


ANTHEM BLUE CROSS BLUE SHIELD
ATTN: JOHN SKERL
PO BOX 951254
CLEVELAND OH 44193


ARGUS INTERNATIONAL INC.
6021 S. SYRACUSE WAY, STE. 301
GREENWOOD VILLAGE CO 80111


ARIEL BOUSKILA
80 BROAD STREET, STE. 3303
NEW YORK NY 10004


ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE ST.
PHOENIX AZ 85007


ASM CORP
MIGUEL HIDALGO PTE.
825 L14, COL. CENTRO MONTERREY
N.L.CP. 64000 MEXICO


ASSURED PARTNERS
7600 N. 16TH ST.
PHOENIX AZ 85020


ASSURED PARTNERS DBA HORIZON INSURANCE
14805 N 73RD ST.
SCOTTSDALE AZ 85260


AZ BUSINESS BANK
1757 E. BASELINE RD.
BLDG 1, STE. 101
GILBERT AZ 85233


BANYAN AIR
FORT LAUDERDALE EXECUTIVE AIRPORT
5360 NW 20TH TERRACE
FORT LAUDERDALE FL 33309

Aerocare Medical Transport System, Inc. -

BLUE CROSS BLUE SHIELD OF ILLINOIS
HEALTHCARE SERVICE CORP
PO BOX 1186
CHICAGO IL 60690-1186

BLUE CROSS BLUE SHIELD OF ILLINOIS
PO BOX 7344
CHICAGO IL 60680-7344

BOEING DIGITAL SOLUTIONS, INC.
55 INVERNESS DRIVE EAST
ENGLEWOOD CO 80112

BRIAN MIKALAUSKAS
4604 BLUEJAY LANE
PLAINFIELD IL 60586

CACUOA
C/O AIRPORT PROPERTY SPECIALISTS, LLC
14605 N. AIRPORT DR., STE. 210
SCOTTSDALE AZ 85260

CAE SIMUFLITE
PO BOX 846135
DALLAS TX 75284-6135

CAK LANDING FEE
5400 LAUBY DR., STE. 9
NORTH CANTON OH 44720-1598

CAMELBACK MOVING
2330 N. 31ST AVE.
PHOENIX AZ 85009

CARDCONNECT
PO BOX 780960
PHILADELPHIA PA 19178-0960

CARDCONNECT
1000 CONTINENTAL DR., STE. 300
KING OF PRUSSIA PA 19406

CAVU COMPANIES
103 BURROWS RD.
WEST WINFIELD NY 13491

Aerocare Medical Transport System, Inc. -

CINTAS CORP
PO BOX 88005
CHICAGO IL 60680-1005

CISION US INC.
12051 INDIAN CREEK COURT
BELTSVILLE MD 20705

CITY OF AURORA, IL
REVENUE AND COLLECTION DIVISION
44 E. DOWNER PL.
AURORA IL 60507-2067

CLEVELAND AIRPORT SYSTEM
BANK OF NEW YORK MELLON TRUST
PO BOX 70275
CLEVELAND OH 44190-0275

CLEVELAND AIRPORT SYSTEM
CLEVELAND HOPKINS INT'L AIRPORT
PO BOX 81009
CLEVELAND OH 44181-0009

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

COX BUSINESS
PO BOX 53249
PHOENIX AZ 85072

DEPARTMENT OF MINNESOTA
MAIL STATION 4110
SAINT PAUL MN 55146-4110

DONE DEAL PROMOTIONS
8224 LEHIGH AVE.
MORTON GROVE IL 60053

EFAX CORPORATE
C/O J2 CLOUD SERVICES, LLC
PO BOX 51873
LOS ANGELES CA 90051

Aerocare Medical Transport System, Inc. -


ELITE MEDICAL TRANSPORTATION
PO BOX 992
MOKENA IL 60448-5606


EMMET COUNTY EMS
1201 EPPLER RD.
PETOSKEY MI 49770-9202


EMS CHARTS, INC. (ZOLL)
DEPT. #42374
PO BOX 650823
DALLAS TX 75265


ENFORCED RECOVERY
ATTN: LOUISE PYTURA
151 SLATER
OTTAWA, ON K1P 5H3


ENNIET TORRES - NJ DIVISION OF TAXATION
PIONEER CREDIT RECOVERY
PO BOX 1009
MOORESTOWN NJ 08057-0909


EQUIPMENT LEASING SERVICES, LLC
9977 N. 95TH STREET, STE. 110
SCOTTSDALE AZ 85258


EVEREST EBF
8200 NW 52ND TERRACE, 2ND FLOOR
DORAL FL 33166


EYEMED VISION CARE
FSL/EYEMED PREMIUMS
PO BOX 632530
CINCINNATI OH 45263-2530


FIRST CLASS BUSINESS GROUP CAPITAL, LLC
C/O SAVENT FINANCIAL
212 RIVER PARK NORTH
WOODSTOCK GA 30188


FIRST FIDELITY BANK
16277 N. GREENWAY HAYDEN LOOP
ATTN: CHRIS LEPLEY
SCOTTSDALE AZ 85260

Aerocare Medical Transport System, Inc. -

FORA FINANCIAL
1385 BROADWAY, 15TH FLOOR
NY 10018

FOX ROTHSCHILD LLP - ATTN: HEATHER RIES
PHILLIPS POINT
777 S. FLAGLER DR., STE. 1700 WEST TOWER
WEST PALM BEACH FL 33401

FUNDAMENTAL CAPITAL, LLC
100 GARDEN CITY PLAZA, STE. 410
GARDEN CITY NY 11530

GLOBAL PARTS AERO SERVICES
914 INDUSTRIAL RD.
AUGUSTA KS 67010

HAWTHORNE GLOBAL AVIATION SERVICES
3800 STARR AVE.
EAU CLAIRE WI 54703

IMPERIAL PFS CORP
PO BOX 100391
PASADENA CA 91189-0391

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN UT 84201

IRON MOUNTAIN
PO BOX 27128
NEW YORK NY 10087-7128

IRON MOUNTAIN
2 SUN COURT
NORCROSS GA 30092

JA AIR, INC.
43W730 US RT. 30
SUGAR GROVE IL 60554

JAMES GONIWICHA
2649 JENNA CIRCLE
MONTGOMERY IL 60538

JENNIFER ETZEL-ELAQAD
2120 E. CROCUS DR.
PHOENIX AZ 85022

JEPPESEN
PO BOX 840864
DALLAS TX 75284-0864

JET LOGISTICS
PO BOX 19596
CHARLOTTE NC 28219

JOSEPH CECE
1936 E MISSOURI AVE.
PHOENIX AZ 85016

KALAMATA CAPITAL GROUP, LLC
80 BROAD STREET, SUITE 1201
NEW YORK NY 10014

KALITTA CHARTERS
2820 TYLER RD.
YPSILANTI MI 48198

KANSAS CITY LIFE
KCL GROUP BENEFITS
PO BOX 219846
KANSAS CITY MO 64121-9846

KCL GROUP BENEFITS
ATTN: CHRISTINA JAMES
PO BOX 219425
KANSAS CITY MO 64121-9425

KKC IMAGING SYSTEMS
1550 N. FARNSWORTH AVE.
AURORA IL 60505

LEVITON LAW FIRM LTD.
ONE PIERCE PL., STE. 725W
ITASCA IL 60143

LINDE GAS & EQUIPMENT INC.
DEPT CH 10660
PALATINE IL 60055-0660


LITCHFIELD CAVO, LLP
303 W. MADISON ST., STE. 300
CHICAGO IL 60606-3300


LUMANAIR
43W752 US HIGHWAY 30
SUGAR GROVE IL 60554


MCDONALD HOPKINS, LLC
600 SUPERIOR AVENUE EAST, STE. 2100
CLEVELAND OH 44114


MEDIACOM - 1054
PO BOX 5744
CAROL STREAM IL 60197-5744


MOBILE MEDICAL
15027 STATE RD. 1
LEO IN 46765


MUTUAL OF OMAHA
MUTUAL OF OMAHA PLAZA
OMAHA NE 68175


N335RC LLC
9830 SW 77 AVE., STE. 105
MIAMI FL 33156


N531K, LLC
9830 SW 77 AVE., STE. 105
MIAMI FL 33156


NATA COMPLIANCE SERVICES
9400 GATEWAY DR., SUITE D
RENO NV 89521


NAV CANADA
ATTN: ACCOUNTS RECEIVABLE
PO BOX 9632, STATION T
OTTAWA OM K19 6HI CANADA

Aerocare Medical Transport System, Inc. -


NEW JERSEY DIVISION OF TAXATION
REVENUE PROC CENTER - CORP BUSINESS TAX
PO BOX 257
TRENTON NJ 08646-0257


NEXAIR LLC
PO BOX 125
MEMPHIS TN 38101-0125


NEXAIR LLC
4090 STEVE REYNOLDS BLVD
NORCROSS GA 30093


NEXAIR LLC
8600 NW 93RD ST.
MIAMI FL 33166


NINTH BRAIN SUITE LLC
PO BOX 21
FRANKENMUTH MI 48734-0021


PECOS COUNTY EMS
PO BOX 226683
DALLAS TX 75222-6683


PRAXAIR - AZ FY316
PRAXAIR DISTRIBUTION, INC. - DEPT. 0812
PO BOX 120812
DALLAS TX 75312-0612


PRAXAIR - IL LINDE GAS & EQUIPMENT
965-PRAXAIR DIST., INC.
DEPT. CH 10660
PALATINE IL 60055-0660


QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM IL 60197-6813


QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA GA 30374-0709

Aerocare Medical Transport System, Inc. -


RAM SOFTWARE SYSTEM INC
DBA AIM EMS SOFTWARE & SERVICES
892 NEW CASTLE RD.
SLIPPERY ROCK PA 16057


RENEW BIOMEDICAL
PO BOX 11476
JACKSON TN 38308


SECRETARY OF STATE - VEHICLE SERVICES
ERT SECTION, RM. 424
501 S. SECOND ST.
SPRINGFIELD IL 62756


SECRETARY OF STATE - VEHICLE SERVICES
213 STATE CAPITOL
SPRINGFIELD IL 62756


SECURED LENDER SOLUTIONS
PO BOX 2576
SPRINGFIELD IL 62708


STARR INDEMNITY & LIABILITY CO
399 PARK AVENUE
NEW YORK NY 10022


STATE OF VERMONT
VERMONT DEPT OF TAXES
133 STATE STREET
MONTPELIER VT 05633-1401


STEPHANIE MAHANEY
431 E. DEKALB DR.
MAPLE PARK IL 60151


SYNERGI PARTNERS, INC.
PO BOX 5599
FLORENCE SC 29502-5599


TETERBORO AIRPORT
THE PORT AUTHORITY OF NY & NJ
LBX #1523 - PO BOX 95000
PHILADELPHIA PA 19195-0001

Aerocare Medical Transport System, Inc. -

TETERBORO AIRPORT ACCOUNTING OFFICE
AVPORTS, LLC/TETERBORO AIRPORT
111 INDUSTRIAL AVE.
TETERBORO NJ 07608


THE CALGARY AIRPORT AUTHORITY
YYC CALGARY INT'L AIRPORT
2000 AIRPORT RD. N.E.
CALGARY, ALBERTA T2E 6W5


TIM RYAN
412 WHIPPLE AVE.
BATAVIA IL 60510


TOLEDO-LUCAS COUNTY PORT AUTHORITY
11013 AIRPORT HWY, BOX 11
SWANTON OH 43558


U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH STREET, SUITE 320
BIRMINGHAM AL 35203


UDALL SHUMWAY, PLC
PO BOX 1446
MESA AZ 85211-1446


UDALL SHUMWAY, PLC
1138 N. ALMA SCHOOL RD., STE. 101
MESA AZ 85201


UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7122
SAN FRANCISCO CA 94127-7122


VECTOR - PORTLAND JETPORT
PO BOX 787061
PHILADELPHIA PA 19178-7061


VURIA
VINCIT ARIZONA, INC.
2 NORTH CENTRAL AVE., STE. 1800
PHOENIX AZ 85004

Aerocare Medical Transport System, Inc. -

WASTE MANAGEMENT
ATTN BILLING DEPT
PO BOX 4648
CAROL STREAM IL 60197


WASTE MANAGEMENTOF ILLINOIS, INC.
PO BOX 42390
PHOENIX AZ 85080


WILLIAM KOST
4123 W. MAGGIE DR.
QUEEN CREEK AZ 85142


WINIPEG AIRPORTS AUTHORITY INC.
249-2000 WELLINGTON AVE.
R3H 1C2 WINNIPEG
MB


WISCONSIN AVIATION
3606 CORBEN COURT
MADISON WI 53704


WISCONSIN AVIATION
FOUR LAKES, INC.
3603 CORBEN ST.
MADISON WI 53704


WISCONSIN DEPT OF REVENUE
BOX 930208
MILWAUKEE WI 53293-0208


WISCONSIN DEPT OF REVENUE
PO BOX 8901
MADISON WI 53708-8901


ZOLL DATA SYSTEMS
11802 RIDGE PARKWAY, STE. 400
BROOMFIELD CO 80021

# United States Bankruptcy Court
## District of Arizona

In re   **Aerocare Medical Transport System, Inc.**

                                     Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aerocare Medical Transport System, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joseph Cece
1936 E. Missouri Ave.
Phoenix, AZ 85016**

☐ None [*Check if applicable*]

**April 13, 2023**

Date

**/s/ James E. Cross**

**James E. Cross 009063**

Signature of Attorney or Litigant

Counsel for   **Aerocare Medical Transport System, Inc.**

**Cross Law Firm, P.L.C.**

**PO Box 45469
Phoenix, AZ 85064
602-412-4422 Fax:602-252-4712
jcross@crosslawaz.com**